## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,[1] | Case No. 16-12174 (CSS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Garden Fresh Restaurant Intermediate Holding, LLC; Garden Fresh Holdings, Inc.; GF Holdings, Inc.; Garden Fresh Restaurant Corp.; and Garden Fresh Promotions, LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise).  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376).  The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1.   **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising

under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.    **Description of Cases and "as of" Information Date**.    On October 3, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 4, 2016, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 48].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on September 30, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on September 30, 2016.**

3.    **Net Book Value of Assets**.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on September 30, 2016, in the Debtors' books and records. Additionally, because the book values of certain assets, such as goodwill, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.    **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed

executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.     <u>**Real Property and Personal Property–Leased**</u>.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.     <u>**Excluded Assets and Liabilities**</u>.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The Debtors have not finalized their analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims, including prepetition Claims arising under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§ 499a–499t ("<u>PACA</u>") and under section 503(b)(9) of the Bankruptcy Code, on a post-petition basis. However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7.     <u>**Insiders**</u>.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8.     <u>**Intellectual Property Rights**</u>.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned,

terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.    **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B Part 9, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10.   **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11.   **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority,"  (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12.   **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.   **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in

equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.     **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

       a.     <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

       b.     <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

       c.     <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.     **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16.     **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.     **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18.     **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked

separately.   Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19.   **Employee Addresses**.   The Debtors' address is used for employee entries listed on Schedules E/F and G and the Statements, as applicable.  The employees actual addresses are available upon request of the Office of the United States Trustee and the Bankruptcy Court.

20.   **Global Notes Control**.   If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B**.   All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on September 30, 2016, unless otherwise noted below.  Other than real property leases reported on Schedule A/B Part 9, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

**Schedule A/B 3**.   Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on September 30, 2016.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for an Order (I) Approving Continued Use of Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Existing Check Stock, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, (IV) Authorizing the Continuation of Intercompany Transactions and Granting Administrative Expense Status to Certain Postpetition Intercompany Claims and (V) Maintaining the Ability to Use Debit, Wire and ACH Payments* [Docket No. 11] (the "**Cash Management Motion**").

**Schedule A/B 7.**   The Bankruptcy Court, pursuant to the *Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment* [Docket No. 232], has authorized the Debtors to provide adequate assurance of payment for post-petition utility services, including a deposit in the amount of $600,000.00.  Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedules A/B 15**.   Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.   The Debtors do not own any real property, with the exception of a building on leased land.  Pursuant to the terms of the underlying lease with respect to such location, Garden Fresh Restaurant Corp. owns the improvements at this site,

including the site building, during the term of the lease.  The improvements are to revert to the landlord upon the expiration or earlier termination of the lease.  The Debtors have listed their real property leases in Schedule A/B 55.   The Debtors' leasehold interests/improvements, and aforementioned building, appear on Schedule A/B 50 as opposed to Schedule A/B 55.

**Schedule A/B 63**.  The Debtors maintain a customer database relating to their rewards program.  The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.   All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F**.  The Debtors have used reasonable efforts to report all priority claims against the Debtors (including those arising under section 503(b)(9) of the Bankruptcy Code and PACA), *and only priority claims*, on Schedule E/F part 1 and general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.  In light of this, in order to determine the total amount of a creditor's unsecured claim(s), parties must review both part 1 and part 2.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F.  Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F part 2 also includes potential or threatened litigation claims.  Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.   Finally, where litigation has been threatened or commenced against more than one Debtor, the Debtors have generally scheduled those creditors under Garden Fresh Restaurant Corp., which is the primary operating company of the Debtors.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In the ordinary course of business, Debtor Garden Fresh Promotions, LLC sells gift certificates, which are redeemable at any location without expiration and are accounted as a liability and booked to revenue when the gift certificate is used.  The balance as of September 30, 2016, for outstanding gift certificates is $2,685,388.00.  However, the Debtors do not maintain gift certificate holder information on a creditor level and, as such, Claims of holders of gift certificates are not included in Schedule E/F part 2.

**__Schedule G__**.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

9

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which

payments appear in response to Statement question 4) and employees (although reimbursements and payments made from the Debtors' non-qualified deferred compensation plans are included).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' consolidated cash management system maintained by Garden Fresh Restaurant Corp. and listed for that Debtor.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**.  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the

Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d except for the Debtors' secured lenders.

**__Statement 30__**.    Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
|---|

Debtor    Garden Fresh Restaurant Corp.

United States Bankruptcy Court for the:  District of Delaware

Case number    16-12177
(if known)

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | UNKNOWN |
    |---|

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $80,512,430.54 |
    |---|

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $80,512,430.54 |
    |---|

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

    | $190,146,638.00 |
    |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $3,885,833.43 |
    |---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

    | **+** | $29,252,801.06 |
    |---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

    | $223,285,272.49 |
    |---|

---

| Fill in this information to identify the case: |
| --- |

| Debtor | Garden Fresh Restaurant Corp. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 16-12177 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   CASH AND CASH EQUIVALENTS

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.   CASH ON HAND**

$252,400.00

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS (IDENTIFY ALL)**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. | WELLS FARGO | ACCOUNTS PAYABLE IMPRESS ACCOUNT | 4759-62XXXX | ($710,811.00) |
| 3.2. | WELLS FARGO | CHANGE ORDER | 4771-10XXXX | $50,931.00 |
| 3.3. | WELLS FARGO | CONCENTRATION | 4771-10XXXX | $1,806,242.00 |
| 3.4. | WELLS FARGO | CREDIT CARD | 4771-10XXXX | $1,231,577.00 |
| 3.5. | WELLS FARGO | DEPOSIT ACCOUNT | 4121-28XXXX | $663,281.00 |
| 3.6. | WELLS FARGO | PAYROLL IMPRESS ACCOUNT | 4759-62XXXX | ($1,381,419.00) |

**4.   OTHER CASH EQUIVALENTS**

**5   Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$1,912,201.00

## Part 2:   DEPOSITS AND PREPAYMENTS

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Current value of debtor's interest

| | Current value of debtor's interest |
|---|---|

### 7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | 1467 BRITTMOORE PROPERTY - SECURITY DEPOSIT | $2,250.00 |
| 7.2. | BALBOA CAPITAL - GOOD FAITH DEPOSIT | $20,233.00 |
| 7.3. | BLDG RENT DEPOSIT - LAST MONTH DEPOSIT | $25,000.00 |
| 7.4. | CARLYLE/CYPRESS WEST 7TH LP - RENT SECURITY DEPOSIT | $17,886.91 |
| 7.5. | CITY OF ALTAMONTE SPRINGS - UTILITY DEPOSIT | $650.00 |
| 7.6. | CITY OF BOCA RATON - UTILITY - WATER BILL DEPOSIT | $5,080.00 |
| 7.7. | CITY OF CLEARWATER WATER DEPOSIT - UTILITY DEPOSIT | $1,800.00 |
| 7.8. | CITY OF PEMBROKE PINES - UTILITY - WATER BILL DEPOSIT | $640.00 |
| 7.9. | CLAY COUNTY UTILITY AUTHORITY - UTILITY DEPOSIT | $725.00 |
| 7.10. | CLAY ELECTRIC COOPERATIVE - UTILITY DEPOSIT | $4,879.87 |
| 7.11. | DUKE ENERGY - UTILITY DEPOSIT | $15,880.00 |
| 7.12. | FL POWER & LIGHT - UTILITY DEPOSIT | $3,420.00 |
| 7.13. | FLORIDA POWER - UTILITY DEPOSIT | $33,555.00 |
| 7.14. | FLORIDA POWER & LIGHT - UTILITY DEPOSIT | $52,461.09 |
| 7.15. | FLORIDA POWER & LIGHT COMPANY - UTILITY DEPOSIT | $11,340.00 |
| 7.16. | FLORIDA POWER AND LIGHT CO - UTILITY DEPOSIT | $16,109.00 |
| 7.17. | FLORIDA POWER CORP - UTILITY DEPOSIT | $10,075.00 |
| 7.18. | FLORIDA PUBLIC UTILITIES - UTILITY - GAS DEPOSIT | $3,000.00 |
| 7.19. | FLORIDA PUBLIC UTILITIES CO - UTILITY - GAS DEPOSIT | $5,110.00 |
| 7.20. | GEORGIA POWER - UTILITY DEPOSIT | $6,250.00 |
| 7.21. | HOLTZMAN ENTERPRISES - SECURITY DEPOSIT FOR RENT | $15,880.00 |
| 7.22. | KIMCO REALTY - RENT DEPOSIT | $25,303.13 |
| 7.23. | MIDWAY TOWNE CENTER - SECURITY DEPOSIT FOR LAST MO. DEPOSIT | $2,500.00 |
| 7.24. | OAKMONT INDUSTRIAL GROUP - SECURITY DEPOSIT - DISTRIBUTION | $18,690.00 |
| 7.25. | ORLANDO UTILITIES COMMISSION - UTILITY DEPOSIT | $11,000.00 |
| 7.26. | ORLANDO UTILITIES COMMISSION-ORLANDO PUBLIC UTIL. - UTILITY DEPOSIT | $8,000.00 |
| 7.27. | PEOPLES GAS - UTILITY DEPOSIT | $7,075.00 |
| 7.28. | PINELLAS CO. UTL PALM HARBOR - UTILITY DEPOSIT | $55.00 |
| 7.29. | PROGRESS ENERGY - UTILITY - ELECTRIC DEPOSIT | $7,765.00 |
| 7.30. | PROGRESS ENERGY - UTILITY DEPOSIT | $32,930.00 |
| 7.31. | RIVERSIDE PUBLIC UTILITIES - UTILITY - 2 METERS ELECTRIC DEPOSIT | $5,000.00 |
| 7.32. | SLM WASTE & RECYCLING SYSTEMS - UTILITY - EXTRA WASTE/RECYCLE DEPOSIT | $1,874.78 |
| 7.33. | SLOUGH ESTATES - SECURITY DEPOSIT | $6,221.00 |
| 7.34. | SYCAMORE BUSINESS PARK LLC - RENT (30,363.69) AND CAM (9107.17) DEPOSIT | $39,470.86 |
| 7.35. | SYNDEY PROPERTIES - SECURITY DEPOSIT FOR LAST MO. DEPOSIT | $3,615.00 |
| 7.36. | TAMPA ELECTRIC/TECO - UTILITY DEPOSIT | $12,540.00 |
| 7.37. | TECO PEOPLES GAS - UTILITY - GAS DEPOSIT | $600.00 |
| 7.38. | TECO PEOPLES GAS - UTILITY DEPOSIT | $6,013.78 |
| 7.39. | ZIMMERMAN PROPERTIES - RENT DEPOSIT | $1,394.61 |

### 8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | A TO Z STATEWIDE PLUMBING INC - PREPAID EXPENSES | $238.66 |
| 8.2. | A+ COMMERICAL SERVICES, INC. - PREPAID EXPENSES | $5,745.35 |
| 8.3. | ADM MILLING - PREPAID PURCHASE ORDER | $2,925.92 |
| 8.4. | ALL VALLEY REFRIGERATION, INC - PREPAID EXPENSES | $215.00 |
| 8.5. | ALLIANCE REFRIGERATION COMPANY, INC. - PREPAID EXPENSES | $166.66 |
| 8.6. | AMERICAN BANKERS INSURANCE COMPANY - PREPAID FLOOD INSURANCE | $18,743.00 |
| 8.7. | AMERICAN WASTE REMOVAL, INC. - PREPAID EXPENSES | $90.85 |
| 8.8. | AMERICAN WASTE SYSTEMS INC. - PREPAID EXPENSES | $136.00 |
| 8.9. | AMERIGUARD MAINTENANCE SERVICE - PREPAID EXPENSES | $2,166.67 |
| 8.10. | ANDREW'S REFRIGERATION, INC - PREPAID EXPENSES | $1,937.50 |
| 8.11. | ANNEN - PREPAID RETAINERS/ADVANCES | $15,000.00 |
| 8.12. | APOLLO DRAIN & ROOTER SERVICE - PREPAID EXPENSES | $730.39 |
| 8.13. | ASSET MANAGEMENT TECHNOLOGIES - PREPAID EXPENSES | $15,770.20 |
| 8.14. | AVERUS SOUTHEAST, LLC - PREPAID EXPENSES | $2,093.71 |

Debtor    Garden Fresh Restaurant Corp.      Case 16-12177-CSS     Doc 7     Filed 11/14/16     Page 16 of 404

(Name)          Case number (if known) 16-12177

|  | Current value of debtor's interest |
|---|---|

## 8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.15. | BAKER COMMODITIES INC. - PREPAID EXPENSES | $504.00 |
| 8.16. | BENRICH SERVICE COMPANY INC. - PREPAID EXPENSES | $1,152.63 |
| 8.17. | BLACKLINE SYSTEMS, INC. - PREPAID EXPENSES | $6,250.03 |
| 8.18. | BOX, INC. - PREPAID EXPENSES | $500.00 |
| 8.19. | BUENA VIEW LLC - PREPAID (OTHER RECEIVABLES ) | $627.50 |
| 8.20. | C T CORPORATION - PREPAID EXPENSES | $587.10 |
| 8.21. | CAPITOL WHOLESALE MEATS, INC. - PREPAID (OTHER RECEIVABLES ) | $46.62 |
| 8.22. | CARRIER CORPORATION - PREPAID EXPENSES | $345.50 |
| 8.23. | CCH INCORPORATED - PREPAID EXPENSES | $475.22 |
| 8.24. | CFO - PREPAID EXPENSES | $49.97 |
| 8.25. | CFP FIRE PROTECTION INC. - PREPAID EXPENSES | $2,565.25 |
| 8.26. | CIGNA - PREPAID HEALTH INSURANCE | $2,878.00 |
| 8.27. | CIGNA/CITIBANK CASH ACCOUNT - PREPAID MEDICAL CLAIMS | $77,000.00 |
| 8.28. | CLEANING RESOURCE CENTER - PREPAID EXPENSES | $300.00 |
| 8.29. | CNL INCOME FEC TUCSON, LLC - PREPAID (OTHER RECEIVABLES ) | $9,742.08 |
| 8.30. | CONFIRE - PREPAID EXPENSES | $790.27 |
| 8.31. | CONSOLIDATED FIRE PROTECTION - PREPAID EXPENSES | $1,689.50 |
| 8.32. | COOL TEMP, INC. - PREPAID EXPENSES | $1,337.18 |
| 8.33. | CRUNCH - PREPAID EXPENSES | $6,784.26 |
| 8.34. | CRUNCHTIME INFORMATION SYSTEMS - PREPAID EXPENSES | $52,157.91 |
| 8.35. | CT - PREPAID EXPENSES | $14,683.15 |
| 8.36. | DARLING RESTAURANT SERVICES - PREPAID EXPENSES | $1,467.81 |
| 8.37. | DATABASE MARKETING GROUP, INC. - PREPAID (OTHER RECEIVABLES ) | $61,923.36 |
| 8.38. | DAVID LONG & ASSOCIATES, INC - PREPAID EXPENSES | $1,650.10 |
| 8.39. | DIAMOND CRYSTAL - PREPAID PURCHASE ORDER | $25,875.93 |
| 8.40. | DOT FOODS INC. - PREPAID (OTHER RECEIVABLES ) | $4,245.60 |
| 8.41. | DUN & BRADSTREET - PREPAID EXPENSES | $1,585.32 |
| 8.42. | ECAT ENTERPRISES INC - PREPAID EXPENSES | $79.53 |
| 8.43. | FUTA ASSESSMENT - PREPAID EXPENSES | $76,012.60 |
| 8.44. | GOLD STAR PUMPING - PREPAID EXPENSES | $116.34 |
| 8.45. | GOLDEN SPECIALTY FOODS, LLC. - PREPAID PURCHASE ORDER | $1,430.00 |
| 8.46. | GORDON AMERICAN WASTE SYSTEM - PREPAID EXPENSES | $244.00 |
| 8.47. | GRAY EAGLE INC - PREPAID EXPENSES | $266.64 |
| 8.48. | GRIFFIN INDUSTRIES INC. - PREPAID EXPENSES | $1,131.35 |
| 8.49. | HAIG FIRE & SECURITY - PREPAID EXPENSES | $239.63 |
| 8.50. | HARVARD CARD SYSTEMS - PREPAID MARKETING | $6,905.17 |
| 8.51. | HILLSBORO CHAMBER OF COMMERCE - PREPAID EXPENSES | $331.86 |
| 8.52. | HORMEL FOODS CORPORATION - PREPAID PURCHASE ORDER | $490.20 |
| 8.53. | IBMCOR - PREPAID EXPENSES | $2,100.00 |
| 8.54. | IDMEDIA - PREPAID MARKETING | $112,106.92 |
| 8.55. | IN SYNC COMPUTER SOLUTIONS INC - PREPAID EXPENSES | $900.56 |
| 8.56. | JAMLER - PREPAID RETAINERS/ADVANCES | $10,000.00 |
| 8.57. | KNOPKE COMPANY, LLC - PREPAID EXPENSES | $351.79 |
| 8.58. | KRUEGER COMMUNICATIONS LLC - PREPAID (OTHER RECEIVABLES ) | $63,000.00 |
| 8.59. | KRUEGER COMMUNICATIONS LLC - PREPAID MARKETING | $94,665.80 |
| 8.60. | LANDINGS OF SARASOTA FLORIDA -PREPAID (OTHER RECEIVABLES ) | $343.16 |
| 8.61. | LAPIN SEPTIC TANK - PREPAID EXPENSES | $1,194.18 |
| 8.62. | LAST MINUTE INC. DBA - PREPAID EXPENSES | $3,486.66 |
| 8.63. | LEXMARK ENTERPRISE SOFTWARE USA, INC. - PREPAID EXPENSES | $19,771.00 |
| 8.64. | LISA HOLLINGSWORTH - PREPAID PURCHASE ORDER | $2,871.28 |
| 8.65. | MCCAIN FOODS USA, INC. - PREPAID PURCHASE ORDER | $2,649.36 |
| 8.66. | MESA MECHANICAL INC - PREPAID EXPENSES | $1,515.00 |
| 8.67. | MINGFEI JENG - PREPAID RETAINERS/ADVANCES | $30,000.00 |
| 8.68. | MINYA INT'L CORP. - PREPAID PURCHASE ORDER | $193.00 |
| 8.69. | MONIN, INC - PREPAID PURCHASE ORDER | $1,234.80 |
| 8.70. | MR. PLUMBER, INC - PREPAID EXPENSES | $833.32 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|-------------------------------|------------------------|----------|
|        | (Name)                        |                        |          |

|  | Current value of debtor's interest |
|--|-----------------------------------|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.71. | MULTIPLE - PREPAID COMPANY STORE | $23,298.00 |
| 8.72. | MULTIPLE - PREPAID LICENSES & PERMITS | $121,723.00 |
| 8.73. | MULTIPLE - PREPAID MOVIE PASSES | $2,364.00 |
| 8.74. | MULTIPLE - PREPAID UTILITIES | $8,038.00 |
| 8.75. | MULTIPLE STATES - PREPAID PERSONAL PROPERTY TAX | $271,635.00 |
| 8.76. | MULTIPLE STATES - PREPAID REAL PROPERTY TAX | $41,287.00 |
| 8.77. | MYEMPLOYEES - PREPAID EXPENSES | $1,269.56 |
| 8.78. | NOREX, INC. - PREPAID EXPENSES | $4,510.00 |
| 8.79. | NOREX, INC. - PREPAID EXPENSES | $365.00 |
| 8.80. | ORACLE AMERICA, INC. - PREPAID EXPENSES | $23,850.00 |
| 8.81. | ORACLE AMERICA, INC. - PREPAID MARKETING | $2,180.00 |
| 8.82. | ORKIN PEST CONTROL - PREPAID EXPENSES | $5,669.91 |
| 8.83. | OUTSOURCING SOLUTIONS GROUP - PREPAID EXPENSES | $6,100.03 |
| 8.84. | PELICAN AIRE INC. - PREPAID EXPENSES | $978.00 |
| 8.85. | PIPE MAINTENANCE SERVICE, INC. - PREPAID EXPENSES | $250.00 |
| 8.86. | PIRPLU - PREPAID EXPENSES | $225.00 |
| 8.87. | PR NEWSWIRE INC. - PREPAID MARKETING | $1,000.03 |
| 8.88. | PROCESS INC. - PREPAID MARKETING | $7,143.92 |
| 8.89. | PROFILE SYSTEMS LLC - PREPAID EXPENSES | $8,543.46 |
| 8.90. | PUR PLUMBING INC. - PREPAID EXPENSES | $554.15 |
| 8.91. | PURCHASE POWER - PREPAID (OTHER RECEIVABLES ) | $2.50 |
| 8.92. | RAMCO REFRIGERATION & AIR INC - PREPAID EXPENSES | $8,153.22 |
| 8.93. | RAPID7, LLC - PREPAID EXPENSES | $5,929.72 |
| 8.94. | RC'S MECHANICAL SERVICES - PREPAID EXPENSES | $2,025.00 |
| 8.95. | REFINED DATA SOLUTIONS INC - PREPAID EXPENSES | $5,208.31 |
| 8.96. | REPROMAGIC - PREPAID MARKETING | $3,281.15 |
| 8.97. | RESCUE ROOTER - PREPAID EXPENSES | $385.00 |
| 8.98. | RETURN PATH - PREPAID MARKETING | $5,729.19 |
| 8.99. | RICH PRODUCTS CORPORATION - PREPAID PURCHASE ORDER | $9,739.23 |
| 8.100. | RICHARD G. THOMSON - PREPAID RETAINERS/ADVANCES | $18,000.00 |
| 8.101. | RICHER DESIGN & FABRICATION - PREPAID PURCHASE ORDER | $8,031.45 |
| 8.102. | SADA SYSTEMS, INC. - PREPAID EXPENSES | $11,336.69 |
| 8.103. | SAFETYCHAIN SOFTWARE, INC - PREPAID EXPENSES | $6,927.10 |
| 8.104. | SAYLER'S SUNCOAST WATER - PREPAID EXPENSES | $160.50 |
| 8.105. | SEADRA KELLERMAN - PREPAID RETAINERS/ADVANCES | $30,000.00 |
| 8.106. | SERVICECHECK, INC. - PREPAID MARKETING | $11,904.00 |
| 8.107. | SHAMROCK FOOD COMPANY - PREPAID PURCHASE ORDER | $7,675.20 |
| 8.108. | SHI INTERNATIONAL CORP. - PREPAID EXPENSES | $3,200.58 |
| 8.109. | SHIELDS BAG & PRINTING CO. - PREPAID (OTHER RECEIVABLES ) | $213.52 |
| 8.110. | SILVERSTATE REFRIGERATION & - PREPAID EXPENSES | $847.50 |
| 8.111. | SINPLAS - PREPAID MARKETING | $2,416.66 |
| 8.112. | SNAGAJOB - PREPAID EXPENSES | $5,166.70 |
| 8.113. | SONEXIS TECHNOLOGY, INC - PREPAID EXPENSES | $1,400.00 |
| 8.114. | SOS PUMPING SERVICES - PREPAID EXPENSES | $250.00 |
| 8.115. | SOUTHWASTE DISPOSAL, LLC - PREPAID EXPENSES | $1,172.18 |
| 8.116. | SOUTHWASTE DISPOSAL, LLC - PREPAID EXPENSES | $697.04 |
| 8.117. | SSD ALARM SYSTEMS - PREPAID EXPENSES | $220.06 |
| 8.118. | STOSH, INC - PREPAID EXPENSES | $345.43 |
| 8.119. | SUAREZ CONTRACTING INC. - PREPAID PURCHASE ORDER | $3,294.00 |
| 8.120. | SUGAR FOODS CORPORATION - PREPAID PURCHASE ORDER | $58,012.77 |
| 8.121. | SYNERGYSE TRAINING INC - PREPAID EXPENSES | $270.00 |
| 8.122. | TERMINIX PROCESSING CENTER - PREPAID EXPENSES | $529.50 |
| 8.123. | THERMOWORKS, INC. - PREPAID (OTHER RECEIVABLES ) | $1,236.00 |
| 8.124. | THOMSON REUTERS - PREPAID EXPENSES | $178.75 |
| 8.125. | TOTAL PLUMBING INC. - PREPAID EXPENSES | $675.48 |
| 8.126. | TRAVELERS INSURANCE COMPANY - PREPAID GENERAL LIAB PREMIUMS | $71,044.00 |

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known) 16-12177

| | Current value of debtor's interest |
|---|---|
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.127. TRAVELERS INSURANCE COMPANY - PREPAID PROPERTY & OTHER | $349,246.00 |
| 8.128. TRAVELERS INSURANCE COMPANY - PREPAID WC 2013-2014 | $1,675,626.00 |
| 8.129. TRAVELERS INSURANCE COMPANY - PREPAID WC 2014-2015 | $810,933.00 |
| 8.130. TRAVELERS INSURANCE COMPANY - PREPAID WC 2015-2016 | $3,342,918.00 |
| 8.131. TRAVELERS INSURANCE COMPANY - PREPAID WC 2016-2017 | $2,549,081.00 |
| 8.132. TRAVELERS INSURANCE COMPANY - PREPAID WORKER COMP PREMIUM | $351,954.00 |
| 8.133. TRIPLE A PUMPING & JETTING - PREPAID EXPENSES | $2,555.97 |
| 8.134. TWC SERVICES, INC. - PREPAID EXPENSES | $4,092.36 |
| 8.135. UCR - PREPAID EXPENSES | $393.97 |
| 8.136. URSCHEL LABORATORIES INC. - PREPAID (OTHER RECEIVABLES ) | $948.68 |
| 8.137. WEBBCO LAWN CARE & HOOD - PREPAID EXPENSES | $50.00 |
| 8.138. WEBLLC - PREPAID MARKETING | $3,139.59 |
| 8.139. WEINGARTEN REALTY INVESTORS - PREPAID EXPENSES | $1,165.48 |
| 8.140. YELP INC. - PREPAID MARKETING | $3,162.00 |
| 8.141. YOUR ENVIRONMENTS SOLUTION IC - PREPAID EXPENSES | $2,166.62 |
| **9 Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $11,133,986.54 |

## Part 3: ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | |
| ACCOUNTS RECEIVABLE | $44,080.00 face amount | - | $0.00 doubtful or uncollectable accounts | = ➜ $44,080.00 |
| CATERING RECEIVABLE | $39,392.00 face amount | - | $0.00 doubtful or uncollectable accounts | = ➜ $39,392.00 |
| **12 Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | | $83,472.00 |

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |

| Name of entity | % of ownership | |
|---|---|---|
| 15.1. GARDEN FRESH PROMOTIONS, LLC | 100% | UNKNOWN |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.    UNKNOWN

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1.    INVENTORY-DISH | | | | $1,684,226.00 |
| 22.2.    INVENTORY-FOOD | | | | $5,098,582.00 |
| 22.3.    INVENTORY-IN-TRANSIT | | | | $460,726.00 |
| 22.4.    INVENTORY-SUPPLY | | | | $1,017,339.00 |
| 22.5.    INVENTORY-UNIFORM | | | | $82,476.00 |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.    $8,343,349.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |

Debtor  Garden Fresh Restaurant Corp. Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 20 of 404

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES)

**31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33** **Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☑ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **OFFICE FURNITURE**

**40.** **OFFICE FIXTURES**

**41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

**42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known) 16-12177
            (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    VEHICLES | | | $4,027.00 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    BUILDING | | | $330,489.00 |
| 50.2.    CONSTRUCTION IN PROGRESS - LHI & BUILDING | | | $441,322.00 |
| 50.3.    EQUIPMENT | | | $14,012,274.00 |
| 50.4.    FURNITURE & FIXTURES | | | $6,547,652.00 |
| 50.5.    LEASEHOLD IMPROVEMENT | | | $30,154,967.00 |
| 50.6.    SMALLWARES | | | $5,517,198.00 |

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.                                    $57,007,929.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case Number (if known) 16-12177 |
| | (Name) | |

## Part 9:    REAL PROPERTY

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐   No. Go to Part 10.

☒   Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 000 - CORPORATE OFFICE - 2002 15822 BERNARDO CENTER DRIVE SUITE A SAN DIEGO, CA 92127 | LEASEHOLD | | | UNKNOWN |
| 55.2. | 001 - MISSION GORGE 6171 MISSION GORGE ROAD SAN DIEGO, CA 92120 | LEASEHOLD | | | UNKNOWN |
| 55.3. | 002 - POINT LOMA 3960 WEST POINT LOMA BLVD. SAN DIEGO, CA 92110 | LEASEHOLD | | | UNKNOWN |
| 55.4. | 003 - LA MESA (CK801) 9158 FLETCHER PARKWAY LA MESA, CA 91942 | LEASEHOLD | | | UNKNOWN |
| 55.5. | 004 - TUSTIN 13681 NEWPORT AVENUE SUITE 1 TUSTIN, CA 92780 | LEASEHOLD | | | UNKNOWN |
| 55.6. | 005 - GARDEN GROVE (BLDG) 5939 WEST CHAPMAN AVENUE GARDEN GROVE, CA 92845 | LEASEHOLD | | | UNKNOWN |
| 55.7. | 005 - GARDEN GROVE (GROUND) 5939 WEST CHAPMAN AVENUE GARDEN GROVE, CA 92845 | LEASEHOLD | | | UNKNOWN |
| 55.8. | 006 - LAKEWOOD (BLDG) 4720 CANDLEWOOD STREET LAKEWOOD, CA 90712 | LEASEHOLD | | | UNKNOWN |
| 55.9. | 006 - LAKEWOOD (GROUND) 4720 CANDLEWOOD STREET LAKEWOOD, CA 90712 | LEASEHOLD | | | UNKNOWN |
| 55.10. | 007 - CARLSBAD (GROUND) 1860 MARRON ROAD CARLSBAD, CA 92008 | LEASEHOLD | | | UNKNOWN |
| 55.11. | 008 - PASADENA 201 SOUTH LAKE AVENUE PASADENA, CA 91101 | LEASEHOLD | | | UNKNOWN |
| 55.12. | 009 - MIRA MESA 8105 MIRA MESA BLVD. SAN DIEGO, CA 92126-2601 | LEASEHOLD | | | UNKNOWN |
| 55.13. | 010 - TORRANCE 21309 SOUTH HAWTHORNE BLVD. TORRANCE, CA 90503-5602 | LEASEHOLD | | | UNKNOWN |
| 55.14. | 011 - ARCADIA 301 EAST HUNTINGTON DRIVE ARCADIA, CA 91006-3747 | LEASEHOLD | | | UNKNOWN |
| 55.15. | 012 - BREA 555 POINTE DRIVE BUILDING #2 BREA, CA 92821-3672 | LEASEHOLD | | | UNKNOWN |
| 55.16. | 013 - RANCHO CUCAMONGA 8966 FOOTHILL BLVD. RANCHO CUCAMONGA, CA 91730-3447 | LEASEHOLD | | | UNKNOWN |
| 55.17. | 014 - COSTA MESA 1555 ADAMS AVENUE COSTA MESA, CA 92626 | LEASEHOLD | | | UNKNOWN |
| 55.18. | 016 - ALHAMBRA 2131 W. COMMONWEALTH AVENUE ALHAMBRA, CA 91803-1403 | LEASEHOLD | | | UNKNOWN |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.19. 017 - BEVERLY CONNECTION (LOS ANGELES) 100 NORTH LA CIENEGA BLVD. SUITE E3 LOS ANGELES, CA 90048-4124 | LEASEHOLD | | | UNKNOWN |
| 55.20. 019 - BRENTWOOD (LOS ANGELES) 11911 SAN VICENTE BLVD. SUITE 116 LOS ANGELES, CA 90049-5086 | LEASEHOLD | | | UNKNOWN |
| 55.21. 020 - FOUNTAIN VALLEY 11179 TALBERT FOUNTAIN VALLEY, CA 92708 | LEASEHOLD | | | UNKNOWN |
| 55.22. 021 - PALM HARBOR (CK803) 31151 U.S. ROUTE 19 NORTH PALM HARBOR, FL 34684 | LEASEHOLD | | | UNKNOWN |
| 55.23. 022 - PLEASANTON 4501 HOPYARD ROAD #1 PLEASANTON, CA 94588-2765 | LEASEHOLD | | | UNKNOWN |
| 55.24. 024 - SUNNYVALE 1210 KIFER ROAD SUNNYVALE, CA 94086 | LEASEHOLD | | | UNKNOWN |
| 55.25. 026 - SAN BERNARDINO 228 WEST HOSPITALITY LANE SAN BERNARDINO, CA 92408 | LEASEHOLD | | | UNKNOWN |
| 55.26. 027 - LARGO 13101 SEMINOLE BLVD. LARGO, FL 33778 | LEASEHOLD | | | UNKNOWN |
| 55.27. 028 - RANCHO BERNARDO 17210 BERNARDO CENTER DRIVE SAN DIEGO, CA 92128 | LEASEHOLD | | | UNKNOWN |
| 55.28. 029 - FREMONT 39370 PASEO PADRE PARKWAY FREMONT, CA 94538-1629 | LEASEHOLD | | | UNKNOWN |
| 55.29. 030 - CARROLLWOOD 14703 DALE MABRY HIGHWAY NORTH TAMPA, FL 33618 | LEASEHOLD | | | UNKNOWN |
| 55.30. 032 - LAGUNA NIGUEL 23870 ALISO CREEK ROAD LAGUNA NIGUEL, CA 92677 | LEASEHOLD | | | UNKNOWN |
| 55.31. 033 - DEL MAR 3804 VALLEY CENTRE DRIVE SUITE 1001 SAN DIEGO, CA 92130-2331 | LEASEHOLD | | | UNKNOWN |
| 55.32. 034 - FRESNO II 7114 NORTH FRESNO STREET FRESNO, CA 93720 | LEASEHOLD | | | UNKNOWN |
| 55.33. 035 - SCOTTSDALE (CK804) 9029 EAST INDIAN BEND ROAD SCOTTSDALE, AZ 85250 | LEASEHOLD | | | UNKNOWN |
| 55.34. 036 - TEMPE 1410 EAST SOUTHERN AVENUE TEMPE, AZ 85282-5612 | LEASEHOLD | | | UNKNOWN |
| 55.35. 037 - TAMPA 1902 NORTH DALE MABRY HIGHWAY TAMPA, FL 33607-2522 | LEASEHOLD | | | UNKNOWN |
| 55.36. 038 - BRANDON 10017 ADAMO DRIVE TAMPA, FL 33619-2619 | LEASEHOLD | | | UNKNOWN |
| 55.37. 041 - TUCSON I 4420 NORTH STONE TUCSON, AZ 85705-1603 | LEASEHOLD | | | UNKNOWN |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.38. 043 - ARROWHEAD (PHOENIX) 7565 WELL BELL ROAD SUITE 1 PEORIA, AZ 85382-3829 | LEASEHOLD | | | UNKNOWN |
| 55.39. 044 - AHWATUKEE (PHOENIX) 4723 E. RAY ROAD SUITE 1 PHOENIX, AZ 85044 | LEASEHOLD | | | UNKNOWN |
| 55.40. 045 - SARASOTA (CK818) 4994 S. TAMIAMI TRAIL SARASOTA, FL 34231 | LEASEHOLD | | | UNKNOWN |
| 55.41. 046 - ALBUQUERQUE I (CK813) 4901 SAN MATEO BOULEVARD, NE ALBUQUERQUE, NM 87109 | LEASEHOLD | | | UNKNOWN |
| 55.42. 047 - ALBUQUERQUE II 10126 COORS BLVD. NW ALBUQUERQUE, NM 87114 | LEASEHOLD | | | UNKNOWN |
| 55.43. 048 - TUCSON II 6202 EAST BROADWAY TUCSON, AZ 85711 | LEASEHOLD | | | UNKNOWN |
| 55.44. 049 - FT. MYERS 14080 SOUTH TAMIAMI TRAIL FORT MYERS, FL 33912 | LEASEHOLD | | | UNKNOWN |
| 55.45. 050 - ALTAMONTE SPRINGS 474 W. STATE ROAD 436 ALTAMONTE SPRINGS, FL 32714-4147 | LEASEHOLD | | | UNKNOWN |
| 55.46. 051 - HOLLYWOOD 2906 OAKWOOD BLVD. HOLLYWOOD, FL 33020-7122 | LEASEHOLD | | | UNKNOWN |
| 55.47. 052 - FT. LAUDERDALE 6245 NORTH ANDREWS AVENUE FORT LAUDERDALE, FL 33309 | LEASEHOLD | | | UNKNOWN |
| 55.48. 053 - OVERLOOK - MIDVALE (CK805) 7455 S. UNION PARK AVENUE MIDVALE, UT 84047-1811 | LEASEHOLD | | | UNKNOWN |
| 55.49. 054 - CENTENNIAL SQUARE (SANDY) 10060 S. STATE STREET SANDY, UT 84070-4126 | LEASEHOLD | | | UNKNOWN |
| 55.50. 055 - CORAL SPRINGS 1850 UNIVERSITY DRIVE CORAL SPRINGS, FL 33071-6031 | LEASEHOLD | | | UNKNOWN |
| 55.51. 056 - LAS VEGAS (CK816) 2080 NORTH RAINBOW BOULEVARD LAS VEGAS, NV 89108-7049 | LEASEHOLD | | | UNKNOWN |
| 55.52. 057 - VANCOUVER (CK810) 12601 SE 2ND CIRCLE VANCOUVER, WA 98684 | LEASEHOLD | | | UNKNOWN |
| 55.53. 058 - BARRETT 1125 ERNEST BARRETT PARKWAY KENNESAW, GA 30144 | LEASEHOLD | | | UNKNOWN |
| 55.54. 059 - HOUSTON I (CK807) 8775 KATY FREEWAY HOUSTON, TX 77024 | LEASEHOLD | | | UNKNOWN |
| 55.55. 060 - GWINNETT 3505 MALL BLVD DULUTH, GA 30096-4710 | LEASEHOLD | | | UNKNOWN |
| 55.56. 061 - PERIMETER (CK806) 6340 PEACHTREE-DUNWOODY RD ATLANTA, GA 30328 | LEASEHOLD | | | UNKNOWN |

Debtor    Garden Fresh Restaurant Corp.                                Case Number (if known) 16-12191
           (Name)

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example, acreage,<br>factory, warehouse, apartment or office<br>building), if available | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.57.  062 - BEAVERTON<br>1225 N.W. WATERHOUSE AVENUE<br>BEAVERTON, OR  97006-5700 | LEASEHOLD | | | UNKNOWN |
| 55.58.  063 - ORANGE PARK<br>1625 WELLS ROAD<br>ORANGE PARK, FL  32073 | LEASEHOLD | | | UNKNOWN |
| 55.59.  064 - RALEIGH (CK814)<br>5200 CAPITAL BLVD.<br>RALEIGH, NC  27616 | LEASEHOLD | | | UNKNOWN |
| 55.60.  065 - HOUSTON II<br>17240 TOMBALL PARKWAY<br>HOUSTON, TX  77064 | LEASEHOLD | | | UNKNOWN |
| 55.61.  066 - ALPHARETTA<br>950 NORTH POINT DRIVE<br>ALPHARETTA, GA  30005 | LEASEHOLD | | | UNKNOWN |
| 55.62.  067 - AURORA, CO<br>14015 EAST EVANS<br>AURORA, CO  80014 | LEASEHOLD | | | UNKNOWN |
| 55.63.  068 - HENDERSON<br>375 NORTH STEPHANIE STREET<br>BLDG. 1,    SUITE 111<br>HENDERSON, NV  89014 | LEASEHOLD | | | UNKNOWN |
| 55.64.  069 - WESTMINSTER (CK808)<br>8971 YATES STREET<br>WESTMINSTER, CO  80031 | LEASEHOLD | | | UNKNOWN |
| 55.65.  070 - CLACKAMAS<br>13011 SE 84TH AVENUE<br>CLACKAMAS, OR  97015 | LEASEHOLD | | | UNKNOWN |
| 55.66.  071 - LITTLETON<br>7736 WEST LONG DRIVE<br>LITTLETON, CO  80123 | LEASEHOLD | | | UNKNOWN |
| 55.67.  072 - ORLANDO I (CK817)<br>6877 SOUTH KIRKMAN DRIVE<br>ORLANDO, FL  32819 | LEASEHOLD | | | UNKNOWN |
| 55.68.  073 - KEARNY MESA<br>7095 CLAIREMONT MESA BLVD.<br>SAN DIEGO, CA  92111 | LEASEHOLD | | | UNKNOWN |
| 55.69.  074 - ORLANDO II<br>4678 EAST COLONIAL DRIVE<br>ORLANDO, FL  32803 | LEASEHOLD | | | UNKNOWN |
| 55.70.  075 - JACKSONVILLE<br>1115 MARY SUSAN DRIVE<br>JACKSONVILLE, FL  32246 | LEASEHOLD | | | UNKNOWN |
| 55.71.  076 - STAFFORD<br>12540 SUGARDALE DRIVE<br>STAFFORD, TX  77477-3702 | LEASEHOLD | | | UNKNOWN |
| 55.72.  077 - LONE TREE<br>9445 PARK MEADOWS DRIVE<br>LONE TREE, CO  80124 | LEASEHOLD | | | UNKNOWN |
| 55.73.  078 - PEMBROKE PINES<br>15901 PINES BOULEVARD<br>PEMBROKE PINES, FL  33027 | LEASEHOLD | | | UNKNOWN |
| 55.74.  079 - KANSAS CITY<br>1309 MEADOW LAKE PARKWAY<br>KANSAS CITY, MO  64114 | LEASEHOLD | | | UNKNOWN |
| 55.75.  080 - BOCA RATON (CK812)<br>7110 BERACASA WAY<br>SPACE 42-45<br>BOCA RATON, FL  33433 | LEASEHOLD | | | UNKNOWN |
| 55.76.  081 - TIGARD<br>6600 SW CARDINAL LANE<br>TIGARD, OR  97224 | LEASEHOLD | | | UNKNOWN |
| 55.77.  082 - OVERLAND PARK<br>8505 COLLEGE BOULEVARD<br>OVERLAND PARK, KS  66210 | LEASEHOLD | | | UNKNOWN |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.78.  083 - PLEASANT HILL<br>40-A CRESCENT DRIVE<br>PLEASANT HILL, CA 94523 | LEASEHOLD | | | UNKNOWN |
| 55.79.  084 - TEMECULA<br>26420 YNEZ ROAD<br>TEMECULA, CA 92592 | LEASEHOLD | | | UNKNOWN |
| 55.80.  085 - CARY<br>2310 WALNUT<br>CARY, NC 27511 | LEASEHOLD | | | UNKNOWN |
| 55.81.  086 - CAMARILLO<br>375 WEST VENTURA BLVD.<br>CAMARILLO, CA 93010 | LEASEHOLD | | | UNKNOWN |
| 55.82.  087 - VISTA<br>1860 UNIVERSITY DRIVE<br>VISTA, CA 92083-7700 | LEASEHOLD | | | UNKNOWN |
| 55.83.  088 - WOODLANDS<br>1717 LAKE WOODLANDS DRIVE<br>THE WOODLANDS, TX 77380 | LEASEHOLD | | | UNKNOWN |
| 55.84.  089 - SAN JOSE (CK819)<br>113 BERNAL ROAD<br>SAN JOSE, CA 95119 | LEASEHOLD | | | UNKNOWN |
| 55.85.  091 - ST. CHARLES<br>2801 E. MAIN STREET<br>ST. CHARLES, IL 60174 | LEASEHOLD | | | UNKNOWN |
| 55.86.  092 - GLENVIEW<br>2351 WILLOW ROAD<br>GLENVIEW, IL 60025 | LEASEHOLD | | | UNKNOWN |
| 55.87.  093 - CITY OF INDUSTRY<br>17411 COLIMA ROAD<br>CITY OF INDUSTRY, CA 91748 | LEASEHOLD | | | UNKNOWN |
| 55.88.  094 - CRESTWOOD (CK821)<br>9846 WATSON ROAD<br>CRESTWOOD, MO 63126 | LEASEHOLD | | | UNKNOWN |
| 55.89.  095 - PHOENIX - METRO CENTER<br>10046 NORTH 26TH DRIVE<br>PHOENIX, AZ 85021 | LEASEHOLD | | | UNKNOWN |
| 55.90.  096 - NORTHRIDGE<br>19801 RINALDI STREET<br>NORTHRIDGE, CA 91326 | LEASEHOLD | | | UNKNOWN |
| 55.91.  097 - SCHAUMBURG<br>1951 E. MCCONNER PARKWAY<br>SCHAUMBURG, IL 60173 | LEASEHOLD | | | UNKNOWN |
| 55.92.  098 - IRVINE<br>2825 MAIN STREET<br>IRVINE, CA 92614 | LEASEHOLD | | | UNKNOWN |
| 55.93.  099 - LAKE FOREST<br>26572 TOWNE CENTRE DRIVE<br>LAKE FOREST, CA 92610 | LEASEHOLD | | | UNKNOWN |
| 55.94.  100 - FULLERTON<br>1901 WEST MALVERN AVENUE<br>FULLERTON, CA 92833-2439 | LEASEHOLD | | | UNKNOWN |
| 55.95.  101 - VALENCIA<br>24303 TOWN CENTER DRIVE<br>SUITES 140, 150 AND 170<br>VALENCIA, CA 91355 | LEASEHOLD | | | UNKNOWN |
| 55.96.  102 - WEST PALM BEACH<br>1900 PALM BEACH LAKES BLVD.<br>WEST PALM BEACH, FL 33409 | LEASEHOLD | | | UNKNOWN |
| 55.97.  103 - CHULA VISTA<br>1810 MAIN COURT<br>CHULA VISTA, CA 91911 | LEASEHOLD | | | UNKNOWN |
| 55.98.  104 - DESERT RIDGE<br>21001 N. TATUM BLVD.<br>BLDG. 93<br>PHOENIX, AZ 85050 | LEASEHOLD | | | UNKNOWN |

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.99.   105 - WAUKEGAN 850 SOUTH WAUKEGAN ROAD WAUKEGAN, IL  60085 | LEASEHOLD | | | UNKNOWN |
| 55.100.  106 - ADDISON 15225 MONTFORT DRIVE DALLAS, TX  75248 | LEASEHOLD | | | UNKNOWN |
| 55.101.  107 - LOMBARD 2820 HIGHLAND AVENUE SUITES A & B LOMBARD, IL  60148 | LEASEHOLD | | | UNKNOWN |
| 55.102.  108 - SAN JOSE DOWNTOWN 625 COLEMAN AVE SAN JOSE, CA  95110 | LEASEHOLD | | | UNKNOWN |
| 55.103.  110 - GILBERT 4928 SOUTH POWER ROAD MESA, AZ  85212 | LEASEHOLD | | | UNKNOWN |
| 55.104.  111 - PALMDALE 40026 10TH STREET WEST PALMDALE, CA  93551 | LEASEHOLD | | | UNKNOWN |
| 55.105.  112 - AURORA, IL 986 NORTH ROUTE 59 AURORA, IL  60504 | LEASEHOLD | | | UNKNOWN |
| 55.106.  113 - ARLINGTON 4001 MATLOCK ROAD ARLINGTON, TX  76018 | LEASEHOLD | | | UNKNOWN |
| 55.107.  114 - IRVING 1820 MARKET PLACE BLVD. IRVING, TX  75063 | LEASEHOLD | | | UNKNOWN |
| 55.108.  115 - LA QUINTA 79-705 HIGHWAY 111 LA QUINTA, CA  92253 | LEASEHOLD | | | UNKNOWN |
| 55.109.  116 - LAKE BUENA VISTA 12561 S. APOPKA VINELAND ROAD ORLANDO, FL  32836 | LEASEHOLD | | | UNKNOWN |
| 55.110.  117 - ENCINITAS 109 N. EL CAMINO REAL ENCINITAS, CA  92024 | LEASEHOLD | | | UNKNOWN |
| 55.111.  118 - NAPLES 10940 TAMIAMI TRAIL NORTH NAPLES, FL  34108 | LEASEHOLD | | | UNKNOWN |
| 55.112.  119 - LAS VEGAS (FLAMINGO) 9460 WEST FLAMINGO ROAD SUITE 100 LAS VEGAS, NV  89147 | LEASEHOLD | | | UNKNOWN |
| 55.113.  120 - BRADENTON 5407 UNIVERSITY PARKWAY BRADENTON, FL  34201 | LEASEHOLD | | | UNKNOWN |
| 55.114.  121 - BOYNTON BEACH 1100 NORTH CONGRESS AVENUE SUITE 100 BOYNTON BEACH, FL  33426 | LEASEHOLD | | | UNKNOWN |
| 55.115.  123 - ESCONDIDO 1260 A/B AUTO PARKWAY ESCONDIDO, CA  92029 | LEASEHOLD | | | UNKNOWN |
| 55.116.  124 - HOWARD HUGHES  (LOS ANGELES) 6081 CENTER DRIVE SUITE 102 LOS ANGELES, CA  90045 | LEASEHOLD | | | UNKNOWN |
| 55.117.  125 - PORT RICHEY 10156 U. S. HIGHWAY 19 PORT RICHEY, FL  34668 | LEASEHOLD | | | UNKNOWN |
| 55.118.  126 - LADY LAKE 508 US HIGHWAY 27/441 LADY LAKE, FL  32159 | LEASEHOLD | | | UNKNOWN |

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.119. 128 - KISSIMMEE<br>3236 NORTH ROLLING OAKS BLVD.<br>SPACE T-114<br>KISSIMMEE, FL 34747 | LEASEHOLD | | | UNKNOWN |
| 55.120. 129 - SAN JOSE NORTH<br>4180 NORTH FIRST STREET<br>SAN JOSE, CA 95134 | LEASEHOLD | | | UNKNOWN |
| 55.121. 130 - FORT WORTH<br>2901 WEST 7TH<br>FORT WORTH, TX 76107 | LEASEHOLD | | | UNKNOWN |
| 55.122. 131 - DALLAS (OLD TOWN)<br>5500 GREENVILLE AVENUE, UNIT #1310<br>DALLAS, TX 75206 | LEASEHOLD | | | UNKNOWN |
| 55.123. 133 - MOUNTAIN VIEW<br>4040 GRANT ROAD<br>SUITE 360<br>MOUNTAIN VIEW, CA 94040 | LEASEHOLD | | | UNKNOWN |
| 55.124. 134 - KENDALL (MIAMI)<br>8405 MILLS DRIVE<br>SUITE 220<br>MIAMI, FL 33183 | LEASEHOLD | | | UNKNOWN |
| 55.125. 135 - ATWATER VILLAGE<br>2921 LOS FELIZ BOULEVARD<br>LOS ANGELES, CA 90039 | LEASEHOLD | | | UNKNOWN |
| 55.126. 136 - CHINO HILLS<br>4645 CHINO HILLS PARKWAY<br>SUITE A<br>CHINO HILLS, CA 91709 | LEASEHOLD | | | UNKNOWN |
| 55.127. 820 - CHICAGO CENTRAL KITCHEN<br>875 CAMBRIDGE DRIVE<br>ELK GROVE, IL 60007 | LEASEHOLD | | | UNKNOWN |
| 55.128. 822 - FULLERTON CENTRAL KITCHEN<br>1850 RAYMER AVENUE<br>FULLERTON, CA 92833 | LEASEHOLD | | | UNKNOWN |
| 55.129. 823 - FT. WORTH CENTAL KITCHEN<br>15600 TRINITY BOULEVARD<br>SUITE 102<br>FORT WORTH, TX 76155 | LEASEHOLD | | | UNKNOWN |
| 55.130. 947 - EAST COAST DISTRIBUTION<br>1325 CHASTAIN ROAD<br>SUITE 300<br>KENNESAW, GA 30144 | LEASEHOLD | | | UNKNOWN |
| 55.131. 948 - WEST COAST DISTRIBUTION<br>6800 SYCAMORE CANYON BLVD.<br>RIVERSIDE, CA 64886 | LEASEHOLD | | | UNKNOWN |
| 55.132. CUSTOMER LISTS | | | | UNKNOWN |

**56** **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

        UNKNOWN

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 29 of 404

(Name)    Case number (if known) 16-12177

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | | | | |
|---|---|---|---|---|
| 60.1. | ALBONDIGAS LOCAS * 77/735903 | | | UNKNOWN |
| 60.2. | CLUB VEG * 78/204221 | | | UNKNOWN |
| 60.3. | DESIGN YOUR OWN DELICIOUS * 86/295246 | | | UNKNOWN |
| 60.4. | FARM-TO-TABLE-TO-FARM * 86/772821 | | | UNKNOWN |
| 60.5. | FARM-TO-TABLE-TO-FARM LOGO (GREEN) * 86/813378 | | | UNKNOWN |
| 60.6. | FIELD KITCHEN * 85/720155 | | | UNKNOWN |
| 60.7. | GARDEN FRESH * 78/216631 | | | UNKNOWN |
| 60.8. | GARDEN FRESH RESTAURANT CORP. * 74/577537 | | | UNKNOWN |
| 60.9. | HALF TOMATO DESIGN * 78/661847 | | | UNKNOWN |
| 60.10. | JOAN'S BROCCOLI MADNESS (CANADA) * 1623634 | | | UNKNOWN |
| 60.11. | JOAN'S BROCCOLI MADNESS (MEXICO) * 1367843 | | | UNKNOWN |
| 60.12. | JOAN'S BROCCOLI MADNESS * 77/735945 | | | UNKNOWN |
| 60.13. | LOTS TO FEEL GOOD * 76/203322 | | | UNKNOWN |
| 60.14. | SOUPLANTATION * 73/492498 | | | UNKNOWN |
| 60.15. | SOUPLANTATION * 75/727804 | | | UNKNOWN |
| 60.16. | SWEET TOMATOES (JAPAN) * 2014-45135 | | | UNKNOWN |
| 60.17. | SWEET TOMATOES (UNITED ARAB EMIRATES) * 220914 | | | UNKNOWN |
| 60.18. | SWEET TOMATOES * 74/035742 | | | UNKNOWN |
| 60.19. | SWEET TOMATOES * 74/548259 | | | UNKNOWN |
| 60.20. | SWEET TOMATOES * 75/727961 | | | UNKNOWN |
| 60.21. | SWEET TOMATOES FIELD KITCHEN * 85/720220 | | | UNKNOWN |
| 60.22. | WHOLE TOMATO * 78/661910 | | | UNKNOWN |
| 60.23. | WONTON CHICKEN HAPPINESS * 77/979856 | | | UNKNOWN |

**61. INTERNET DOMAIN NAMES AND WEBSITES**

| | | | | |
|---|---|---|---|---|
| 61.1. | ALBONDIGASLOCASSOUP.XXX-BLOCK | | | UNKNOWN |
| 61.2. | BEHINDTHEFOOD.XXX-BLOCK | | | UNKNOWN |
| 61.3. | CLUBVEG.COM | | | UNKNOWN |
| 61.4. | CLUBVEG.XXX-BLOCK | | | UNKNOWN |
| 61.5. | FIELDKITCHEN.COM | | | UNKNOWN |
| 61.6. | GARDENFRESH.NET | | | UNKNOWN |
| 61.7. | GARDENFRESH.XXX-BLOCK | | | UNKNOWN |
| 61.8. | GARDENFRESHCORP.COM | | | UNKNOWN |
| 61.9. | GARDENFRESHCORP.NET | | | UNKNOWN |
| 61.10. | GARDENFRESHRESTAURANTCORP.COM | | | UNKNOWN |
| 61.11. | GARDENFRESHRESTAURANTCORP.XXX-BLOCK | | | UNKNOWN |
| 61.12. | GARDENFRESHSUCKS.COM | | | UNKNOWN |
| 61.13. | GFRCORP.COM | | | UNKNOWN |
| 61.14. | GFRMIS.NET | | | UNKNOWN |
| 61.15. | GFRSETTLEMENT.COM | | | UNKNOWN |
| 61.16. | IHATEGARDENFRESH.COM | | | UNKNOWN |
| 61.17. | IHATESOUPLANTATION.COM | | | UNKNOWN |
| 61.18. | IHATESOUPPLANTATION.COM | | | UNKNOWN |
| 61.19. | IHATESWEETOMATOES.COM | | | UNKNOWN |
| 61.20. | IHATESWEETTOMATOES.COM | | | UNKNOWN |
| 61.21. | JOANSBROCCOLIMADNESS.XXX-BLOCK | | | UNKNOWN |
| 61.22. | KITCHENCABINET.XXX-BLOCK | | | UNKNOWN |
| 61.23. | LBVEG.CO | | | UNKNOWN |
| 61.24. | LOTSTOFEELGOODABOUT.XXX-BLOCK | | | UNKNOWN |
| 61.25. | MYDELICIOUS.COM | | | UNKNOWN |
| 61.26. | MYGARDENFRESH.COM | | | UNKNOWN |
| 61.27. | SOUPLANTATION.COM | | | UNKNOWN |

Debtor   Garden Fresh Restaurant Corp.   Case 16-12177-CSS   Doc 7   Filed 11/14/16   Page 30 of 404

(Name)   Case number (if known) 16-12177

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.28.   SOUPLANTATION.KITCHEN | | | UNKNOWN |
| 61.29.   SOUPLANTATION.MENU | | | UNKNOWN |
| 61.30.   SOUPLANTATION.RECIPES | | | UNKNOWN |
| 61.31.   SOUPLANTATION.XXX-BLOCK | | | UNKNOWN |
| 61.32.   SOUPLANTATIONCATERING.COM | | | UNKNOWN |
| 61.33.   SOUPLANTATIONCOUPONS.COM | | | UNKNOWN |
| 61.34.   SOUPLANTATIONEXPRESS.COM | | | UNKNOWN |
| 61.35.   SOUPLANTATIONONLINECOMMUNITY.COM | | | UNKNOWN |
| 61.36.   SOUPLANTATIONSUCKS.COM | | | UNKNOWN |
| 61.37.   SOUPLANTATION.COM | | | UNKNOWN |
| 61.38.   SOUPPLANTATIONEXPRESS.COM | | | UNKNOWN |
| 61.39.   SOUPPLANTATIONSUCKS.COM | | | UNKNOWN |
| 61.40.   SWEETOMATOES.COM | | | UNKNOWN |
| 61.41.   SWEETOMATOESCATERING.COM | | | UNKNOWN |
| 61.42.   SWEETOMATOESEXPRESS.COM | | | UNKNOWN |
| 61.43.   SWEETOMATOESSUCKS.COM | | | UNKNOWN |
| 61.44.   SWEETTOMATOES.COM | | | UNKNOWN |
| 61.45.   SWEETTOMATOES.KITCHEN | | | UNKNOWN |
| 61.46.   SWEET-TOMATOES.KITCHEN | | | UNKNOWN |
| 61.47.   SWEETTOMATOES.MENU | | | UNKNOWN |
| 61.48.   SWEET-TOMATOES.MENU | | | UNKNOWN |
| 61.49.   SWEETTOMATOES.RECIPES | | | UNKNOWN |
| 61.50.   SWEET-TOMATOES.RECIPES | | | UNKNOWN |
| 61.51.   SWEETTOMATOES.XXX-BLOCK | | | UNKNOWN |
| 61.52.   SWEETTOMATOESANDSOUPLANTATIONONLINECOMM UNITY.COM | | | UNKNOWN |
| 61.53.   SWEETTOMATOESCATERING.COM | | | UNKNOWN |
| 61.54.   SWEETTOMATOESEXPRESS.COM | | | UNKNOWN |
| 61.55.   SWEETTOMATOESONLINECOMMUNITY.COM | | | UNKNOWN |
| 61.56.   SWEETTOMATOESSUCKS.COM | | | UNKNOWN |
| 61.57.   WONTONCHICKENHAPPINESS.XXX-BLOCK | | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   TRADEMARK LICENSES | | | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1.   GOODWILL | | | UNKNOWN |
| **65. GOODWILL** | | | |
| **66   Total of Part 10.**  ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNKNOWN |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes
..

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

## Part 11: ALL OTHER ASSETS

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| CAPITAL LEASE RECEIVABLE   $994,720.00 _(total face amount)_ − $0.00 _(doubtful or uncollectable accounts)_ = ➜ | $994,720.00 |
| **72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| FEDERAL TAX NOL    Tax year VARIOUS | UNKNOWN |
| FEDERAL TAX REFUND    Tax year VARIOUS | $11,566.00 |
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| WELLS FARGO RABBI TRUST ACCOUNT, CASH SURRENDER VALUE OF COLI POLICIES, INCLUDED AS LT ASSET | $1,002,049.00 |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** _EXAMPLES:_ SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| BLACKHAWK RECEIVABLE | $20,833.00 |
| EMPLOYEE ADVANCES | $2,325.00 |
| **78 Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $2,031,493.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $1,912,201.00 | |
| **81. Deposits and prepayments.** _Copy line 9, Part 2._ | $11,133,986.54 | |
| **82. Accounts receivable.** _Copy line 12, Part 3._ | $83,472.00 | |
| **83. Investments.** _Copy line 17, Part 4._ | UNKNOWN | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177
          (Name)

| | | |
|---|---|---|
| 84. | **Inventory.** *Copy line 23, Part 5.* | $8,343,349.00 |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,007,929.00 |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | UNKNOWN |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN |
| 90. | **All other assets.** *Copy line 78, Part 11.*                    + | $2,031,493.00 |

91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a.    $80,512,430.54   **+** 91b    UNKNOWN

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $80,512,430.54

**Fill in this information to identify the case:**

Debtor     Garden Fresh Restaurant Corp.

United States Bankruptcy Court for the:  District of Delaware

Case number     16-12177
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

**Part 1:**   **List All Creditors with Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name**<br>APOLLO INVESTMENT CORP<br><br>**Creditor's mailing address**<br>JONATHAN KRAIN<br>730 FIFTH AVENUE<br>FLOOR 11<br>NEW YORK, NY  10019<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>TERM D LOAN - FOURTH LIEN<br><br>**Describe the lien**<br>ALL ASSETS<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,901,646.00 | UNKNOWN |
| 2.2 | **Creditor's name**<br>APOLLO INVESTMENT CORP<br><br>**Creditor's mailing address**<br>JONATHAN KRAIN<br>730 FIFTH AVENUE<br>FLOOR 11<br>NEW YORK, NY  10019<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>TERM C2 LOAN - THIRD LIEN<br><br>**Describe the lien**<br>ALL ASSETS<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,465,583.00 | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name**<br>APOLLO INVESTMENT CORP<br><br>**Creditor's mailing address**<br>JONATHAN KRAIN<br>730 FIFTH AVENUE<br>FLOOR 11<br>NEW YORK, NY 10019<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/1/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | **Describe debtor's property that is subject to a lien**<br>TERM A LOAN - FIRST LIEN<br><br>**Describe the lien**<br>ALL ASSETS<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500,000.00 | UNKNOWN |
| 2.4 | **Creditor's name**<br>BANK OF AMERICA<br><br>**Creditor's mailing address**<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28202<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY LIEN<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name**<br>CERBERUS BUSINESS FINANCE, LLC<br><br>**Creditor's mailing address**<br>PAUL LUSARDI<br>875 THIRD AVENUE<br>NEW YORK, NY 10022<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | **Describe debtor's property that is subject to a lien**<br>TERM A LOAN - FIRST LIEN<br><br>**Describe the lien**<br>ALL ASSETS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,281,250.00 | UNKNOWN |

Debtor    Garden Fresh Restaurant Corp.        Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.6**

**Creditor's name**
CERBERUS BUSINESS FINANCE, LLC

**Creditor's mailing address**
PAUL LUSARDI
875 THIRD AVENUE
NEW YORK, NY 10022

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
REVOLVER

**Describe the lien**
ALL ASSETS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.7**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
C/O CITIGROUP PRIVATE BANK
1 COURT SQ
29TH FLOOR
LONG ISLAND CITY, NY 11120

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.8**

**Creditor's name**
CITICORP USA, INC.

**Creditor's mailing address**
ONE COURT SQUARE
29TH FLOOR
LONG ISLAND CITY, NV 11120

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.9**

**Creditor's name**
CORTLAND CAPITAL MARKET SERVICES, LLC

**Creditor's mailing address**
RYAN WARREN
225 W WASHINGTON STREET,
21ST FLOOR
CHICAGO, IL 60606

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
TERM B LOAN - SECOND LIEN

**Describe the lien**
ALL ASSETS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $35,630,489.00
Column B: UNKNOWN

---

**2.10**

**Creditor's name**
GENERAL ELECTRIC CAPITAL CORPORATION, AS AGENT

**Creditor's mailing address**
201 MERRITT 7
6TH FLOOR
NORWALK, CT 06856-5201

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.11**

**Creditor's name**
GUARANTY BANK & TRUST N.A.

**Creditor's mailing address**
PO BOX 1158
MOUNT PLEASANT, TX 75456

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.12 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | JPMORGAN CHASE BANK, N.A. | UCC LIEN | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | 3929 W JOHN CARPENTER FRWY IRVING, TX 75063 | | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☑ No | | |
| | VARIOUS | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☑ No | | |
| | ☐ No | ☐ Yes | | |
| | ☑ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☑ Disputed | | |

| 2.13 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $21,812.00 | UNKNOWN |
|---|---|---|---|---|
| | KAMRAN & COMPANY | RANCHO BERNARDO DISH MACHINE LEASE | | |
| | **Creditor's mailing address** | | | |
| | 411 E. MONTECITO STREET SANTA BARBARA, CA 93101 | **Describe the lien** | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☑ No | | |
| | VARIOUS | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☑ No | | |
| | ☑ No | ☐ Yes | | |
| | ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.14 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $15,128.00 | UNKNOWN |
|---|---|---|---|---|
| | KAMRAN & COMPANY | TORRANCE DISHWASHER LEASE | | |
| | **Creditor's mailing address** | | | |
| | 411 E. MONTECITO STREET SANTA BARBARA, CA 93101 | **Describe the lien** | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☑ No | | |
| | VARIOUS | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☑ No | | |
| | ☑ No | ☐ Yes | | |
| | ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.15**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN    UNKNOWN |
| PRIME BUSINESS CREDIT, INC | UCC LIEN | |
| **Creditor's mailing address** | **Describe the lien** | |
| 1055 W. SEVENTH ST | | |
| SUITE 2200 | **Is the creditor an insider or related party?** | |
| LOS ANGELES, CA  90017 | ☒ No | |
| **Creditor's email address** | ☐ Yes | |
| **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | |
| VARIOUS | ☒ No | |
| **Last 4 digits of account number:** | ☐ Yes | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | |
| ☐ No | ☒ Contingent | |
| ☒ Yes | ☒ Unliquidated | |
| | ☒ Disputed | |

**2.16**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN    UNKNOWN |
| SHINHAN BANK AMERICA | UCC LIEN | |
| **Creditor's mailing address** | **Describe the lien** | |
| 330 FIFTH AVENUE | | |
| NEW YORK, NY  10001 | **Is the creditor an insider or related party?** | |
| **Creditor's email address** | ☒ No | |
| | ☐ Yes | |
| **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | |
| VARIOUS | ☒ No | |
| **Last 4 digits of account number:** | ☐ Yes | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | |
| ☐ No | ☒ Contingent | |
| ☒ Yes | ☒ Unliquidated | |
| | ☒ Disputed | |

**2.17**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $10,330,730.00    UNKNOWN |
| SUN CAPITAL PARTNERS, INC. | TERM C1 LOAN - THIRD LIEN | |
| **Creditor's mailing address** | **Describe the lien** | |
| JENNA FOSTER | ALL ASSETS | |
| 5200 TOWN CENTER CIRCLE | | |
| SUITE 600 | **Is the creditor an insider or related party?** | |
| BOCA RATON, FL  33486 | ☐ No | |
| **Creditor's email address** | ☒ Yes | |
| **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | |
| VARIOUS | ☒ No | |
| **Last 4 digits of account number:** | ☐ Yes | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | |
| ☐ No | ☐ Contingent | |
| ☒ Yes | ☐ Unliquidated | |
| | ☐ Disputed | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.18**

| | | | | |
|---|---|---|---|---|
| **Creditor's name**<br>VISUAL PRODUCTS CORP DBA GORDON SIGN | **Describe debtor's property that is subject to a lien**<br>UCC LIEN | UNKNOWN | UNKNOWN |
| **Creditor's mailing address**<br>2930 W 9TH AVE<br>DENVER, CO  80204 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date or dates debt was incurred**<br>VARIOUS | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

**2.19**

| | | | | |
|---|---|---|---|---|
| **Creditor's name**<br>YAH INVESTMENTS, LLC | **Describe debtor's property that is subject to a lien**<br>UCC LIEN | UNKNOWN | UNKNOWN |
| **Creditor's mailing address**<br>7029 MARTANO PLACE<br>ALTA LOMA, CA  91701 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date or dates debt was incurred**<br>VARIOUS | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $190,146,638.00 |
|---|---|---|

| Fill in this information to identify the case: |
| --- |

Debtor    Garden Fresh Restaurant Corp.

United States Bankruptcy Court for the:    District of Delaware

Case number    16-12177
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $351.78 | $351.78 |
|  | 3 WIRE GROUP INC. NW7964 BOX 1450 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | MINNEAPOLIS, MN  55485-7964 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** IREG |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |
| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,145.96 | $2,145.96 |
|  | 3M  GB06380 P.O. BOX 844127 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | DALLAS, TX  75284-4127 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** REEM |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 41 of 404
Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3 | **Priority creditor's name and mailing address**<br>A. ZEREGA'S SONS, INC.<br>P.O. BOX 36341<br><br>NEWARK, NJ  07188-6341<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** RSON<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81,127.80 | $81,127.80 |
| 2.4 | **Priority creditor's name and mailing address**<br>A+ COMMERICAL SERVICES, INC.<br>P.O. BOX 611861<br><br>SAN JOSE, CA  95161<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OMME<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.00 | $56.00 |
| 2.5 | **Priority creditor's name and mailing address**<br>A-1 SCALE SALES & SERVICE<br>P.O. BOX 29107<br><br>PORTLAND, OR  97296-9107<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SCAL<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.00 | $79.00 |
| 2.6 | **Priority creditor's name and mailing address**<br>ACADEMY LOCKSMITH INC.<br>4887 EAST LA PALMA AVE #701<br><br>ANAHEIM, CA  92807<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ALOC<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $649.00 | $649.00 |

| Part 1: | Additional Page |
| | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.7**  **Priority creditor's name and mailing address**
ADM PLUMBING, INC.
DBA CHARLIE SWAIN PLUMBING
6299 JOHNSON STREET

HOLLYWOOD, FL  33024-5931

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ASWA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $111.00    Priority amount: $111.00

---

**2.8**  **Priority creditor's name and mailing address**
ADVANCED POWER TECHNOLOGIES
DEPT. #751
P.O. BOX 220

BETTENDORF, IA  52722-0004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VPOW

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $548.29    Priority amount: $548.29

---

**2.9**  **Priority creditor's name and mailing address**
ADVANTAGE CHEMICAL, LLC
237375 VIA INDUSTRIA

TEMECULA, CA  92590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VCHE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,992.93    Priority amount: $5,992.93

---

**2.10**  **Priority creditor's name and mailing address**
AIRTIGHT INDUSTRIES
P.O. BOX 939

CHINO HILLS, CA  91709

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RTIG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,385.00    Priority amount: $1,385.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.11** **Priority creditor's name and mailing address**

ALEGACY FOODSERVICE PRODUCTS
12683 CORRAL PLACE

SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $399.50   Priority amount: $399.50

---

**2.12** **Priority creditor's name and mailing address**

ALISON SERVICE COMPANY
PO BOX 402992

HESPERIA, CA  92340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ISER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $318.79   Priority amount: $318.79

---

**2.13** **Priority creditor's name and mailing address**

ALL VALLEY REFRIGERATION, INC
21241 VENTURA BLVD #190

WOODLAND HILLS, CA  91364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LVAL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $425.00   Priority amount: $425.00

---

**2.14** **Priority creditor's name and mailing address**

ALLIANCE MECHANICAL SERVICES
100 FRONTIER WAY

BENSENVILLE, IL  60106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,208.37   Priority amount: $1,208.37

---

Debtor  Garden Fresh Restaurant Corp.  Case 16-12177-CSS  Doc 7  Filed 11/14/16  Page 44 of 404

(Name)  Case number (if known) 16-12177

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.15** | **Priority creditor's name and mailing address**
ALS LOCKSMITH SERVICE
1911 W. BROADWAY  SUITE 6

MESA, AZ  85202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SLOC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10.00
Priority amount: $10.00

---

**2.16** | **Priority creditor's name and mailing address**
ALTA DENA CERTIFIED DAIRY
P.O. BOX 842363

LOS ANGELES, CA  90084-2363

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TDEA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $75,162.80
Priority amount: $75,162.80

---

**2.17** | **Priority creditor's name and mailing address**
AMERCARE
P.O. BOX 645300

CINCINNATI, OH  45264

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ELLC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $14,582.90
Priority amount: $14,582.90

---

**2.18** | **Priority creditor's name and mailing address**
ANDREW'S REFRIGERATION, INC
5617 E HILLERY DR

SCOTTSDALE, AZ  85254-2449

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DREF

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,034.33
Priority amount: $2,034.33

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.19** **Priority creditor's name and mailing address**
ANDREW'S SERVICES INC.
5617 E HILLERY DR.

SCOTTSDALE, AZ  85254-2449

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DRSE

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.78 | $76.78

---

**2.20** **Priority creditor's name and mailing address**
ANYTIME PLUMBING
A BLUE DOT SERVICE CO
4690 W. POST ROAD #130

LAS VEGAS, NV  89118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YPLU

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.15 | $59.15

---

**2.21** **Priority creditor's name and mailing address**
ANYTIME SIGN
1055 BAY BLVD. SUITE H.

CHULA VISTA, CA  91911

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YSIN

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,688.92 | $6,688.92

---

**2.22** **Priority creditor's name and mailing address**
APOLLO DRAIN & ROOTER SERVICE
2208 NW BIRDSDALE DR STE #8

GRESHAM, OR  97030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ODRA

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.94 | $50.94

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.23 | **Priority creditor's name and mailing address**<br>ARDENT MILLS, LLC<br>P.O. BOX 419204<br><br>BOSTON, MA  02241-9204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DMIL<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,070.50 | $47,070.50 |
| 2.24 | **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29086<br>PHOENIX, AZ  85038-9086<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>TAX RESEARCH & ANALYSIS<br>DIVISION CODE 3<br>1600 WEST MONROE<br>PHOENIX, AZ  85007-2650<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>STATE TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>ARMOR PLUMBING & BOILER CO.<br>330 E. CHILTON DRIVE<br><br>CHANDLER, AZ  85225<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MPLU<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81.00 | $81.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.27**

**Priority creditor's name and mailing address**
ARTHUR SCHUMAN WEST
P.O. BOX 84-78190

LOS ANGELES, CA  90084-8190

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TSCH

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $60,536.67  Priority amount: $60,536.67

---

**2.28**

**Priority creditor's name and mailing address**
ASSURANCE FACILITY MANAGEMENT
P.O. BOX 654

BURLESON, TX  76097

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SFAC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,918.18  Priority amount: $5,918.18

---

**2.29**

**Priority creditor's name and mailing address**
ATALANTA CORPORATION.
P.O. BOX 74008466

CHICAGO, IL  60674-8466

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ACOR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $107,358.95  Priority amount: $107,358.95

---

**2.30**

**Priority creditor's name and mailing address**
BADIA SPICES, INC.
P.O. BOX 226497

MIAMI, FL  33122-6497

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DSPI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,813.58  Priority amount: $9,813.58

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.31** Priority creditor's name and mailing address

BATORY FOODS
TOTAL SWEETENERS INC
P.O. BOX 80047

CITY OF INDUSTRY, CA  91716-8047

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $36,328.75    Priority amount: $36,328.75

---

**2.32** Priority creditor's name and mailing address

BAY STATE MILLING CO.
100 CONGRESS ST-2ND FL

QUINCY, MA  02169-0948

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YSTA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,610.00    Priority amount: $2,610.00

---

**2.33** Priority creditor's name and mailing address

BAY VALLEY FOODS LLC
21077 NETWORK PLACE

CHICAGO, IL  60673-1210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YVAL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,640.32    Priority amount: $12,640.32

---

**2.34** Priority creditor's name and mailing address

BELTRAM FOODSERVICE GROUP
6800 NORTH FLORIDA AVENUE

TAMPA, FL  33604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LTRA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $172.85    Priority amount: $172.85

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.35** | **Priority creditor's name and mailing address**
BRON TAPES OF SAN DIEGO, INC.
P.O. BOX 5304

DENVER, CO  80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OTAP

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $230.72    Priority amount $230.72

---

**2.36** | **Priority creditor's name and mailing address**
BRUNO SCHEIDT, INC.
DBA AMERICAN ROLAND FOOD CORP.
71 WEST 23RD STREET 15TH FL

NEW YORK, NY  10010

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EROL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $15,001.50    Priority amount $15,001.50

---

**2.37** | **Priority creditor's name and mailing address**
BUNN-O-MATIC CORPORATION
24315 NETWORK PLACE

CHICAGO, IL  60673-1243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NCOR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,322.51    Priority amount $1,322.51

---

**2.38** | **Priority creditor's name and mailing address**
C&F ELECTRIC  INC.
1660 NW 65TH AVE
SUITE #5

PLANTATION, FL  33313

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FELE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $25.65    Priority amount $25.65

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.39** | **Priority creditor's name and mailing address**
C&L MAINTENANCE, INC
2655 ERIE STREET

RIVER GROVE, IL  60171

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LMAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $545.69    Priority amount: $545.69

---

**2.40** | **Priority creditor's name and mailing address**
C&L REFRIGERATION CORP.
P.O. BOX 2319

BREA, CA  92822

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C&L

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,822.37    Priority amount: $2,822.37

---

**2.41** | **Priority creditor's name and mailing address**
CAL MIL PLASTIC PRODUCTS, INC.
4079 CALLE PLATINO

OCEANSIDE, CA  92056

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LMIL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $378.60    Priority amount: $378.60

---

**2.42** | **Priority creditor's name and mailing address**
CAL WEST SERVICE, INC
6405 GOLDEN GATE DR.

DUBLIN, CA  94568

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WESE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8.57    Priority amount: $8.57

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.43 | **Priority creditor's name and mailing address**<br>CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942840<br>SACRAMENTO, CA  94240-0040<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.44 | **Priority creditor's name and mailing address**<br>CALIFORNIA STATE BOARD OF EQUALIZATION<br>15015 AVENUE OF SCIENCE<br>SUITE 200<br>SAN DIEGO, CA  92128<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br>CAMBRO MANUFACTURING COMPANY<br>P.O. BOX #2000<br><br>HUNTINGTON BEACH, CA  92647-2000<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MMAN<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,162.98 | $7,162.98 |
| 2.46 | **Priority creditor's name and mailing address**<br>CARLISLE FOODSERVICE PRODUCTS<br>22926 NETWORK PLACE<br><br>CHICAGO, IL  60673-1229<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RIFO<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,010.93 | $3,010.93 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.47** Priority creditor's name and mailing address

CARRIER TRANSICOLD OF SOUTHERN CALIFORNIA
1015 S. AZUSA AVE.

CITY OF INDUSTRY, CA  91748

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CTSC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $967.00    Priority amount: $967.00

---

**2.48** Priority creditor's name and mailing address

CCI INDUSTRIES  INC.
COOL CURTAIN
350-A FISCHER AVENUE

COSTA MESA, CA  92626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** IIND

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $125.00    Priority amount: $125.00

---

**2.49** Priority creditor's name and mailing address

CH GUENTHER & SONS, INC.
P.O. BOX 840441

DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** GUEN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,705.00    Priority amount: $1,705.00

---

**2.50** Priority creditor's name and mailing address

CHALLENGE DAIRY PRODUCTS, INC.
P.O. BOX 742266

LOS ANGELES, CA  90074-2266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ADAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $17,339.59    Priority amount: $17,339.59

Debtor  Garden Fresh Restaurant Corp.                Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.51**

**Priority creditor's name and mailing address**
CHAMELEON BEVERAGE COMPANY INC
6444 26TH STREET

COMMERCE, CA  90040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ABEV

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $765.45     Priority amount: $765.45

---

**2.52**

**Priority creditor's name and mailing address**
CHAPMAN APPLIANCE SERVICE INC.
1784 SAN DIEGO AVENUE

SAN DIEGO, CA  92110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** APMN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $648.76     Priority amount: $648.76

---

**2.53**

**Priority creditor's name and mailing address**
CHEESE MERCHANTS
1301 SCHIFERI ROAD

BARTLETT, IL  60103

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EMER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $20,011.60     Priority amount: $20,011.60

---

**2.54**

**Priority creditor's name and mailing address**
CHEFS TOYS
P.O. BOX 8445

FOUNTAIN VALLEY, CA  92728

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ETOY

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,078.80     Priority amount: $1,078.80

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.55 | **Priority creditor's name and mailing address**<br>CHELSEA K. DISTRIBUTORS<br>2209 N 40TH STREET<br><br>TAMPA, FL  33605<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EDIS<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,782.50 | $3,782.50 |
| 2.56 | **Priority creditor's name and mailing address**<br>CHICAGO METALLIC BAKEWARE<br>6637 RELIABLE PKWY<br><br>CHICAGO, IL  60686<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ICME<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $799.50 | $799.50 |
| 2.57 | **Priority creditor's name and mailing address**<br>CINTAS FIRST AID & SAFETY<br>P.O. BOX 631025<br><br>CINCINNATI, OH  45263-1025<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SFIR<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>503(b)(9)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $305.42 | $305.42 |
| 2.58 | **Priority creditor's name and mailing address**<br>CITY OF AURORA<br>15151 E ALAMEDA PARKWAY<br>AURORA, CO  80012<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.59 | **Priority creditor's name and mailing address**<br>CITY OF AURORA, IL<br>3770 MCCOY DR<br>AURORA, IL  60504<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 | |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.60** | **Priority creditor's name and mailing address**

CITY OF KANSAS CITY
414 E. 12TH ST.
KANSAS CITY, MO  64106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.61** | **Priority creditor's name and mailing address**

CITY OF LONE TREE
9220 KIMMER DR
STE 100
LONE TREE, CO  80124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.62** | **Priority creditor's name and mailing address**

CITY OF PEORIA
CITY OF PEORIA MUNICIPAL COMPLEX
8401 W MONROE ST
PEORIA, AZ  85345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.63** | **Priority creditor's name and mailing address**

CITY OF TEMPE
TAX & LICENSE DIVISION
20 EAST 6TH ST
3RD FL
TEMPE, AZ  85281

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.64** | **Priority creditor's name and mailing address**

CITY OF TUCSON
CITY OF TUCSON - LICENSE SECTION
255 W ALAMEDA
FIRST FL
TUCSON, AZ  27210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.65 | **Priority creditor's name and mailing address**<br>CITY OF WAUKEGAN<br>100 N MARTIN LUTHER KING JR AVE<br>WAUKEGAN, IL  60085<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.66 | **Priority creditor's name and mailing address**<br>CITY OF WESTMINSTER<br>WESTMINSTER CITY HALL<br>4800 W 92ND AVE<br>WESTMINSTER, CO  80031<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.67 | **Priority creditor's name and mailing address**<br>CITY TREASURER (KANSAS CITY)<br>CITY HALL<br>2ND FL<br>414 E 12TH ST<br>KANSAS CITY, MO  64106<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.68 | **Priority creditor's name and mailing address**<br>CLABBER GIRL BAKING COMPANY<br>P.O. BOX 150<br><br>TERRE HAUTE, IN  47808-0150<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** AGIR<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $9,784.06 | $9,784.06 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.69** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $415.00 | $415.00

COAST SIGN INC.
1500 WEST EMBASSY ST.

ANAHEIM, CA  92802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** ASIG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.70** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,628.16 | $13,628.16

COASTAL MARKETING GROUP
590 ALLVIEW TERRACE SUITE A

LAGUNA BEACH, CA  92651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** AMAR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.71** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $191.92 | $191.92

COCA COLA
P.O. BOX 951073

DALLAS, TX  75395-1073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** NMAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.72** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,657.68 | $4,657.68

COCA COLA BOTTLER'S SALES &
SERVICES COMPANY LLC
BANK OF AMERICA
P.O. BOX 402702
ATLANTA, GA  30384-2702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** CCAN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 58 of 404

(Name)    Case number (if known) 16-12177

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.73** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97,325.07 | $97,325.07

COCA COLA U.S.A.
P.O. BOX 951073

DALLAS, TX  75395-1073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CCOL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.74** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $703.61 | $703.61

COCA-COLA NORTH AMERICA
P.O. BOX 102703

ATLANTA, GA  30368-2703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NOAM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.75** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.29 | $83.29

COCA-COLA USA
P.O. BOX 102703

ATLANTA, GA  30368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CACO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.76** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST.
DENVER, CO  80261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 59 of 404

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.77** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

COLORADO DEPARTMENT OF REVENUE
COLORADO DEPARTMENT OF REVENUE
DENVER, CO 80261

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.78** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.75 | $48.75

COMMERCIAL APPLIANCE SERVICE
8416 LAUREL FAIR CIRCLE #114

TAMPA, FL 33610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
503(b)(9)

**Last 4 digits of account number:** OMME

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.79** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,879.39 | $2,879.39

COMPLETE OFFICE
P.O. BOX 4318

CERRITOS, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
503(b)(9)

**Last 4 digits of account number:** MOFF

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.80** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33,422.20 | $33,422.20

CONAGRA FOODS PACKAGED FOODS
FILE 56929

LOS ANGELES, CA 90074-6929

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
503(b)(9)

**Last 4 digits of account number:** NFOO

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.81** **Priority creditor's name and mailing address**
CONSOLIDATED FIRE PROTECTION
153 TECHNOLOGY DRIVE #200

IRVINE, CA 92618

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NFIR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,494.00    Priority amount: $2,494.00

---

**2.82** **Priority creditor's name and mailing address**
COOL SEAL GASKETS OF CENTRAL
FLORIDA, LLC
PO BOX 160985

ALTAMONTE SPRINGS, FL 32716

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OSEA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $165.00    Priority amount: $165.00

---

**2.83** **Priority creditor's name and mailing address**
COOL TEMP, INC.
10165 SW COMMERCE CIRCLE STE C

WILSONVILLE, OR 97070

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OTEM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,464.02    Priority amount: $1,464.02

---

**2.84** **Priority creditor's name and mailing address**
COOPER-ATKINS CORPORATION
P.O. BOX 1274

BUFFALO, NY 14240-1274

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OINS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,038.48    Priority amount: $1,038.48

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| --- | --- | --- |
| | (Name) | |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.85** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $1,083.71 | $1,083.71

CORE MECHANICAL, LLC
1009 PRUITT ROAD

THE WOODLANDS, TX  77380

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.86** | **Priority creditor's name and mailing address** | | $13.50 | $13.50

CORODATA  RECORDS MANAGEMENT
P.O. BOX 842638

LOS ANGELES, CA  90084-2638

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RREC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.87** | **Priority creditor's name and mailing address** | | $26,340.94 | $26,340.94

COUNTRY COFFEE CO, INC.
DISTANT LANDS COFFE ROASTERS
25185 NETWORK PLACE

CHICAGO, IL  60673-1185

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UCOF

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address** | | $23,932.08 | $23,932.08

COUNTY FAIR FOOD PRODUCTS
P.O. BOX 220

FARMINGTON, CA  95230

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UFAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Garden Fresh Restaurant Corp.                                        Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.89** Priority creditor's name and mailing address

COZZINI BROTHERS INC.
350 HOWARD AVENUE

DES PLAINES, IL 60018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ZZIN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$289.62**   Priority amount: **$289.62**

---

**2.90** Priority creditor's name and mailing address

CUSTOM CULINARY, INC.
P.O. BOX 205922

DALLAS, TX 75320-5922

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SCUL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$20,887.00**   Priority amount: **$20,887.00**

---

**2.91** Priority creditor's name and mailing address

DAISY BRANDS, INC.
P.O. BOX 671078

DALLAS, TX 75267-1078

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IBRA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$32,642.64**   Priority amount: **$32,642.64**

---

**2.92** Priority creditor's name and mailing address

DANIELS MEATS
P.O.BOX 936

PICO RIVERA, CA 90660

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NMEA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$2,457.72**   Priority amount: **$2,457.72**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.93**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    $250.37    $250.37

DAVID GRAY PLUMBING CO. INC.
6491 POWERS AVE.

☐ Contingent
☐ Unliquidated
☐ Disputed

JACKSONVILLE, FL 32217

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** VGRA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.94**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    $1,456.06    $1,456.06

DAYMARK FOOD SAFETY SYSTEMS
12836 SOUTH DIXIE HWY.

☐ Contingent
☐ Unliquidated
☐ Disputed

BOWLING GREEN, OH 43402

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** YFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.95**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    UNKNOWN    UNKNOWN

DELAWARE DEPARTMENT OF REVENUE
401 FEDERAL ST
SUITE 4
DOVER, DE 19901

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.96**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    $1,065.00    $1,065.00

DENVER SYRUP & BAR SUPPLY
353 W. 56TH AVE.

☐ Contingent
☐ Unliquidated
☐ Disputed

DENVER, CO 80216

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** NSYR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.97 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $583.90 | $583.90 |
|  | DETEMPLE COMPANY INC. 5636 NE HASSALO STREET | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | PORTLAND, OR  97213 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** TEMP |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |
| 2.98 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $662.46 | $662.46 |
|  | DIAMOND SHARP 513 MERCURY LANE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | BREA, CA  92821 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** AMON |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |
| 2.99 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $974.00 | $974.00 |
|  | DONALDSON CONCEPTS LLC 7327 FOXBLOOM DRIVE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | PORT RICHEY, FL  34668 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** NCON |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |
| 2.100 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.00 | $108.00 |
|  | DOYLE ELECTRIC SERVICES INC 3415 QUEEN PALM DRIVE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | TAMPA, FL  33619 | **Basis for the claim:** 503(b)(9) |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Is the claim subject to offset?** ☒ No ☐ Yes |  |  |
|  | **Last 4 digits of account number:** YELE |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) |  |  |  |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.101 | **Priority creditor's name and mailing address**<br><br>DPS BEVERAGES, INC.<br>P.O. BOX 277237<br><br>ATLANTA, GA  30384-7237<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** SBEV<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $6,620.60 | $6,620.60 |
| 2.102 | **Priority creditor's name and mailing address**<br><br>DURABLE INC<br>750 NORTHGATE PARKWAY<br><br>WHEELING, IL  60090<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** RINC<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $3,401.50 | $3,401.50 |
| 2.103 | **Priority creditor's name and mailing address**<br><br>DYNAMIC USA<br>1320 ROUTE 9 #1352<br><br>CHAMPLAIN, NY  12919<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** NINT<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $459.00 | $459.00 |
| 2.104 | **Priority creditor's name and mailing address**<br><br>EC COMPANY<br>P.O. BOX 10286<br><br>PORTLAND, OR  97296<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** ELEC<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $69.06 | $69.06 |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177
           (Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.105**

**Priority creditor's name and mailing address**
ECOLAB FOOD SAFETY SOLUTIONS
24198 NETWORK PLACE

CHICAGO, IL  60673-1241

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OLAB

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,461.84    Priority amount: $4,461.84

---

**2.106**

**Priority creditor's name and mailing address**
ECOLAB INCORPORTED
P.O. BOX 100512

PASADENA, CA  91189-0512

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OINC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $75,142.38    Priority amount: $75,142.38

---

**2.107**

**Priority creditor's name and mailing address**
EEE SOLUTIONS INC
9306 AUDUBON RD.

LAKESIDE, CA  92040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ESOU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $131.70    Priority amount: $131.70

---

**2.108**

**Priority creditor's name and mailing address**
ELECTRO FREEZE DIST.OF TX, INC
435 W. FORK DRIVE

ARLINGTON, TX  76012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ECFR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $161.81    Priority amount: $161.81

Debtor    Garden Fresh Restaurant Corp.                              Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.109** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.00 | $47.00

ELECTRO FREEZE OF NOR CAL
4330 PINELL STREET

SACRAMENTO, CA  95838

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FREE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.110** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,124.88 | $27,124.88

ELIZABETHS FOOD CO.
2041 E DEL AMO BLVD

RANCHO DOMINGUEZ, CA  90220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.111** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,772.00 | $5,772.00

EMPIRE DISTRIBUTORS
11383 NEWPORT DRIVE

RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PDIS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.112** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.00 | $138.00

ENVIRO-MASTER SERVICES
P.O. BOX 12350

CHARLOTTE, NC  28220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VMAS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.113** | **Priority creditor's name and mailing address**
EVERSOFT
P.O. BOX 92769

LONG BEACH, CA 90809

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EVER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $16,117.76    Priority amount: $16,117.76

---

**2.114** | **Priority creditor's name and mailing address**
F.E.A. SERVICE, LLC
1800 E. MIRALOMA AVENUE
SUITE H

PLACENTIA, CA 92870

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ASER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $18,468.78    Priority amount: $18,468.78

---

**2.115** | **Priority creditor's name and mailing address**
F.S.E. INC.
3039 HOOVER AVE

NATIONAL CITY, CA 91950

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EINC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,365.00    Priority amount: $9,365.00

---

**2.116** | **Priority creditor's name and mailing address**
FIRST SOURCE LLC
8825 MERCURY LANE

PICO RIVERA, CA 90660

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RSOR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $43,839.00    Priority amount: $43,839.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|--------|-------------------------------|--------------------------------|
| | (Name) | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.117** **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.118** **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.119** **Priority creditor's name and mailing address**

FLUID INTEGRITY,L.L.C. DBA
CHUCK'S WATER SYSTEMS
7205 GILPIN WAY UNIT#130

DENVER, CO  80229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** UINT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $69.50    Priority amount: $69.50

---

**2.120** **Priority creditor's name and mailing address**

FLUKE ELECTRONICS CORPORATION
7272 COLLECTION CENTER DR

CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** UELE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,042.43    Priority amount: $2,042.43

---

**2.121** **Priority creditor's name and mailing address**

FOWERS FRUIT RANCH, LLC
215 S 800 EAST

GENOLA, UT  84655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WFRI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $14,267.40    Priority amount: $14,267.40

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.122** | **Priority creditor's name and mailing address**
FOX GLASS S.C., INC.
1035 TIFFORD LANE

OSTEEN, FL 32764

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** XGLA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$930.00**   Priority amount: **$930.00**

---

**2.123** | **Priority creditor's name and mailing address**
FRANKLIN MACHINE PRODUCTS
P.O. BOX 781570

PHILADELPHIA, PA 19178-1570

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AMAC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,181.62**   Priority amount: **$2,181.62**

---

**2.124** | **Priority creditor's name and mailing address**
FRONTIER LIGHTING INC.
2090 PALMETTO STREET

CLEARWATER, FL 33765

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OLIG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$123.25**   Priority amount: **$123.25**

---

**2.125** | **Priority creditor's name and mailing address**
FURMANO FOODS
P.O. BOX 12956

PHILADELPHIA, PA 19176-0956

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$36,010.80**   Priority amount: **$36,010.80**

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.126** **Priority creditor's name and mailing address**
GATEWAY MARKETING CONCEPTS
P.O. BOX 231666

ENCINITAS, CA  92023-1666

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TMAR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $33.00   Priority amount: $33.00

---

**2.127** **Priority creditor's name and mailing address**
GCS SERVICE  INC.
24673 NETWORK PLACE

CHICAGO, IL  60673-1246

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SSER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,550.67   Priority amount: $6,550.67

---

**2.128** **Priority creditor's name and mailing address**
GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD, NE
ATLANTA, GA  30345

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.129** **Priority creditor's name and mailing address**
GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD, NE
ATLANTA, GA  30345

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.130** **Priority creditor's name and mailing address**
GHA TECHNOLOGIES, INC.
DEPT #2090, P.O. BOX 29661

PHOENIX, AZ  85038-9661

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ATEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $501.23   Priority amount: $501.23

Debtor    Garden Fresh Restaurant Corp    Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.131** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $183.00 | $183.00

GLOBAL SENSORS, LLC
P.O. BOX 750

BELMONT, NC  28012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OSEN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.132** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,589.03 | $33,589.03

GOLD COAST BAKING CO. INC.
1590 E. SAINT GERTRUDE PLACE

SANTA ANA, CA  92705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DCOA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.133** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.00 | $27.00

GOLD COAST PACKING, INC
1590 E. SAINT GERTRUDE PLACE

SANTA ANA, CA  92705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LPAC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.134** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96,984.00 | $96,984.00

GOLDEN WEST TRADING
US BANK LOCKBOX
PO BOX 511541

LOS ANGELES, CA  90051

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LDWE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| Part 1: | **Additional Page** | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.135** | **Priority creditor's name and mailing address**
GORDON SIGN/VISUAL PRODUCTS CO
P.O. BOX 174481

DENVER, CO  80217-4481

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RSIG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $176.00    Priority amount: $176.00

---

**2.136** | **Priority creditor's name and mailing address**
GOURMET FRESH PASTA
950 NORTH FAIR OAKS AVENUE

PASADENA, CA  91103

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UFRE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $26,604.40    Priority amount: $26,604.40

---

**2.137** | **Priority creditor's name and mailing address**
GRAINGER
DEPT 852085224

PALATINE, IL  60038-0001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AING

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $197.25    Priority amount: $197.25

---

**2.138** | **Priority creditor's name and mailing address**
GREAT LAKES SERVICE SOUTH TOWN
FOOD SERVICE
27766 NETWORK PLACE
LOCKBOX 27766
CHICAGO, IL  60673-1277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SGRE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $289.35    Priority amount: $289.35

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|

**2.139**    **Priority creditor's name and mailing address**

GRINDMASTER CORPORATION
P.O. BOX 150413 - DEPT 101004

HARTFORD, CT  06115-0413

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ICOR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,937.33    Priority amount: $5,937.33

---

**2.140**    **Priority creditor's name and mailing address**

HAGAR RESTAURANT EQUIPMENT SERVICE, INC.
6200 N.W. 2ND STREET

OKLAHOMA CITY, OK  73127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GRES

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $479.09    Priority amount: $479.09

---

**2.141**    **Priority creditor's name and mailing address**

HD CHEM
P.O. BOX 92769

LONG BEACH, CA  90809

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CHEM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,540.91    Priority amount: $1,540.91

---

**2.142**    **Priority creditor's name and mailing address**

HERITAGE BAG COMPANY
P.O. BOX 639083

CINCINNATI, OH  45263-9083

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RBAG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,938.88    Priority amount: $4,938.88

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.143**  **Priority creditor's name and mailing address**

HICKMAN'S EGG RANCH,INC.
6515 SOUTH JACKRABBIT TRAIL

BUCKEYE, AZ  85326

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CEGG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $46,032.00     Priority amount: $46,032.00

---

**2.144**  **Priority creditor's name and mailing address**

HOSPITALITY RESOURCE SUPPLY
499 N. ST. RD. 434, #1005

ALTAMONTE SPRINGS, FL  32714

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SRES

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $320.38     Priority amount: $320.38

---

**2.145**  **Priority creditor's name and mailing address**

HOUSE FOODS AMERICAN CORP.
7351 ORANGEWOOD AVE.

GARDEN GROVE, CA  92841

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UFOD

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,499.52     Priority amount: $7,499.52

---

**2.146**  **Priority creditor's name and mailing address**

HOUSTON'S PREMIER PLUMBING
P.O. BOX 2163

TOMBALL, TX  77377

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** USPR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5.00     Priority amount: $5.00

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.147 | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>101 W JEFFERSON ST<br>SPRINGFIELD, IL 62702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.148 | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>430 EAST VINE ST<br>SUITE A<br>SPRINGFIELD, IL 62703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.149 | **Priority creditor's name and mailing address**<br>IMAGERY MARKETING INC.<br>1808 JANKE DRIVE<br>SUITE L<br><br>NORTHBROOK, IL 60062<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** AMAR<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,839.06 | $17,839.06 |
| 2.150 | **Priority creditor's name and mailing address**<br>INDUSTRIAL ELECTRIC SERVICE<br>P.O. BOX 3929<br><br>HUNTINGTON BEACH, CA 92605<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DUST<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $465.71 | $465.71 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.151** | **Priority creditor's name and mailing address**
INTERFACE SECURITY SYSTEMS LLC
3773 CORPORATE CENTER DRIVE

EARTH CITY, MO  63045

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TSEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,500.00 | Priority amount $1,500.00

---

**2.152** | **Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
2970 MARKET STREET
PO BOX 7346
PHILADELPHIA, PA  19101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FEDERAL TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim UNKNOWN | Priority amount UNKNOWN

---

**2.153** | **Priority creditor's name and mailing address**
INTERSTATE BATTERY INC.
2649 N COBB PKWY

KENNESAW, GA  30152

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TBAT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,581.30 | Priority amount $1,581.30

---

**2.154** | **Priority creditor's name and mailing address**
JENSON REFRIGERATION, INC.
P.O. BOX 57544

MURRAY, UT  84157

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NREF

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $8,598.55 | Priority amount $8,598.55

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.155**  **Priority creditor's name and mailing address**

JMT MECHANICAL
16306 GENTLE SLOPE LANE

HOUSTON, TX 77044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$509.40**   Priority amount: **$509.40**

---

**2.156**  **Priority creditor's name and mailing address**

JOY CONE CO.
P.O. BOX 536228

PITTSBURGH, PA 15253-5904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** YCON

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$13,780.07**   Priority amount: **$13,780.07**

---

**2.157**  **Priority creditor's name and mailing address**

KAMRAN AND COMPANY, INC
411 E MONTECITO ST

SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MCOM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,186.05**   Priority amount: **$3,186.05**

---

**2.158**  **Priority creditor's name and mailing address**

KANE BEEF
9001 LEOPARD STREET

CORPUS CHRISTI, TX 78409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NBEE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$4,990.84**   Priority amount: **$4,990.84**

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.159** | **Priority creditor's name and mailing address**
KANSAS DEPARTMENT OF REVENUE
120 SE 10TH ST
TOPEKA, KS 66612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.160** | **Priority creditor's name and mailing address**
KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON ST
#300
TOPEKA, KS 66612-1588

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.161** | **Priority creditor's name and mailing address**
KEN'S FOODS
P.O. BOX 6197

BOSTON, MA 02212-6197

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $24,860.64    Priority amount: $24,860.64

---

**2.162** | **Priority creditor's name and mailing address**
KENT PRECISION FOODS GROUP INC
26948 NETWORK PLACE

CHICAGO, IL 60673-1269

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NPRE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $25,287.04    Priority amount: $25,287.04

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.163** **Priority creditor's name and mailing address**

KISSEL LANDSCAPING
11639 ROCK LAKE TERRACE

BOYNTON BEACH, FL  33473

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SLAN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $350.00    Priority amount: $350.00

---

**2.164** **Priority creditor's name and mailing address**

LANTMANNEN UNIBAKE
5007 LINCOLN AVE, SUITE 300

LISLE, IL  60532

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NUNI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $15,074.70    Priority amount: $15,074.70

---

**2.165** **Priority creditor's name and mailing address**

LAS COLINAS COMPANY
600 S. JEFFERSON STE M

PLACENTIA, CA  92870

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SCOM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,079.03    Priority amount: $3,079.03

---

**2.166** **Priority creditor's name and mailing address**

LAWTON COMMERCIAL SERVICES
1444 N. CENTRAL EXPY

MCKINNEY, TX  75070

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WCOM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $343.15    Priority amount: $343.15

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.167**  **Priority creditor's name and mailing address**

LEE KUM KEE (USA) INC
14841 DON JULIAN ROAD

CITY OF INDUSTRY, CA  91746

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EKUM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,131.50   Priority amount: $2,131.50

---

**2.168**  **Priority creditor's name and mailing address**

LEGACY AIR, INC
3529 E WOOD ST

PHOENIX, AZ  85040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GAIR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,617.06   Priority amount: $6,617.06

---

**2.169**  **Priority creditor's name and mailing address**

LENNOX INDUSTRIES INC
P.O. BOX 910549

DALLAS, TX  75391-0549

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NIND

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,360.00   Priority amount: $5,360.00

---

**2.170**  **Priority creditor's name and mailing address**

LEPRINO FOODS COMPANY
LOCKBOX #774484
4484 SOLUTIONS CENTER

CHICAGO, IL  60677-4004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $54,494.38   Priority amount: $54,494.38

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.171** | **Priority creditor's name and mailing address**
LYONS MAGNUS, INC
P.O. BOX 30023

OMAHA, NE  68103-1123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OMAG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,835.78  Priority amount: $7,835.78

---

**2.172** | **Priority creditor's name and mailing address**
MAINTENX INTERNATIONAL SERVICE
MANAGEMENT GROUP INC
P.O. BOX 21288

TAMPA, FL  33622

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IINT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,022.05  Priority amount: $1,022.05

---

**2.173** | **Priority creditor's name and mailing address**
MAINTEX, INC.
13300 E. NELSON AVE
PO BOX 7110

CITY OF INDUSTRY, CA  91744-7110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** INTE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $307.04  Priority amount: $307.04

---

**2.174** | **Priority creditor's name and mailing address**
MAOLA MILK AND ICE CREAM CO
5500 CHESTNUT AVE

NEWPORT NEWS, VA  23605

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** O814

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,455.87  Priority amount: $3,455.87

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.175** | **Priority creditor's name and mailing address**
Marisa Foods
1401 SANTA FE AVENUE

LONG BEACH, CA  90813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RIFO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $18,504.00    Priority amount: $18,504.00

---

**2.176** | **Priority creditor's name and mailing address**
MARK KITCHEN EQUIPMENT SER.INC
212 MONTEREY PASS RD. #B

MONTEREY PARK, CA  91754

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RKIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,601.85    Priority amount: $1,601.85

---

**2.177** | **Priority creditor's name and mailing address**
MASSGLASS & DOOR SERVICE
P.O. BOX 2999

PHOENIX, AZ  85062-2999

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SDOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $289.68    Priority amount: $289.68

---

**2.178** | **Priority creditor's name and mailing address**
MAYFIELD DAIRY FARMS LLC
P.O. BOX 933321

ATLANTA, GA  31193-3321

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RATL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,812.98    Priority amount: $1,812.98

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| Part 1: | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.179** | **Priority creditor's name and mailing address**

MCILHENNY COMPANY  (BROMAR
P.O.BOX 974546

DALLAS, TX  75397-4546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ICOM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,167.86
Priority amount: $5,167.86

---

**2.180** | **Priority creditor's name and mailing address**

MEADOW GOLD DAIRIES
P.O. BOX 710962

DENVER, CO  80271

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BDAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,744.31
Priority amount: $7,744.31

---

**2.181** | **Priority creditor's name and mailing address**

MEDOSWEET FARMS, INC
P.O. BOX 749

KENT, WA  98035-0749

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DFAR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,728.79
Priority amount: $4,728.79

---

**2.182** | **Priority creditor's name and mailing address**

MEGA CLEANING
DOMINGO CONTRERAS
19615 NORFOLK RIDGE WAY

RICHMOND, TX  77469

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GCLE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $67.00
Priority amount: $67.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td colspan="2"><b>Part 1:</b></td><td colspan="2"><b>Additional Page</b></td></tr>
</table>

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.183** | **Priority creditor's name and mailing address**
MERICLE MECHANICAL, INC.
1664 SIERRA MADRE CIRCLE

PLACENTIA, CA  92870

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$917.89**    Priority amount: **$917.89**

---

**2.184** | **Priority creditor's name and mailing address**
MESA MECHANICAL INC
3514 PINEMONT

HOUSTON, TX  77018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$5,273.16**    Priority amount: **$5,273.16**

---

**2.185** | **Priority creditor's name and mailing address**
METRO APPLIANCE SERVICE
1640 SOUTH BROADWAY

DENVER, CO  80210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TAPP

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$282.50**    Priority amount: **$282.50**

---

**2.186** | **Priority creditor's name and mailing address**
MISOURI DEPARTMENT OF REVENUE
FRANCHISE TAX
301 WEST HIGH ST
JEFFERSON CITY, MO  65101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **UNKNOWN**    Priority amount: **UNKNOWN**

Debtor    Garden Fresh Restaurant Corp.

(Name)    Case number (if known) 16-12177

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.187** | **Priority creditor's name and mailing address**
MISSION FOODS SOUTHERN CALIFOR
P.O. BOX 843793

DALLAS, TX  75284-3793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $526.95    Priority amount: $526.95

---

**2.188** | **Priority creditor's name and mailing address**
MISSOURI DEPARTMENT OF REVENUE
SALES TAX
301 WEST HIGH ST
RM 102
JEFFERSON CITY, MO  65101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.189** | **Priority creditor's name and mailing address**
MITSUI FOODS, INC.
P.O. BOX 7247-6455

PHILADELPHIA, PA  19170-6455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TSUI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,612.80    Priority amount: $1,612.80

---

**2.190** | **Priority creditor's name and mailing address**
MIZKAN AMERICAS, INC.
27772 NETWORK PLACE

CHICAGO, IL  60673-1277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** KFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,198.40    Priority amount: $5,198.40

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12191 |
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.191** | **Priority creditor's name and mailing address**
MOCERI PRODUCE
8597 SPECTRUM LN

SAN DIEGO, CA  92121
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** CPRO
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $731.16    Priority amount: $731.16

---

**2.192** | **Priority creditor's name and mailing address**
MOTHER EARTH BREW CO.
2055 THIBODO RD
STE C

VISTA, CA  92081

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** TEAR
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $279.90    Priority amount: $279.90

---

**2.193** | **Priority creditor's name and mailing address**
MUSCLE MARKETING
6065 PASEO CARRETA

CARLSBAD, CA  92009
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** SMAR
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $5,178.00    Priority amount: $5,178.00

---

**2.194** | **Priority creditor's name and mailing address**
MUZAK - NATIONAL ACCOUNTS
P.O. BOX 71070

CHARLOTTE, NC  28272-1070

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** ZAK2
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $66.42    Priority amount: $66.42

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.195**

**Priority creditor's name and mailing address**
NATIONAL DATA LABEL CORP.
301 ARTHUR COURT

BENSENVILLE, IL  60106

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TDAT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,878.00    Priority amount: $9,878.00

---

**2.196**

**Priority creditor's name and mailing address**
NATIONAL FROZEN FOODS CORP.
P.O. BOX 9366

SEATTLE, WA  98109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TFRO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $130,242.93    Priority amount: $130,242.93

---

**2.197**

**Priority creditor's name and mailing address**
NATIONAL SUGAR MARKETING, LLC
P.O. BOX 83257

CHICAGO, IL  60691-0257

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ASUG

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,677.50    Priority amount: $10,677.50

---

**2.198**

**Priority creditor's name and mailing address**
NATRA US, INC.
2535 CAMINO DEL RIO SOUTH
SUITE 310

SAN DIEGO, CA  92108

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TRUS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,330.00    Priority amount: $9,330.00

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.199** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47,398.60 | $47,398.60

NESTLE USA INC.
P.O. BOX 3637

BOSTON, MA  02241-3637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** SUSA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.200** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEVADA DEPARTMENT OF REVENUE
1550 COLLEGE PARKWAY
SUITE 100
CARSON CITY, NV  89706

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.201** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEVADA DEPARTMENT OF TAXATION
GRANT SAWYER OFFICE BUILDING
555 E WASHINGTON AVE
STE 1300
LAS VEGAS, NV  89101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.202** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $890.55 | $890.55

NEW AGE INDUSTRIAL CORP
16788 US HWY 36
P.O. BOX 520

NORTON, KS  67654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** WAGE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.203** Priority creditor's name and mailing address

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.204** Priority creditor's name and mailing address

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.205** Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF
REVENUE
501 N WILMINGTON ST
RALEIGH, NC 27604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.206** Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF
REVENUE
501 N WILMINGTON ST
RALEIGH, NC 27604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.207** Priority creditor's name and mailing address

NUCO2
P.O. BOX 417902

BOSTON, MA 02241-7902

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UCO2

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,056.67    Priority amount: $1,056.67

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.208** | **Priority creditor's name and mailing address**
OFFICE DEPOT
ACCT # 89377580
P.O. BOX 70025

LOS ANGELES, CA 90074-0025

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FDEP

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$29.67**    Priority amount: **$29.67**

---

**2.209** | **Priority creditor's name and mailing address**
OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **UNKNOWN**    Priority amount: **UNKNOWN**

---

**2.210** | **Priority creditor's name and mailing address**
ORNUA INGREDIENTS NORTH AMERICA
N7630 CTY HWY BB

HILBERT, WI 54129

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NING

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$20,879.60**    Priority amount: **$20,879.60**

---

**2.211** | **Priority creditor's name and mailing address**
PELICAN AIRE INC.
12815-A AUTOMOBILE BLVD.

CLEARWATER, FL 33762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LAIR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,234.35**    Priority amount: **$3,234.35**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.212** | **Priority creditor's name and mailing address**
PEPPERS UNLIMITED INC.
1375 AVENUE S
SUITE 300

GRAND PRAIRIE, TX 75050-1293

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PUNL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $14,773.50    Priority amount: $14,773.50

---

**2.213** | **Priority creditor's name and mailing address**
PERRICONE
550 B STREET

BEAUMONT, CA 92223

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RRIC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,116.20    Priority amount: $5,116.20

---

**2.214** | **Priority creditor's name and mailing address**
PHOENIX CITY TREASURER
CALVIN C. GOODE BUILDING
251 WEST WASHINGTON ST
3RD FL
PHOENIX, AZ 85003

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.215** | **Priority creditor's name and mailing address**
PIONEER PLUMBING
1312 E. WIEDING RD

TUCSON, AZ 85706

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OPLU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $76.10    Priority amount: $76.10

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| Part 1: | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.216** | **Priority creditor's name and mailing address**
PLUMBING MASTER SERVICE, LP
P.O. BOX 53137

RIVERSIDE, CA  92517

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UMAS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,767.38   Priority amount: $3,767.38

---

**2.217** | **Priority creditor's name and mailing address**
PRECISION ROLLER
P.O. BOX 41400

PHOENIX, AZ  95080-1400

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EROL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $216.00   Priority amount: $216.00

---

**2.218** | **Priority creditor's name and mailing address**
PRO TECH RESTAURANT SERVICE IN
P.O. BOX 60232

FORT MYERS, FL  33906-6232

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ORES

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $45.00   Priority amount: $45.00

---

**2.219** | **Priority creditor's name and mailing address**
PROCESS INC.
16766 BERNARDO CENTER DRIVE
SUITE 208

SAN DIEGO, CA  92128

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OCES

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,443.14   Priority amount: $6,443.14

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.220 | **Priority creditor's name and mailing address**<br>PRODUCE ALLIANCE, LLC<br>ATTN: KEVIN BATEMAN<br>60 WEST MARKET STREET<br>SUITE 130<br>SALINAS, CA  93901<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DALL<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PACA/PASA<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $707,242.27 | $707,242.27 |
| 2.221 | **Priority creditor's name and mailing address**<br>PUR PLUMBING INC.<br>P.O. BOX 40<br><br>PORT RICHEY, FL  34673<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RPLU<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.17 | $162.17 |
| 2.222 | **Priority creditor's name and mailing address**<br>PURATOS BAKERY SUPPLY INC.<br>11167 WHITE BIRCH<br><br>RANCHO CUCAMONGA, CA  91730<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** SPUR<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,266.00 | $1,266.00 |
| 2.223 | **Priority creditor's name and mailing address**<br>R & S MECHANICAL LLC<br>2664 TIMBER DR. STE 323<br><br>GARNER, NC  27529<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MECH<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,743.49 | $4,743.49 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.224** | **Priority creditor's name and mailing address**
R&B WHOLESALE DIST., INC.
2350 S. MILLIKEN AVE.

ONTARIO, CA  91761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ADIS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$308.93**    Priority amount: **$308.93**

---

**2.225** | **Priority creditor's name and mailing address**
RAINSWEET INC.
P.O. BOX 7079

SALEM, OR  97303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ISWE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,425.00**    Priority amount: **$1,425.00**

---

**2.226** | **Priority creditor's name and mailing address**
RAMCO REFRIGERATION & AIR INC.
3921 E. MIRALOMA AVE.

ANAHEIM, CA  92806-6201

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MREF

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$9,995.87**    Priority amount: **$9,995.87**

---

**2.227** | **Priority creditor's name and mailing address**
RC'S MECHANICAL SERVICES
4161 INGOT STREET

FREMONT, CA  94538

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SMEC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$9,650.78**    Priority amount: **$9,650.78**

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.228** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,661.95 | $14,661.95

REPROMAGIC
8585 MIRAMAR PLACE

SAN DIEGO, CA  92121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PROM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.229** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $580.00 | $580.00

ROSE PAVING COMPANY
7300 W. 100TH PLACE

BRIDGEVIEW, IL  60455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SPAV

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.230** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $840.58 | $840.58

RUBBERMAID INC.
75 REMITTANCE DRIVE STE. #1167

CHICAGO, IL  60675-1167

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BINC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.231** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68,178.22 | $68,178.22

RYDER TRUCK RENTAL INC.
P.O. BOX 96723

CHICAGO, IL  60693

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DTRU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.232** | **Priority creditor's name and mailing address**
S&S BAKERY
2545 BRITANNIA BLVD.

SAN DIEGO, CA  92154

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BAKE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,310.00    Priority amount: $2,310.00

---

**2.233** | **Priority creditor's name and mailing address**
SAF-GARD SAFETY SHOE CO.
P.O. BOX 10379

GREENSBORO, NC  27404

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FGAR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $723.14    Priority amount: $723.14

---

**2.234** | **Priority creditor's name and mailing address**
SCA TISSUES
P.O. BOX 3493

CAROL STREAM, IL  60132-3493

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OPAC

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $52,054.00    Priority amount: $52,054.00

---

**2.235** | **Priority creditor's name and mailing address**
SCENIC FRUIT CO.
7510 SE ALTMAN RD

GRESHAM, OR  97080

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EFRU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $35,190.00    Priority amount: $35,190.00

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.236**    **Priority creditor's name and mailing address**

SEA WATCH INTERNATIONAL
P.O. BOX 418077

BOSTON, MA  02241-8077

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AWAT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $61,269.60    Priority amount: $61,269.60

---

**2.237**    **Priority creditor's name and mailing address**

SENECA FOODS CORPORATION
P.O. BOX 99930

CHICAGO, IL  60696

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $29,028.58    Priority amount: $29,028.58

---

**2.238**    **Priority creditor's name and mailing address**

SERVICE SOLUTIONS GROUP, LLC
6000 PAYSPHERE CIRCLE

CHICAGO, IL  60674

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RKER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $31.35    Priority amount: $31.35

---

**2.239**    **Priority creditor's name and mailing address**

SHEARER'S FOODS, LLC
39947 TREASURY CENTER

CHICAGO, IL  60694-9900

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $11,833.35    Priority amount: $11,833.35

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12191 | |
| | (Name) | | | |

| Part 1: | **Additional Page** | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.240** | **Priority creditor's name and mailing address**
SHOES FOR CREWS  INC.
FILE LOCKBOX 51151

LOS ANGELES, CA  90074-1151

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ENDS

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,080.82 | $3,080.82 |

**2.241** | **Priority creditor's name and mailing address**
SILVER LINING AMENITIES, INC
22994 EL TORO RD
SUITE 101

LAKE FOREST, CA  92630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LVLI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $11,474.40 | $11,474.40 |

**2.242** | **Priority creditor's name and mailing address**
SILVERSTATE REFRIGERATION &
HVAC, LLC
4535 COPPER SAGE ST

LAS VEGAS, NV  89115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LREF

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,425.10 | $1,425.10 |

**2.243** | **Priority creditor's name and mailing address**
SIMON ROOFING AND SHEET METAL
P.O. BOX 951109

CLEVELAND, OH  44193

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MROO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $489.47 | $489.47 |

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)   16-12177

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.244** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,859.35 | $2,859.35

SOUTHEASTERN PAPER GROUP
P.O. BOX 890673

CHARLOTTE, NC  28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** NSWA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.245** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.48 | $57.48

SOUTHWEST OUTDOOR SERVICES
304 INDIANA ST SE

ALBUQUERQUE, NM  87108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** UTOU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

---

**2.246** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

SRPMIC (SCOTTSDALE)
10005 EAST OSBORN ROAD
SCOTTSDALE, AZ  85256

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LOCAL SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.247** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

STATE COMPTROLLER
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH ST
AUSTIN, TX  78774

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.248**

**Priority creditor's name and mailing address**

STATE OF WASHINGTON DEPARTMENT OF REVENUE
6500 LINDERSON WAY SW
TUMWATER, WA  98501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EXCISE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.249**

**Priority creditor's name and mailing address**

SUNORA FOOD LTD
#205,4616 VALIANT DRIVE N.W.

CALGARY, ALBERTA,   T3A 0X9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NORA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $38,853.00    Priority amount: $38,853.00

---

**2.250**

**Priority creditor's name and mailing address**

SUNRISE GROWERS, INC.
P.O. BOX 74008362

CHICAGO, IL  60674-8362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $69,196.80    Priority amount: $69,196.80

---

**2.251**

**Priority creditor's name and mailing address**

SUPERIOR PAPER & PLASTICS, INC
1930 E. 65TH STREET

LOS ANGELES, CA  90001-2111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PPAP

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $25,280.21    Priority amount: $25,280.21

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|--------|-------------------------------|--|------------------------|----------|
| | (Name) | | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.252** | **Priority creditor's name and mailing address**
SUPERIOR SERVICE CORP
1006 E SOUTH STREET

ANAHEIM, CA 92805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PSRV

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$512.34**    Priority amount: **$512.34**

---

**2.253** | **Priority creditor's name and mailing address**
SYSCO - SAN DIEGO
15750 MERIDIAN PARKWAY

RIVERSIDE, CA 92518

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SSAN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$12,605.38**    Priority amount: **$12,605.38**

---

**2.254** | **Priority creditor's name and mailing address**
SYSCO ATLANTA
P.O. BOX 490379

COLLEGE PARK, GA 30349

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SATL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,825.02**    Priority amount: **$1,825.02**

---

**2.255** | **Priority creditor's name and mailing address**
T G LEE DAIRY
P.O. BOX 932689

ATLANTA, GA 31193-2689

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LDAI

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$15,753.19**    Priority amount: **$15,753.19**

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.256** | **Priority creditor's name and mailing address**
TAMPICO SPICE CO. INC.
P.O. BOX 01229

LOS ANGELES, CA 90001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PICO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $1,392.52    **Priority amount** $1,392.52

---

**2.257** | **Priority creditor's name and mailing address**
TECH AIR, INC.
511 EAST PROSPECT RD.

OAKLAND PARK, FL 33334

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CAIR

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $3,570.08    **Priority amount** $3,570.08

---

**2.258** | **Priority creditor's name and mailing address**
TERRE SOLUTIONS
3746 ZACHARY ST

NEW PORT RICHEY, FL 34655

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RRSO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $2,246.16    **Priority amount** $2,246.16

---

**2.259** | **Priority creditor's name and mailing address**
TEXAS DEPARTMENT OF REVENUE
111 EAST 17TH ST
AUSTIN, TX 78774

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** UNKNOWN    **Priority amount** UNKNOWN

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.260 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,499.57 | $2,499.57 |

**Priority creditor's name and mailing address**
THE COLMAN GROUP
DBA SAN JAMAR-CHEF REVIVAL
555 KOOPMAN LANE

ELKHORN, WI  53121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NJAM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,499.57   Priority amount $2,499.57

---

**Priority creditor's name and mailing address**
THE GARLIC COMPANY
18602 ZERKER ROAD

BAKERSFIELD, CA  93314

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GARL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

2.261  Total claim $25,553.00   Priority amount $25,553.00

---

**Priority creditor's name and mailing address**
THE NEIL JONES FOOD COMPANY
P.O. BOX 842476

DALLAS, TX  75284-2476

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IJON

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

2.262  Total claim $45,584.80   Priority amount $45,584.80

---

**Priority creditor's name and mailing address**
THE REPUBLIC OF TEA
P.O. BOX 843410

KANSAS CITY, MO  64184-3410

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PTEA

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

2.263  Total claim $27,680.50   Priority amount $27,680.50

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
| | (Name) | | | |

| Part 1: | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.264 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,250.00 | $21,250.00 |
|---|---|---|---|---|

2.264 **Priority creditor's name and mailing address**
THE SMITHFIELD PACKING CO. INC
P.O. BOX 198198

ATLANTA, GA  30384-8198
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** IFIE
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)
**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $21,250.00    Priority amount: $21,250.00

---

2.265 **Priority creditor's name and mailing address**
THE STANLEY LOUIS COMPANY
2230 AMAPOLA COURT
SUITE #6

TORRANCE, CA  90501
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** ALOU
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)
**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $591.60    Priority amount: $591.60

---

2.266 **Priority creditor's name and mailing address**
THE WALDINGER CORP.
P.O. BOX 1612

DES MOINES, IA  50306-1612
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** OMEC
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)
**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,235.82    Priority amount: $3,235.82

---

2.267 **Priority creditor's name and mailing address**
TLC PLUMBING & UTILITY
5000 EDITH NE

ALBUQUERQUE, NM  87107
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** CCOM
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)
**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10.00    Priority amount: $10.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.268** | **Priority creditor's name and mailing address**

TRINIDAD BENHAM CORPORATION
3091 SOLUTION CENTER

CHICACO, IL  60677-3000

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,655.60    Priority amount: $3,655.60

---

**2.269** | **Priority creditor's name and mailing address**

TRINITY FRESH
9381 E. STOCKTON BLVD
SUITE 200

ELK GROVE, CA  95624

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IFRE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA/PASA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $494,954.91    Priority amount: $494,954.91

---

**2.270** | **Priority creditor's name and mailing address**

TUCS EQUIPMENT, INC
775 COUNTRY ROAD 18 SOUTH

PRINCETON, MN  55371

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CEQU

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $849.70    Priority amount: $849.70

---

**2.271** | **Priority creditor's name and mailing address**

TWC SERVICES, INC.
P.O. BOX 1612

DES MONINES, IA  50306-1612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CSER

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,825.98    Priority amount: $13,825.98

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.272** | **Priority creditor's name and mailing address**
UBFNA
88069 EXPEDITE WAY

CHICAGO, IL  60695-0001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,606.07
Priority amount: $8,606.07

---

**2.273** | **Priority creditor's name and mailing address**
UNIVERSAL RESTAURANT/HOME REPAIRS, INC.
3312 CABARET LANE

MARGATE, FL  33063

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ADRO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,111.57
Priority amount: $2,111.57

---

**2.274** | **Priority creditor's name and mailing address**
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT  84134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.275** | **Priority creditor's name and mailing address**
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT  84134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES & USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.276** | **Priority creditor's name and mailing address**
VENTURA FOODS LLC
26259 NETWORK PLACE

CHICAGO, IL  60673-1262

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NFOO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $116,596.10
Priority amount: $116,596.10

Debtor    Garden Fresh Restaurant Corp.                     Case number (if known)   16-12177

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.277 | **Priority creditor's name and mailing address**<br>VICTOR PACKING, INC<br>11687 ROAD 27 1/2<br><br>MADERA, CA 93637<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** CPAC<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,940.50 | $22,940.50 |
| 2.278 | **Priority creditor's name and mailing address**<br>VICTORIA PACIFIC TRADING CORP<br>9451 TELSTAR AVE.<br><br>EL MONTE, CA 91731<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** PACI<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(b)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,516.25 | $14,516.25 |
| 2.279 | **Priority creditor's name and mailing address**<br>VILLAGE OF LOMBARD<br>255 E WILSON AVE<br>LOMBARD, IL 60148-3969<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.280 | **Priority creditor's name and mailing address**<br>VILLAGE OF SCHAUMBURG<br>101 SCHAUMBURG CT<br>SCHAUMBURG, IL 60193<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LOCAL SALES & USE TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.281** | **Priority creditor's name and mailing address**
VOLLRATH COMPANY INC
75 REMITTANCE DRIVE
SUITE 3022

CHICAGO, IL  60675-3022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LCOM

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $152.74    Priority amount: $152.74

---

**2.282** | **Priority creditor's name and mailing address**
VORTEX INDUSTRIES, INC.
FILE 1095
1801 W. OLYMPIC BLVD.

PASADENA, CA  91199-1095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RTE1

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $142.20    Priority amount: $142.20

---

**2.283** | **Priority creditor's name and mailing address**
WAKE COUNTY REVENUE DEPARTMENT (2 RETURNS)
301 S MCDOWELL ST
SUITE 3800
RALEIGH, NC  27601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LOCAL SALES & USE TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.284** | **Priority creditor's name and mailing address**
WASHINGTON STATE DEPARTMENT OF REVENUE
P.O. BOX 47450
OLYMPIA, WA  98504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.285**

**Priority creditor's name and mailing address**

WAXIE SANITARY SUPPLY
P.O. BOX 60227

LOS ANGELES, CA  90060-0227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** XSAN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$4,981.62**  Priority amount: **$4,981.62**

---

**2.286**

**Priority creditor's name and mailing address**

WEX Bank
D/B/A WRIGHT EXPRESS FSC
PO BOX 6293

CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** XBAN

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$9,273.98**  Priority amount: **$9,273.98**

---

**2.287**

**Priority creditor's name and mailing address**

WIEDENBACH-BROWN
10 SKYLINE DRIVE

HAWTHORNE, NY  10532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EBRO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,602.68**  Priority amount: **$1,602.68**

---

**2.288**

**Priority creditor's name and mailing address**

WILLMETTE VALLEY FRUIT COMPANY
DEPT #561469

DENVER, CO  80256-2469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LVAL

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,700.00**  Priority amount: **$1,700.00**

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

**Part 1:    Additional Page**

| | Total claim | Priority amount |
|---|---|---|

**2.289   Priority creditor's name and mailing address**

YOUNG ELECTRIC SIGN COMPANY
P.O. BOX 11676

TACOMA, WA  98411-6676

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UELE

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $779.42    Priority amount $779.42

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1   Nonpriority creditor's name and mailing address**

1040 GRANT ROAD ASSOCIATES III
C/O CROSSPOINT REALTY SERVICES
P.O. BOX 7365

SAN FRANCISCO, CA  94120-7365

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 40GR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,550.25

**3.2   Nonpriority creditor's name and mailing address**

1099 PRO, INC
23901 CALABASAS ROAD, #2080

CALABASAS, CA  91302

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 99PR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$438.88

**3.3   Nonpriority creditor's name and mailing address**

12085 BRANDFORD STREET PROJECT
HAROLD ISTRIN
9803 SAN FERNANDO ROAD

PACOIMA, CA  91331

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 085B

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,776.24

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.4**

**Nonpriority creditor's name and mailing address**

1467 BRITTMOORE PROPERTY LLC
1467 BRITTMOORE ROAD

HOUSTON, TX  77043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 67BR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,250.00

---

**3.5**

**Nonpriority creditor's name and mailing address**

1756 INC.
13826 N.W. 22ND CT.

SUNRISE, FL  33323

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 56IN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,588.55

---

**3.6**

**Nonpriority creditor's name and mailing address**

2230 W. LINCOLN, LLC
P.O. BOX 8021

LAGUNA HILLS, CA  92654-8021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 30WL**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,651.82

---

**3.7**

**Nonpriority creditor's name and mailing address**

24HOUR EMERGENCY GLASS SERVICE
PO BOX 15466

SAN DIEGO, CA  92175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: HEME**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,930.95

---

**3.8**

**Nonpriority creditor's name and mailing address**

3 WIRE GROUP INC.
NW7964
BOX 1450

MINNEAPOLIS, MN  55485-7964

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IREG**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$955.83

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,235.73 |

**Nonpriority creditor's name and mailing address**

3.9
3M   GB06380
P.O. BOX 844127

DALLAS, TX  75284-4127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** REEM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,235.73

---

3.10
80024SUPPORT.COM
5625 RUFFIN ROAD STE 220

SAN DIEGO, CA  92123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OASS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,071.55

---

3.11
A TO Z STATEWIDE PLUMBING  INC
2215 SW 58TH TERRACE

HOLLYWOOD, FL  33023

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OZPL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,986.30

---

3.12
A WINDY CITY LOCK & SAFE SER.
P.O. BOX 788

DOWNERS GROVE, IL  60516

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NCIT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$911.23

---

3.13
A. ZEREGA'S SONS, INC.
P.O. BOX 36341

NEWARK, NJ  07188-6341

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RSON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,880.20

Debtor    Garden Fresh Restaurant Corp.                                   Case number (if known)    16-12177
         (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.14 | **Nonpriority creditor's name and mailing address**<br><br>A.C. WARNACK<br>AND THE A.C. WARNACK TRUST<br>P.O. BOX 1409<br><br>LANCASTER, CA  93584<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** WARN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,317.72 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br><br>A.L.C. PRESSURE CLEANING<br>14874 SW 39TH CT.<br><br>MIRAMAR, FL  33027<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CPRE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,175.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>A+ COMMERICAL SERVICES, INC.<br>P.O. BOX 611861<br><br>SAN JOSE, CA  95161<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OMME | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67,057.64 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>A-1 SCALE SALES & SERVICE<br>P.O. BOX 29107<br><br>PORTLAND, OR  97296-9107<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SCAL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $526.50 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>AAA WATER SYSTEMS  INC.<br>4050 PIKE LANE SUITE A<br><br>CONDORD, CA  94520<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** AWAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $447.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>AAJAA, LLC<br>BASTA SOLUTIONS<br>36625 US HIGHWAY 19 N<br><br>PALM HARBOR, FL 34684<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: JAAL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360.50 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>ABOVE ALL CEILING CLEANING<br>2300 W. INA RD. #1108<br><br>TUCSON, AZ 85741<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: OALL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,156.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>Acacia Foundation<br>Aydin Erdogan<br>20460 Kirkwood St<br>Apt 201<br>Beaverton, OR 97006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6310** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.65 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>ACADEMY LOCKSMITH INC.<br>4887 EAST LA PALMA AVE #701<br><br>ANAHEIM, CA 92807<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: ALOC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,904.04 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>ACE MART RESTAURANT SUPPLY CO.<br>P.O. 974297<br><br>DALLAS, TX 75397-4297<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: EMAR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,923.73 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.24
ACOSTA,OSCAR
C/O THE LAW OFFICES OF PETER T BROWN
2486 SW 27TH TERRACE
MIAMI, FL  33133

**Date or dates debt was incurred**
12/1/2010

**Last 4 digits of account number: 6390**

**As of the petition filing date, the claim is:** UNKNOWN
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.25
ACUITY CLOUD SOLUTIONS
63 EMERALD STREET
SUITE 442

KEENE, NH  03431

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UCLO**

**As of the petition filing date, the claim is:** $341.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.26
ADAME LANDSCAPE, INC.
41863 JUNIPER ST.

MURRIETA, CA  92562

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: DAME**

**As of the petition filing date, the claim is:** $180.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.27
ADM PLUMBING, INC.
DBA CHARLIE SWAIN PLUMBING
6299 JOHNSON STREET

HOLLYWOOD, FL  33024-5931

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ASWA**

**As of the petition filing date, the claim is:** $15,900.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.28
ADOHOLICS, LLC
1281 9TH AVE, UNIT 1208

SAN DIEGO, CA  92101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: HLLC**

**As of the petition filing date, the claim is:** $1,900.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.29**

**Nonpriority creditor's name and mailing address**

ADVANCED COMMUNICATIONS
SYSTEMS
3312 PURER ROAD

ESCONDIDO, CA  92029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** COMS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$6,680.58

---

**3.30**

**Nonpriority creditor's name and mailing address**

ADVANCED DOCUMENT SYSTEMS
701 E. GARDENA BLVD.

GARDENA, CA  90248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VDOC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$436.42

---

**3.31**

**Nonpriority creditor's name and mailing address**

ADVANCED POWER TECHNOLOGIES
DEPT. #751
P.O. BOX 220

BETTENDORF, IA  52722-0004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VPOW

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$13,379.50

---

**3.32**

**Nonpriority creditor's name and mailing address**

ADVANTAGE CHEMICAL, LLC
237375 VIA INDUSTRIA

TEMECULA, CA  92590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VCHE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$27,489.54

---

**3.33**

**Nonpriority creditor's name and mailing address**

AFCO
DEPT 0809
P.O. BOX 120809

DALLAS, TX  75312-0809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AFCO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$4,511.10

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)   16-12177
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br>AHS Choir Booster club<br>AHS Choir Booster club<br>P.O. Box 13431<br><br>Arlington, TX  76094<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 6270 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64.61 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>AIDEN JUAREZ<br>7944 MALACHILE AVE<br><br>RANCHO CUCAMONGA, CA  91730<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DJUA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $284.19 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>AIRE DYNAMICS<br>3250 W. STORY ROAD #102<br><br>IRVING, TX  75229<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RDYN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,429.12 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>AIRTECH HEATING & AIR CONDITIO<br>5466 E. LAMONA AVE SUITE 101<br><br>FRESNO, CA  93727<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RSER | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $232.50 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>AIRTIGHT INDUSTRIES<br>P.O. BOX 939<br><br>CHINO HILLS, CA  91709<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RTIG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,932.86 |

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>AKF3 VALENCIA, LLC<br>21500 BISCAYNE BLVD STE 700<br><br>AVENTURA, FL  33180<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** FVAL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,727.67 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>AKIYAMA,LINDSAY<br>C/O BOESEN LAW LLC<br>15315 MAGNOLIA BLVD<br>#203<br>SHERMAN OAKS, CA  91403<br>**Date or dates debt was incurred**<br>3/19/2015<br>**Last 4 digits of account number:** 6821 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>ALARCON,LAZARO<br>C/O LAW OFFICES OF REYES & BARSOUM<br>2081 BUSINESS CENTER DR<br>SUITE 175<br>IRVINE, CA  92612<br>**Date or dates debt was incurred**<br>2/18/2014<br>**Last 4 digits of account number:** 1234 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>ALARM DETECTION SYSTEMS  INC.<br>1111 CHURCH RD.<br><br>AURORA, IL  60505<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ADET | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $165.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>ALBUQUERQUE PRO. CARPET<br>P.O. BOX 11623<br><br>ALBUQUERQUE, NM  87192<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BPRO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,684.77 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $171.48 |

ALEGACY FOODSERVICE PRODUCTS
12683 CORRAL PLACE

SANTA FE SPRINGS, CA  90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: EFOO**

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,549.13 |

ALISON SERVICE COMPANY
PO BOX 402992

HESPERIA, CA  92340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: ISER**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $85.00 |

ALL AMERICAN WATER
CONDITIONING
PO BOX 8665

JACKSONVILLE, FL  32239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: AMWA**

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,385.00 |

ALL VALLEY REFRIGERATION, INC
21241 VENTURA BLVD #190

WOODLAND HILLS, CA  91364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: LVAL**

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53,913.49 |

ALLIANCE MECHANICAL SERVICES
100 FRONTIER WAY

BENSENVILLE, IL  60106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: LMEC**

---

Debtor    Garden Fresh Restaurant Corp.                         Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **3.49** | **Nonpriority creditor's name and mailing address**<br>ALLSTAR ELECTRIC<br>P.O. BOX 2549<br><br>GOLDENROD, FL 32733-2549<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LELE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $199.85 |

| **3.50** | **Nonpriority creditor's name and mailing address**<br>ALLSTAR WATER SYSTEMS, INC.<br>7360 TRADE STREET, SUITE B<br><br>SAN DIEGO, CA 92121<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LWAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $191.82 |

| **3.51** | **Nonpriority creditor's name and mailing address**<br>ALMARK FOODS<br>P.O. BOX 5263<br><br>GAINESVILLE, GA 30504<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,445.60 |

| **3.52** | **Nonpriority creditor's name and mailing address**<br>AL'S AUTO UPHOLSTERY<br>3900 CENTRAL AVE SW<br><br>ALBUQUERQUE, NM 87105<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SUPH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $716.90 |

| **3.53** | **Nonpriority creditor's name and mailing address**<br>ALS LOCKSMITH SERVICE<br>1911 W. BROADWAY SUITE 6<br><br>MESA, AZ 85202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SLOC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.00 |

Debtor    Garden Fresh Restaurant Corp.                          Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.54** | **Nonpriority creditor's name and mailing address**

ALTA DENA CERTIFIED DAIRY
P.O. BOX 842363

LOS ANGELES, CA 90084-2363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TDEA**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$167,528.88

---

**3.55** | **Nonpriority creditor's name and mailing address**

ALTITUDE LAWNSCAPE LLC
11081 VALLEYBROOK CIRCLE

HIGHLANDS RANCH, CO 80130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TLAW**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$777.50

---

**3.56** | **Nonpriority creditor's name and mailing address**

ALWAYS SHARP LLC
P.O. BOX 273090

FORT COLLINS, CO 80527-3090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: WASH**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,660.00

---

**3.57** | **Nonpriority creditor's name and mailing address**

Alzheimer's Association
(Orange County Chapter)
600 Anton Blvd.
Floor 11
Costa Mesa, CA 92626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6148**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.03

---

**3.58** | **Nonpriority creditor's name and mailing address**

ALZHEIMER'S ASSOCIATION
MELISSA GOLDMAN
5900 WILSHIRE BLVD.
LOS ANGLELES, CA 90036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1016**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.85

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.59**

**Nonpriority creditor's name and mailing address**

Alzheimers Assosiation
Michelle Escobar
1262 Bryan Ave

Tustin, CA 92780

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6267**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.36

---

**3.60**

**Nonpriority creditor's name and mailing address**

AM PM DOOR SERVICE
273 GLENWOOD DRIVE

LAKELAND, FL 33805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: AMPM**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,857.00

---

**3.61**

**Nonpriority creditor's name and mailing address**

AM PM MAINTENANCE SERVICES
273 GLENWOOD DRIVE

LAKELAND, FL 33805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PMMA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,766.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

AMBIUS LLC
P.O. BOX 14086

READING, PA 19612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: BIUS**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,169.93

---

**3.63**

**Nonpriority creditor's name and mailing address**

AMC LANDSCAPES INC.
P.O. BOX 7764

GURNEE, IL 60031

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: CLAN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$807.30

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.64** **Nonpriority creditor's name and mailing address**
AMERCARE
P.O. BOX 645300

CINCINNATI, OH  45264

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ELLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,992.61

---

**3.65** **Nonpriority creditor's name and mailing address**
AMERICAN BEVERAGE CONSULTING
4655 WATKINS AVE

SARASOTA, FL  34233

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BEVE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.75

---

**3.66** **Nonpriority creditor's name and mailing address**
AMERICAN BEVERAGE SYSTEMS
P.O. BOX 63008

PHOENIX, AZ  85082-3008

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EBEV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$628.22

---

**3.67** **Nonpriority creditor's name and mailing address**
AMERICAN FRUIT & FLAVORS
10725 SUTTER AVENUE

PACOIMA, CA  91333

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EFRU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,997.50

---

**3.68** **Nonpriority creditor's name and mailing address**
AMERICAN METALCRAFT INC.
P.O. BOX 95703

CHICAGO, IL  60694-5703

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EMET

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,437.09

| | (Name) |
|---|---|

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.69** | **Nonpriority creditor's name and mailing address**

AMERICAN PACIFIC DISTRIBUTION
15613 BLACKBURN AVE

NORWALK, CA 90650

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EPAC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,139.54

---

**3.70** | **Nonpriority creditor's name and mailing address**

AMERICAN WASTE REMOVAL, INC.
502 CARMONY RD NE

ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ASTE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,228.51

---

**3.71** | **Nonpriority creditor's name and mailing address**

AMERICAN WASTE SYSTEMS INC.
DBA GORDONS AMER. WASTE SYST.
PO BOX 480003

DENVER, CO 80248

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EWAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,271.00

---

**3.72** | **Nonpriority creditor's name and mailing address**

AMERIGUARD MAINTENANCE SERVICE
P.O. BOX 12486

FRESNO, CA 93778-2486

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,600.00

---

**3.73** | **Nonpriority creditor's name and mailing address**

AMERIPARK
6081 CENTER DRIVE, SUITE #121

LOS ANGELES, CA 90045

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ERIP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address**<br>AMICORP ENTERPRISES, INC<br>P.O. BOX 609<br><br>HURRICANE, UT  84737-0609<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** IENT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,459.22 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>AMPCO PARKING<br>11911 SAN VICENTE BLVD<br><br>LOS ANGELES, CA  90049<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MPCO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,450.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>ANATOMICAL CASTING<br>TECHNOLOGIES, INC<br>1215 S. ESCONDIDO BLVD, STE B<br><br>ESCONDIDO, CA  92029<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ACAS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,582.91 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>ANDERSON AIR CORPS<br>8524 PASEO ALAMEDA NE<br><br>ALBUQUEQUE, NM  87113<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DAIR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,149.05 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>ANDREWS ELECTRICAL INC<br>5617 E HILLERY DRIVE<br><br>SCOTTSDALE, AZ  85254<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DREL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461.80 |

Debtor    Garden Fresh Restaurant Corp.                              Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.79 | **Nonpriority creditor's name and mailing address**<br>ANDREW'S REFRIGERATION, INC<br>5617 E HILLERY DR<br><br>SCOTTSDALE, AZ  85254-2449<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DREF | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144,971.86 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>ANDREW'S SERVICES INC.<br>5617 E HILLERY DR.<br><br>SCOTTSDALE, AZ  85254-2449<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DRSE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,767.11 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>ANYTIME LOCK AND KEY<br>3623 UNION AVE<br><br>SAN JOSE, CA  95124<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** YLOC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $298.07 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>ANYTIME PLUMBING<br>A BLUE DOT SERVICE CO<br>4690 W. POST ROAD #130<br><br>LAS VEGAS, NV  89118<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** YPLU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,841.88 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>ANYTIME SIGN<br>1055 BAY BLVD. SUITE H.<br><br>CHULA VISTA, CA  91911<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** YSIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,826.05 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **Additional Page** |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.84**

**Nonpriority creditor's name and mailing address**
APEX ENVIRONMENTAL SERVICES
P.O. BOX 888342

ATLANTA, GA 30356

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EENV**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,860.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
APEX REPAIRS
29498 MILLER RD, SUITE B

VALLEY CENTER, CA 92082

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SCOM**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,885.51

---

**3.86**

**Nonpriority creditor's name and mailing address**
APOLLO DRAIN & ROOTER SERVICE
2208 NW BIRDSDALE DR STE #8

GRESHAM, OR 97030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ODRA**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,989.19

---

**3.87**

**Nonpriority creditor's name and mailing address**
ARAMARK UNIFORM SERVICES
5665 EASTGATE DRIVE

SAN DIEGO, CA 92121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: AMAR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$192,243.29

---

**3.88**

**Nonpriority creditor's name and mailing address**
ARBON EQUIPMENT CORPORATION
25464 NETWORK PLACE

CHICAGO, IL 60673-1254

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: BEQU**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,726.52

---

Debtor    Garden Fresh Restaurant Corp.                         Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154.31 |
| --- | --- | --- | --- |

**3.89**

**Nonpriority creditor's name and mailing address**
Arcadia High School
Music Club - COLOR GUARD
P.O.Box 660131

Arcadia, CA 91066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.31

---

**3.90**

**Nonpriority creditor's name and mailing address**
ARCHER CONSTRUCTION
24807 WALNUT CREEK CIRCLE

MURRIETA, CA 92562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CCON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
ARCP SM KANSAS CITY KS, LLC
P.O. BOX 840990

DALLAS, TX 75284-0990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CSMK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,659.24

---

**3.92**

**Nonpriority creditor's name and mailing address**
ARCP SM ST. LOUIS MO, LLC
ID: PT4508
P.O. BOX 840990

DALLAS, TX 75284-0990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CSMS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,265.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
ARDENT MILLS, LLC
P.O. BOX 419204

BOSTON, MA 02241-9204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** DMIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,060.26

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>ARELLANO,YOLILIA<br>C/O HINDEN & BRESLAVSKY<br>14172 BROOKHURST ST<br>GARDEN GROVE, CA  92843<br><br>**Date or dates debt was incurred**<br><br>4/27/2011<br><br>**Last 4 digits of account number: 1039** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>ARELLANO,YOLILIA<br>C/O HINDEN & BRESLAVSKY<br>2831 TELEGRAPH AVE<br>OAKLAND, CA  94609<br><br>**Date or dates debt was incurred**<br><br>3/29/2011<br><br>**Last 4 digits of account number: 5377** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>ARIZONA CUTLERY<br>12620 N. CAVE CREEK RD.STE #4<br><br>PHOENIX, AZ  85022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: ICUT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,424.80 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>ARMOR PLUMBING & BOILER CO.<br>330 E. CHILTON DRIVE<br><br>CHANDLER, AZ  85225<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: MPLU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,368.40 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>Arroyo H.S. Girls Tennis<br>Anthony Lim<br>4921 Cedar Ave<br><br>El Monte, CA  91732<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6222** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $268.83 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>ARTEAGA, IMELDO<br>101 S. KRAEMER BLVD.<br>SUITE 210<br>PLACENTIA, CA  92870<br><br>**Date or dates debt was incurred**<br><br>9/26/2015<br><br>**Last 4 digits of account number:** 4617 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>ARTHUR FUSS<br>DBA A&B CARPET CLEANING<br>6536 FULTON AVE.<br><br>VAN NUYS, CA  91401-1305<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** A&B | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,505.00 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>ARTHUR SCHUMAN WEST<br>P.O. BOX 84-78190<br><br>LOS ANGELES, CA  90084-8190<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** TSCH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94,459.13 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>ARTIGA, MARLON<br>KEVEH S. ELIHU / MALLORY L. SEPLER-KING / KARINA GODOY<br>3055 WILSHIRE BLVD., STE. 1120<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>ARTIGA, MARLON<br>C/O EMPLOYEE JUSTICE LEGAL GROUP<br>10300 FOURTH ST<br>#150<br>RANCHO CUCAMONGA, CA  91730<br><br>**Date or dates debt was incurred**<br><br>6/9/2015<br><br>**Last 4 digits of account number:** 9314 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127,179.55 |
|---|---|---|---|

**3.104**

**Nonpriority creditor's name and mailing address**
ASSURANCE FACILITY MANAGEMENT
P.O. BOX 654

BURLESON, TX  76097

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SFAC**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,179.55

---

**3.105**

**Nonpriority creditor's name and mailing address**
ASTRO BUILDING SERVICES, INC.
2415-B N. ILLINOIS

BELLEVILLE, IL  62226

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: TBUI**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,579.34

---

**3.106**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105068

ATLANTA, GA  30348-5068

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: &TAT**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$404.15

---

**3.107**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105262

ATLANTA, GA  30348-5262

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LSOU**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$665.45

---

**3.108**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105262

ATLANTA, GA  30348-5262

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LL64**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$519.30

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.109**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105262

ATLANTA, GA  30348-5262

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LL74**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.40

---

**3.110**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105414

ATLANTA, GA  30348-5414

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: CHOU**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$317.82

---

**3.111**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 5019

CAROL STREAM, IL  60197-5019

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LL85**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.50

---

**3.112**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 5019

CAROL STREAM, IL  60197-5019

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: AT&T**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.88

---

**3.113**

**Nonpriority creditor's name and mailing address**
AT&T MOBILITY
P.O. BOX 6463

CAROL STREAM, IL  60197-6463

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: &TIL**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.22

---

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)  16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96,204.75

ATALANTA CORPORATION.
P.O. BOX 74008466

CHICAGO, IL  60674-8466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** ACOR

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,735.66

ATTUNE FOODS, LLC
26744 NETWORK PLACE

CHICAGO, IL  60673-1267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** TFOO

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN

AUGUSTIN,HERMITE
C/O GOLDBERG & DOHAN, LLP
776 N. PINE ISLAND RD
SUITE 224
PLANTATION, FL  33322

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Date or dates debt was incurred**

6/7/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 9790

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

AURELIA DELAHOY
1820 GREEN RIDGE

TAMPA, FL  33619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** RDEL

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,776.28

AVERUS, LLC.
1800 NATIONS DRIVE
SUITE 215

GURNEE, IL  60031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** ESOU

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.119 | **Nonpriority creditor's name and mailing address**<br>AVIANA GLOBAL TECHNOLOGIES INC<br>915 W. IMPERIAL HWY, #100<br><br>BREA, CA 92821<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: IGLO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83.62 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>Azalea Park Little League<br>Zerlina Swarthout<br>1 Carol Ave<br><br>Orlando, FL 32807<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: 6211** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22.39 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>B&G FOODS, INC<br>P.O. BOX 405354<br><br>ATLANTA, GA 30384-6500<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: GFOO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,352.55 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>BACKFLOW PREVENTION SPECIALIST<br>1131 ELKO DRIVE<br><br>SUNNYVALE, CA 94089<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: CKPR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $522.00 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>BACKFLOW TECH INC.<br>610 GARRISON ST<br>UNIT W<br><br>LAKEWOOD, CO 80215<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: CTEC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.42 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| **Part 2:** | Additional Page | |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.124 | **Nonpriority creditor's name and mailing address**<br>BACKFLOW TESTING<br>REPAIR, LLC<br>PO BOX 9344<br><br>SURPRISE, AZ  85374<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CKTE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $435.00 |

| 3.125 | **Nonpriority creditor's name and mailing address**<br>BADIA SPICES, INC.<br>P.O. BOX 226497<br><br>MIAMI, FL  33122-6497<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DSPI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,088.42 |

| 3.126 | **Nonpriority creditor's name and mailing address**<br>BAKER COMMODITIES  INC.<br>P.O. BOX 6518<br><br>PHOENIX, AZ  85005<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** KCOM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,959.00 |

| 3.127 | **Nonpriority creditor's name and mailing address**<br>BAKERY SAVIOR<br>128 AVENIDA DE LA MADRID<br><br>SAN DIEGO, CA  92173<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** KSAV | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,215.84 |

| 3.128 | **Nonpriority creditor's name and mailing address**<br>BALBOA CAPITAL<br>2010 MAIN STREET<br>11TH FLOOR<br><br>IRVINE, CA  92614<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LCAP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,233.00 |

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)  16-12177

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | Amount of claim |
|--|--:|

**3.129**  **Nonpriority creditor's name and mailing address**

BALLOON DISTRACTIONS INC.
23110 STATE RD #120

LUTZ, FL  33549-6933

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LDIS**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$585.00

---

**3.130**  **Nonpriority creditor's name and mailing address**

BARRERA,ALICIA
C/O JOHN A. KENMONTH ATTORNEY AT LAW
134 PALM DR
OXNARD, CA  93030

**Date or dates debt was incurred**

10/15/2015

**Last 4 digits of account number: 5044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.131**  **Nonpriority creditor's name and mailing address**

BARRERA,CARLOS
C/O CHEPOV & SCOTT LLC
1275 N TUSTIN AVE
ANAHEIM, CA  92807

**Date or dates debt was incurred**

8/21/2016

**Last 4 digits of account number: 4656**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.132**  **Nonpriority creditor's name and mailing address**

BARRETO,JESUS
C/O KYLE NIELSEN LAW OFFICES
8212 MASSACHUSETTS AVE
NEW PORT RICHEY, FL  34653

**Date or dates debt was incurred**

1/9/2016

**Last 4 digits of account number: 0172**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.133**  **Nonpriority creditor's name and mailing address**

BATORY FOODS
TOTAL SWEETENERS INC
P.O. BOX 80047

CITY OF INDUSTRY, CA  91716-8047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TFOO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,849.25

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.134 | **Nonpriority creditor's name and mailing address**<br>BAY ALARM COMPANY<br>P.O. BOX 7137<br><br>SAN FRANCISCO, CA  94120-7137<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** YALR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.84 |

| 3.135 | **Nonpriority creditor's name and mailing address**<br>BAY STATE MILLING CO.<br>100 CONGRESS ST-2ND FL<br><br>QUINCY, MA  02169-0948<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** YSTA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,610.00 |

| 3.136 | **Nonpriority creditor's name and mailing address**<br>BDO LLP<br>PO BOX 31001-0860<br><br>PASADENA, CA  91110-0860<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OUSA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,150.00 |

| 3.137 | **Nonpriority creditor's name and mailing address**<br>BEAR NECESSITY LLC<br>C/O 1ST NATIONAL BANK, OSCEOLA<br>PHILLIP J. COPELAND #256000078<br>12285 S. ORANGE BLOSSON TRAIL<br>ORLANDO, FL  32837<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** AREA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,503.12 |

| 3.138 | **Nonpriority creditor's name and mailing address**<br>BEC ENTERPRISES<br>P.O. BOX 1311<br><br>SELMA, CA  93662-1311<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CENP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $420.00 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.00 |
|---|---|---|---|

**3.139**

**Nonpriority creditor's name and mailing address**

BEEHIVE CLEANING
75 W. BASELINE #22

GILBERT, AZ 85233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WIND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.00

---

**3.140**

**Nonpriority creditor's name and mailing address**

BEF INVESTMENTS, LLC
315 4TH AVENUE

SAN DIEGO, CA 92101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** FINV

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,632.82

---

**3.141**

**Nonpriority creditor's name and mailing address**

BELFOR USA GROUP, INC.
5085 KALAMATH ST.

DENVER, CO 80221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LUSA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,697.87

---

**3.142**

**Nonpriority creditor's name and mailing address**

BELTRAM FOODSERVICE GROUP
6800 NORTH FLORIDA AVENUE

TAMPA, FL 33604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LTRA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$538.44

---

**3.143**

**Nonpriority creditor's name and mailing address**

BENETRAC
LOCKBOX 100906
P.O. BOX 100906

PASADENA, CA 91189-0906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NETR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,263.50

---

Debtor    Garden Fresh Restaurant Corp.                          Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.144 | **Nonpriority creditor's name and mailing address**<br>BENRICH SERVICE COMPANY INC.<br>3190 AIRPORT LOOP DR. STE G<br><br>COSTA MESA, CA  92626-3403<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** NRIC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,380.12 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br>Bernal Home and School Assoc.<br>6610 San Ignacio Avenue<br><br>San Jose, CA  95119<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** 6169 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76.38 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br>BERNAL, MARY<br>C/O SEAN MICHAEL PALAVAN<br>TALABI & ASSOCIATES, P.C.<br>2909 HILLCROFT AVE SUITE 200<br>HOUSTON, TX  77057<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.147 | **Nonpriority creditor's name and mailing address**<br>BERTARELLI CUTLERY  INC<br>1927 MARCONI AVE<br><br>ST LOUIS, MO  63110<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** RCUT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36.00 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br>BEST MANUFACTURERS, INC.<br>P.O. BOX 20091<br><br>PORTLAND, OR  97294<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SMAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $768.66 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address**<br>BIG APPLE WINDOW CLEANING INC<br>23165 COCONUT SHORES DR<br><br>BONITA SPRINGS, FL  34134<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GAPP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $439.90 |

| 3.150 | **Nonpriority creditor's name and mailing address**<br>BLACKLINE SYSTEMS, INC.<br>DEPT. LA 23816<br><br>PASADENA, CA  91185-3816<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ASYS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $337.50 |

| 3.151 | **Nonpriority creditor's name and mailing address**<br>BLAS CARPET CLEANING LLC<br>3180 PARKER DR<br><br>CUMMING, GA  30041<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ACAR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,200.00 |

| 3.152 | **Nonpriority creditor's name and mailing address**<br>BLASIAK,HARRY<br>C/O INVICTUS LAW, P.C<br>3055 WILSHIRE BLVD<br>#1120<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br>7/5/2014<br>**Last 4 digits of account number:** 1810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>BLUE COUPE PARTNERS INC.<br>IN A NUTSHELL<br>753 MONTAGUE STREET<br><br>SAN LEANDRO, CA  94577<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** UCOU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,952.20 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.154** | **Nonpriority creditor's name and mailing address**

BOBS ANIMAL RESCUE KIDS
105 INDIAN OVERLOOK COURT
ATTN HOLY HAGINO
MORRISVILLE, NC  27560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2516**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.29

---

**3.155** | **Nonpriority creditor's name and mailing address**

BOCEL,DANIEL
C/O LEYVA & NIGHT LAW OFFICES
2690 S WHITE RD
#240
SAN JOSE, CA  95148

**Date or dates debt was incurred**

3/28/2014

**Last 4 digits of account number: 8526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.156** | **Nonpriority creditor's name and mailing address**

BOCEL,DANIEL
C/O LEYVA & NIGHT LAW OFFICES
6705 PAINTER AVE
WHITTIER, CA  90601

**Date or dates debt was incurred**

3/7/2014

**Last 4 digits of account number: 5962**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.157** | **Nonpriority creditor's name and mailing address**

BORESOW'S LAWN ENFORCEMENT
5695 CLARE RD

SHAWNEE, KS  66226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RLAW**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,305.21

---

**3.158** | **Nonpriority creditor's name and mailing address**

BOULDER FALLS INC
15504 NE 62ND ST

VANCOUVER, WA  98682

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: UFAL**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,518.70

Debtor    Garden Fresh Restaurant Corp.                          Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.159**  **Nonpriority creditor's name and mailing address**

BOUNDLESS NETWORK, INC
200 E 6TH STREET
SUITE 300

AUSTIN, TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** UNET

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,564.37

---

**3.160**  **Nonpriority creditor's name and mailing address**

BPE PTA
c/o Mr. Hall
2100 Squire Dobbins

Sugar Land, TX 77478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5996

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.25

---

**3.161**  **Nonpriority creditor's name and mailing address**

BRANDON CROSSING, LLC
10055 ADAMO DRIVE

TAMPA, FL 33619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ANCR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.80

---

**3.162**  **Nonpriority creditor's name and mailing address**

BRE CA OFFICE OWNER LLC
BLDG ID#18670
P.O. BOX 209259

AUSTIN, TX 78720-9259

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ECAO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$111,623.20

---

**3.163**  **Nonpriority creditor's name and mailing address**

BRIGGS EQUIPMENT INC
LOCK BOX 841272

DALLAS, TX 75284-1272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** IEQU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,062.07

---

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.164** **Nonpriority creditor's name and mailing address**
BRIGHTVIEW LANDSCAPE SERVICES
3630 SOLUTIONS CENTER

CHICAGO, IL 60677-3006

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ILAN**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.61

---

**3.165** **Nonpriority creditor's name and mailing address**
BRON TAPES OF SAN DIEGO, INC.
P.O. BOX 5304

DENVER, CO 80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OTAP**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.59

---

**3.166** **Nonpriority creditor's name and mailing address**
BROOKLYN AVENUE EMERG
PHYS LLC
ACCT#RKC727139197717
PO BOX 98774
LAS VEGAS, NV 89193-8774

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OAVE**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,136.00

---

**3.167** **Nonpriority creditor's name and mailing address**
BROOKS GREASE SERVICE, INC
3104 N ERIE AVE

TULSA, OK 74115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OOGR**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$652.00

---

**3.168** **Nonpriority creditor's name and mailing address**
BROTTAO INVESTMENTS
6220 S ORANGE BLOSSOM TRL
STE 600

ORLANDO, FL 32809

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OINV**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,004.92

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.169 | **Nonpriority creditor's name and mailing address**<br>BROWNS GREEN THUMB<br>P.O. BOX 837<br><br>MANHATTAN BEACH, CA 90266<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OGRE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $516.13 |
|---|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address**<br>BRUNO SCHEIDT, INC.<br>DBA AMERICAN ROLAND FOOD CORP.<br>71 WEST 23RD STREET 15TH FL<br><br>NEW YORK, NY 10010<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EROL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,445.60 |
| 3.171 | **Nonpriority creditor's name and mailing address**<br>BTC, INC.<br>14540 SYLVAN STREET<br><br>VAN NUYS, CA 91411<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CINC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,465.68 |
| 3.172 | **Nonpriority creditor's name and mailing address**<br>BUENO FOODS<br>P.O.BOX 293<br><br>ALBUQUERQUE, NM 87103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $240.00 |
| 3.173 | **Nonpriority creditor's name and mailing address**<br>BUENO, SAMUEL<br>KEVEH S. ELIHU / MALLORY L. SEPLER-KING / KARINA GODOY<br>EMPLOYEE JUSTICE LEGAL GROUP, LLP<br>3055 WILSHIRE BLVD., STE. 1120<br>LOS ANGELES, CA 90010<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

BUENO, SAMUEL
C/O EMPLOYEE JUSTICE LEGAL GROUP
3580 WILSHIRE BLVD
#1600
LOS ANGELES, CA 90010

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

3/2/2015

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 4491**

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.77 |

BULLSEYE TELECOM
P.O. BOX 33752

DETROIT, MI 48232-3752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: LTEL**

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,025.63 |

BUNN-O-MATIC CORPORATION
24315 NETWORK PLACE

CHICAGO, IL 60673-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: NCOR**

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,301.00 |

BURGUNDY BEAR LTD.
C/O GS MANAGEMENT CO
5674 SONOMA DRIVE

PLEASANTON, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: RBEA**

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58,515.71 |

BURT-LAHR, NATALIE K.
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: oyee**

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

BUSO, VERONICA
C/O RAPHAEL D. JAVID
BANAFSHEH DANESH & JAVID, PC
9454 WILSHIRE BOULEVARD, SUITE 900
BEVERLY HILLS, CA 90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,241.02 |

C&F ELECTRIC INC.
1660 NW 65TH AVE
SUITE #5

PLANTATION, FL 33313

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FELE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,397.11 |

C&L MAINTENANCE, INC
2655 ERIE STREET

RIVER GROVE, IL 60171

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LMAI

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,627.52 |

C&L REFRIGERATION CORP.
P.O. BOX 2319

BREA, CA 92822

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C&L

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,961.28 |

C.H. ROBINSON WORLDWIDE, INC.
P.O. BOX 9121

MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ROBI

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.184 | **Nonpriority creditor's name and mailing address**<br>C.V.B. INC. WATER DOCTOR<br>P.O. BOX 3060<br>2602 PEAR STREET<br><br>ST. JOSEPH, MO 64503<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BINC | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $365.49 |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address**<br>CACIQUE, INC<br>14940 PROTECTOR AVENUE<br><br>CITY OF INDUSTRY, CA 91744<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CIIN | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,565.08 |
| 3.186 | **Nonpriority creditor's name and mailing address**<br>CACTUS MAT MFG. CO.<br>930 W. TENTH STREET<br><br>AZUSA, CA 91702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CMAT | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,215.17 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>CAL MIL PLASTIC PRODUCTS, INC.<br>4079 CALLE PLATINO<br><br>OCEANSIDE, CA 92056<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LMIL | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $187.44 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>CAL WEST SERVICE, INC<br>6405 GOLDEN GATE DR.<br><br>DUBLIN, CA 94568<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** WESE | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,193.89 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>CALIFORNIA DEPARTMENT OF<br>ALCOHOLIC BEVERAGE CONTROL<br>570 RANCHEROS DRIVE STE 240<br><br>SAN DIEGO, CA  92069<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LALC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $489.00 |

| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>CALLAWAY BLUE SPRINGS WATER<br>3120 GEORGIA HIGHWAY 116<br><br>HAMILTON, GA  31811<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LBLU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,356.80 |

| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>CALZADILLA,VIVIAN<br>C/O CHARLES E. BLOOM, ESQ<br>1600 N. BROADWAY<br>STE. 860<br>SANTA ANA, CA  92706<br><br>**Date or dates debt was incurred**<br>8/24/2014<br>**Last 4 digits of account number:** 7147 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>CAMBRO MANUFACTURING COMPANY<br>P.O. BOX #2000<br><br>HUNTINGTON BEACH, CA  92647-2000<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MMAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,786.26 |

| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>CAMDEN HOUSE  LLC<br>C/O MARK MILLET<br>1420 MIRAVALLE AVE.<br><br>LOS ALTOS, CA  94024<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MHOU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,924.14 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.194** | **Nonpriority creditor's name and mailing address**

CARDINAL INTERNATIONAL III LLC
P.O. BOX 32100

NEW YORK, NY  10087-2100

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RDIN**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,689.69

---

**3.195** | **Nonpriority creditor's name and mailing address**

CARLA'S PASTA INC
P.O. BOX 814

BRATTLEBORO, VT  05302-0814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RPAS**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,719.12

---

**3.196** | **Nonpriority creditor's name and mailing address**

CARLISLE FOODSERVICE PRODUCTS
22926 NETWORK PLACE

CHICAGO, IL  60673-1229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RIFO**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,209.54

---

**3.197** | **Nonpriority creditor's name and mailing address**

Carlsbad HS Band Boosters
Dina Masamoto
1311 Cassins Street

Carlsbad, CA  92011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6079**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.59

---

**3.198** | **Nonpriority creditor's name and mailing address**

CARPENTER, KRISTIN A
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: oyee**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,705.69

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,937.13 |
|---|---|---|---|

3.199 **Nonpriority creditor's name and mailing address**
CARRIER CORPORATION
P.O. BOX 93844

CHICAGO, IL 60673-3844

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: RCOR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,937.13

---

3.200 **Nonpriority creditor's name and mailing address**
CARRIER TRANSICOLD OF SOUTHERN
CALIFORNIA
1015 S. AZUSA AVE.

CITY OF INDUSTRY, CA 91748

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: CTSC**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.50

---

3.201 **Nonpriority creditor's name and mailing address**
CARRILLO,JUAN
C/O LAW OFFICES OF FRANK MARIBEL
6320 VAN NUYS BLVD
#200
VAN NUYS, CA 91401

**Date or dates debt was incurred**
5/11/2016

**Last 4 digits of account number: 6158**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.202 **Nonpriority creditor's name and mailing address**
Cat 5 MBP
Susie Belisle
1161 Eniswood Pkwy

Palm Harbor, FL 34683

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6191**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.77

---

3.203 **Nonpriority creditor's name and mailing address**
CBRB Community Fund
Kathy Anderson
21060 Redwood Rd #100

Castro Valley, CA 94546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6816**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.27

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.204 | **Nonpriority creditor's name and mailing address**<br>CCI INDUSTRIES  INC.<br>COOL CURTAIN<br>350-A FISCHER AVENUE<br><br>COSTA MESA, CA  92626<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** IIND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,744.44 |
| 3.205 | **Nonpriority creditor's name and mailing address**<br>CEDILLO,CECILIA<br>C/O LAW OFFICES OF G. JOHN JANSEN, APC<br>1654 E 4TH ST<br>#B<br>SANTA ANA, CA  92701<br>**Date or dates debt was incurred**<br>4/26/2013<br>**Last 4 digits of account number:** 0814 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.206 | **Nonpriority creditor's name and mailing address**<br>CEI ELECTRICAL & MECHANICAL<br>SWIFT CONSTRUCTION INC<br>2900 EAST 13TH STREET<br><br>KANSAS CITY, MO  64127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** IELE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $245.00 |
| 3.207 | **Nonpriority creditor's name and mailing address**<br>CELAYA,JORGE<br>C/O THE LAW OFFICES OF SAMUEL DAGAN<br>195 W PIKE ST<br>#107<br>LAWRENCEVILLE, GA  30046<br>**Date or dates debt was incurred**<br>4/4/2016<br>**Last 4 digits of account number:** 2821 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.208 | **Nonpriority creditor's name and mailing address**<br>CENTENNIAL CENTER, LLC<br>SIGNATURE BANK<br>P.O. BOX 11411<br><br>NEWARK, NJ  07101-4014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** NCEN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,646.12 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.209**

**Nonpriority creditor's name and mailing address**

CENTIMARK CORPORATION
P.O. BOX 536254

PITTSBURG, PA  15253-5904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NTIM**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$304.00

---

**3.210**

**Nonpriority creditor's name and mailing address**

CENTRESCAPES, INC
165 GENTRY STREET

POMONA, CA  91767

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NSCA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.58

---

**3.211**

**Nonpriority creditor's name and mailing address**

CENTRO/IA CLEARWATER MALL, LLC
CENTRO IA/SOUTHFIELD PLAZA,LLC
P.O. BOX 713451

CINCINNATI, OH  45271

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NTRO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,767.22

---

**3.212**

**Nonpriority creditor's name and mailing address**

CENTURY LINK
P.O. BOX 96064

CHARLOTTE, NC  28296-0064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: INT2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.01

---

**3.213**

**Nonpriority creditor's name and mailing address**

CENTURY LINK
P.O.BOX 29040

PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N054**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.90

---

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)  16-12177

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.214**

**Nonpriority creditor's name and mailing address**

CENTURYLINK
P.O. BOX 29040

PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$203.12

---

**3.215**

**Nonpriority creditor's name and mailing address**

CENTURYLINK
P.O. BOX 29040

PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.67

---

**3.216**

**Nonpriority creditor's name and mailing address**

CENTURYLINK
P.O. BOX 29040

PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N077**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.16

---

**3.217**

**Nonpriority creditor's name and mailing address**

CGP MAINTENANCE & CONSTRUCTION
SERVICES, INC
8614 SIESTA ROAD

SANTEE, CA  92071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: PMAI**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,405.63

---

**3.218**

**Nonpriority creditor's name and mailing address**

CH GUENTHER & SONS, INC.
P.O. BOX 840441

DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GUEN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,557.50

---

Debtor    Garden Fresh Restaurant Corp.                                          Case number (if known) 16-12177

        (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,893.03 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.219

CHALLENGE DAIRY PRODUCTS, INC.
P.O. BOX 742266

LOS ANGELES, CA 90074-2266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ADAI

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,893.03

---

3.220

**Nonpriority creditor's name and mailing address**

CHAMELEON BEVERAGE COMPANY INC
6444 26TH STREET

COMMERCE, CA 90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ABEV

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,326.05

---

3.221

**Nonpriority creditor's name and mailing address**

CHANDLER SIGNS, L.P., L.L.P.
3201 MANOR WAY

DALLAS, TX 75235

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ANSI

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,371.74

---

3.222

**Nonpriority creditor's name and mailing address**

CHAPMAN APPLIANCE SERVICE INC.
1784 SAN DIEGO AVENUE

SAN DIEGO, CA 92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** APMN

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,918.52

---

3.223

**Nonpriority creditor's name and mailing address**

CHAVEZ,ERNESTO
C/O JOHN R GARCIA LAW OFFICES
1800 WESTWIND DR
#103
BAKERSFIELD, CA 93301

**Date or dates debt was incurred**

3/29/2013

**Last 4 digits of account number:** 9378

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**3.224**

**Nonpriority creditor's name and mailing address**

CHAVEZ, MARTIN
C/O LAW OFFICES OF ROBIN JACOBS
16633 VENTURA BLVD
#730
ENCINO, CA 91436

**Date or dates debt was incurred**

10/26/2013

**Last 4 digits of account number: 9892**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.225**

**Nonpriority creditor's name and mailing address**

CHEESE MERCHANTS
1301 SCHIFERI ROAD

BARTLETT, IL 60103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EMER**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $21,982.80

---

**3.226**

**Nonpriority creditor's name and mailing address**

CHEFS TOYS
P.O. BOX 8445

FOUNTAIN VALLEY, CA 92728

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ETOY**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,897.59

---

**3.227**

**Nonpriority creditor's name and mailing address**

CHELSEA K. DISTRIBUTORS
2209 N 40TH STREET

TAMPA, FL 33605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EDIS**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,183.93

---

**3.228**

**Nonpriority creditor's name and mailing address**

CHICAGO BACKFLOW INC.
12607 S. LARAMIE AVE

ALSIP, IL 60803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IBAC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,030.00

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | Amount of claim |
|---|---|---|

| 3.229 | **Nonpriority creditor's name and mailing address** | $764.56 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
CHICAGO METALLIC BAKEWARE
6637 RELIABLE PKWY

CHICAGO, IL  60686

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ICME

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $764.56

---

| 3.230 | **Nonpriority creditor's name and mailing address** | $11,000.00 |

**Nonpriority creditor's name and mailing address**
CHINA DINNER LIMITED PARTNERSH
C/O WINDSTAR DEVELOPMENT CORP.
511 EAST JOHN CARPENTER FRWY
SUITE #200
IRVING, TX  75062

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IDIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,000.00

---

| 3.231 | **Nonpriority creditor's name and mailing address** | $171,282.40 |

**Nonpriority creditor's name and mailing address**
CHLIC-CHICAGO
5476 COLLECTION CENTER DR

CHICAGO, IL  60693-0054

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $171,282.40

---

| 3.232 | **Nonpriority creditor's name and mailing address** | $21,246.99 |

**Nonpriority creditor's name and mailing address**
CHRISTIE, SEAN M.
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** oyee

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $21,246.99

---

| 3.233 | **Nonpriority creditor's name and mailing address** | $90.42 |

**Nonpriority creditor's name and mailing address**
CHS XC Booster Club
Mark Scaglione
1784 Blackbird Cir

Carlsbad, CA  92011

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $90.42

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>CIGNA BEHAVIORAL HEALTH<br>P.O. BOX 1450    NW 7307<br><br>MINNEAPOLIS, MN  55485-7307<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GBEH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,078.70 |
|---|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS CORPORATION NO.2<br>P.O. BOX 631025<br><br>CINCINNATI, OH  45263-1025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** NCO2 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,125.00 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS FIRST AID & SAFETY<br>P.O. BOX 631025<br><br>CINCINNATI, OH  45263-1025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** SFIR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,068.46 |
| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>CITY ICE INC.<br>P.O. BOX 620249<br><br>LITTLETON, CO  80162<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** TICE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $505.00 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ALPHARETTA<br>FALSE ALARM PAYMENT<br>PO BOX 117022<br><br>ALPHARETTA, GA  30368-7022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** ALPH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.239 | **Nonpriority creditor's name and mailing address**<br>CITY OF AURORA<br>REVENUE & COLLECTIONS DIVISION<br>44 E. DOWNER PL.<br><br>AURORA, IL 60507-2067<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: TAUR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,998.44 |

| 3.240 | **Nonpriority creditor's name and mailing address**<br>CITY OF BOYNTON BEACH<br>BUSINESS TAX DIVISION<br>100 E. BOYNTON BEACH BLVD.<br><br>BOYNTON BEACH, FL 33425-0190<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: TBOY** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $591.44 |

| 3.241 | **Nonpriority creditor's name and mailing address**<br>CITY OF COSTA MESA<br>FINANCE DEPT, COSTA MESA CITY<br>HALL, ROOM 100<br>P.O. BOX 1200, 77 FAIR DRIVE<br>COSTA MESA, CA 92628-1200<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: TCOS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $210.00 |

| 3.242 | **Nonpriority creditor's name and mailing address**<br>CITY OF DALLAS<br>HIGH RISK REGISTRATION/INSPECT<br>1551 BAYLOR ST., #400<br><br>DALLAS, TX 75226-1956<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: LLAS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.00 |

| 3.243 | **Nonpriority creditor's name and mailing address**<br>CITY OF FOUNTAIN VALLEY<br>10200 SLATER AVENUE<br><br>FOUNTAIN VALLEY, CA 92708<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: TYFO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.00 |

**Nonpriority creditor's name and mailing address**
CITY OF FRESNO
POLICE DEPARTMENT
C/O CAPITAL BILLING SERVICES
PO BOX 289
FRESNO, CA  93708

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ESPO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.00

---

3.245 **Nonpriority creditor's name and mailing address**
CITY OF IRVING
P.O. BOX 152288

IRVING, TX  75015-2288

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IRVI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$367.02

---

3.246 **Nonpriority creditor's name and mailing address**
CITY OF IRVING - MUNICIPAL
SERVICES BILL
P.O. BOX 152288

IRVING, TX  75015-2288

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TWAT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.58

---

3.247 **Nonpriority creditor's name and mailing address**
CITY OF LAGUNA NIGUEL
30111 CROWN VALLEY PKWY.

LAGUNA NIGUEL, CA  92677

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TLAG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.00

---

3.248 **Nonpriority creditor's name and mailing address**
CITY OF LARGO
P.O. BOX 296

LARGO, FL  33779-0296

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TY27

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$397.10

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.249 | **Nonpriority creditor's name and mailing address**<br>CITY OF LOS ANGELES - PLANNING DEPT.<br>200 N SPRING STREET<br>ROOM 272<br>LOS ANGELES, CA 90012<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TLOA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,784.40 |
|---|---|---|

| 3.250 | **Nonpriority creditor's name and mailing address**<br>CITY OF ORLANDO<br>400 SO. ORANGE AVE. 1ST FLOOR<br><br>ORLANDO, FL 32801<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TORL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,142.51 |
|---|---|---|

| 3.251 | **Nonpriority creditor's name and mailing address**<br>CITY OF PLEASANT HILL<br>POLICE DEPT. ALARM ADMIN.<br>330 CIVIC DRIVE<br><br>PLEASANT HILL, CA 94523<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: PHPD** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $123.00 |
|---|---|---|

| 3.252 | **Nonpriority creditor's name and mailing address**<br>CITY OF RALEIGH POLICE DEPART.<br>FALSE ALARM ORDINANCE PROGRAM<br>PO BOX 30609<br><br>RALEIGH, NC 27622-0609<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: Y064** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
|---|---|---|

| 3.253 | **Nonpriority creditor's name and mailing address**<br>CITY OF SAN JOSE FIRE DEPT.<br>BUREAU OF FIRE PREVENT #34347<br>P.O. BOX 39000<br><br>SAN FRANCISCO, CA 94139<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TYSJ** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $858.00 |
|---|---|---|

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address**<br>CITY OF STAFFORD<br>2610 S. MAIN<br><br>STAFFORD, TX  77477<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TSTA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.255 | **Nonpriority creditor's name and mailing address**<br>CITY OF TORRANCE<br>BUSINESS LICENSE DIVISION<br>3031 TORRANCE BLVD<br><br>TORRANCE, CA  90503-5015<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TY10** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $218.00 |

| 3.256 | **Nonpriority creditor's name and mailing address**<br>CITY OF VISTA<br>200 CIVIC CENTER DRIVE<br><br>VISTA, CA  92084<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TVIS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,474.11 |

| 3.257 | **Nonpriority creditor's name and mailing address**<br>CITY OF WAUKEGAN<br>100 N. MARTIN LUTHER KING AVE.<br><br>WAUKEGAN, IL  60085<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TWAU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,044.97 |

| 3.258 | **Nonpriority creditor's name and mailing address**<br>CITY OF WEST PALM BEACH<br>POLICE DEPT/ALARM DIVISION<br>P.O. BOX 1390<br><br>WEST PALM BEACH, FL  33402<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TYWP** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)  16-12177
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,863.32

CJ FOODS, INC.
4 CENTERPOINTE DR.
STE100

LA PALMA, CA 90623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** FOOD

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | $4,892.03

CLABBER GIRL BAKING COMPANY
P.O. BOX 150

TERRE HAUTE, IN 47808-0150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AGIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | $1,993.12

CLARK COUNTY TREASURER
500 S. GRAND CENTRAL PKWY 1 FL
P.O. BOX 551220

LAS VEGAS, NV 89155-1220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ANEV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | $66,169.14

CLARK, ARCHIE L.
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA 92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** oyee

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | $2,634.66

CLASSIC AIRE CARE, INC.
10466 BAUR BLVD

ST. LOUIS, MO 63132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AAIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.264 | **Nonpriority creditor's name and mailing address**<br><br>CLEAN TECH BUILDING SERVICES<br>12900 GARDEN GROVE BLVD<br>#145<br><br>GARDEN GROVE, CA 92843<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: TECH** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $645.00 |

| 3.265 | **Nonpriority creditor's name and mailing address**<br><br>CLEANING RESOURCE CENTER<br>P.O. BOX 12830<br>SUITE 180<br><br>TEMPE, AZ 85284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: ERES** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,900.00 |

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>CLEANNET OF THE NORTHWEST<br>10260 SW GREENBURG RD.<br>SUITE 350<br><br>PORTLAND, OR 97223<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: ENOR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,660.00 |

| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>CLOVERLEAF TAMPA, LLC<br>5370 OAKDALE ROAD<br><br>SMYRNA, GA 30082<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OTAM** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,529.86 |

| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>CLPF - CLAIREMONT MESA, L.P.<br>P.O. BOX 101705<br><br>PASADENA, CA 91189-1705<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: PFCL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,451.36 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,945.15 |

**Nonpriority creditor's name and mailing address**
CN LAWN SERVICE
1004 RANDON DYER RD

ROSENBERG, TX  77471

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LAWN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,945.15

---

3.270 **Nonpriority creditor's name and mailing address**
CNC HOLDINGS, LLC
ATTN: STEVE COCKRELL
13313 NE 287TH CIRCLE

BATTLE GROUND, WA  98604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ECOC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,854.14

---

3.271 **Nonpriority creditor's name and mailing address**
COAST SIGN INC.
1500 WEST EMBASSY ST.

ANAHEIM, CA  92802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ASIG

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,148.49

---

3.272 **Nonpriority creditor's name and mailing address**
COASTAL MARKETING GROUP
590 ALLVIEW TERRACE SUITE A

LAGUNA BEACH, CA  92651

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AMAR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,635.84

---

3.273 **Nonpriority creditor's name and mailing address**
COCA COLA
P.O. BOX 951073

DALLAS, TX  75395-1073

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NMAI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.72

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address**<br>COCA COLA BOTTLER'S SALES &<br>SERVICES COMPANY LLC<br>BANK OF AMERICA<br>P.O. BOX 402702<br>ATLANTA, GA 30384-2702 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,379.08 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number: CCAN** | | |

| 3.275 | **Nonpriority creditor's name and mailing address**<br>COCA COLA U.S.A.<br>P.O. BOX 951073<br><br>DALLAS, TX 75395-1073 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130,165.23 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number: CCOL** | | |

| 3.276 | **Nonpriority creditor's name and mailing address**<br>COCA-COLA BOTTLING CO<br>P.O. BOX 740214<br><br>LOS ANGELES, CA 90074-0214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $374.73 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number: COKE** | | |

| 3.277 | **Nonpriority creditor's name and mailing address**<br>COCA-COLA NORTH AMERICA<br>P.O. BOX 102703<br><br>ATLANTA, GA 30368-2703 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,842.13 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number: NOAM** | | |

| 3.278 | **Nonpriority creditor's name and mailing address**<br>COCA-COLA USA<br>P.O. BOX 102703<br><br>ATLANTA, GA 30368 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $573.17 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number: CACO** | | |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>COLLINS BACKFLOW SPECIALIST<br>2413 ALGONQUIN RD #304<br><br>ALGONQUIN, IL  60102<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: LBAC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $261.00 |
|---|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>COLLINS PLUMBING<br>3050 S 25TH AVE<br>SUITE A<br><br>BROADVIEW, IL  60155<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: LPLU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,045.86 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>COLMENERO,JUAN,I<br>C/O FENDON LAW FIRM, P.C<br>10300 FOURTH ST<br>#150<br>RANCHO CUCAMONGA, CA  91730<br><br>**Date or dates debt was incurred**<br>8/18/2014<br>**Last 4 digits of account number: 2575** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>COMMERCIAL APPLIANCE SERVICE<br>8416 LAUREL FAIR CIRCLE #114<br><br>TAMPA, FL  33610<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: OMME** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,089.90 |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>COMMERCIAL GAS APPL. SERVICE<br>3620 FAIRMOUNT AVENUE<br><br>SAN DIEGO, CA  92105<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MGAS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,693.38 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $383.06 |

**Nonpriority creditor's name and mailing address**
COMMERCIAL LAWN CARE SERVICES
4807 110TH TERRACE NORTH

CLEARWATER, FL  34622

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MLAW

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $383.06

---

| 3.285 |

**Nonpriority creditor's name and mailing address**
COMMERCIAL SEATING SPECIALISTS
481 LAURELWOOD RD.

SANTA CLARA, CA  95054

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MSEA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,856.59

---

| 3.286 |

**Nonpriority creditor's name and mailing address**
COMMERICAL MAINTENANCE SYSTEMS
INC
PO BOX 2190

SANTA BARBARA, CA  93120

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MMMA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,762.79

---

| 3.287 |

**Nonpriority creditor's name and mailing address**
COMMLOG
1936 S EXTENSION RD

MESA, AZ  85210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MLOG

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $572.56

---

| 3.288 |

**Nonpriority creditor's name and mailing address**
COMPLETE OFFICE
P.O. BOX 4318

CERRITOS, CA  90703

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MOFF

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,726.74

---

Debtor    Garden Fresh Restaurant Corp.                            Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,409.97 |
| | COMPLETE WATER SYSTEM | *Check all that apply.* | |
| | 3358 SW 49TH WAY BAY1 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | DAVIE, FL 33314 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** MWAT | ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,205.66 |
| | CONAGRA FOODS PACKAGED FOODS | *Check all that apply.* | |
| | FILE 56929 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | LOS ANGELES, CA 90074-6929 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** NFOO | ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $191.00 |
| | CONCENTRA MEDICAL CENTERS | *Check all that apply.* | |
| | P.O. BOX 82730 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | HAPEVILLE,, GA 30354 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** NMED | ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,835.17 |
| | CONCUR TECHNOLOGIES, INC. | *Check all that apply.* | |
| | 62157 COLLECTIONS CENTER DRIVE | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | CHICAGO, IL 60693 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** NTEC | ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,625.83 |
| | CONSOLIDATED FIRE PROTECTION | *Check all that apply.* | |
| | 153 TECHNOLOGY DRIVE #200 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | IRVINE, CA 92618 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** NFIR | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,381.83 |

**3.294**

**Nonpriority creditor's name and mailing address**

COOL SEAL GASKETS OF CENTRAL
FLORIDA, LLC
PO BOX 160985

ALTAMONTE SPRINGS, FL  32716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OSEA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,381.83

---

**3.295**

**Nonpriority creditor's name and mailing address**

COOL TEMP, INC.
10165 SW COMMERCE CIRCLE STE C

WILSONVILLE, OR  97070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OTEM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,999.47

---

**3.296**

**Nonpriority creditor's name and mailing address**

COOLERS INC
6922 ALDER DRIVE

HOUSTON, TX  77081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OINC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,206.97

---

**3.297**

**Nonpriority creditor's name and mailing address**

COOPER TEA COMPANY
408 SOUTH PIERCE AVE

LOUISVILLE, CO  80027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OTEA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,892.80

---

**3.298**

**Nonpriority creditor's name and mailing address**

COOPER, CHRIS
NICHAOLS J. DE BLOUW
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 CALLE CLARA
LA JOLLA, CA  92073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,009.47 |

**3.299**

**Nonpriority creditor's name and mailing address**
COOPER-ATKINS CORPORATION
P.O. BOX 1274

BUFFALO, NY  14240-1274

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OINS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,009.47

---

**3.300**

**Nonpriority creditor's name and mailing address**
COPLEY MEMORIAL HOSPITAL
P O BOX 2022

AURORA, IL  60507

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PMEM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$235.00

---

**3.301**

**Nonpriority creditor's name and mailing address**
CORE MECHANICAL, LLC
1009 PRUITT ROAD

THE WOODLANDS, TX  77380

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RMEC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,937.78

---

**3.302**

**Nonpriority creditor's name and mailing address**
CORNERSTONE RETAIL FUND I, LLC
JOHN J. DIEHL, JR.
DIEHL LAW GROUP, LLC
1530 SOUTH SECOND STREET
ST. LOUIS, MO  63104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.303**

**Nonpriority creditor's name and mailing address**
CORODATA  RECORDS MANAGEMENT
P.O. BOX 842638

LOS ANGELES, CA  90084-2638

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RREC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,102.11

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,540.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CORPORATE CENTER PASADENA
251 S. LAKE AVENUE
PARKING OFFICE-P1 LEVEL

PASADENA, CA 91101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ULAK**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,540.00

---

3.305 **Nonpriority creditor's name and mailing address**
COUNTRY COFFEE CO, INC.
DISTANT LANDS COFFE ROASTERS
25185 NETWORK PLACE

CHICAGO, IL 60673-1185

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UCOF**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,475.52

---

3.306 **Nonpriority creditor's name and mailing address**
COUNTY FAIR FOOD PRODUCTS
P.O. BOX 220

FARMINGTON, CA 95230

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UFAI**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $8,010.50

---

3.307 **Nonpriority creditor's name and mailing address**
COUNTY OF SANTA CLARA
1555 BERGER DR., #300

SAN JOSE, CA 95112

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UNSC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $394.50

---

3.308 **Nonpriority creditor's name and mailing address**
COYLE REPRODUCTIONS, INC.
14949 FIRESTONE BLVD.

LA MIRADA, CA 90638

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: YREP**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,790.42

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,594.74 |

**Nonpriority creditor's name and mailing address**
COZZINI BROTHERS INC.
350 HOWARD AVENUE

DES PLAINES, IL 60018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ZZIN**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,594.74

---

3.310 **Nonpriority creditor's name and mailing address**
CREST BEVERAGE LLC
P.O. BOX 848536

LOS ANGELES, CA 90084-8536

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EBEV**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$452.10

---

3.311 **Nonpriority creditor's name and mailing address**
Crew 680
Kathy Le
9267 Via Vista Drive

Buena Park, CA 90620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6166**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.50

---

3.312 **Nonpriority creditor's name and mailing address**
CREWSAFE
P.O. BOX 1639

NEWPORT BEACH, CA 92659

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EWSA**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,515.34

---

3.313 **Nonpriority creditor's name and mailing address**
CROWDER BACKFLOW SERVICES INC.
PO BOX 772

VENTURA, CA 93002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OBAC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,841.65 |

**Nonpriority creditor's name and mailing address**
CRP CYPRESS WEST 7TH
COMMERCIAL L.P.
C/O JP MORGAN CHASE & CO.
P.O. BOX 29650, DEPT #880064
PHOENIX, AZ  85038-9650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: PCYP**

---

3.315 **Nonpriority creditor's name and mailing address**                    $43,430.00
CRUNCHTIME INFORMATION SYSTEMS
129 PORTLAND STREET

BOSTON, MA  02114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: UINF**

---

3.316 **Nonpriority creditor's name and mailing address**                    UNKNOWN
CRUZSANCHES,GABRIEL
C/O LAW OFFICES OF PAYMAN ZARGARI
150 N SANTA ANITA AVE
#300
ARCADIA, CA  91006

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
6/1/2013

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 8311**

---

3.317 **Nonpriority creditor's name and mailing address**                    $18,007.28
CSRA KOMAR DESERT CENTER,DST
ATTN: PROPERTY MANAGER
3151 AIRWAY AVENUE, STE. G-3

COSTA MESA, CA  92626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: RAKO**

---

3.318 **Nonpriority creditor's name and mailing address**                    UNKNOWN
CUEVAS,ALEJANDRO
C/O LAW OFFICES OF JEFFREY C. CHIAO
16885 W BERNARDO DR
#275
SAN DIEGO, CA  92127

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
6/18/2014

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1456**

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.319** **Nonpriority creditor's name and mailing address**

CUEVAS,ALEJANDRO
C/O LAW OFFICES OF JEFFREY C. CHIAO
811 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CA  90017

**Date or dates debt was incurred**

6/18/2014

**Last 4 digits of account number: 9151**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.320** **Nonpriority creditor's name and mailing address**

CULLIGAN WATER
P.O. BOX 65758

SALT LAKE CITY, UT  84165-0758

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LWAT**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.321** **Nonpriority creditor's name and mailing address**

CUP4CUP LLC
1190 AIRPORT BLVD
SUITE 110

NAPA, CA  94558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: P4CU**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,168.25

---

**3.322** **Nonpriority creditor's name and mailing address**

CURLY SUE & FRIENDS
ENTERTAINMENT
1190 NW 77TH AVE.

PLANTATION, FL  33322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RSUE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,300.00

---

**3.323** **Nonpriority creditor's name and mailing address**

CUSTOM CULINARY, INC.
P.O. BOX 205922

DALLAS, TX  75320-5922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: SCUL**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$528.99

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.324**

**Nonpriority creditor's name and mailing address**

CUSTOM SPECIALTIES
3233- 25TH STREET

METAIRIE, LA 70002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SSPE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$573.11

---

**3.325**

**Nonpriority creditor's name and mailing address**

CYPRESS CREEK ASSOCIATES LP
P.O. BOX 6203
DEPT CODE: SFLF1154A

HICKSVILLE, NY 11802-6203

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PCRE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,905.16

---

**3.326**

**Nonpriority creditor's name and mailing address**

CYPRESS DOOR & LOCKSMITH
ROBERT SANTOS
6751 NW 22 TERRACE

FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PDOO**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,825.66

---

**3.327**

**Nonpriority creditor's name and mailing address**

Cystic Fibrosis Foundation
Nadia Ayala
655 W. Broadway
11th Floor
San Diego, CA 92101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6154**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.39

---

**3.328**

**Nonpriority creditor's name and mailing address**

DAL-WORTH INDUSTRIES, INC.
P.O. BOX 5504

ARLINGTON, TX 76005

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LIND**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,490.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.329**

**Nonpriority creditor's name and mailing address**
DANASH LLC
JEFF CORWIN, MANAGING MEMBER
35 CROOKED HILL ROAD
SUITE 202
COMMACK, NY 11725

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NASH

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,092.77

---

**3.330**

**Nonpriority creditor's name and mailing address**
DANIEL SMITH & IRVIN MALASHOCK
C/O JOYCE PENNINGTON
425 SANIBELLE CIRCLE #129

CHULA VISTA, CA 91910

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VMAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,241.90

---

**3.331**

**Nonpriority creditor's name and mailing address**
DARLING INTERNATIONAL, INC.
P.O. BOX 552210

DETROIT, MI 48255-2210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RLNW

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,595.15

---

**3.332**

**Nonpriority creditor's name and mailing address**
DATAWORKS
33270 COLLECTIONS CENTER DR

CHICAGO, IL 60693-0332

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TWO1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,758.79

---

**3.333**

**Nonpriority creditor's name and mailing address**
DAUTRICH,JENNIFER
C/O MATT LEWIS LAW, P.C
155 E SHAW AVE
#101
FRESNO, CA 93710

**Date or dates debt was incurred**
1/16/2014

**Last 4 digits of account number:** 1786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor   Garden Fresh Restaurant Corp.   Case 16-12177-CSS   Doc 7   Filed 11/14/16   Page 178 of 404

(Name)                                                                    Case number (if known) 16-12177

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00

DAVE COMPTONS PRESSURE WASHING
39824 FRENCH RD

LADY LAKE, FL  32159

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VCOM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**

DAVID GRAY PLUMBING CO. INC.
6491 POWERS AVE.

JACKSONVILLE, FL  32217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VGRA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,792.92

---

**3.336** | **Nonpriority creditor's name and mailing address**

DAYMARK FOOD SAFETY SYSTEMS
12836 SOUTH DIXIE HWY.

BOWLING GREEN, OH  43402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YFOO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $25,199.26

---

**3.337** | **Nonpriority creditor's name and mailing address**

DDRA AHWATUKEE FOOTHILLS LLC
ACCT/DEPT 102619 21118 48569
P.O. BOX 73362

CLEVELAND, OH  44193

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RAAH

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $18,100.87

---

**3.338** | **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SER.
P.O. BOX 41602

PHILADELPHIA, PA  19101-1602

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LAGE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $822.24

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address**<br><br>DE VORE<br>5211 VENICE BLVD<br><br>LOS ANGELES, CA 90019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** VORE | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $10,335.28 |
| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>DEL AMO ASSOCIATES, LLC<br>C/O FREMONT BANK<br>P.O. BOX 4795<br><br>HAYWARD, CA 94540-4795<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LAMO | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $32,341.31 |
| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>DELCASTILLO,MARIA<br>C/O STEVE DEWBERRY LAW OFFICES<br>2632 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>**Date or dates debt was incurred**<br><br>7/18/2013<br><br>**Last 4 digits of account number:** 4865 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN |
| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>DELFIN DESIGN & MANUFACTURING<br>23301 ANTONIO PARKWAY<br><br>R. SANTA MARGARITA, CA 92688<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LDES | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $51.47 |
| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>DELGADO,SEBASTIAN<br>C/O LAW OFFICES OF DENNIS A DASCANIO<br>4661 W PICO BLVD<br>LOS ANGELES, CA 90019<br><br>**Date or dates debt was incurred**<br><br>6/6/2015<br><br>**Last 4 digits of account number:** 7736 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,843.65 |
|---|---|---|---|

3.344 **Nonpriority creditor's name and mailing address**
DENVER SYRUP & BAR SUPPLY
353 W. 56TH AVE.

DENVER, CO  80216

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** NSYR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,843.65

---

3.345 **Nonpriority creditor's name and mailing address**
DEPT. OF LABOR AND INDUSTRIES
P.O. BOX 24106

SEATTLE, WA  98124-6524

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** PLAB

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,698.72

---

3.346 **Nonpriority creditor's name and mailing address**
DERITO TALKING STICK SOUTH LLC
ATTN: MS. DANIELLE WHITE
3200 E. CAMELBACK ROAD, #175

PHOENIX, AZ  85018

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** RTAL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,145.92

---

3.347 **Nonpriority creditor's name and mailing address**
DEROYAL TEXTILES
DEROYAL INDUSTRIES/CREDIT DEPT
MSC 30316
PO BOX 415000
NASHVILLE, TN  37241-0316

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** RTEX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$987.87

---

3.348 **Nonpriority creditor's name and mailing address**
DESIGN MECHANICAL
168 CTC BLVD. #D

LOUISVILLE, CO  80027

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** SMEC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,860.62

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,838.83 |
| | DETEMPLE COMPANY INC. | Check all that apply. | |
| | 5636 NE HASSALO STREET | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | PORTLAND, OR  97213 | | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** TEMP | ☐ Yes | |

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,074.98 |
| | DIAMOND SHARP | Check all that apply. | |
| | 513 MERCURY LANE | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | BREA, CA  92821 | | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** AMON | ☐ Yes | |

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | DIAZ,MARIA | Check all that apply. | |
| | C/O LAW OFFICES OF REZAI AND ASSOCIATES | ☒ Contingent | |
| | 297 3RD AVE | ☒ Unliquidated | |
| | CHULA VISTA, CA  91910 | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 6/18/2015 | WORKERS COMPENSATION | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Last 4 digits of account number:** 8717 | ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | DILULLO DO | Check all that apply. | |
| | C/O RAY LEGO & ASSOCIATES | ☒ Contingent | |
| | 470 S SAN VICENTE BLVD | ☒ Unliquidated | |
| | LOS ANGELES, CA  90026 | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/1/2013 | WORKERS COMPENSATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** 6686 | ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,168.53 |
| | DIMENSION DATA NORTH AMERICA | Check all that apply. | |
| | PO BOX 392387 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | PITTSBURGH, PA  15251-9387 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** MDAT | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.354**

**Nonpriority creditor's name and mailing address**

DIRECT PACK, INC. (PMC Global)
P.O. BOX 918818

DENVER, CO 80291-8818

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RPAC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,266.00

---

**3.355**

**Nonpriority creditor's name and mailing address**

DIRECTV
ACCT #036869851
PO BOX 60036

LOS ANGELES, CA 90060-0036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RECT**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.48

---

**3.356**

**Nonpriority creditor's name and mailing address**

DIVERSIFIED COMMERCIAL SYSTEMS
1534 DORCHESTER ST

PORT CHARLOTTE, FL 33952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: VCOM**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.357**

**Nonpriority creditor's name and mailing address**

DK CONNECTIONS LLC
P.O. BOX 844981

LOS ANGELES, CA 90084-4981

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: CONN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,956.72

---

**3.358**

**Nonpriority creditor's name and mailing address**

DLA PIPER US LLP
P.O. BOX 75190

BALTIMORE, MD 21275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DWOL**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,942.50

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

**3.359** Nonpriority creditor's name and mailing address

D'MORE, JOSEPH
C/O ARA J. NAJARIAN
LAW OFFICE OF ARA J. NAJARIAN
500 N. CENTRAL AVE., SUITE #940
GLENDALE, CA  91203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.360** Nonpriority creditor's name and mailing address

DMS-SERVICES  LLC
1040 ARROYO DRIVE
CALLER SERVICE #2005

SOUTH PASADENA, CA  91030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: SSER**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$886.30

---

**3.361** Nonpriority creditor's name and mailing address

DODSON,REBECCA
C/O THOMAS M DEBENEDETTO LAW OFFICE
980 ATLANTIC AVE
LONG BEACH, CA  90813

**Date or dates debt was incurred**

8/29/2014

**Last 4 digits of account number: 5077**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.362** Nonpriority creditor's name and mailing address

DOMINGUEZ, VINCENT
SAMEUL WONG
AEGIS LAW FIRM PC
9811 IRVINE CENTER DR., STE. 100
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.363** Nonpriority creditor's name and mailing address

DOMINGUEZ, VINCENT
SCOTT B. COOPER / SAMANTHA SMITH
THE COOPER LAW FIRM, P.C.
4000 BARRANCA PARKWAY, STE. 250
IRVINE, CA  92604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.364** | **Nonpriority creditor's name and mailing address**

DONALDSON CONCEPTS LLC
7327 FOXBLOOM DRIVE

PORT RICHEY, FL  34668

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NCON

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,145.00

---

**3.365** | **Nonpriority creditor's name and mailing address**

DONNA LAW FIRM P.C.
7601 FRANCE AVENUS SOUTH #350

MINNEAPOLIS, MN  55435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NLAW

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.00

---

**3.366** | **Nonpriority creditor's name and mailing address**

DON'S RELIABLE ELECTRICAL
SERVICE
241 ROEHL RD, NW

ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NREL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$203.66

---

**3.367** | **Nonpriority creditor's name and mailing address**

DOOR SYSTEMS INC
P.O. BOX 915

BEDFORD PARK, IL  60499

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OKON

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,413.16

---

**3.368** | **Nonpriority creditor's name and mailing address**

DORMA USA, INC
P.O. BOX 6312

CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RUSA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$503.43

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address** <br><br> DORSEY, MICHAEL <br> 15822 BERNARDO CENTER DRIVE <br> SUITE A <br><br> SAN DIEGO, CA  92127 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> DEFERRED COMPENSATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $62,371.22 |
| 3.370 | **Nonpriority creditor's name and mailing address** <br><br> DOYLE ELECTRIC SERVICES INC <br> 3415 QUEEN PALM DRIVE <br><br> TAMPA, FL  33619 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** YELE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $21,855.23 |
| 3.371 | **Nonpriority creditor's name and mailing address** <br><br> DPS BEVERAGES, INC. <br> P.O. BOX 277237 <br><br> ATLANTA, GA  30384-7237 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** SBEV | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $2,837.40 |
| 3.372 | **Nonpriority creditor's name and mailing address** <br><br> DRAIN SPECIALTIES <br> 10796 CHARBONO TERRACE <br><br> SAN DIEGO, CA  92131 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** ASPE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $906.53 |
| 3.373 | **Nonpriority creditor's name and mailing address** <br><br> DRIVER'S ALERT, INC <br> P.O. BOX 50079 <br><br> LIGHTHOUSE POINT, FL  33074-0079 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** IALE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $298.80 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.374 | **Nonpriority creditor's name and mailing address**<br>DUESENBERG INVESTMENT CO. LLC<br>TOPA MANAGEMENT COMPANY<br>1800 AVENUE OF THE STARS #1400<br><br>LOS ANGELES, CA 90067 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82,929.96 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No | |
| | **Last 4 digits of account number:** TOPA | ☐ Yes | |

| 3.375 | **Nonpriority creditor's name and mailing address**<br>DUNBAR BANKPAK<br>P.O. BOX 333<br><br>BALTIMORE, MD 21203 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,087.05 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No | |
| | **Last 4 digits of account number:** NBAN | ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address**<br>DYNAMIC USA<br>1320 ROUTE 9 #1352<br><br>CHAMPLAIN, NY 12919 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,527.73 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No | |
| | **Last 4 digits of account number:** NINT | ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address**<br>EAGLE ELECTRIC INC.<br>7000 SO. COMMERCE PARK DRIVE<br>#100<br><br>MIDVALE, UT 84047 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $576.89 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No | |
| | **Last 4 digits of account number:** GELE | ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address**<br>EAN SERVICES, LLC<br>P.O. BOX 402383<br><br>ATLANTA, GA 30384-2383 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,519.24 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No | |
| | **Last 4 digits of account number:** TREN | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address**<br>EAST COAST RESOURCES<br>P.O. BOX 1127<br><br>FUQUAY VARINA, NC 27526<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SRES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,160.00 |

| 3.380 | **Nonpriority creditor's name and mailing address**<br>EATEM FOODS CO<br>1829 GALLAGHER DR<br><br>VINELAND, NJ 08360<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,904.00 |

| 3.381 | **Nonpriority creditor's name and mailing address**<br>EC COMPANY<br>P.O. BOX 10286<br><br>PORTLAND, OR 97296<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ELEC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $591.59 |

| 3.382 | **Nonpriority creditor's name and mailing address**<br>ECO CLEAN LLC<br>133 S. 2ND PLACE<br><br>BRIGHTON, CO 80601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OCLE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,773.50 |

| 3.383 | **Nonpriority creditor's name and mailing address**<br>ECO SOLUTIONS<br>COMMERCIAL HOT WATER CORP.<br>PO BOX 555<br><br>HIRAM, GA 30141<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SOLU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,042.50 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.384 | **Nonpriority creditor's name and mailing address**<br>ECOLAB FOOD SAFETY SOLUTIONS<br>24198 NETWORK PLACE<br><br>CHICAGO, IL  60673-1241<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OLAB | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,596.80 |
| 3.385 | **Nonpriority creditor's name and mailing address**<br>ECOLAB INCORPORTED<br>P.O. BOX 100512<br><br>PASADENA, CA  91189-0512<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OINC | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $306,565.90 |
| 3.386 | **Nonpriority creditor's name and mailing address**<br>ECOVA, INC<br>1313 N. ATLANTIC<br>SUITE 5000<br><br>SPOKANE, WA  99201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** VAIQ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,994.21 |
| 3.387 | **Nonpriority creditor's name and mailing address**<br>EDK ELECTRIC<br>1261 N. LAKEVIEW AVE. J #410<br><br>ANAHEIM, CA  92807<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** KELE | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,977.00 |
| 3.388 | **Nonpriority creditor's name and mailing address**<br>EDWARDS ENGINEERING INC.<br>1000 TOUHY AVENEU<br><br>ELK GROVE VILLAGE, IL  60007<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** WENG | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,417.05 |

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $178.24

EEE SOLUTIONS INC
9306 AUDUBON RD.

LAKESIDE, CA  92040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ESOU**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $744.00

ELECTRIC EXPRESS
2411 ALPINE MEADOWS AVENUE

HENDERSON, NV  89074

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EEXP**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,509.93

ELECTRO FREEZE DIST.OF TX, INC
435 W. FORK DRIVE

ARLINGTON, TX  76012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ECFR**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,476.37

ELECTRO FREEZE DISTRIBUTORS
OF FLORIDA INC
2235 COMMERCE POINT DR #140

LAKELAND, FL  33801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EFLO**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,346.81

ELECTRO FREEZE OF NOR CAL
4330 PINELL STREET

SACRAMENTO, CA  95838

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: FREE**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.394 | **Nonpriority creditor's name and mailing address**<br>ELECTRO KOLD CORPORATION<br>100 INDUSTRIAL DRIVE<br><br>BURLINGTON, WI  53105<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EKOL | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $493.96 |
| 3.395 | **Nonpriority creditor's name and mailing address**<br>ELECTROFREEZE MIAMI LLC<br>16200 NW 59TH AVE<br>SUITE 103<br><br>MIAMI LAKES, FL  33014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EMIA | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89.90 |
| 3.396 | **Nonpriority creditor's name and mailing address**<br>ELEMENT HEATING & COOLING CO<br>P.O. BOX 111<br><br>BOLINGBROOK, IL  60440<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EHEA | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $749.00 |
| 3.397 | **Nonpriority creditor's name and mailing address**<br>ELITE PRESSURE WASHING & HOME<br>SERVICES LLC<br>817 MOONLIT LANE NW<br><br>ACWORTH, GA  30102<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** IPRE | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,100.00 |
| 3.398 | **Nonpriority creditor's name and mailing address**<br>ELIZABETHS FOOD CO.<br>2041 E DEL AMO BLVD<br><br>RANCHO DOMINGUEZ, CA  90220<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** IFOO | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,769.18 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.399** | **Nonpriority creditor's name and mailing address**
EMCON ASSOCIATES, INC.
74 BRICK BLVD.

BRICK, NJ  08723

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: MCON**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,313.08

---

**3.400** | **Nonpriority creditor's name and mailing address**
EMIC PROPERTIES
P.O. BOX 1326

SAUSALITO, CA  94966

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ICPR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,934.32

---

**3.401** | **Nonpriority creditor's name and mailing address**
EMPIRE DISTRIBUTORS
11383 NEWPORT DRIVE

RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PDIS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.76

---

**3.402** | **Nonpriority creditor's name and mailing address**
ENCORE ONE, L.L.C.
GENERAL PARTS  LLC
MI10
PO BOX 9201
MINNEAPOLIS, MN  55480-9201

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PART**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,134.50

---

**3.403** | **Nonpriority creditor's name and mailing address**
ENVIRO-MASTER SERVICES
P.O. BOX 12350

CHARLOTTE, NC  28220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: VMAS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,027.72

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.404 | **Nonpriority creditor's name and mailing address**<br>ENVYSION, INC.<br>75 REMITTANCE DRIVE #6207<br><br>CHICAGO, IL  60675-6207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** VYSI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,666.59 |
| 3.405 | **Nonpriority creditor's name and mailing address**<br>ERNEST F. MARIANI COMPANY<br>573 W. 2890 S.<br><br>SALT LAKE CITY, UT  84115<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** NEST | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,357.74 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br>ESCALI CORP.<br>3203 CORPORATE CENTER DRIVE<br>SUITE 150<br><br>BURNSVILLE, MN  55306<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** CCOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.00 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br>ESCOBAR, DANIEL<br>MICHAEL L. TRACY<br>LAW OFFICES OF MICHAEL J. TRACY<br>2030 MAIN STREET, STE. 1300<br>IRVINE, CA  92614<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.408 | **Nonpriority creditor's name and mailing address**<br>Escondido Republican Women,<br>Federated<br>Rosalia Zamora<br>2973 Roseann Avenue<br>Escondido, CA  92027<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 6107 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.35 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

ESQUIVEL,JUAN
C/O PRUSSAK WELCH & AVILA
6320 VAN NUYS BLVD
VAN NUYS, CA 91401

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

6/1/2010

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 0028**

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700.00 |
|---|---|---|---|

ESTATE SCAPE
PO BOX 07507

FORT MYERS, FL 33919-0507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: TSCA**

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,683.01 |
|---|---|---|---|

EVERSOFT
P.O. BOX 92769

LONG BEACH, CA 90809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: EVER**

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,043.56 |
|---|---|---|---|

F.A.R CONSTRUCTION
P.O. BOX 160335

ALTAMONTE SPRINGS, FL 32716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: NLAW**

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,757.21 |
|---|---|---|---|

F.E.A. SERVICE, LLC
1800 E. MIRALOMA AVENUE
SUITE H

PLACENTIA, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: ASER**

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.414 | **Nonpriority creditor's name and mailing address**<br>F.S.E. INC.<br>3039 HOOVER AVE<br><br>NATIONAL CITY, CA  91950<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: EINC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,504.56 |

| 3.415 | **Nonpriority creditor's name and mailing address**<br>FACCHINO LABARBERA BERNAL<br>C/O TERRACOMMERCIAL MGMT CORP.<br>P.O. BOX 26190<br><br>SAN JOSE, CA  95159<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: CLAB** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,624.62 |

| 3.416 | **Nonpriority creditor's name and mailing address**<br>FARBER, LEONIE<br>C/O OWEN L. MCINTOSH<br>LAW OFFICES OF OWEN L. MCINTOSH<br>41750 RANCHO LAS PALMAS DRIVE, SUITE 04<br>RANCHO MIRAGE, CA  92270<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>LITIGATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.417 | **Nonpriority creditor's name and mailing address**<br>FAST & FRIENDLY FLOOR CARE<br>398 E. DANIA BEACH BLVD. #218<br><br>DANIA BEACH, FL  33004<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SFRI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,380.00 |

| 3.418 | **Nonpriority creditor's name and mailing address**<br>FAST & HEALTHY NUTRITION<br>P.O. BOX 618<br><br>SOLANA BEACH, CA  92075<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SHEA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,315.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $313.50

FASTSIGNS BEAVERTON
2621-105 SPRING FOREST ROAD

RALEIGH, NC 27616

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SBEA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,220.00

FCS INC.
3813-126TH AVE. N., #13

CLEARWATER, FL 33762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SINC

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,906.30

FEDERAL EXPRESS CORP.
P.O. BOX 7221

PASADENA, CA 91109-7321

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RESS

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321.99

FEDEX FREIGHT
DEPT LA, P.O. BOX 21415

PASADENA, CA 91185-1415

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DGRO

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,382.77

FEDEX KINKO'S
CUSTOMER ADMINISTRATIVE SER.
P.O. BOX 672085

DALLAS, TX 75267-2085

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NKOS

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address**<br>FIRE MASTER<br>P.O. BOX 121019<br><br>DALLAS, TX 75312-1019<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: REMA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $125.40 |
| 3.425 | **Nonpriority creditor's name and mailing address**<br>FIRMCO BUSINESS FUNDING INC<br>P.O. BOX 57884<br><br>SALT LAKE CITY, UT 84157<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: RMCO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7,338.38 |
| 3.426 | **Nonpriority creditor's name and mailing address**<br>First Boca United<br>Methodist Women<br>Pam Davis<br>2844 sw 13th Dr<br>Deerfield Beach, FL 33442<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: 6084** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $100.38 |
| 3.427 | **Nonpriority creditor's name and mailing address**<br>FIRST INSURANCE FUNDING CORP<br>P.O.BOX 7000<br><br>CAROL STREAM, IL 60197-7000<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: RINS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $95,466.99 |
| 3.428 | **Nonpriority creditor's name and mailing address**<br>FIRST SOURCE LLC<br>8825 MERCURY LANE<br><br>PICO RIVERA, CA 90660<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: RSOR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $29,181.92 |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.429** | **Nonpriority creditor's name and mailing address**

First Unitarian Church
Alan Clawson
3701 Carlisle Blvd. N.E.

Albuquerque, NM  87110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.77

---

**3.430** | **Nonpriority creditor's name and mailing address**

FISH WINDOW CLEANING
P.O. BOX 888

BALLWIN, MO  63011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WIND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.00

---

**3.431** | **Nonpriority creditor's name and mailing address**

FLAMINGO POINTE PARTNERS LLC
9516 W FLAMINGO ROAD, #305

LAS VEGAS, NV  89147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** APOI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,474.60

---

**3.432** | **Nonpriority creditor's name and mailing address**

FLETCHER ELEMENTARY PTA
2330 CENTER PLACE
EL CAJON, CA  92020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.25

---

**3.433** | **Nonpriority creditor's name and mailing address**

FLOOR FACTORS ,INC.
1320 NW 17TH AVENUE

PORTLAND, OR  97209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OFAC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$475.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.434 | **Nonpriority creditor's name and mailing address**<br><br>FLORES,ROSA<br>C/O GHITTERMAN, GHITTERMAN & FELD<br>2051 ART MUSEUM DR<br># 200<br>JACKSONVILLE, FL  32207<br><br>**Date or dates debt was incurred**<br><br>4/27/2015<br><br>**Last 4 digits of account number: 6011** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.435 | **Nonpriority creditor's name and mailing address**<br><br>FLORIDA KNIFE & SLICER SERVICE<br>P.O. BOX 741535<br><br><br>ORANGE CITY, FL  32774-1535<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: AKNI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,676.22 |
| 3.436 | **Nonpriority creditor's name and mailing address**<br><br>FLORIDA SAFE & LOCK CO<br>2209 SPRING LAKE CIRCLE<br><br><br>SAINT CLOUD, FL  34771<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SAFE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $389.48 |
| 3.437 | **Nonpriority creditor's name and mailing address**<br><br>FLUID INTEGRITY,L.L.C. DBA<br>CHUCK'S WATER SYSTEMS<br>7205 GILPIN WAY UNIT#130<br><br>DENVER, CO  80229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: UINT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,146.05 |
| 3.438 | **Nonpriority creditor's name and mailing address**<br><br>FLUKE ELECTRONICS CORPORATION<br>7272 COLLECTION CENTER DR<br><br><br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: UELE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,514.43 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $415.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
FMW GROUP INC.
PO BOX 1264

LOOMIS, CA  95650

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WGRO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$415.00

---

**Nonpriority creditor's name and mailing address**
3.440  FOCUS PRODUCTS GROUP
P.O. BOX 205579

DALLAS, TX  75320-5579

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CPRO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,153.34

---

**Nonpriority creditor's name and mailing address**
3.441  FOOD MICROBIOLOGICAL
LABORATORIES, INC
10653 PROGRESS WAY

CYPRESS, CA  90630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OMIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.16

---

**Nonpriority creditor's name and mailing address**
3.442  FOOD SAFETY SOLUTIONS, INC
10653 PROGRESS WAY

CYPRESS, CA  90630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SAFT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,462.50

---

**Nonpriority creditor's name and mailing address**
3.443  FOOTHILL BUSINES ASSOCIATION
C/O MERIT PAROPERTY MANAGEMENT
P.O. BOX 512989

LOS ANGELES, CA  90051-0989

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OBUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.60

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |

---

**3.444**

**Nonpriority creditor's name and mailing address**

FOOTHILL/PACIFIC TOWNE CTR. IV
P.O. BOX 3060

NEWPORT BEACH, CA 92658

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OPAC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,176.00

---

**3.445**

**Nonpriority creditor's name and mailing address**

FORT LAUDERDALE ICE
1915 NW 18TH STREET
BLDG C

POMPANO BEACH, FL 33069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RICE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.00

---

**3.446**

**Nonpriority creditor's name and mailing address**

FORWARD PACKAGING
5431 AVENIDA ENCINAS, STE F

CARLSBAD, CA 92008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RPAC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,400.00

---

**3.447**

**Nonpriority creditor's name and mailing address**

FOWLER AND SONS INC.
P.O. BOX 1172

FUQUAY VARINA, NC 27526-2609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WSON

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$660.92

---

**3.448**

**Nonpriority creditor's name and mailing address**

FOX GLASS S.C., INC.
1035 TIFFORD LANE

OSTEEN, FL 32764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** XGLA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,383.67

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.449** | **Nonpriority creditor's name and mailing address**

FR FLORIDA, INC.
C/O FEDERAL REALTY - #194-1940
P.O. BOX 8500-9320

PHILADELPHIA, PA  19178-9320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** DELM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,426.62

---

**3.450** | **Nonpriority creditor's name and mailing address**

FRAGUADA,GIOVANNI
C/O FRANCO LAW GROUP
16530 VENTURA BLVD
# 550
ENCINO, CA  91436

**Date or dates debt was incurred**

4/11/2014

**Last 4 digits of account number:** 1642

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.451** | **Nonpriority creditor's name and mailing address**

FRANCISCAN AAH
9841 AIRPORT BLVD., #700
C/O FESTIVAL MANAGEMENT CORPORATION
ATTN: LEGAL DEPARTMENT
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AAAH

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,515.10

---

**3.452** | **Nonpriority creditor's name and mailing address**

FRANKLIN MACHINE PRODUCTS
P.O. BOX 781570

PHILADELPHIA, PA  19178-1570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AMAC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,490.37

---

**3.453** | **Nonpriority creditor's name and mailing address**

FREUND CONTAINER
36690 TREASURY CENTER

CHICAGO, IL  60694-6600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EUCO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,239.68

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.36 |
|---|---|---|---|

| 3.454 | **Nonpriority creditor's name and mailing address**<br>Friends of Saguaro Orchestra<br>Eileen Wright<br>6250 N 82nd St<br><br>Scottsdale, AZ  85250<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 6204** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83.36 |
|---|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address**<br>FRIT ESCONDIDO PROMENADE, LLC<br>C/O FEDERAL REALTY INVESTMENT<br>P.O. BOX 848706<br><br>LOS ANGELES, CA  90084-8706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: ITES** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,447.38 |
| 3.456 | **Nonpriority creditor's name and mailing address**<br>FRONT LINE SALES INC.<br>P.O. BOX 670<br><br>LA VERNE, CA  91750<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OLIN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $390.15 |
| 3.457 | **Nonpriority creditor's name and mailing address**<br>FRONTERA STUDIOS LLC<br>26895 ALISO CREEK ROAD<br>BOX76<br><br>ALISO VIEJO, CA  92656<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OSTU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,800.00 |
| 3.458 | **Nonpriority creditor's name and mailing address**<br>FRONTIER LIGHTING  INC.<br>2090 PALMETTO STREET<br><br>CLEARWATER, FL  33765<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OLIG** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,441.89 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.459 | **Nonpriority creditor's name and mailing address**<br><br>FUENTES,MARIA<br>C/O LAW OFFICES OF SUNIL SHAH<br>722 E LINCOLN AVE<br>ORANGE, CA 92865<br><br>**Date or dates debt was incurred**<br><br>4/24/2011<br><br>**Last 4 digits of account number: 6665** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.460 | **Nonpriority creditor's name and mailing address**<br><br>FURMANO FOODS<br>P.O. BOX 12956<br><br>PHILADELPHIA, PA 19176-0956<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: RFOO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,467.20 |
| 3.461 | **Nonpriority creditor's name and mailing address**<br><br>G&I VII WESTFORK, LLC<br>P.O. BOX 865155<br><br>ORLANDO, FL 32886-5155<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: VIIP** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,089.26 |
| 3.462 | **Nonpriority creditor's name and mailing address**<br><br>G.E.T. ENTERPRISES INC.<br>1515 W. SAM HOUSTON PKWY NORTH<br><br>HOUSTON, TX 77043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: TENT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,668.96 |
| 3.463 | **Nonpriority creditor's name and mailing address**<br><br>G4S SECURE SOLUTIONS (USA) INC<br>P.O. BOX 277469<br><br>ATLANTA, GA 30384-7469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SSEC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,065.28 |

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)    16-12177

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.464 | **Nonpriority creditor's name and mailing address**<br><br>GALLERIA CORPORATE CENTRE<br>MAINTENANCE DISTRIC<br>C/O AVISON YOUNG<br>3993 HOWARD HUGHES PKWY. #350<br>LAS VEGAS, NV 89169<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LCOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,797.16 |
| 3.465 | **Nonpriority creditor's name and mailing address**<br><br>GARCIA,ADRIANA<br>C/O BLOMBERG, BENSON, AND GARRETT<br>PO BOX 237<br>SANTA ANA, CA 92702<br><br>**Date or dates debt was incurred**<br><br>10/14/2014<br><br>**Last 4 digits of account number:** 8411 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.466 | **Nonpriority creditor's name and mailing address**<br><br>GARCIA,JAIME<br>C/O VICTOR H ALTAMIRANO LAW OFFICE<br>3440 WILSHIRE BLVD<br># 914<br>LOS ANGELES, CA 90010<br><br>**Date or dates debt was incurred**<br><br>10/17/2016<br><br>**Last 4 digits of account number:** 2804 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.467 | **Nonpriority creditor's name and mailing address**<br><br>GARCIA,JAVIER<br>C/O LAWRENCE WITSOE LAW OFFICE<br>2512 CHAMBERS RD # 107<br>TUSTIN, CA 92780<br><br>**Date or dates debt was incurred**<br><br>5/4/2012<br><br>**Last 4 digits of account number:** 3678 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.468 | **Nonpriority creditor's name and mailing address**<br><br>GARDA CL WEST-LOCKBOX #233209<br>3209 MOMENTUM PLACE<br><br>CHICAGO, IL 60689-5332<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** ATI1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,104.33 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.469 | **Nonpriority creditor's name and mailing address**<br><br>GARDEN FRESH PROMOTION LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY NOTE RECEIVABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,455,063.02 |
| 3.470 | **Nonpriority creditor's name and mailing address**<br><br>GARDEN FRESH PROMOTION LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,017,664.51 |
| 3.471 | **Nonpriority creditor's name and mailing address**<br><br>GARDEN FRESH RESAURANT INTERMEDIATE HOLDING, LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,500,000.00 |
| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>GARDENER'S SUPPLY COMPANY<br>128 INTERVALE RD<br><br>BURLINGTON, UT 05401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** RSUP | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,635.08 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>GASKET GUY OF SOUTHWEST FL.<br>268 WILLOWICK WAY<br><br>VENICE, FL 34293<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** KGUY | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $731.92 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.474 | **Nonpriority creditor's name and mailing address**<br>GASKET GUY, INC<br>4712 ADMIRALTY WAY #735<br><br>MARINA DEL REY, CA  90292<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SCAL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,522.92 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br>GASKET GUY/GASKETS-N-MORE<br>4712 ADMIRALTY WAY #735<br><br>MARINA DEL REY, CA  90292<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SGUY** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,180.46 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br>GASKETGUY OF DFW, LLC<br>5432 WILLOW WOOD LANE<br><br>DALLAS, TX  75252-2655<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SDFW** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $565.07 |
| 3.477 | **Nonpriority creditor's name and mailing address**<br>GASKETS ROCK, LLC<br>504  PAREKWAY VIEW DRIVE<br><br>PITTSBURGH, PA  15205<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SROC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,247.83 |
| 3.478 | **Nonpriority creditor's name and mailing address**<br>GATEWAY MARKETING CONCEPTS<br>P.O. BOX 231666<br><br>ENCINITAS, CA  92023-1666<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TMAR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,245.31 |

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)    16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.479** **Nonpriority creditor's name and mailing address**

GATEWAY VIRGINIA PROPERTIES
C/O MERIDIAN RETAIL CENTER
FLIE #54506

LOS ANGELES, CA  90074-4506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TVIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,363.54

---

**3.480** **Nonpriority creditor's name and mailing address**

GCS SERVICE  INC.
24673 NETWORK PLACE

CHICAGO, IL  60673-1246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SSER

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,429.47

---

**3.481** **Nonpriority creditor's name and mailing address**

GEORGE-THOMAS ENTERPRISES, LLC
TOM HERRON
14531 DELANO STREET

VAN NUYS, CA  91411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OTHO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,333.34

---

**3.482** **Nonpriority creditor's name and mailing address**

GEORGIA AIR AND REFRIGERATION
INC.
135 STANLEY CT.

LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OAIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,093.78

---

**3.483** **Nonpriority creditor's name and mailing address**

GESSNER PRODUCTS CO. INC.
P.O. BOX 389

AMBLER, PA  19002-0389

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SPRO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,407.01

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)    16-12177

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.484 | **Nonpriority creditor's name and mailing address**<br>GHA TECHNOLOGIES, INC.<br>DEPT #2090, P.O. BOX 29661<br><br>PHOENIX, AZ  85038-9661 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.02 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number: ATEC** | | |

| 3.485 | **Nonpriority creditor's name and mailing address**<br>GHANAVATI,AMIRHESAM<br>C/O MARK SHAYANI LAW OFFICE<br>10300 FOURTH ST<br>#150<br>RANCHO CUCAMONGA, CA  91730 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>4/3/2013 | **Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number: 9601** | | |

| 3.486 | **Nonpriority creditor's name and mailing address**<br>GHANAVTI,AMIRHESM<br>C/O MARK SHAYANI LAW OFFICE<br>856 ROBERTSON BLVD<br>LOS ANGELES, CA  90035 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>7/14/2012 | **Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number: 8074** | | |

| 3.487 | **Nonpriority creditor's name and mailing address**<br>GLOBAL COOL, LLC<br>1255 CARBIDE DRIVE<br><br>CORONA, CA  92881 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,431.65 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number: OCOO** | | |

| 3.488 | **Nonpriority creditor's name and mailing address**<br>GLOBAL EQUIPMENT COMPANY<br>29833 NETWORK PLACE<br><br>CHICAGO, IL  60673-1298 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $599.11 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number: OCOM** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,279.85 |

**Nonpriority creditor's name and mailing address**
GLOBAL SENSORS, LLC
P.O. BOX 750

BELMONT, NC  28012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OSEN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,279.85

---

| 3.490 |

**Nonpriority creditor's name and mailing address**
GLOBE FOOD EQUIPMENT
P.O. BOX 636190

CINCINNATI, OH  45263-6190

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OFOO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$289.00

---

| 3.491 |

**Nonpriority creditor's name and mailing address**
GML INVESTMENTS HOMES LLC
224 DUNBRIDGE DR

PALM HARBOR, FL  34684

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LINV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,530.00

---

| 3.492 |

**Nonpriority creditor's name and mailing address**
GO GREEN AGRICULTURE, INC
495 SAXONY ROAD

ENCINITAS, CA  92024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GREE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,260.00

---

| 3.493 |

**Nonpriority creditor's name and mailing address**
GOLD COAST BAKING CO. INC.
1590 E. SAINT GERTRUDE PLACE

SANTA ANA, CA  92705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DCOA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,184.27

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.494 | **Nonpriority creditor's name and mailing address**<br>GOLD STAR PUMPING<br>10001 N SILVERBELL<br><br>TUCSON, AZ  85743 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR | $1,396.00 |
| | **Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GOLD | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.495 | **Nonpriority creditor's name and mailing address**<br>GOLDEN WEST TRADING<br>US BANK LOCKBOX<br>PO BOX 511541<br><br>LOS ANGELES, CA  90051 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR | $219,393.00 |
| | **Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LDWE | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.496 | **Nonpriority creditor's name and mailing address**<br>GOMEZ,GABRIELA<br>C/O LAW OFFICES OF PAYMAN ZARGARI<br>6151 VAN NUYS BLVD<br>VAN NUYS, CA  91401 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION | UNKNOWN |
| | **Date or dates debt was incurred**<br>10/1/2013<br><br>**Last 4 digits of account number:** 7031 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.497 | **Nonpriority creditor's name and mailing address**<br>GOMEZ,GABRIELA<br>C/O LAW OFFICES OF PAYMAN ZARGARI<br>714 W OLYMPIC BLVD<br>#450<br>LOS ANGELES, CA  90015 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION | UNKNOWN |
| | **Date or dates debt was incurred**<br>10/17/2013<br><br>**Last 4 digits of account number:** 0690 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.498 | **Nonpriority creditor's name and mailing address**<br>GONZALEZ,ALFREDO<br>C/O CARRAZCO LAW<br>150 N SANTA ANITA AVE<br>#300<br>ARCADIA, CA  91006 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION | UNKNOWN |
| | **Date or dates debt was incurred**<br>5/30/2015<br><br>**Last 4 digits of account number:** 7420 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.499 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ,ELIAZAR<br>C/O LAW OFFICES OF MANUEL REYNOSO<br>155 N RIVERVIEW DR<br>#111<br>ANAHEIM, CA 92808<br><br>**Date or dates debt was incurred**<br><br>2/10/2012<br><br>**Last 4 digits of account number: 9633** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.500 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ,GUILLERMO<br>C/O JERRY HERNANDEZ, DDS<br>14172 BROOKHURST ST<br>GARDEN GROVE, CA 92843<br><br>**Date or dates debt was incurred**<br><br>5/5/2011<br><br>**Last 4 digits of account number: 5975** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.501 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ,MARIA<br>C/O BLOMBERG, BENSON & GARRETT, INC.<br>1403 S MAIN ST.<br>SANTA ANA, CA 92707<br><br>**Date or dates debt was incurred**<br><br>1/31/2014<br><br>**Last 4 digits of account number: 6543** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.502 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ,RODRIGO<br>C/O LAW OFFICE OF LOUIS BERMEO<br>11845 WEST OLYMPIC<br>#725W<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>6/9/2014<br><br>**Last 4 digits of account number: 0783** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.503 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ,RODRIGO<br>C/O LOUIS BERMEO & MERLUZA ATTORNEY AT LAW<br>2512 CHAMBERS RD<br>#107<br>TUSTIN, CA 92780<br><br>**Date or dates debt was incurred**<br><br>1/27/2016<br><br>**Last 4 digits of account number: 9365** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.504**

**Nonpriority creditor's name and mailing address**

GONZALEZ,SILVIA
C/O RADLOFF AND RADLOFF
300 S 1ST ST
#318
SAN JOSE, CA 95113

**Date or dates debt was incurred**

11/21/2014

**Last 4 digits of account number: 0677**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.505**

**Nonpriority creditor's name and mailing address**

GOODWIN & ASSOCIATES
HOSPITALITY SERVICES LLC
11 SOUTH MAIN ST STE 200

CONCORD, NH 03301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DHOS**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

**3.506**

**Nonpriority creditor's name and mailing address**

GORDON SIGN/VISUAL PRODUCTS CO
P.O. BOX 174481

DENVER, CO 80217-4481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RSIG**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$378.40

---

**3.507**

**Nonpriority creditor's name and mailing address**

GOURMET FRESH PASTA
950 NORTH FAIR OAKS AVENUE

PASADENA, CA 91103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: UFRE**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,792.60

---

**3.508**

**Nonpriority creditor's name and mailing address**

GOVDOCS
355 RANDOLPH AVE, SUITE #200

ST PAUL, MN 55102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: VDOC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.509 | **Nonpriority creditor's name and mailing address**<br>GRAINGER<br>DEPT 852085224<br><br>PALATINE, IL  60038-0001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** AING | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $328.46 |
|---|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address**<br>GRAJEDA,HECTOR<br>C/O TELLERIA, TELLERIA AND LEVY, LLP<br>5900 SEPULVEDA BLVD<br># 550<br>VAN NUYS, CA  91411<br><br>**Date or dates debt was incurred**<br>1/14/2016<br>**Last 4 digits of account number:** 9906 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.511 | **Nonpriority creditor's name and mailing address**<br>GRANADA SHOPPES ASSOC. LTD<br>C/O COURTELIS COMPANY<br>703 WATERFORD WAY #800<br><br>MIAMI, FL  33126<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ASHO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,945.96 |
| 3.512 | **Nonpriority creditor's name and mailing address**<br>GRANITE DISTRIBUTION SOLUTIONS<br>27762 ANTONIO PKWY, L1-500<br><br>LADERA RANCH, CA  92694<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ADIS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,314.40 |
| 3.513 | **Nonpriority creditor's name and mailing address**<br>Granite Hills Field hockey<br>1719 East Madison<br>1719 East Madison<br><br>El Cajon, CA  92019<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** 5919 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213.20 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.514**

**Nonpriority creditor's name and mailing address**
GRANT THORNTON LLP
P.O. BOX 51552

LOS ANGELES, CA  90051-5852

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ATHO**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,758.70

---

**3.515**

**Nonpriority creditor's name and mailing address**
GREAT LAKES SERVICE SOUTH TOWN
FOOD SERVICE
27766 NETWORK PLACE
LOCKBOX 27766
CHICAGO, IL  60673-1277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SGRE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,654.62

---

**3.516**

**Nonpriority creditor's name and mailing address**
Green Menu
Alice Chang
P.O. Box 15

Alhambra,, CA  91802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6098**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.06

---

**3.517**

**Nonpriority creditor's name and mailing address**
GREEN PLANET, LLC
440W. FALLBROOKE AVE., #111

FRESNO, CA  93711

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EEPL**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.518**

**Nonpriority creditor's name and mailing address**
GREENWOOD LAND COMPANY II, LLC
12727 SOUTH FORT STREET

DRAPER, UT  84020

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EFAM**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,408.68

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,525.06 |

**Nonpriority creditor's name and mailing address**
GRIFFIN INDUSTRIES INC.
P.O. BOX 530401

ATLANTA, GA  30353-0401

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IIND

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,525.06

---

3.520   **Nonpriority creditor's name and mailing address**
GRIFFITH LABORATORIES USA, INC
P.O. BOX 205915

DALLAS, TX  75320-5915

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ILAB

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.45

---

3.521   **Nonpriority creditor's name and mailing address**
GRINDMASTER CORPORATION
P.O. BOX 150413 - DEPT 101004

HARTFORD, CT  06115-0413

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ICOR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,308.87

---

3.522   **Nonpriority creditor's name and mailing address**
GROUP KIRKMAN, LLC
ATTN: FRED CHIKOVSKY
2300 NW CORPORATE BLVD., #141

BOCA RATON, FL  33431

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OKIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$795.03

---

3.523   **Nonpriority creditor's name and mailing address**
GRUBBS, WENDY M.
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** oyee

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,042.73

---

Debtor    Garden Fresh Restaurant Corp.                        Case number (if known)    16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| 3.524 | **Nonpriority creditor's name and mailing address**<br>GUARDIAN<br>P.O. BOX 677458<br><br>DALLAS, TX  75267-7458<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ARDI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,690.10 |
| 3.525 | **Nonpriority creditor's name and mailing address**<br>GUARDIAN - ALTERNATE FUNDED<br>P.O. BOX 824395<br><br>PHILADELPHIA, PA  19182-4395<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ALIF | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,439.36 |
| 3.526 | **Nonpriority creditor's name and mailing address**<br>GUATEMALA,ETELVINA<br>C/O LAW OFFICES OF ARMEN ARTINYAN<br>309 OAKRIDGE BLVD<br>DAYTONA BEACH, FL  32118<br><br>**Date or dates debt was incurred**<br>1/26/2015<br>**Last 4 digits of account number:** 2294 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | UNKNOWN |
| 3.527 | **Nonpriority creditor's name and mailing address**<br>GUERRERO DOOR SERVICE<br>3249 N. VALENTINE<br><br>FRESNO, CA  93722<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EHAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $772.00 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br>GULF MECHANICAL INC<br>P.O. BOX 1716<br><br>PALM HARBOR, FL  34682<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LMEC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $121.50 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
GWINNETT COUNTY POLICE DEPT.
P.O. BOX 602

LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IPOL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.530**

**Nonpriority creditor's name and mailing address**
GWINNETT PLACE ASSOCIATES L.P.
C/O FARALLON CAPITAL MGMT., LP
ONE MARITIME PLAZA,  SUITE 2100

SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IPLA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,416.60

---

**3.531**

**Nonpriority creditor's name and mailing address**
HACH ENVIRONMENTAL
2207 COLLECTIONS CENTER DRIVE

CHICAGO, IL  60693

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CENV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$586.66

---

**3.532**

**Nonpriority creditor's name and mailing address**
HAGAR RESTAURANT EQUIPMENT
SERVICE, INC.
6200 N.W. 2ND STREET

OKLAHOMA CITY, OK  73127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GRES

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,500.84

---

**3.533**

**Nonpriority creditor's name and mailing address**
HAIG SERVICE CORPORATION
5601 N. POWERLINE ROAD
SUITE #303

FT. LAUDERDALE, FL  33309

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MGRO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.63

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.534** Nonpriority creditor's name and mailing address

HAMMER PUMPING, INC
P.O. BOX 2448

CATHEDRAL CITY, CA  92234

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MPUM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$603.00

---

**3.535** Nonpriority creditor's name and mailing address

HAMMOND SHEET METAL INC
4140 LOSEE RD.

NORTH LAS VEGAS, NV  89030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MSHE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$770.00

---

**3.536** Nonpriority creditor's name and mailing address

HANDGARDS, INC.
P.O. BOX 95139

CHICAGO, IL  60694

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NDGA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,152.63

---

**3.537** Nonpriority creditor's name and mailing address

HANDS ON IMPROVEMENTS
27850 N 99 DR

PEORIA, AZ  85383

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NIMP

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,002.00

---

**3.538** Nonpriority creditor's name and mailing address

HANTOVER INC.
P.O. BOX 83152

CHICAGO, IL  60691-0152

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NINC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,937.07

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.539** | **Nonpriority creditor's name and mailing address**

Happy Valley Elementary PTO
Terryl Aguon
13865 SE King Rd

Happy Valley, OR 97086

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.88

---

**3.540** | **Nonpriority creditor's name and mailing address**

HART WILLOW CREEK, LLC,HCM LLC
ONE PARKVIEW PLAZA, 9TH FLOOR
C/O MID-AMERICA ASSET MANAGEMENT, INC.

OAKBROOK TERRACE, IL 60181

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RWIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,289.18

---

**3.541** | **Nonpriority creditor's name and mailing address**

HARVEST BLADE AND SUPPLY INC.
1335 DAYTON STREET, UNIT E

SALINAS, CA 93901

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RBLA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.50

---

**3.542** | **Nonpriority creditor's name and mailing address**

HAYES ELECTRICAL SERVICE
2446 KELLY AVE

RAMONA, CA 92065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YELE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,799.51

---

**3.543** | **Nonpriority creditor's name and mailing address**

Hayes Elementary PTA
ATTN: Heather Vallejos
9620 W. Twain Ave.

Las Vegas, NV 89147

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.76

---

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,136.42

HAYES, DAVID A
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** oyee

---

**3.545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,587.58

HD CHEM
P.O. BOX 92769

LONG BEACH, CA  90809

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** CHEM

---

**3.546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,200.00

HEALTHPRO BRANDS
P.O. BOX 867

MASON, OH  45040

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** ABRA

---

**3.547** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.40

Healthy To Our Kids Inc,.
Adelle and Bryan Lynton
23653 Steohanie Lane

Murrieta, CA  92562

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 6131

---

**3.548** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46,887.50

HEDMARK II  LLC
TRIAD BANK
10375 CLAYTON ROAD
ATTN: TAMARA REED
SAINT LOUIS, MO  63131

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** DMAR

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,967.19 |
|---|---|---|---|

3.549 **Nonpriority creditor's name and mailing address**

HEDMARK III, LP
TRIAD BANK
10375 CLAYTON ROAD
ATTN: TAMARA REED
SAINT LOUIS, MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MARK

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,967.19

---

3.550 **Nonpriority creditor's name and mailing address**

HEIGHTS KEY LOCK & SAFE, INC
920 SAN MATEO BLVD. NE

ALBUQUERQUE, NM 87108-1439

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** IKEY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$358.15

---

3.551 **Nonpriority creditor's name and mailing address**

HelpHOPELive
( in honor of Brian Melton )
Two Radnor Corporate Center
100 Matson
Radnor, PA 19087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6199

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$121.53

---

3.552 **Nonpriority creditor's name and mailing address**

HERITAGE BAG COMPANY
P.O. BOX 639083

CINCINNATI, OH 45263-9083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RBAG

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,892.94

---

3.553 **Nonpriority creditor's name and mailing address**

HERNANDEZ, JEFFREY AND HERNANDEZ, ANGELA ALINA
C/O KEITH CHASIN
LAW OFFICE OF KEITH CHASIN
9350 SOUTH DIXIE HIGHWAY, SUITE 1560
MIAMI, FL 33156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.554 | **Nonpriority creditor's name and mailing address**<br>HERNANDEZ, STEPHANIE<br>LAWRENCE BOHN / KELSEY CIARIMBOLI<br>BOHM LAW GROUP, INC.<br>5205 KEARNY VILLA WAY, STE. 105<br>SAN DIEGO, CA  92123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.555 | **Nonpriority creditor's name and mailing address**<br>HERNANDEZ,ARACELY<br>C/O RAUL GRANADOS INC.<br>2081 BUSINESS CENTER DR<br>STE 175<br>IRVINE, CA  92612<br><br>**Date or dates debt was incurred**<br><br>6/24/2016<br><br>**Last 4 digits of account number:** 6937 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.556 | **Nonpriority creditor's name and mailing address**<br>HERRING, MEGAN<br>C/O ANDREW L. ELLIS<br>ELLIS LAW CORPORATION<br>883 N. DOUGLAS STREET<br>EL SEGUNDO, CA  90245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.557 | **Nonpriority creditor's name and mailing address**<br>HERZMAN TRUST/HNET INVESTMENT<br>P.O. BOX 3129<br><br>SAN DIEGO, CA  92163-1129<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** RTRU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,670.68 |
| 3.558 | **Nonpriority creditor's name and mailing address**<br>HH PROMENADE PARTNERS,LLC<br>P.O. BOX 845311<br><br>LOS ANGELES, CA  90084-5311<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** PROM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,147.34 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>HICKMAN'S EGG RANCH,INC.<br>6515 SOUTH JACKRABBIT TRAIL<br><br>BUCKEYE, AZ 85326<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CEGG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,080.00 |

| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>HIDALGO FACILITY SOLUTIONS, INC.<br>2535 BRENNAN AVENUE<br><br>FORT WORTH, TX 76106<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DFAC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,599.86 |

| 3.561 | **Nonpriority creditor's name and mailing address**<br><br>HIGH PEAKS WATER SERVICES<br>1127 EAST INDIAN SCHOOL ROAD<br>P.O. BOX 7150<br><br>PHOENIX, AZ 85011-7150<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GHPE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $287.00 |

| 3.562 | **Nonpriority creditor's name and mailing address**<br><br>HIGHLAND DIRECT PROPERTY, LLC<br>C/O HORIZON MANAGEMENT<br>1130 LAKE COOK ROAD, #280<br><br>BUFFALO GROVE, IL 60089<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GDIR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,385.39 |

| 3.563 | **Nonpriority creditor's name and mailing address**<br><br>HIGHLIGHTS ELECTRICAL<br>P.O. BOX 840375<br><br>HOUSTON, TX 77284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GELE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,001.51 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.564 | **Nonpriority creditor's name and mailing address**<br><br>HIRERIGHT,INC<br>P.O. BOX 847891<br><br>DALLAS, TX  75284-7891<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** RERI | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,411.71 |

| 3.565 | **Nonpriority creditor's name and mailing address**<br><br>HOBART CORPORATION<br>ITW FOOD EQUIPMENT GROUP LLC<br>P.O. BOX 2517<br><br>CAROL STREAM, IL  60132-2517<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** BAR7 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,802.02 |

| 3.566 | **Nonpriority creditor's name and mailing address**<br><br>HOFFMAN, SUSAN L.<br>15822 BERNARDO CENTER DRIVE<br>SUITE A<br><br>SAN DIEGO, CA  92127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,101.32 |

| 3.567 | **Nonpriority creditor's name and mailing address**<br><br>Hollywood United Methodist<br>Church<br>Mark Stephenson<br>6817 Franklin Avenue<br>Los Angeles, CA  90028<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6192 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.13 |

| 3.568 | **Nonpriority creditor's name and mailing address**<br><br>HOLTZMAN ENTERPRISES LLC<br>159 E. MANCHESTER AVE.<br><br>LOS ANGELES, CA  90003<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LENT | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,988.00 |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.569 | **Nonpriority creditor's name and mailing address**<br>HOME DEPOT CREDIT SERVICES<br>DEPT 32 - 2000053169<br>PO BOX 9001030<br><br>LOUISVILLE, KY  40290-1030<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: EPOT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.92 |

| 3.570 | **Nonpriority creditor's name and mailing address**<br>HOMER LAUGHLIN CHINA<br>672 FIESTA DRIVE<br><br>NEWELL, WV  26050-1077<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MLAU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,559.66 |

| 3.571 | **Nonpriority creditor's name and mailing address**<br>HOPPE PROPERTIES, LLC.<br>8070 LA JOLLA SHORES DRIVE<br>PMB 610<br><br>LA JOLLA, CA  92037<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: PPRO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,649.14 |

| 3.572 | **Nonpriority creditor's name and mailing address**<br>HOSPITALITY RESOURCE SUPPLY<br>499 N. ST. RD. 434, #1005<br><br>ALTAMONTE SPRINGS, FL  32714<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SRES** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $352.52 |

| 3.573 | **Nonpriority creditor's name and mailing address**<br>HOSPITALITY SERVICES, INC.<br>4001 E. HEARN<br><br>PHOENIX, AZ  85032<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: SSER** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,885.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,977.13 |

**3.574**

**Nonpriority creditor's name and mailing address**
HOUSTON'S PREMIER PLUMBING
P.O. BOX 2163

TOMBALL, TX 77377

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** USPR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,977.13

---

**3.575**

**Nonpriority creditor's name and mailing address**
HUBERT COMPANY
25401 NETWORK PLACE

CHICAGO, IL 60673-1254

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BCOM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,647.73

---

**3.576**

**Nonpriority creditor's name and mailing address**
HUCK'S CARPET CLEANING
35 ROBIN LANE

FENTON, MO 63026

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CCAR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$316.00

---

**3.577**

**Nonpriority creditor's name and mailing address**
HYGOLET INC.
349 SE 2 AVENUE

DEERFIELD BEACH, FL 33441

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GDIR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,458.00

---

**3.578**

**Nonpriority creditor's name and mailing address**
IBM CORPORATION
P.O. BOX 534151

ATLANTA, GA 30353-4151

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MCOR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$497.10

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.579 | **Nonpriority creditor's name and mailing address**<br><br>ID MEDIA<br>6592<br>P.O. BOX 7247<br><br>PHILADELPHIA, PA  19170-6592<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MEDI | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $189,599.52 |
| 3.580 | **Nonpriority creditor's name and mailing address**<br><br>ILLINOIS WHOLESALE CASH REGIST<br>2790 PINNACLE DRIVE<br><br>ELGIN, IL  60124<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LWHO | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,753.37 |
| 3.581 | **Nonpriority creditor's name and mailing address**<br><br>IMAGERY MARKETING INC.<br>1808 JANKE DRIVE<br>SUITE L<br><br>NORTHBROOK, IL  60062<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** AMAR | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,037.81 |
| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>IN SYNC COMPUTER SOLUTIONS INC<br>23272 MILL CREEK ROAD DR.<br>SUITE 110<br><br>LAGUNA HILLS, CA  92653<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** SYNC | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $256.00 |
| 3.583 | **Nonpriority creditor's name and mailing address**<br><br>INDEPENDENT FINANCIAL PARTNERS<br>6165 GREENWICH DRIVE, #240<br><br>SAN DIEGO, CA  92122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** DFIN | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,174.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.584**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRIC SERVICE
P.O. BOX 3929

HUNTINGTON BEACH, CA 92605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DUST**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,500.93

---

**3.585**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL TILE & CARPET
P.O. BOX 721336

PINION HILLS, CA 92372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DTIL**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,795.00

---

**3.586**

**Nonpriority creditor's name and mailing address**

INMANY,PANG
C/O THE MONGE LAW FIRM
4925 GREENVILLE AVE
#711
DALLAS, TX 75206

**Date or dates debt was incurred**

10/20/2012

**Last 4 digits of account number: 2040**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.587**

**Nonpriority creditor's name and mailing address**

INTEDGE MANUFACTURING INC.
1875 CHUMLEY ROAD

WOODRUFF, SC 29388

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TIND**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$584.85

---

**3.588**

**Nonpriority creditor's name and mailing address**

INTEGRATED LANDSCAPE
MANAGEMENT LLC
1150 GILBERT DR.

TEMPE, AZ 85281

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TLAN**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$578.06

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.589 | **Nonpriority creditor's name and mailing address**<br>INTEGRATED OFFICE TECHNOLOGY<br>12150 MORA DR. SUITE 2<br><br>SANTA FE SPRINGS, CA 90670<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TEOF | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $302.93 |
| 3.590 | **Nonpriority creditor's name and mailing address**<br>INTERFACE SECURITY SYSTEMS LLC<br>3773 CORPORATE CENTER DRIVE<br><br>EARTH CITY, MO 63045<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TSEC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $87,996.78 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br>INTERNATIONAL TABLEWARE, INC<br>300 PHILLIPS AVENUE<br><br>TOLEDO, OH 43612<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TTAB | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $957.97 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br>INTERNATIONAL TELEMATICS CORP.<br>ONE BRIDGE PLAZA NORTH<br>SUITE #100<br><br>FORT LEE, NJ 07024<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TTEL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,758.06 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br>INTERSTATE BATTERY INC.<br>2649 N COBB PKWY<br><br>KENNESAW, GA 30152<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TBAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,052.70 |

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 230 of 404

(Name)    Case number (if known) 16-12177

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.594 | **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE BATTERY SYSTEM<br>P.O. BOX 11059<br><br>SAN BERNARDINO, CA  92423<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: BATT** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,616.35 |

| 3.595 | **Nonpriority creditor's name and mailing address**<br><br>INTIAM INC.<br>DBA HI TECH COMMERCIAL SERVICE<br>1840 STELLA LAKE STREET<br><br>LAS VEGAS, NV  89106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: COMM** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,479.39 |

| 3.596 | **Nonpriority creditor's name and mailing address**<br><br>IRVINE POLICE DEPARTMENT<br>1 CIVIC CENTER PLAZA<br><br>IRVINE, CA  92623<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: VPOL** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.597 | **Nonpriority creditor's name and mailing address**<br><br>JACK GERALD INC.<br>52 WENTWORTH STREET<br><br>CHARLESTON, SC  29401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: CGER** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,500.00 |

| 3.598 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON,DARRYCK<br>C/O THE LAW OFFICES OF JOHN MENDOZA<br>215 N HOWARD AVE<br>#101<br>TAMPA, FL  33606<br><br>**Date or dates debt was incurred**<br><br>5/26/2015<br><br>**Last 4 digits of account number: 7343** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.599 | **Nonpriority creditor's name and mailing address**<br><br>JAIME, MARIA<br>C/O THE LAW OFFICES OF LOUIS BERMEO<br>1435 E VENICE AVE<br>#102<br>VENICE, FL 34292<br><br>**Date or dates debt was incurred**<br><br>6/14/2016<br><br>**Last 4 digits of account number: 9922** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address**<br><br>JAYS SHARPENING<br>4310 W. TOMPKINS AVE.<br><br>LAS VEGAS, NV 89103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: HARP** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $305.00 |
| 3.601 | **Nonpriority creditor's name and mailing address**<br><br>JB ENTERPRISES<br>46-293 WILLOW LN<br><br>INDIO, CA 92201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: ENTE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $251.40 |
| 3.602 | **Nonpriority creditor's name and mailing address**<br><br>J-C MARKETS, INC<br>6716 N. CEDAR AVENUE, SUITE 209<br><br>FRESNO, CA 93710<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: MARK** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,672.88 |
| 3.603 | **Nonpriority creditor's name and mailing address**<br><br>JDR PROPERTY CORPORATION<br>C/O CENTREX PROPERTIES INC<br>4040 ED DRIVE, SUITE 201<br><br>RALEIGH, NC 27612<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: RPRO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,200.00 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.604**

**Nonpriority creditor's name and mailing address**

JENSON REFRIGERATION, INC.
P.O. BOX 57544

MURRAY, UT  84157

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NREF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,387.64

---

**3.605**

**Nonpriority creditor's name and mailing address**

JETCLEAN USA
359 TROUSDALE DRIVE STE B

CHULA VISTA, CA  91910

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TCLE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,062.00

---

**3.606**

**Nonpriority creditor's name and mailing address**

JIM BLUMENSTEIN
BOLINGBROOK WATER CONDITIONING
6 RAVEN COURT

BOLINGBROOK, IL  60490

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LWAT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,504.00

---

**3.607**

**Nonpriority creditor's name and mailing address**

JIMENEZ,JUAN
C/O LAW OFFICES OF STEVEN C SAPERA
4661 W PICO BLVD
LOS ANGELES, CA  90019

**Date or dates debt was incurred**

11/11/2014

**Last 4 digits of account number:** 9430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.608**

**Nonpriority creditor's name and mailing address**

JM ENTERPRISES, LLC
175 LIVELY BLVD

ELK GROVE VILLAGE, IL  60007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ENTE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$627.53

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.609**

**Nonpriority creditor's name and mailing address**

JM LANDSCAPE SERVICE
7311 NICARAGUA CIRCLE

BUENA PARK, CA  90620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$3,300.00

---

**3.610**

**Nonpriority creditor's name and mailing address**

JMT MECHANICAL
16306 GENTLE SLOPE LANE

HOUSTON, TX  77044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TMEC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$4,640.39

---

**3.611**

**Nonpriority creditor's name and mailing address**

JOEY'S LOCKSMITH
P.O. BOX 48666

LOS ANGELES, CA  90048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ELOC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$722.00

---

**3.612**

**Nonpriority creditor's name and mailing address**

JOHNSON COUNTY KEY SERVICE,INC
7216 WEST 75TH STREET

OVERLAND PARK, KS  66204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** HKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$157.78

---

**3.613**

**Nonpriority creditor's name and mailing address**

JOHNSON LANDSCAPES
653 S MELROSE STREET

PLACENTIA, CA  92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** HLAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$211.36

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-2177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JOHNSON, ARIELL, ET AL.
TAFT L. FOLEY
THE FOLEY LAW FIRM
3003 SOUTH LOOP WEST, STE. 108
HOUSTON, TX 77054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

3.615 **Nonpriority creditor's name and mailing address**
JOY CONE CO.
P.O. BOX 536228

PITTSBURGH, PA 15253-5904

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** YCON

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $13,846.63

---

3.616 **Nonpriority creditor's name and mailing address**
JRM & ASSOCIATES
5435 DUNWOODY MILLCOURT

ATLANTA, GA 30360

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MASS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $34.02

---

3.617 **Nonpriority creditor's name and mailing address**
JUAREZ,EDGAR
C/O MINAIE LAW GROUP, A PROFESSIONAL
CORPORATION
297 3RD AVE
CHULA VISTA, CA 91910

**Date or dates debt was incurred**
6/29/2016

**Last 4 digits of account number:** 9424

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

3.618 **Nonpriority creditor's name and mailing address**
JUAREZ,ROSA
C/O LAW OFFICES OF APPEL & RIMBACH
5440 N CUMBERLAND AVE
# 150
CHICAGO, IL 60656

**Date or dates debt was incurred**
10/29/2013

**Last 4 digits of account number:** 0030

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.619 | **Nonpriority creditor's name and mailing address**<br>JULIE'S CARPET STEAMER<br>109 OLD BUBBLY RD.<br><br>PIERSON, FL  32180<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: RSTE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $770.00 |

| 3.620 | **Nonpriority creditor's name and mailing address**<br>JULIO A. MARTIN FAMILY TRUST<br>2094 WEST MINARETS<br><br>FRESNO, CA  93711<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: LMAR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,160.96 |

| 3.621 | **Nonpriority creditor's name and mailing address**<br>JV MECHANICAL<br>353 W 56TH AVE<br><br>DENVER, CO  80216<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MECH** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,508.60 |

| 3.622 | **Nonpriority creditor's name and mailing address**<br>K2 ELECTRIC, INC<br>4038 E SUPERIOR AVE #102<br><br>PHOENIX, AZ  85040<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: ELEC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,387.28 |

| 3.623 | **Nonpriority creditor's name and mailing address**<br>KAMRAN AND COMPANY, INC<br>411 E MONTECITO ST<br><br>SANTA BARBARA, CA  93101<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MCOM** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114,630.53 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>KC POWER CLEAN INC.<br>2500 E. IMPERIOAL HWY<br>SUITE 201 #385<br><br>BREA, CA  92821<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: POWE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,505.97 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>KCMO CITY TREASURER<br>P.O. BOX 804107<br><br>KANSAS CITY, MO  64180-4107<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: EASU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,185.28 |
| 3.626 | **Nonpriority creditor's name and mailing address**<br><br>KC'S SERVICES INC<br>P.O. BOX 280217<br><br>LAKEWOOD, CO  80228<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SSER** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,272.98 |
| 3.627 | **Nonpriority creditor's name and mailing address**<br><br>KEHE MONTERREY PROVISIONS, LLC<br>3636 CAMINO DEL RIO NORTH<br>SUITE 110<br><br>SAN DIEGO, CA  92108<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: HMON** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,279.51 |
| 3.628 | **Nonpriority creditor's name and mailing address**<br><br>Keiser University<br>Donald DeSormoux<br>1900 W. Commercial Blvd<br>100<br>Fort Lauderdale, FL  33309<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6105** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.03 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.629 | **Nonpriority creditor's name and mailing address**<br>KELLER, ROBERT G<br>15822 BERNARDO CENTER DRIVE<br>SUITE A<br><br>SAN DIEGO, CA  92127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221,740.69 |

| 3.630 | **Nonpriority creditor's name and mailing address**<br>KELTON PROPERTIES<br>P.O. BOX 4005<br>2716 OCEAN PARK BLVD. # 3006<br><br>SANTA MONICA, CA  90405-5207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MAIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,644.80 |

| 3.631 | **Nonpriority creditor's name and mailing address**<br>KEN'S FOODS<br>P.O. BOX 6197<br><br>BOSTON, MA  02212-6197<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** NFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,027.52 |

| 3.632 | **Nonpriority creditor's name and mailing address**<br>KENT PRECISION FOODS GROUP INC<br>26948 NETWORK PLACE<br><br>CHICAGO, IL  60673-1269<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** NPRE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $174,950.44 |

| 3.633 | **Nonpriority creditor's name and mailing address**<br>KEVIN'S CLASSIC CARPET CARE<br>P.O. BOX 617<br><br>RIVERTON, UT  84065<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** VCLA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $480.00 |

Debtor    Garden Fresh Restaurant Corp.                              Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.634**

**Nonpriority creditor's name and mailing address**

K-GAM 6202 E. BROADWAY LLC
C/O K-GAM MANAGEMENT, LLC
5989 E. GRANT RD.

TUCSON, AZ  85712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VREA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,757.85

---

**3.635**

**Nonpriority creditor's name and mailing address**

KGC, L.P
CALIFORNIA BANK & TRUST
5500 GROSSMONT CENTER DR. #408
ACCT. #2010402801
LA MESA, CA  91942

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** GCLP

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,669.10

---

**3.636**

**Nonpriority creditor's name and mailing address**

KIECKHAFER, SCHIFFER & CO. LLP
6201 OAK CANYON DRIVE #200

IRVINE, CA  92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ECKH

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,333.00

---

**3.637**

**Nonpriority creditor's name and mailing address**

KIKKOMAN INTERNATIONAL INC.
FILE 99424

LOS ANGELES, CA  90074-9424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** KINT

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.70

---

**3.638**

**Nonpriority creditor's name and mailing address**

King of Glory Lutheran Church
King of Glory Lutheran Church
2085 East Southern Ave

Tempe, AZ  85282

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6217

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.04

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.639 | **Nonpriority creditor's name and mailing address**<br>KIO NETWORKS<br>P.O. BOX 93984<br><br>LAS VEGAS, NV 89193-3984<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** EDIT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $3,346.82 |
| 3.640 | **Nonpriority creditor's name and mailing address**<br>KISSEL LANDSCAPING<br>11639 ROCK LAKE TERRACE<br><br>BOYNTON BEACH, FL 33473<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** SLAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,950.00 |
| 3.641 | **Nonpriority creditor's name and mailing address**<br>KJP KENNESAW, LLC<br>P.O. BOX 231400<br><br>ENCINITAS, CA 92023-1400<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** PKEN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $44,677.04 |
| 3.642 | **Nonpriority creditor's name and mailing address**<br>KJP ORANGE PARK, LLC<br>P.O. BOX 231400<br><br>ENCINITAS, CA 92023-1400<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** PORA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $23,541.49 |
| 3.643 | **Nonpriority creditor's name and mailing address**<br>KLEIN, CARL J<br>15822 BERNARDO CENTER DRIVE<br>SUITE A<br><br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $92,581.52 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.644 | **Nonpriority creditor's name and mailing address**<br>KNIGHT, JAMESON W<br>15822 BERNARDO CENTER DRIVE<br>SUITE A<br><br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,026.35 |
|---|---|---|
| 3.645 | **Nonpriority creditor's name and mailing address**<br>KOALA DIVISION<br>P.O. BOX 911607<br><br>DENVER, CO 80291-1607<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** OALA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $266.39 |
| 3.646 | **Nonpriority creditor's name and mailing address**<br>KODNER WATKINS KLOECKER, L.C.<br>7800 FORSYTH BLVD., SUITE 700<br><br>ST. LOUIS, MO 63105<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DWAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,400.00 |
| 3.647 | **Nonpriority creditor's name and mailing address**<br>KRAFT KLUB INC.<br>4671 STATE STREET<br><br>MONTCLAIR, CA 91763<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** AFKL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $163.39 |
| 3.648 | **Nonpriority creditor's name and mailing address**<br>KRAUSZ PUENTE LLC<br>C/O THE KRAUSZ COMPANIES<br>44 MONTGOMERY STREET, STE 3300<br><br>SAN FRANCISCO, CA 94104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** APUE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,413.27 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $575.00 |
| | KTF, INC | Check all that apply. | |
| | DBA WEST COAST SERVICES | ☐ Contingent | |
| | 39252 WINCHESTER RD., #107-301 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | MURRIETA, CA 92563 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: COWI** | ☒ No ☐ Yes | |

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $212.90 |
| | KUHLMAN'S LAWN MAINTENNACE | Check all that apply. | |
| | 536 HARBOR GROVE CIRCLE | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | SAFETY HARBOR, FL 34695 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: HLAW** | ☒ No ☐ Yes | |

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $483.19 |
| | KYOCERA DOCUMENT SOLUTIONS | Check all that apply. | |
| | SOUTHERN CALIFORNIA | ☐ Contingent | |
| | 3940 RUFFIN ROAD | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | SAN DIEGO, CA 92123 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: ODOC** | ☒ No ☐ Yes | |

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.44 |
| | Laguna Elementary PTO | Check all that apply. | |
| | Laguna Elementary PTO | ☐ Contingent | |
| | 10475 E. Lakeview Dr | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Scottsdale, AZ 85260 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: 5965** | ☒ No ☐ Yes | |

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.27 |
| | Laguna Road School | Check all that apply. | |
| | Nivie Jhawar | ☐ Contingent | |
| | 300 Laguna Road | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Fullerton, CA 92835 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: 6178** | ☒ No ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.654** | **Nonpriority creditor's name and mailing address**

Lake St. George Elementary
PTA
2855 Co. Rd 95

Palm Harbor, FL  34684

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6120**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.27

---

**3.655** | **Nonpriority creditor's name and mailing address**

LAND SERVICES LANDSCAPE
901 BROWN ROAD

FREMONT, CA  94539

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NSER**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,404.37

---

**3.656** | **Nonpriority creditor's name and mailing address**

LAND, STEVEN M
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: oyee**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,061.87

---

**3.657** | **Nonpriority creditor's name and mailing address**

LANDGRAPHICS ENTERPRISES, INC
5752 KEARNY VILLA RD.

SAN DIEGO, CA  92123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ESHO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$812.90

---

**3.658** | **Nonpriority creditor's name and mailing address**

LANDSBURG
P.O. BOX 101144

PASADENA, CA  91189-1144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NLAN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,248.16

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.659 | **Nonpriority creditor's name and mailing address**<br><br>LANTMANNEN UNIBAKE<br>5007 LINCOLN AVE, SUITE 300<br><br>LISLE, IL  60532<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: NUNI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,009.68 |
|---|---|---|
| 3.660 | **Nonpriority creditor's name and mailing address**<br><br>LAPIN SEPTIC SERVICES<br>3031 WEST 40TH STREET<br><br>ORLANDO, FL  32839<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: PSER** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,162.50 |
| 3.661 | **Nonpriority creditor's name and mailing address**<br><br>LARA,ANDRES,A<br>C/O H & B HINDEN & BRESLAVSKY<br>6855 JIMMY CARTER BLVD<br>SUITE 2150<br>NORCROSS, GA  30071<br><br>**Date or dates debt was incurred**<br>11/12/2012<br><br>**Last 4 digits of account number: 4766** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.662 | **Nonpriority creditor's name and mailing address**<br><br>LARIOS,CARLOS<br>C/O LAW OFFICES OF BRETT YADEN<br>1875 N BELCHER RD<br>CLEARWATER, FL  33765<br><br>**Date or dates debt was incurred**<br>6/18/2016<br><br>**Last 4 digits of account number: 6909** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.663 | **Nonpriority creditor's name and mailing address**<br><br>LAS COLINAS COMPANY<br>600 S. JEFFERSON STE M<br><br>PLACENTIA, CA  92870<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: SCOM** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78,616.40 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.664 | **Nonpriority creditor's name and mailing address**<br><br>Las Vegas Men's Chorus<br>Mike Winget<br>8042 Counterpoint Ln<br><br>Las Vegas, NV 89123<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6272** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.14 |

| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>LAS VEGAS QUALITY WATER WORKS INC<br>759 MIDDLEGATE ROAD<br><br>HENDERSON, NV 89011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SQUA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,927.75 |

| 3.666 | **Nonpriority creditor's name and mailing address**<br><br>LAST MINUTE INC. DBA<br>LAST MINUTE GAS CONTRACTORS<br>10330 SW 42 TERRACE<br><br>MIAMI, FL 33165<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: STMI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,635.00 |

| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>LAUREL CREST LANDSCAPE MANAGEMENT LLC<br>450-106 STATE RD 13 NORTH #208<br>ST JOHNS, FL 32259<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: UCRE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $295.00 |

| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>LAVI INDUSTRIES<br>C/O ACCOUNTS RECEIVABLE<br>27810 AVENUE HOPKINS<br><br>VALENCIA, CA 91355<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: VIND** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.54 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.669**

**Nonpriority creditor's name and mailing address**

LAWTON COMMERCIAL SERVICES
1444 N. CENTRAL EXPY

MCKINNEY, TX 75070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WCOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,720.41

---

**3.670**

**Nonpriority creditor's name and mailing address**

LAZ PARKING, LLC
C/O PARKING OFFICE
100 N LA CIENEGA BLVD

LOS ANGELES, CA 90048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ZPAR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$264.00

---

**3.671**

**Nonpriority creditor's name and mailing address**

LBP MANUFACTURING INC.
9305 PAYSPHERE CIRCLE

CHICAGO, IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PMAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,707.48

---

**3.672**

**Nonpriority creditor's name and mailing address**

LE CREUSET OF AMERICA, INC.
P.O. BOX 277408

ATLANTA, GA 30384-7408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CREU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,855.00

---

**3.673**

**Nonpriority creditor's name and mailing address**

Learning Excellence of FDN
of S. Palm Beach Inc
Angela Dolci
3333 High Ridge Rd
Boynton Beach, FL 33426

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.80

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.674 | **Nonpriority creditor's name and mailing address**<br>LEE KUM KEE (USA) INC<br>14841 DON JULIAN ROAD<br><br>CITY OF INDUSTRY, CA 91746<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EKUM | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.68 |

| 3.675 | **Nonpriority creditor's name and mailing address**<br>LEE'S FOODSERVICE PARTS<br>& REPAIRS<br>230 LAURA DRIVE<br><br>ADDISON, IL 60101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EFOO | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,013.51 |

| 3.676 | **Nonpriority creditor's name and mailing address**<br>LEGACY AIR, INC<br>3529 E WOOD ST<br><br>PHOENIX, AZ 85040<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GAIR | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,393.78 |

| 3.677 | **Nonpriority creditor's name and mailing address**<br>LEGACY WINDOW CLEANING<br>624 SO 1000 W APT. B<br><br>SALT LAKE CITY, UT 84104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GWIN | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,150.00 |

| 3.678 | **Nonpriority creditor's name and mailing address**<br>LENNOX INDUSTRIES INC<br>P.O. BOX 910549<br><br>DALLAS, TX 75391-0549<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** NIND | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,992.40 |

Debtor    Garden Fresh Restaurant Corp.                                      Case number (if known)  16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.679**  **Nonpriority creditor's name and mailing address**

LERY, JAMES C
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: r EE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,442.28

---

**3.680**  **Nonpriority creditor's name and mailing address**

LEVEL 3 COMMUNICATIONS LLC
P.O. BOX 910182

DENVER, CO  80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: VEL3**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.76

---

**3.681**  **Nonpriority creditor's name and mailing address**

LEVON AT CAMARILLO
AMY K. JONES
C/O INVESTEC MANAGEMENT CORP.
200 EAST CARRILLO STREET, SUITE 200
SANTA BARBARA, CA  93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JCEN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,655.10

---

**3.682**  **Nonpriority creditor's name and mailing address**

LEVY,GRANT
C/O LAW OFFICES OF LIONEL E. GIRON, LLC
1517 LINCOLN WAY
AUBURN, CA  95603

**Date or dates debt was incurred**

12/27/2014

**Last 4 digits of account number: 0465**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.683**  **Nonpriority creditor's name and mailing address**

LIBERTY PROPERTY LIMITED
P.O. BOX 828438

PHILADELPHIA, PA  19182-8438

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BPRO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,507.42

---

Debtor  Garden Fresh Restaurant Corp.  Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 248 of 404

(Name)

Case number (if known) 16-12177

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.684** | **Nonpriority creditor's name and mailing address**

LICEA, MRICELA
C/O ALLEN CHAU / SAMUEL CHE
LAW OFFICES OF MICHAEL A. LOTTA, INC
3836 E. ANAHEIM STREET
LONG BEACH, CA  90804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.685** | **Nonpriority creditor's name and mailing address**

LIFT STATIONS R US
5511 NW 37TH AVE.

MIAMI, FL  33142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: FSTA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.00

---

**3.686** | **Nonpriority creditor's name and mailing address**

LIGHT BULBS UNLIMITED
1100 W. FAIRBANKS AVE

WINTERPARK, FL  32789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GHTB**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.47

---

**3.687** | **Nonpriority creditor's name and mailing address**

LIGHT BULBS UNLIMITED
6203-B W. SAND LAKE RD

ORLANDO, FL  32819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GHTU**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$785.52

---

**3.688** | **Nonpriority creditor's name and mailing address**

LISTER TECHNOLOGIES PRIVATE
UNIT II, MODULE I, 8TH FLOOR
PLOT NO 40, DR MGR SALAI

CHENNAI, TN  600 096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: STEC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.689** | **Nonpriority creditor's name and mailing address**

LIVELY DISTRIBUTING, INC
2633 W CYPRESS ST

PHOENIX, AZ  85009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VDIS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,227.68

---

**3.690** | **Nonpriority creditor's name and mailing address**

LIZARRAGA,JORGE
C/O DENNIS R FUSI LAW OFFICES
4909 LAKEWOOD BLVD
# 6
LAKEWOOD, CA  90712

**Date or dates debt was incurred**

9/13/2014

**Last 4 digits of account number:** 5711

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.691** | **Nonpriority creditor's name and mailing address**

LIZARRAGA,TEOFILO
C/O CASTILLO & KAUFMAN
206 S BRAND BLVD
GLENDALE, CA  91204

**Date or dates debt was incurred**

8/18/2016

**Last 4 digits of account number:** 9700

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.692** | **Nonpriority creditor's name and mailing address**

LOCKTON COMPANIES
C/O COMMERCE BANK
P.O. BOX 802707

KANSAS CITY, MO  64180-2707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CKTO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,250.00

---

**3.693** | **Nonpriority creditor's name and mailing address**

LOLLICUP USA INC.
6185 KIMBALL AVE

CHINO, CA  91708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LUSA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,930.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.694</td>
<td>

**Nonpriority creditor's name and mailing address**

LOPEZ,GERARDO
C/O LAW OFFICES OF A. ALEXANDER SOLHI & ASSOC, INC
828 WEST LAS TUNAS DRIVE
ALHAMBRA, CA 91801

**Date or dates debt was incurred**

1/1/2013

**Last 4 digits of account number: 4033**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNKNOWN</td>
</tr>

<tr>
<td>3.695</td>
<td>

**Nonpriority creditor's name and mailing address**

LOS ANGELES COUNTY RECORDER
12400 EAST IMPERIAL HWY

NORWALK, CA 90650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: COUR**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$75.00</td>
</tr>

<tr>
<td>3.696</td>
<td>

**Nonpriority creditor's name and mailing address**

LOS ANGELES PLUMBING
& BACKFLOW TESTING, INC
12698 SCHANARUM AVE

IRWINDALE, CA 91706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: PLUM**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$707.74</td>
</tr>

<tr>
<td>3.697</td>
<td>

**Nonpriority creditor's name and mailing address**

LPF SAN JOSE RETAIL, INC.
25184 NETWORK PLACE

CHICAGO, IL 60673-1251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: FSAN**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$47,558.84</td>
</tr>

<tr>
<td>3.698</td>
<td>

**Nonpriority creditor's name and mailing address**

LUPRESN 3, LLC
C/O WHITNEY NATIONAL BANK
3400 FOURTH STREET NORTH
ACCT.#730673928
ST. PETERSBURG, FL 33704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: PRES**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$43,943.28</td>
</tr>
</table>

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $209.21 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LYONS MAGNUS, INC
P.O. BOX 30023

OMAHA, NE 68103-1123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OMAG

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$209.21

---

**Nonpriority creditor's name and mailing address** — 3.700
M.D. STAINLESS SERVICES, INC.
8241 PHLOX STREET

DOWNEY, CA 90241-4841

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** STAI

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,188.03

---

**Nonpriority creditor's name and mailing address** — 3.701
M.R.B. GRAPHICS
1027 EMERALD AVE
SUITE A-16

MODESTO, CA 95351

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BGRA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,378.38

---

**Nonpriority creditor's name and mailing address** — 3.702
M.V.PARTNERS
ATTN CONTROLLER
PO BOX 1440

COSTA MESA, CA 92626

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EGER

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,773.22

---

**Nonpriority creditor's name and mailing address** — 3.703
MACCARB,INC
4616 W. MAIN ST

WEST DUNDEE, IL 60118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CCAR

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,834.80 |

MACERICH LAKEWOOD LP
P.O. BOX 849464

LOS ANGELES, CA 90048-9464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** LAKE

---

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |

MACIAS,TERESA
C/O STAFF COUNSEL ASSIGNED
24551 DEL PRADO AVE
DANA POINT, CA 92629

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Date or dates debt was incurred**

11/21/2011

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 6285

---

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.58 |

MADD CENTRAL CALIFORNIA
CENTRAL VALLEY OFFICE
PO BOX 395
CLOVIS, CA 93613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 2916

---

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $399.00 |

MAESTRANZIS SHARP KNIFE SERVI
DBA CHICAGO GRINDING SUPPLY CO
4715 N. RONALD STREET

HARWOOD HEIGHTS, IL 60706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** ESHA

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,714.23 |

MAGNUS MOBILITY
2805 BARRANCA PARKWAY

IRVINE, CA 92606-5114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** GNUS

---

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.709** **Nonpriority creditor's name and mailing address**

MAIN STREET HOTELS  LLC
2955 MAIN STREET SUITE 300

IRVINE, CA  92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ISTR

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,536.02

**3.710** **Nonpriority creditor's name and mailing address**

MAINTENX INTERNATIONAL SERVICE
MANAGEMENT GROUP INC
P.O. BOX 21288

TAMPA, FL  33622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** IINT

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,526.57

**3.711** **Nonpriority creditor's name and mailing address**

MAINTEX, INC.
13300 E. NELSON AVE
PO BOX 7110

CITY OF INDUSTRY, CA  91744-7110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** INTE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$648.54

**3.712** **Nonpriority creditor's name and mailing address**

MANCIA, DINORA
C/O KEITH E. GITMAN
KANNER & PINTALUGA, P.A.
925 S. FEDERAL HIGHWAY, SIXTH FLOOR
BOCA RATON, FL  33432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**3.713** **Nonpriority creditor's name and mailing address**

MANCILLA,GLORIA
C/O LAW OFFICES OF RICHARD A. FISHER
1402 N BUSH ST
SANTA ANA, CA  92701

**Date or dates debt was incurred**

6/22/2015

**Last 4 digits of account number:** 8447

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-1217? |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.714 | **Nonpriority creditor's name and mailing address**<br><br>MANCILLA,GLORIA<br>C/O LAW OFFICES OF RICHARD A. FISHER<br>5440 N CUMBERLAND AVE<br>#150<br>CHICAGO, IL  60656<br><br>**Date or dates debt was incurred**<br><br>5/12/2014<br><br>**Last 4 digits of account number: 9402** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>MANGANO, ANNE AND MANGANO, JOSEPH<br>C/O ADAM TROP<br>TROP LAW GROUP, P.A.<br>3860 WEST COMMERCIAL BOULEVARD<br>FORT LAUDERDALE, FL  33309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.716 | **Nonpriority creditor's name and mailing address**<br><br>MAOLA MILK AND ICE CREAM CO<br>5500 CHESTNUT AVE<br><br>NEWPORT NEWS, VA  23605<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: O814** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,377.43 |
| 3.717 | **Nonpriority creditor's name and mailing address**<br><br>MAPLEGROVE GLUTEN FREE FOODS<br>5010 EUCALYPTUS AVE<br><br>CHINO, CA  91710<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: PGLU** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,794.20 |
| 3.718 | **Nonpriority creditor's name and mailing address**<br><br>MAR-CO EQUIPMENT COMPANY<br>130 ATLANTIC ST.<br><br>POMONA, CA  91768<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: REQU** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,267.38 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,432.00 |
|---|---|---|---|

3.719 | **Nonpriority creditor's name and mailing address**
Marisa Foods
1401 SANTA FE AVENUE

LONG BEACH, CA 90813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RIFO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $12,432.00

---

3.720 | **Nonpriority creditor's name and mailing address**
MARK C. POPE ASSOCIATES, INC.
4910 MARTIN COURT

SMYRNA, GA 30082

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PINC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $337.39

---

3.721 | **Nonpriority creditor's name and mailing address**
MARK KITCHEN EQUIPMENT SER.INC
212 MONTEREY PASS RD. #B

MONTEREY PARK, CA 91754

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RKIT

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $102,089.22

---

3.722 | **Nonpriority creditor's name and mailing address**
MARKMONITOR INC.
P.O. BOX 71398

CHICAGO, IL 60694-1398

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RKMO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $2,329.00

---

3.723 | **Nonpriority creditor's name and mailing address**
MARROQUIN,FELIPE
C/O HERBERT GODEL & ASSOCIATES
337 N VINEYARD AVE
#100
ONTARIO, CA 91764

**Date or dates debt was incurred**
11/6/2010

**Last 4 digits of account number:** 1707

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** UNKNOWN

Debtor    Garden Fresh Restaurant Corp.                          Case number (if known)  16-12177

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address**<br>MARSH USA INC.<br>P.O. BOX 846112<br><br>DALLAS, TX  75284-6112<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** RUSA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,922.00 |

| | | |
|---|---|---|
| 3.725 | **Nonpriority creditor's name and mailing address**<br>MARSHALLS LOCKSMITH SVCE  INC<br>4205 POOLE ROAD<br><br>RALEIGH, NC  27610<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** RLOC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $314.06 |

| | | |
|---|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address**<br>MARTINEZ,ANDRE<br>C/O MITCHELL LAW CORPORATION<br>856 ROBERTSON BLVD<br>LOS ANGELES, CA  90035<br><br>**Date or dates debt was incurred**<br>8/27/2015<br>**Last 4 digits of account number:** 2086 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | | |
|---|---|---|
| 3.727 | **Nonpriority creditor's name and mailing address**<br>MARTINEZ,DORALIA<br>C/O THE LAW OFFICES OF JACOBSON & ASSOCIATES<br>16133 VENTURA BLVD<br>#700<br>VAN NUYS, CA  91406<br><br>**Date or dates debt was incurred**<br>6/4/2016<br>**Last 4 digits of account number:** 6107 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | | |
|---|---|---|
| 3.728 | **Nonpriority creditor's name and mailing address**<br>MARTINEZ,IRSIA<br>C/O LAW OFFICE OF ROBIN JACOBS<br>1212 N BROADWAY<br># 103<br>SANTA ANA, CA  92701<br><br>**Date or dates debt was incurred**<br>2/17/2016<br>**Last 4 digits of account number:** 0312 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.729 | **Nonpriority creditor's name and mailing address**<br><br>MASCORRO,ROSA<br>C/O KRISHNA GULAYA LAW OFFICES<br>110 SE 6TH ST<br>FORT LAUDERDALE, FL  33301<br><br>**Date or dates debt was incurred**<br><br>3/10/2016<br><br>**Last 4 digits of account number: 1703** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.730 | **Nonpriority creditor's name and mailing address**<br><br>MASCORRO,ROSA<br>C/O KRISHNA GULAYA LAW OFFICES<br>3055 WILSHIRE BLVD<br>#1120<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br><br>12/1/2014<br><br>**Last 4 digits of account number: 9551** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.731 | **Nonpriority creditor's name and mailing address**<br><br>MASCORRO,ROSA<br>C/O KRISHNA GULAYA LAW OFFICES<br>4100 E MISSISSIPPI AVE<br>DENVER, CO  80246<br><br>**Date or dates debt was incurred**<br><br>12/3/2015<br><br>**Last 4 digits of account number: 6938** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.732 | **Nonpriority creditor's name and mailing address**<br><br>MASCOT PECAN SHELLING COMPANY,<br>P.O. BOX 760<br><br>GLENVILLE, GA  30427<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SPEN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,099.50 |
| 3.733 | **Nonpriority creditor's name and mailing address**<br><br>Mason Elementary PTA<br>Eric Gonzales<br>10340 San Ramon Drive<br><br>San Diego, CA  92126<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6245** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61.67 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | **Amount of claim** |
|---|---|---|

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,634.27 |

MASSGLASS & DOOR SERVICE
P.O. BOX 2999

PHOENIX, AZ 85062-2999

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SDOO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

MATA, RODOLFO
C/O BLOMBERG, BENSON & GARRETT, INC.
10300 4TH STREET, STE 150

RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,282.80 |

MATAX CONSULTING
1370 VALLEY VISTA DRIVE
SUITE 235

DIAMOND BAR, CA 91765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TCON

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $572.50 |

MATT BROOKS
26292 PACATO DRIVE

MISSION VIEJO, CA 92691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TBRO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,074.24 |

MCD-RC CA-AMERIGE, LLC
P.O. BOX 31001-0886

PASADENA, CA 91110-0886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EHEI

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.739 | **Nonpriority creditor's name and mailing address**<br><br>MCDUFFIE, MARTINIS<br>VIVIONNE N. BARKER<br>BARKER LAW OFFICE, PLLC<br>1018 WEST NORTH BLVD., UNIT B<br>LEESBURG, FL  34748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.740 | **Nonpriority creditor's name and mailing address**<br><br>MCGILL HOSE & COUPLING, INC<br>41 BENTEN DR<br>PO BOX 408<br><br>EAST LONGMEADOW, MA  01028<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GHOS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $430.83 |
| 3.741 | **Nonpriority creditor's name and mailing address**<br><br>MCMASTER-CARR SUPPLY CO.<br>600 N. COUNTY LINE RD.<br><br>ELMHURST, IL  60126<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MCAR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,050.14 |
| 3.742 | **Nonpriority creditor's name and mailing address**<br><br>MEADOW GOLD DAIRIES<br>P.O. BOX 710962<br><br>DENVER, CO  80271<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** BDAI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,651.58 |
| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>MECHANICAL SYSTEMS INC.<br>CONTECH-MSI CO.<br>PO BOX 1295<br><br>BEDFORD PARK, IL  60499-1295<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** NMSI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,068.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.744**

**Nonpriority creditor's name and mailing address**

MEDEL, EDGAR
C/O LAW OFFICES OF REZAI AND ASSOCIATES
3443 CAMINO DEL RIO S.
SAN DIEGO, CA  92108

**Date or dates debt was incurred**

8/28/2014

**Last 4 digits of account number: 4975**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.745**

**Nonpriority creditor's name and mailing address**

MEDELES, ROSALINDA
C/O KOSZDIN, FIELDS, SHERRY & KATZ
16133 VENTURA BLVD
#700
VAN NUYS, CA  91406

**Date or dates debt was incurred**

8/29/2015

**Last 4 digits of account number: 2085**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.746**

**Nonpriority creditor's name and mailing address**

MEDELES, ROSALINDA
C/O KYLE NIELSEN LAW OFFICES
6151 VAN NUYS BLVD
VAN NUYS, CA  91401

**Date or dates debt was incurred**

5/4/2011

**Last 4 digits of account number: 6799**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.747**

**Nonpriority creditor's name and mailing address**

MEDIA INK, LLC
P.O. BOX 46007

TAMPA, FL  33647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DINK**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,519.35

---

**3.748**

**Nonpriority creditor's name and mailing address**

MEDOSWEET FARMS OF OREGON
10350 NORTH VANCOUVER WAY

PORTLAND, OR  97217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DOSW**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,800.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.749**

**Nonpriority creditor's name and mailing address**

MEDOSWEET FARMS, INC
P.O. BOX 749

KENT, WA  98035-0749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DFAR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,456.04

---

**3.750**

**Nonpriority creditor's name and mailing address**

MEGA CLEANING
DOMINGO CONTRERAS
19615 NORFOLK RIDGE WAY

RICHMOND, TX  77469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GCLE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,157.74

---

**3.751**

**Nonpriority creditor's name and mailing address**

MELWOOD SPRING WATER CO
200 GEORGIA CROWN DRIVE

MCDONOUGH, GA  30253

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LSPR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.96

---

**3.752**

**Nonpriority creditor's name and mailing address**

MERICLE MECHANICAL, INC.
1664 SIERRA MADRE CIRCLE

PLACENTIA, CA  92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RMEC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,331.13

---

**3.753**

**Nonpriority creditor's name and mailing address**

MERIT SERVICES, INC
7908 BENCHMARK DR.

FLOWERY BRANCH, GA  30542

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RISE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,760.00

Debtor    Garden Fresh Restaurant Corp.
(Name)

Case number (if known) 16-12177

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.754** | **Nonpriority creditor's name and mailing address**
MESA MECHANICAL INC
3514 PINEMONT

HOUSTON, TX 77018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SMEC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,319.05

---

**3.755** | **Nonpriority creditor's name and mailing address**
MESA REPROGRAPHICS
5560 RUFFIN ROAD SUITE 5

SAN DIEGO, CA 92123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MESA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$203.04

---

**3.756** | **Nonpriority creditor's name and mailing address**
METRO APPLIANCE SERVICE
1640 SOUTH BROADWAY

DENVER, CO 80210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TAPP

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,227.13

---

**3.757** | **Nonpriority creditor's name and mailing address**
METRO MCM, INC
3124 S. PARKER RD #A2-123

AURORA, CO 80014

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TMCM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,114.89

---

**3.758** | **Nonpriority creditor's name and mailing address**
METRO ROOTER, INC.
DBA ET SERVICES
PO BOX 608

CLOVIS, CA 93613-0608

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TROI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.759 | **Nonpriority creditor's name and mailing address**<br>METROPOLIS WINDOW CLEANING<br>1534 KIMBARK STREET<br><br>LONGMONT, CO  80501<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TWIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $745.00 |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br>METRO-ROOTER<br>8892 NORMANDY BLVD.<br><br>JACKSONVILLE, FL  32221<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TROO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.761 | **Nonpriority creditor's name and mailing address**<br>MIDWAY TOWN CENTER, LLC<br>3910 CHAPMAN STREET<br>SUITE A<br><br>SAN DIEGO, CA  92110<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DWAY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,828.90 |
| 3.762 | **Nonpriority creditor's name and mailing address**<br>MIKE PEPPERS<br>DBA ALPINE LAWN CARE<br>5 HARVEST COURT<br><br>IMPERIAL, MO  63052<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** PLAW | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $425.00 |
| 3.763 | **Nonpriority creditor's name and mailing address**<br>MILWAUKEE PRESSURE WASH<br>P.O. BOX 170036<br><br>MILWAUKEE, WI  53217<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LPRW | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.27 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,896.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.764

MIRA MESA SHOPPING CENTER WEST
8294 MIRA MESA BLVD.

SAN DIEGO, CA  92126

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: MIRA**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $31,896.30

---

3.765 **Nonpriority creditor's name and mailing address**

Miramonte School
Ronna Sato
1175 Altamead Drive

Los Altos, CA  94024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6121**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.05

---

3.766 **Nonpriority creditor's name and mailing address**

MISSION FOODS SOUTHERN CALIFOR
P.O. BOX 843793

DALLAS, TX  75284-3793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SFOO**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,078.84

---

3.767 **Nonpriority creditor's name and mailing address**

MISSION LANDSCAPE SERVICES INC
P.O. BOX 15026

SANTA ANA, CA  92735

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SLAN**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,192.26

---

3.768 **Nonpriority creditor's name and mailing address**

Mission San Jose HS Cheer
Tiffany Stelle
41717 Palm ave

Fremont, CA  94539

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6138**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.28

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.769**

**Nonpriority creditor's name and mailing address**

MIZKAN AMERICAS, INC.
27772 NETWORK PLACE

CHICAGO, IL  60673-1277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** KFOO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,445.57

---

**3.770**

**Nonpriority creditor's name and mailing address**

MOBILE FLEET WASH
P.O. BOX 3312

LA HABRA, CA  90631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** BFLE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,742.00

---

**3.771**

**Nonpriority creditor's name and mailing address**

MOES, JOAN E.
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** r EE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,072.75

---

**3.772**

**Nonpriority creditor's name and mailing address**

MOMS CLUB OF COASTAL NORTH SD
ATTN: Jessie Root
2159 Bella Vista Drive
Vista, CA  92084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.25

---

**3.773**

**Nonpriority creditor's name and mailing address**

MONKEY MEDIA SOFTWARE
SUITE 280-1401
WEST 8TH AVENUE

VANCOUVER, BC  V6H 1C9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NKME

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,901.92

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.39 |

**Nonpriority creditor's name and mailing address**
MOPS @ PHUMC
Cheryl Campbell
1453 Blue Marlin Blvd

Holiday, FL 34691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $51.39

---

3.775 **Nonpriority creditor's name and mailing address**
MORBERG, JOHN D
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA 92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** oyee

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $113,356.43

---

3.776 **Nonpriority creditor's name and mailing address**
MORENO, ALICIA
NORMAN B. BLUMENTHAL / KYLE NORDREHAUG/
APARAJIT BHOWMIK
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 CALLE CLARA
LA JOLLA, CA 92073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

3.777 **Nonpriority creditor's name and mailing address**
MORGUARD BOYNTON CENTER, INC
MORGUARD MANAGEMENT
ATTN: ERIN HOWARD
2542 WILLIAMS BLVD.
KENNER, LA 70062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RBOY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33,172.80

---

3.778 **Nonpriority creditor's name and mailing address**
MORTENSEN & SONS CARPET
6398 DOUGHERTY ROAD #33

DUBLIN, CA 94568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RSON

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,220.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.779** **Nonpriority creditor's name and mailing address**
MOTHER EARTH BREW CO.
2055 THIBODO RD
STE C

VISTA, CA  92081

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TEAR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,201.25

---

**3.780** **Nonpriority creditor's name and mailing address**
MR. PLUMBER, INC
P.O. BOX 12062

OVERLAND PARK, KS  66282

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PLUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,675.74

---

**3.781** **Nonpriority creditor's name and mailing address**
MRSO Science Boosters, Inc.
Jennifer Collins
16060 Mesa Robles Drive

Hacienda Heights, CA  91745

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$662.25

---

**3.782** **Nonpriority creditor's name and mailing address**
MS ENTERPRISES
12752 WOODLAWN

TUSTIN, CA  92780

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SUNI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.57

---

**3.783** **Nonpriority creditor's name and mailing address**
MTS SEATING, INC.
7100 INDUSTRIAL DR.

TEMPERANCE, MI  48182

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SSEA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,455.30

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.784 | **Nonpriority creditor's name and mailing address**<br>MUSCLE MARKETING<br>6065 PASEO CARRETA<br><br>CARLSBAD, CA  92009<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SMAR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122,580.94 |

| 3.785 | **Nonpriority creditor's name and mailing address**<br>MUWA LLC<br>19370 COLLINS AVE CU1<br><br>SUNNY ISLES BEACH, FL  33160<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** WLLC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,035.50 |

| 3.786 | **Nonpriority creditor's name and mailing address**<br>MUZAK - NATIONAL ACCOUNTS<br>P.O. BOX 71070<br><br>CHARLOTTE, NC  28272-1070<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ZAK2 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,975.80 |

| 3.787 | **Nonpriority creditor's name and mailing address**<br>MYEMPLOYEES<br>312 CROWATAN ROAD<br><br>CASTLE HAYNE, NC  28429<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** EENG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,314.45 |

| 3.788 | **Nonpriority creditor's name and mailing address**<br>N.C. CAROLINA STATE UNIVERSITY<br>MCKIMMON CONFERENCE AND<br>TRAINING CENTER<br>BOX 7401<br>RALEIGH, NC  27695-7401<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CARO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $219.80 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.789** | **Nonpriority creditor's name and mailing address**
NAIMO, SHARON L. AND NAIMO, PETER A.
C/O DAVID F PAULSEN
PAULSEN LAW GROUP
PO BOX 2099. 220 PATRICIA AVENUE
DUNEDIN, FL 39697

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.790** | **Nonpriority creditor's name and mailing address**
NAJERA,EDGAR,R
C/O DAVID S ISSAPOUR LAW OFFICE
2655 CAMINO DEL RIO N
SAN DIEGO, CA 92108

**Date or dates debt was incurred**
9/1/2012

**Last 4 digits of account number:** 1067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.791** | **Nonpriority creditor's name and mailing address**
NATIONAL DATA LABEL CORP.
301 ARTHUR COURT

BENSENVILLE, IL 60106

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TDAT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,980.00

---

**3.792** | **Nonpriority creditor's name and mailing address**
NATIONAL HOT WATER
DBA NATIONAL HOT WATER
1972 CALIFORNIA CROSSING

DALLAS, TX 75220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** THOT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,359.65

---

**3.793** | **Nonpriority creditor's name and mailing address**
NATIONAL PAVEMENT
P.O. BOX 44

DEKALB JUNCTION, NY 13630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TPAV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,116.88 |
| | NATIONAL ROOFING PARTNERS | Check all that apply. | |
| | 621 E. STATE HWY 121 SUITE 400 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | COPPELL, TX  75019 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: TIRO** | ☒ No | |
| | | ☐ Yes | |

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,582.00 |
| | NATIONAL SUGAR MARKETING, LLC | Check all that apply. | |
| | P.O. BOX 83257 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | CHICAGO, IL  60691-0257 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: ASUG** | ☒ No | |
| | | ☐ Yes | |

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.36 |
| | NATIONAL TOLLS | Check all that apply. | |
| | NATIONALCAR TOLLS | ☐ Contingent | |
| | P.O. BOX 30 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | ROSLYN HEIGHTS, NY  11577 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: TTOL** | ☒ No | |
| | | ☐ Yes | |

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,021.25 |
| | NATIONAL WHOLESALE SUPPLY INC. | Check all that apply. | |
| | 1972 CALIFORNIA CROSSING | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | DALLAS, TX  75220 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: TWHO** | ☒ No | |
| | | ☐ Yes | |

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,018.00 |
| | NATIONWIDE SECURITY & BUILDING | Check all that apply. | |
| | SERVICES  INC. | ☐ Contingent | |
| | 9045 EAST IMPERIAL HIGHWAY | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | DOWNEY, CA  90242 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: TSEC** | ☒ No | |
| | | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.24 |

3.799 **Nonpriority creditor's name and mailing address**
Nativity Catholic School
Gabe Hernandez
2371 West Carson Street

Torrance, CA 90501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6261**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.24

---

3.800 **Nonpriority creditor's name and mailing address**
NATRA US, INC.
2535 CAMINO DEL RIO SOUTH
SUITE 310

SAN DIEGO, CA 92108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TRUS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,180.00

---

3.801 **Nonpriority creditor's name and mailing address**
NCVAN
5700 SIX FORKS RD, SUITE 101
ATTN: ELIZABETH WEXLER
RALEIGH, NC 27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1616**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.37

---

3.802 **Nonpriority creditor's name and mailing address**
NEDIO B GURULE
530 IVORY RD

RIO RANCHO, NM 87124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DGUR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,257.03

---

3.803 **Nonpriority creditor's name and mailing address**
NELLA CUTLERY
1917 4TH AVE S

SEATTLE, WA 98134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LCUT**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$311.41

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.804 | **Nonpriority creditor's name and mailing address**<br>NELMAR SECURITY PACKAGING SYSTEMS INC<br>3100 RUE DES BATISSEURS<br><br>TERREBONNE, QU  J6Y 0A2<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LSEC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.40 |
| 3.805 | **Nonpriority creditor's name and mailing address**<br>NEMCO FOOD EQUIPMENT DIVIS<br>P.O. BOX 305<br><br>HICKSVILLE, OH  43526<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,480.29 |
| 3.806 | **Nonpriority creditor's name and mailing address**<br>NEOGEN CORPORATION<br>25153 NETWORK PLACE<br><br>CHICAGO, IL  60673-1251<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** OCOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,957.67 |
| 3.807 | **Nonpriority creditor's name and mailing address**<br>NESTLE USA INC.<br>P.O. BOX 3637<br><br>BOSTON, MA  02241-3637<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** SUSA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,286.88 |
| 3.808 | **Nonpriority creditor's name and mailing address**<br>NET LEASE FUNDING 2005, LP<br>ID: 065592<br>DEPT. 880044<br>P.O. BOX 29650<br>PHOENIX, AZ  85038-9650<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** TLEA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,058.22 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $206.33 |
|---|---|---|---|

NEW AGE INDUSTRIAL CORP
16788 US HWY 36
P.O. BOX 520

NORTON, KS 67654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** WAGE

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNKNOWN |
|---|---|---|---|

NIKOLOPOULOS, POLIXENI
C/O PHILIP A. SEGAL
KERN, NODA, DEVINE & SEGAL
1388 SUTTER STREET, SUITE 600
SAN FRANCISCO, CA 94109

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNKNOWN |
|---|---|---|---|

NONDORF JOHN M
C/O JON M WOODS LAW OFFICES
18301 IRVINE BLVD
TUSTIN, CA 92780

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Date or dates debt was incurred**

12/22/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1936

---

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNKNOWN |
|---|---|---|---|

NONDORF,JOHN
C/O JON M WOODS LAW OFFICES
300 E SAN ANTONIO DR
LONG BEACH, CA 90807

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Date or dates debt was incurred**

5/19/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 3986

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $260.06 |
|---|---|---|---|

NORDIC WARE
NW-8657
PO BOX 1450

MINNEAPOLIS, MN 55485-8657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** RWAR

---

Debtor    Garden Fresh Restaurant Corp.
(Name)

Case number (if known)  16-12177

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.814** **Nonpriority creditor's name and mailing address**
NOREX, INC.
5505 COTTONWOOD LANE

PRIOR LAKE, MN  55372

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OREX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,510.00

---

**3.815** **Nonpriority creditor's name and mailing address**
NORTH AMERICAN LAWN
4200 PERFORMANCE ROAD

CHARLOTTE, NC  28214

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RLAW

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,625.81

---

**3.816** **Nonpriority creditor's name and mailing address**
NORTHWEST LANDSCAPE SERVICES
OF OREGON, LLC
P.O. BOX 864

WOODINVILLE, WA  98072

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,991.84

---

**3.817** **Nonpriority creditor's name and mailing address**
NOVON COMPANY
P.O. BOX 1690

PLEASANTON, CA  94566

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OVON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,023.31

---

**3.818** **Nonpriority creditor's name and mailing address**
NUCO2
P.O. BOX 417902

BOSTON, MA  02241-7902

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UCO2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,177.06

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|--------|-------------------------------|--|------------------------|----------|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|-------------|-----------------|--|--|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.819 | **Nonpriority creditor's name and mailing address**<br>NULITE, INC<br>P.O. BOX 1017<br><br>POWAY, CA 92074-1017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LITE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $615.54 |
|-------|---|---|---|
| 3.820 | **Nonpriority creditor's name and mailing address**<br>NUTMEG INDUSTRIES INC<br>DBA ROLL-A-SHADE<br>12101 MADERA WAY<br><br>RIVERSIDE, CA 92503<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LASH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,063.84 |
| 3.821 | **Nonpriority creditor's name and mailing address**<br>OAK SPRINGS NURSERY, INC<br>P.O. BOX 922906<br><br>SYLMAR, CA 91392-2906<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** KSPR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $766.13 |
| 3.822 | **Nonpriority creditor's name and mailing address**<br>OAKWOOD PLAZA LP<br>P.O. BOX 6203, DEPT:SFLH1150E<br>ACCCT. #SFLH1150ELSWEETO00<br><br>HICKSVILLE, NY 11802-6203<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** KPLA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,240.72 |
| 3.823 | **Nonpriority creditor's name and mailing address**<br>OCCUPANCY COST AUDIT GROUP INC<br>27442V PORTOLA PARKWAY #170<br><br>FOOTHILL RANCH, CA 92610<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** CCOS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,584.31 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,462.37 |
|---|---|---|---|

OFFICE DEPOT
ACCT # 89377580
P.O. BOX 70025

LOS ANGELES, CA 90074-0025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** FDEP

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.06 |
|---|---|---|---|

OFFICE DEPOT
ACCT #29643822
PO BOX 70025

LOS ANGELES, CA 90074-0025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** STMA

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $653.00 |
|---|---|---|---|

OGDEN FORKLIFTS, INC
P.O. BOX 43606

ATLANTA, GA 30336

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EFOR

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,651.05 |
|---|---|---|---|

OLDE THOMPSON (DIV. OF LEEDS E
3250 CAMINO DEL SOL

OXNARD, CA 93030

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** DTHO

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,010.00 |
|---|---|---|---|

OLEN COMMERCIAL REALTY CORP.
7 CORPORATE PLAZA

NEWPORT BEACH, CA 92660

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ECOM

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)    16-12177

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $283.47 |

**Nonpriority creditor's name and mailing address**
Olympian Eagle Band Boosters
Teresa Morales C/O Olympian HS
1925 Magdalena Ave.

Chula Vista, CA  91913

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6162

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$283.47

---

**3.830    Nonpriority creditor's name and mailing address**
ONEY SHEET METAL INC.
P.O. BOX 61132

FORT MYERS, FL  33906

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ESHE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,820.48

---

**3.831    Nonpriority creditor's name and mailing address**
ORACLE AMERICA, INC.
P.O. BOX 44471

SAN FRANCISCO, CA  94144

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AAME

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,927.15

---

**3.832    Nonpriority creditor's name and mailing address**
ORANANO, ANTHONY
IN PRO PER
5472 ROUNDTREE PLACE, UNIT C
CONDORD, CA  94521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.833    Nonpriority creditor's name and mailing address**
ORDER OF EASTERN STAR
4307 CANEHILL AVE
ATTN MARILYN HARRIS
LAKEWOOD, CA  90713

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.41

---

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.834 | **Nonpriority creditor's name and mailing address**<br><br>ORNUA INGREDIENTS NORTH AMERICA<br>N7630 CTY HWY BB<br><br>HILBERT, WI  54129<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** NING | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,961.12 |
|---|---|---|
| 3.835 | **Nonpriority creditor's name and mailing address**<br><br>OT CHATSWORTH TEXAS LLC<br>C/O WESTWOOD FINANCIAL CORP.<br>11440 SAN VICENTE BLVD., STE. 200<br><br>LOS ANGELES, CA  90049<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** CHAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,066.33 |
| 3.836 | **Nonpriority creditor's name and mailing address**<br><br>Otay Elementary<br>6th Grade Camp Fund<br>1651 Albany Avenue<br><br>Chula Vista, CA  91911<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6113 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.16 |
| 3.837 | **Nonpriority creditor's name and mailing address**<br><br>OUTLOOK MEDIA INC.<br>2295 S HIAWASSEE RD. SUITE 203<br><br>ORLANDO, FL  32835<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** TMED | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,700.00 |
| 3.838 | **Nonpriority creditor's name and mailing address**<br><br>OWENS ELECTRIC, INC<br>2242 INDUSTRIAL BLVD<br><br>SARASOTA, FL  34234<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** EELE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $362.50 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.839 | **Nonpriority creditor's name and mailing address**<br><br>OZUNA, MAGDALENO<br>C/O MOSES LUNA A LAW CORPORATION<br>14172 BROOKHURST ST<br>GARDEN GROVE, CA  92843<br><br>**Date or dates debt was incurred**<br><br>3/27/2016<br><br>**Last 4 digits of account number: 4220** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.840 | **Nonpriority creditor's name and mailing address**<br><br>OZUNA, MAGDOLINO<br>C/O MOSES LUNA A LAW CORPORATION<br>980 ATLANTIC AVE<br>LONG BEACH, CA  90813<br><br>**Date or dates debt was incurred**<br><br>8/3/2015<br><br>**Last 4 digits of account number: 2908** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.841 | **Nonpriority creditor's name and mailing address**<br><br>P.D.Q. RESTAURANT UPHOLSTERY<br>500 REDWOOD CT<br><br>NORTH AURORA, IL  60542<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: QRES** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $945.00 |
| 3.842 | **Nonpriority creditor's name and mailing address**<br><br>P.F. MAJOR INC.<br>GENERAL PARTNER, SPGG PROP.<br>P.O. BOX 967<br><br>PALOS VERDES, CA  90274-0967<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SPGG** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,583.34 |
| 3.843 | **Nonpriority creditor's name and mailing address**<br><br>P.F. MAJOR INC.<br>GENERAL PARTNER, SPLW PROP.<br>P.O. BOX 967<br><br>PALOS VERDES, CA  90274-0967<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SPLW** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,500.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.844**

**Nonpriority creditor's name and mailing address**
PA HEATING & COOLING
1012 CRAVENS AVE

TORRANCE, CA 90501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** HEAT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,080.19

---

**3.845**

**Nonpriority creditor's name and mailing address**
PACIFIC BUSINESS CAPITAL CORP.
P.O. BOX 19067

IRVINE, CA 92623

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CBUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,187.66

---

**3.846**

**Nonpriority creditor's name and mailing address**
PACIFIC LANDSCAPE MANAGEMENT
21555 NW AMBERWOOD DR

HILLSBORO, OR 97124

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CLAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.00

---

**3.847**

**Nonpriority creditor's name and mailing address**
PACIFIC WATER SYSTEMS
P.O. BOX 3258

SAN JOSE, CA 95156

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CSYS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,426.05

---

**3.848**

**Nonpriority creditor's name and mailing address**
PACKCO INC
27585 HWY W

ROCKY MOUNT, MO 65072

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CKCO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$396.74

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>PACTRUST<br>UNIT 64<br>PO BOX 4900<br><br>PORTLAND, OR  97208-4900<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** CREA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,530.82 |
| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>PALACIOS,FANI<br>C/O LAW OFFICES OF THOMAS ANDERSON<br>4661 W PICO BLVD<br>LOS ANGELES, CA  90019<br><br>**Date or dates debt was incurred**<br><br>4/6/2012<br><br>**Last 4 digits of account number:** 4907 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>PANCI,ALBERTA<br>C/O LAW OFFICES OF SUSAN M. GARRETT<br>3250 WILSHIRE BLVD<br>#1510<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br><br>5/11/2014<br><br>**Last 4 digits of account number:** 9179 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>PANUCO,NOEMI<br>C/O LAW OFFICES OF JOHN GARCIA<br>1403 S MAIN ST.<br>SANTA ANA, CA  92707<br><br>**Date or dates debt was incurred**<br><br>8/30/2016<br><br>**Last 4 digits of account number:** 0296 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>PAPE MATERIAL HANDLING<br>EXCHANGE<br>P.O. BOX 5077<br><br>PORTLAND, OR  97208-5077<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** PMAT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,706.13 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $162.50 |
| | PAPER RECYCLING & SHREDDING SPECIALISTS INC. | *Check all that apply.* | |
| | P.O. BOX 3074 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | SAN DIMAS, CA  91773 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** PREC | ☒ No | |
| | | ☐ Yes | |

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $811.89 |
| | PARADISE CREATIONS, LLC | *Check all that apply.* | |
| | P.O. BOX 471658 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | FORT WORTH, TX  76107 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** RCRE | ☒ No | |
| | | ☐ Yes | |

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,485.10 |
| | PARKER BOILER CO. | *Check all that apply.* | |
| | 5930 BANDINI BLVD. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | LOS ANGELES, CA  90040 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** RKER | ☒ No | |
| | | ☐ Yes | |

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $224.82 |
| | PARRON HALL OFFICE INTERIORS | *Check all that apply.* | |
| | 7700 RONSON ROAD, #100 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | SAN DIEGO, CA  92111-1514 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** RHAL | ☒ No | |
| | | ☐ Yes | |

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,688.40 |
| | PAR-WAY TRYSON COMPANY | *Check all that apply.* | |
| | PAR-WAY GROUP INC | ☐ Contingent | |
| | 7964 SOLUTIONS CENTER DR | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | CHICAGO, IL  60677-7009 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** RWAY | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.859 | **Nonpriority creditor's name and mailing address**<br>PASSPORT FOOD GROUP LLC<br>2539 E PHILADELPHIA ST<br><br>ONTARIO, CA 91761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: SFOO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,342.80 |

| 3.860 | **Nonpriority creditor's name and mailing address**<br>PATRICIA AMADON<br>DBA CRAFTWORX UPHOLSTRY<br>PO BOX 552<br><br>SPRINGVILLE, UT 84663<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: AWOR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $476.00 |

| 3.861 | **Nonpriority creditor's name and mailing address**<br>Patrick Henry HS Foundation<br>Football Boosters<br>5173 Waring Road<br>#549<br>San Diego, CA 92120<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 6082** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.90 |

| 3.862 | **Nonpriority creditor's name and mailing address**<br>PAUL R. BARR<br>AAA FIRST AID SUPPLIES<br>3245 UNIVERSITY AVE 1-348<br><br>SAN DIEGO, CA 92104-2009<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: AAA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.70 |

| 3.863 | **Nonpriority creditor's name and mailing address**<br>PAULSON, DONNA<br>C/O MICHAEL A. HOROWITZ<br>HABBAS, NASSERI & ASSOCIATES<br>875 NORTH FIRST STREET, SUITE 1000<br>SAN JOSE, CA 95112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-9217 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.864 | **Nonpriority creditor's name and mailing address**<br>PEKING NOODLE CO.<br>1514 SAN FERNANDO ROAD<br><br>LOS ANGELES, CA  90065<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** KNOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,583.85 |
|---|---|---|---|
| 3.865 | **Nonpriority creditor's name and mailing address**<br>PELICAN AIRE INC.<br>12815-A AUTOMOBILE BLVD.<br><br>CLEARWATER, FL  33762<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LAIR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,542.12 |
| 3.866 | **Nonpriority creditor's name and mailing address**<br>PEMA GENERAL SERVICES<br>ANDRES PENA<br>14003 TISH PLACE<br><br>TAMPA, FL  33613<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MGEN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,392.30 |
| 3.867 | **Nonpriority creditor's name and mailing address**<br>PEMBROKE PINES FARP<br>CLIENT ID #600093<br>PO BOX 24620<br><br>WEST PALM BEACH, FL  33416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** FARP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600.00 |
| 3.868 | **Nonpriority creditor's name and mailing address**<br>PENA,MILA<br>C/O ROOTH LAW FIRM<br>175 S C ST<br>#2<br>TUSTIN, CA  92780<br><br>**Date or dates debt was incurred**<br>12/21/2015<br>**Last 4 digits of account number:** 5968 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.869 | **Nonpriority creditor's name and mailing address**<br>PEPPERS UNLIMITED INC.<br>1375 AVENUE S<br>SUITE 300<br><br>GRAND PRAIRIE, TX 75050-1293<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** PUNL | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,054.20 |
| 3.870 | **Nonpriority creditor's name and mailing address**<br>PEREZ,WILMER<br>C/O STAFF COUNSEL ASSIGNED<br>1212 N BROADWAY<br># 103<br>SANTA ANA, CA 92701<br>**Date or dates debt was incurred**<br>3/28/2013<br>**Last 4 digits of account number:** 9370 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.871 | **Nonpriority creditor's name and mailing address**<br>PERRICONE<br>550 B STREET<br><br>BEAUMONT, CA 92223<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** RRIC | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,977.09 |
| 3.872 | **Nonpriority creditor's name and mailing address**<br>Personally Fit Phys. Therapy<br>James Flood<br>16680 W. Bernardo Drive<br><br>San Diego, CA 92127<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** 6265 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $71.42 |
| 3.873 | **Nonpriority creditor's name and mailing address**<br>PETERSON, ALEXANDER<br>JAHID M. SMAILI, SMAILI & ASSOCIATES, PC<br>CIVIC CENTER PLAZA TOWERS<br>600 W. SANTA ANA BLVD., STE. 202<br>SANTA ANA, CA 92701<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.874** | Nonpriority creditor's name and mailing address
PETERSON, ALEXANDER
C/O THE LAW OFFICE OF SHAUN CUNNINGHAM
206 S BRAND BLVD
GLENDALE, CA 91204

**Date or dates debt was incurred**
1/2/2014

**Last 4 digits of account number: 3690**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.875** | Nonpriority creditor's name and mailing address
PHOENIX CITY TREASURER
P.O. BOX 29125

PHOENIX, AZ 85038-9125

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: TTRE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$517.64

---

**3.876** | Nonpriority creditor's name and mailing address
PIAZZA RETAIL  LLC
C/O NEWMARK MERRILL COMPANIES
5850 CANOGA AVE. #650

WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ARET**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,544.02

---

**3.877** | Nonpriority creditor's name and mailing address
PICKINPAUGH, LESA ANN
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA 92127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: r EE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,563.98

---

**3.878** | Nonpriority creditor's name and mailing address
Pilipino American Coalition
Jordan Gutierrez
5797 Los Alamos St.

Buena Park, CA 90620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.16

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.879 | **Nonpriority creditor's name and mailing address**<br>PINNACLE-WEST LANDSCAPE<br>MANAGEMENT  INC<br>P.O. BOX 45087<br><br>PHOENIX, AZ  85064<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** NWES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $427.90 |
| 3.880 | **Nonpriority creditor's name and mailing address**<br>PIONEER PLUMBING<br>1312 E. WIEDING RD<br><br>TUCSON, AZ  85706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** OPLU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,389.55 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br>PIPE MAINTENANCE SERVICE, INC.<br>4505 ANDREWS ST.<br><br>NORTH LAS VEGAS, NV  89081<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** PMAI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,180.00 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br>PIPER PRODUCTS, INC.<br>300 SOUTH 84TH AVENUE<br><br>WAUSAU, WI  54401<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** PPRO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,191.64 |
| 3.883 | **Nonpriority creditor's name and mailing address**<br>PITNEY BOWES GLOBAL FINANCIAL<br>P.O. BOX 371887<br><br>PITTSBURGH, PA  15250-7887<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TBOW | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $789.26 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.884 | **Nonpriority creditor's name and mailing address**<br><br>PK I NORTH COUNTY PLAZA LP<br>P.O. BOX 82565<br>DEPT CODE: SCAC1425A<br><br>GOLETA, CA  93118-2565<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** INCP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,304.02 |

| 3.885 | **Nonpriority creditor's name and mailing address**<br><br>PLANT SOLUTIONS INC.<br>7255 E. ADOBE DR #101<br><br>SCOTSSDALE, AZ  85255<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** ASOL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,481.32 |

| 3.886 | **Nonpriority creditor's name and mailing address**<br><br>PLEASANT HILL CRESCENT DRIVE<br>INVESTORS LLC<br>P.O. BOX 743393<br><br>LOS ANGELES, CA  90074-3393<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** HILL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,849.70 |

| 3.887 | **Nonpriority creditor's name and mailing address**<br><br>PLH HOLDINGS, LLC, SERIES I<br>P.O. BOX 5452<br><br>EUREKA, CA  95502-5452<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** HHOL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,795.87 |

| 3.888 | **Nonpriority creditor's name and mailing address**<br><br>PLUMBING MART OF FLORIDA<br>21 S.E. 10TH STREET<br><br>DEERFIELD BEACH, FL  33441<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** UMAR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.889 | **Nonpriority creditor's name and mailing address**<br>PLUMBING MASTER SERVICE, LP<br>P.O. BOX 53137<br><br>RIVERSIDE, CA 92517 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84,117.54 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number:** UMAS | | |

| 3.890 | **Nonpriority creditor's name and mailing address**<br>Ponderosa Extended Day<br>Family Child Education SVCS<br>1840 Benton Street<br><br>Santa Clara, CA 95050 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.52 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number:** 6274 | | |

| 3.891 | **Nonpriority creditor's name and mailing address**<br>POWER & RAY, LLC<br>C/O VESTAR PROPERTIES, INC.<br>2425 E. CAMELBACK ROAD #750<br><br>PHOENIX, AZ 85016 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,948.31 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number:** WRAY | | |

| 3.892 | **Nonpriority creditor's name and mailing address**<br>PR NEWSWIRE INC.<br>G.P.O. BOX 5897<br><br>NEW YORK, NY 10087-5897 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,256.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number:** NEWS | | |

| 3.893 | **Nonpriority creditor's name and mailing address**<br>Precious Pearls Ministry<br>Jenny Torres<br>1101 W. Newport Beach Dr.<br><br>Gilbert, AZ 85233 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71.86 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number:** 6111 | | |

**Part 2:**    Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $770.00 |
|---|---|---|---|

3.894 | **Nonpriority creditor's name and mailing address**
PREFERRED LANDSCAPE MAINT.
6013 S. LOGAN ST

CENTENIAL, CO  80121

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number: EMAI**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$770.00

---

3.895 | **Nonpriority creditor's name and mailing address**
PREMIER PLUMBING INC
2457 N BUNDY DR #101

FRESNO, CA  93737
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number: PLUM**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,826.00

---

3.896 | **Nonpriority creditor's name and mailing address**
PREPASS
P.O. BOX 52774

PHOENIX, AZ  85072-2774

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number: EPAS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$329.20

---

3.897 | **Nonpriority creditor's name and mailing address**
PRII ROLLING OAKS COMMONS FLA
C/O CITY NATIONAL BANK
P.O. BOX 11939

MIAMI, FL  33101-1939

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number: IROL**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,329.86

---

3.898 | **Nonpriority creditor's name and mailing address**
PRIMARY COLOR SYSTEMS CORP.
265 BRIGGS AVENUE

COSTA MESA, CA  92626

**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number: ICOL**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,667.53

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.899 | **Nonpriority creditor's name and mailing address**<br>PRIMROSE ICE SERVICE, INC.<br>151 N. TUSTIN AVE. STE. A-2<br><br>TUSTIN, CA 92780<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: IICE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $145.00 |

| 3.900 | **Nonpriority creditor's name and mailing address**<br>PRO TECH LOCK AND SAFE<br>HIGHWAY 29<br><br>LILBURN, GA 30047<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OTEH** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $620.50 |

| 3.901 | **Nonpriority creditor's name and mailing address**<br>PRO TECH RESTAURANT SERVICE IN<br>P.O. BOX 60232<br><br>FORT MYERS, FL 33906-6232<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: ORES** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,103.58 |

| 3.902 | **Nonpriority creditor's name and mailing address**<br>PROCESS INC.<br>16766 BERNARDO CENTER DRIVE<br>SUITE 208<br><br>SAN DIEGO, CA 92128<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: OCES** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,789.12 |

| 3.903 | **Nonpriority creditor's name and mailing address**<br>PRODUCE ALLIANCE, LLC<br>ATTN: KEVIN BATEMAN<br>60 WEST MARKET STREET<br>SUITE 130<br>SALINAS, CA 93901<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: DALL** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,584.44 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,219.80 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PRO-EDGE KNIFE
7431 MISSION GORGE RD

SAN DIEGO, CA  92120

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EDGE

**As of the petition filing date, the claim is:** $3,219.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.905 **Nonpriority creditor's name and mailing address**

PROFILE SYSTEMS LLC
1000 E. 80TH PLACE 777 SOUTH

MERRILLVILLE, IN  46410

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OSYS

**As of the petition filing date, the claim is:** $10,579.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.906 **Nonpriority creditor's name and mailing address**

PROVEN SOLUTIONS, INC,
P.O. BOX 101708

PASADENA, CA  91189-1708

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OSOL

**As of the petition filing date, the claim is:** $5,238.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.907 **Nonpriority creditor's name and mailing address**

PROVIDENT LIFE & ACCIDENT INS.
P.O. BOX 740592

ATLANTA, GA  30374-0592

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LIFE

**As of the petition filing date, the claim is:** $1,358.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.908 **Nonpriority creditor's name and mailing address**

PRTC, LP
C/O SHAPELL PROPERTIES, INC.
P.O. BOX 15777

BEVERLY HILLS, CA  90209-1777

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PRTC

**As of the petition filing date, the claim is:** $33,757.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.909** **Nonpriority creditor's name and mailing address**
PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210

SANTA ANA, CA 92711

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UOVE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,705.56

---

**3.910** **Nonpriority creditor's name and mailing address**
PUR PLUMBING INC.
P.O. BOX 40

PORT RICHEY, FL 34673

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RPLU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,727.14

---

**3.911** **Nonpriority creditor's name and mailing address**
PURATOS BAKERY SUPPLY INC.
11167 WHITE BIRCH

RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SPUR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,012.80

---

**3.912** **Nonpriority creditor's name and mailing address**
PVSEA
1621 EDGEMONT DRIVE
ATTN ELINA HEINE
CAMARILLO, CA 93010

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.26

---

**3.913** **Nonpriority creditor's name and mailing address**
PXL CONSULTING GROUP
25384 IRVING LANE

STEVENSON RANCH, CA 91381

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LCON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$616.25

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.914 | **Nonpriority creditor's name and mailing address**<br>QUALITY PLUS CLEANING SYSTEMS, INC.<br>P.O. BOX 2526<br><br>FORT LAUDERDALE, FL 33303-2526<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: APLU** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,794.20 |
| 3.915 | **Nonpriority creditor's name and mailing address**<br>QUEZADA, KARLA<br>ARMOND M. JACKSON / ANDREA M. FERNANDEZ<br>JACKSON LAW, APC<br>2913 EL CAMINO REAL, #342<br>TUSTIN, CA 92782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.916 | **Nonpriority creditor's name and mailing address**<br>R & B COMMERCIAL SERVICE<br>P.O. BOX 36378<br><br>ALBUQUERQUE, NM 87176-6378<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: BSER** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,086.02 |
| 3.917 | **Nonpriority creditor's name and mailing address**<br>R & S MECHANICAL LLC<br>2664 TIMBER DR. STE 323<br><br>GARNER, NC 27529<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MECH** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,473.74 |
| 3.918 | **Nonpriority creditor's name and mailing address**<br>R&B WHOLESALE DIST., INC.<br>2350 S. MILLIKEN AVE.<br><br>ONTARIO, CA 91761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: ADIS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,231.40 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.919 | **Nonpriority creditor's name and mailing address**<br>R&R INDUSTRIES INC.<br>204 AVENIDA FABRICANTE<br><br>SAN CLEMENTE, CA 92672-7538<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: R&R** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.13 |
| 3.920 | **Nonpriority creditor's name and mailing address**<br>RAMAN VENTURES LLC<br>4410 LONGSHORE WAY<br><br>SAN DIEGO, CA 92130<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MVEN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,118.84 |
| 3.921 | **Nonpriority creditor's name and mailing address**<br>RAMCO REFRIGERATION & AIR INC.<br>3921 E. MIRALOMA AVE.<br><br>ANAHEIM, CA 92806-6201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: MREF** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $237,329.29 |
| 3.922 | **Nonpriority creditor's name and mailing address**<br>RAMENO,MARIA<br>C/O LAW OFFICES OF KEITH NGUYEN<br>4121 WESTERLY PL<br>#102<br>NEWPORT BEACH, CA 92660<br>**Date or dates debt was incurred**<br>12/31/2014<br>**Last 4 digits of account number: 0623** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.923 | **Nonpriority creditor's name and mailing address**<br>RAMENO,MARIA,D<br>C/O LAW OFFICES OF KEITH NGUYEN<br>2601 MAIN STREET<br>#150<br>IRVINE, CA 92614<br>**Date or dates debt was incurred**<br>3/16/2015<br>**Last 4 digits of account number: 4834** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | | *Check all that apply.* | |

RAMIREZ,JORGE
C/O GARRETT LAW GROUP
1654 E 4TH ST
#B
SANTA ANA, CA  92701

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORKERS COMPENSATION

5/1/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1699**

---

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | | *Check all that apply.* | |

RAMIREZ,REYNALDO
C/O HINDEN & BRESLAVSKY
119 W LOS FELIZ RD
GLENDALE, CA  91204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORKERS COMPENSATION

6/1/2011

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 9125**

---

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | | *Check all that apply.* | |

RAMOS,SALVADOR
C/O BLOMBERG, BENSON, AND GARRETT
6060 S WILLOW DR.
GREENWOOD VILLAGE, CO  80111

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORKERS COMPENSATION

8/20/2012

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 8997**

---

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,506.25 |
| | | *Check all that apply.* | |

RAPID7, LLC
P.O. BOX 347377

PITTSBURGH, PA  15251-4377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: PID7**

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $130,996.65 |
| | | *Check all that apply.* | |

RC'S MECHANICAL SERVICES
4161 INGOT STREET

FREMONT, CA  94538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: SMEC**

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.929 | **Nonpriority creditor's name and mailing address**<br><br>REA,MARIA<br>C/O TAYLOR LEE & ASSOCIATES, LLC<br>5900 SEPULVEDA BLVD<br># 550<br>VAN NUYS, CA 91411<br><br>**Date or dates debt was incurred**<br><br>3/1/2015<br><br>**Last 4 digits of account number: 4142** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.930 | **Nonpriority creditor's name and mailing address**<br><br>READYREFRESH<br>P.O. BOX 856158<br><br>LOUISVILLE, KY 40285-6158<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: AREF** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $263.08 |

| 3.931 | **Nonpriority creditor's name and mailing address**<br><br>REALTY INCOME CORPORATION<br>P.O. BOX 842428<br><br>LOS ANGELES, CA 90084-2428<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: ALTY** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,655.20 |

| 3.932 | **Nonpriority creditor's name and mailing address**<br><br>REDDICK, CLAUDETTE<br>C/O GLEN B. LEVINE<br>LAW OFFICES OF ANIDJAR & LEVINE, P.A.<br>12 SE 7TH STREET, SUITE 604<br>FORT LAUDERDALE, FL 33301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.933 | **Nonpriority creditor's name and mailing address**<br><br>REECO PROPERTIES LLLP<br>P.O. BOX 640<br><br>WINTER PARK, FL 32790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: EPRO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,846.64 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.934 | **Nonpriority creditor's name and mailing address**<br><br>REED,LISA<br>C/O LAW OFFICES OF JENG AND ASSOCIATES<br>6741 KATELLA AVE<br>CYPRESS, CA  90630<br><br>**Date or dates debt was incurred**<br>4/5/2016<br><br>**Last 4 digits of account number: 3456** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.935 | **Nonpriority creditor's name and mailing address**<br><br>REFRIGIWEAR INC<br>P.O. BOX 39<br><br>DAHLONEGA, GA  30533<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: FRIG** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $356.48 |
| 3.936 | **Nonpriority creditor's name and mailing address**<br><br>REGAL CARPET CLEANING INC.<br>621 W LESTER STREET<br><br>TUCSON, AZ  85705<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: GCAR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,400.00 |
| 3.937 | **Nonpriority creditor's name and mailing address**<br><br>REGENT O'HARE, L.L.C.<br>C/O NAI HIFFMAN ASSET<br>MANAGEMENT, LLC<br>PO BOX 88602<br>CHICAGO, IL  60680-1602<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: GOHA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,207.94 |
| 3.938 | **Nonpriority creditor's name and mailing address**<br><br>REHRIG PACIFIC COMPANY<br>P.O. BOX 514457<br><br>LOS ANGELES, CA  90051-4457<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: HPAC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,584.76 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,245.13 |

REINHOLD ELECTRIC, INC
2511 LEMAY FERRY ROAD

ST LOUIS, MO  63125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IELE

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,387.21 |

RELIABLE MECHANICAL SERVICES
1025 W. COUCHMAN DR

KEARNEY, MO  64060

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LMEC

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,486.62 |

RELIABLE REFRIGERATION SERVICE
913 E. JUANITA AVE, #1

MESA, AZ  85204-6622

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LREF

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $855.00 |

RELIANT ELECTRICAL SERVICES
650 N ROSE DR. #405

PLACENTIA, CA  82870

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LELE

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.61 |

REMINGTON PURE
P.O. BOX 800850

SANTA CLARTA, CA  91380

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MPUR

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-1217 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.944 | **Nonpriority creditor's name and mailing address**<br>RENTERIA,PEDRO<br>C/O JON M WOODS LAW OFFICES<br>2ND FLOOR 200 N MAIN ST<br>SANTA ANA, CA  92701<br><br>**Date or dates debt was incurred**<br>1/7/2014<br><br>**Last 4 digits of account number: 3325** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|---|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address**<br>REPROMAGIC<br>8585 MIRAMAR PLACE<br><br>SAN DIEGO, CA  92121<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: PROM** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,677.84 |
| 3.946 | **Nonpriority creditor's name and mailing address**<br>RESCUE ROOTER<br>P.O. BOX 27446<br><br>SALT LAKE CITY, UT  84127-0446<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: ROO1** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,289.50 |
| 3.947 | **Nonpriority creditor's name and mailing address**<br>REX MOORE ELECTRICAL<br>6001 OUTFALL CIRCLE<br><br>SACRAMENTO, CA  95828<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: XMOO** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,974.15 |
| 3.948 | **Nonpriority creditor's name and mailing address**<br>REYES,NOE<br>C/O LAW OFFICE OF RICHARD PRIETO<br>980 ATLANTIC BLVD<br>LONG BEACH, CA  90813-4570<br><br>**Date or dates debt was incurred**<br>10/8/2012<br><br>**Last 4 digits of account number: 3787** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.949**

**Nonpriority creditor's name and mailing address**

REYES,NOE
C/O LAW OFFICE RICHARD PRIETO
1654 E 4TH ST
#B
SANTA ANA, CA 92701

**Date or dates debt was incurred**

4/29/2013

**Last 4 digits of account number: 1170**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.950**

**Nonpriority creditor's name and mailing address**

REYES,PEDRO
C/O PARKER LAW
221 E WALNUT ST
#134
PASADENA, CA 91101

**Date or dates debt was incurred**

6/8/2016

**Last 4 digits of account number: 6009**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.951**

**Nonpriority creditor's name and mailing address**

REYNA,RITA
C/O WACHTEL LAW OFFICE
7484 UNIVERSITY AVE
#150
LA MESA, CA 91942

**Date or dates debt was incurred**

11/10/2014

**Last 4 digits of account number: 9872**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.952**

**Nonpriority creditor's name and mailing address**

RIVERSIDE GASKETGUY, INC
P.O. BOX 892341

TEMECULA, CA 92589-2341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: VGAS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$282.20

---

**3.953**

**Nonpriority creditor's name and mailing address**

ROBBIE'S KEY & LOCK SHOP, INC
8146 LONG POINT

HOUSTON, TX 77055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BKEY**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.31

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.954 | **Nonpriority creditor's name and mailing address**<br>ROBLES GLASS<br>1404 N TUSTIN AVE UNIT X1<br><br>SANTA ANA, CA  92705<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BLGL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $985.00 |
|---|---|---|---|
| 3.955 | **Nonpriority creditor's name and mailing address**<br>RODRIGUEZ, EVELYN<br>KARL GREBER / ANN GULESER<br>EMPLOYMENT LAWYERS GROUP<br>13418 VENTURA BLVD.,<br>SHERMAN OAKS, CA  91423<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>LITIGATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.956 | **Nonpriority creditor's name and mailing address**<br>RODRIGUEZ,SALVADOR<br>C/O LAW OFFICES OF REZAI AND ASSOCIATES<br>1146 N CENTRAL AVE<br>GLENDALE, CA  91202<br>**Date or dates debt was incurred**<br>1/19/2015<br>**Last 4 digits of account number:** 4841 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.957 | **Nonpriority creditor's name and mailing address**<br>RODRIGUEZ,SALVADOR<br>C/O LAW OFFICES OF REZAI AND ASSOCIATES<br>6741 KATELLA AVE<br>CYPRESS, CA  90630<br>**Date or dates debt was incurred**<br>8/26/2015<br>**Last 4 digits of account number:** 6037 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.958 | **Nonpriority creditor's name and mailing address**<br>ROGERS ELECTRIC<br>2050 MARCONIA DRIVE, STE 100<br><br>ALPHARETTA, GA  30005<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GELE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $339.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.959**

**Nonpriority creditor's name and mailing address**

ROJAS,ROSALBA
C/O JOHN A KENMONTH ATTORNEY AT LAW
2601 MAIN STREET
#150
IRVINE, CA  92614

**Date or dates debt was incurred**

2/28/2014

**Last 4 digits of account number: 5864**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.960**

**Nonpriority creditor's name and mailing address**

ROMAN, FRANCISCO
ROBERT EVANS HAUGAN
LAWYERS FOR WORKPLACE FIARNESS APC
4100 WEST ALAMEDA AVE., THIRD FL.
BURBANK, CA  91505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.961**

**Nonpriority creditor's name and mailing address**

ROMERO,DOLORES
C/O ROBERT I SLATER LAW OFFICES
2001 N 3RD ST
#104
PHOENIX, AZ  85004

**Date or dates debt was incurred**

10/16/2010

**Last 4 digits of account number: 8060**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.962**

**Nonpriority creditor's name and mailing address**

ROMERO,JOSE
C/O CALIFORNIA LAW ASSOCIATION INC
3055 WILSHIRE BLVD
# 670
LOS ANGELES, CA  90010

**Date or dates debt was incurred**

9/22/2009

**Last 4 digits of account number: 1526**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.963**

**Nonpriority creditor's name and mailing address**

ROOFCONNECT
P.O. BOX 908

SHERIDAN, AR  72150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: OFCO**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,366.28

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)    16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,786.93 |

3.964 | **Nonpriority creditor's name and mailing address**
ROOFING SOURCE
6255 W. HOWARD STREET

NILES, IL 60714
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** OSOU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,786.93

---

3.965 | **Nonpriority creditor's name and mailing address**
ROQUE,MARIO
C/O LAW OFFICES LEGAL ADVOCATES LLP
1146 N CENTRAL AVE
GLENDALE, CA 91202
**Date or dates debt was incurred**
4/3/2016
**Last 4 digits of account number:** 2906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.966 | **Nonpriority creditor's name and mailing address**
ROSALES, HECTOR
C/O LAW OFFICES OF BRIAN K. CLARK
3250 WILSHIRE BLVD
#1510
LOS ANGELES, CA 90010
**Date or dates debt was incurred**
10/17/2016
**Last 4 digits of account number:** 2745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.967 | **Nonpriority creditor's name and mailing address**
ROSE PAVING COMPANY
7300 W. 100TH PLACE

BRIDGEVIEW, IL 60455
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** SPAV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,865.37

---

3.968 | **Nonpriority creditor's name and mailing address**
ROSENZWEIG, ERIC
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA 92127
**Date or dates debt was incurred**
VARIOUS
**Last 4 digits of account number:** r EE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,178.45

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218.93 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ROSSETO
3600 PRATT AVENUE

LINCOLNWOOD, IL 60712-3724

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SSET**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $218.93

---

**3.970**
**Nonpriority creditor's name and mailing address**
ROTO-ROOTER
P.O. BOX 101592

CAPE CORAL, FL 33904

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: TORO**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $374.20

---

**3.971**
**Nonpriority creditor's name and mailing address**
ROYAL COMMERCIAL EQUIP. LTD
9525 NE COLFAX ST

PORTLAND, OR 97220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: YCOM**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,487.20

---

**3.972**
**Nonpriority creditor's name and mailing address**
ROYAL SERVICE & EQUIPMENT INC.
P.O. BOX 260295

TAMPA, FL 33685-0295

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: YSER**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,560.60

---

**3.973**
**Nonpriority creditor's name and mailing address**
RSIOC PTO
same
2987 Mesa Verde E

Costa Mesa, CA 92626

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6256**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16.40

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.974 | **Nonpriority creditor's name and mailing address**<br>RUBBERMAID INC.<br>75 REMITTANCE DRIVE STE. #1167<br><br>CHICAGO, IL  60675-1167<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BINC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,918.81 |
| 3.975 | **Nonpriority creditor's name and mailing address**<br>RYAN'S PRESSURE WASHING, INC.<br>P.O. BOX 152603<br><br>CAPE CORAL, FL  33915<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** APRE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $597.10 |
| 3.976 | **Nonpriority creditor's name and mailing address**<br>RYDER TRUCK RENTAL INC.<br>P.O. BOX 96723<br><br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** DTRU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $378,325.14 |
| 3.977 | **Nonpriority creditor's name and mailing address**<br>S&S BAKERY<br>2545 BRITANNIA BLVD.<br><br>SAN DIEGO, CA  92154<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BAKE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,480.00 |
| 3.978 | **Nonpriority creditor's name and mailing address**<br>SA ANASTASIA LLC<br>4030 BIRCH STREET, SUITE 100<br><br>NEWPORT BEACH, CA  92660<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** ANAS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,412.20 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.979 | **Nonpriority creditor's name and mailing address**<br>SAFE & SECURE<br>LOCKSMITH SERVICE<br>26019 JEFFERSON AVE. STE F<br><br>TEMECULA, CA 92562<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: FSEC** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $285.00 |
| 3.980 | **Nonpriority creditor's name and mailing address**<br>SAFEGUARD BUSINESS SYSTEMS<br>P.O. BOX 88043<br><br>CHICAGO, IL 60680-1043<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: FGUA** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $441.20 |
| 3.981 | **Nonpriority creditor's name and mailing address**<br>SAFETY LOCK & ACCESS CONTROL<br>DBA DIXIE SAFE & LOCK INC<br>18103 LAFAYETTE PL<br><br>LUTZ, FL 33558<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: XSAF** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.982 | **Nonpriority creditor's name and mailing address**<br>SAFETYCHAIN SOFTWARE, INC<br>711 GRAND AVENUE #290<br><br>SAN RAFAEL, CA 94901<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: FCHA** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,875.00 |
| 3.983 | **Nonpriority creditor's name and mailing address**<br>SAF-GARD SAFETY SHOE CO.<br>P.O. BOX 10379<br><br>GREENSBORO, NC 27404<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: FGAR** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $818.37 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address**<br><br>SAKAMOTO, BRENT<br>C/O STEVEN L. MAZZA<br>CARPENTER, ZUCKERMAN & ROWLEY, LLP<br>8827 WEST OLYMPIC BOULEVARD<br>BEVERLY HILLS, CA  90211-3612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.985 | **Nonpriority creditor's name and mailing address**<br><br>SALAZAR,JOSE<br>C/O HUMPHREY & ASSOCIATES<br>1403 S MAIN ST<br>SANTA ANA, CA  92707<br><br>**Date or dates debt was incurred**<br>7/14/2014<br><br>**Last 4 digits of account number:** 4587 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.986 | **Nonpriority creditor's name and mailing address**<br><br>SALAZAR,JOSE<br>C/O SHAKERI AND MIAIE APC<br>6741 KATELLA AVE<br>CYPRESS, CA  90630<br><br>**Date or dates debt was incurred**<br>9/20/2013<br><br>**Last 4 digits of account number:** 9656 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.987 | **Nonpriority creditor's name and mailing address**<br><br>SALGADO CUSTOM UPHOLSTERY<br>2602 W HOOD AVE<br><br>SANTA ANA, CA  92704<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LCUS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $480.00 |
| 3.988 | **Nonpriority creditor's name and mailing address**<br><br>SALTWORKS INC<br>16240 WOODINVILLE-REDMOND RD<br>NE<br><br>WOODINVILLE, WA  98072<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LWOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,687.20 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.989 | **Nonpriority creditor's name and mailing address**<br>San Altos PTA<br>Lavonne McKibben<br>1750 Madera Street<br><br>Lemon Grove, CA  91945<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: 6014** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $87.85 |

| 3.990 | **Nonpriority creditor's name and mailing address**<br>SAN DIEGO FLORIST SUPPLIES<br>2550 EL CAJON BLVD.<br><br>SAN DIEGO, CA  92104<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: NFLO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $957.15 |

| 3.991 | **Nonpriority creditor's name and mailing address**<br>San Diego Global Vision Acad.<br>3430 School Street<br>3430 School Street<br><br>San Diego, CA  92116<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: 6075** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $209.40 |

| 3.992 | **Nonpriority creditor's name and mailing address**<br>SAN DIEGO SCALE COMPANY<br>4510 FEDERAL BLVD.<br><br>SAN DIEGO, CA  92102<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: NSCA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,065.25 |

| 3.993 | **Nonpriority creditor's name and mailing address**<br>Sandia Gymnastics Found.<br>c/o Nanette Benavides<br>2832 Girard Blvd NE<br><br>Albuquerque, NM  87107<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: 6252** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $89.43 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $752.00 |
|---|---|---|---|

3.994

**Nonpriority creditor's name and mailing address**

SANTA FE WATER SERVICES
11727 29TH STREET

SANTA FE, TX 77510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NTFE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$752.00

---

3.995

**Nonpriority creditor's name and mailing address**

SANTANA, JOSE LUIS
C/O Law Offices of Jeffrey C. Chiao
150 N Santa Anita Ave #300
Arcadia, CA 91006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.996

**Nonpriority creditor's name and mailing address**

SANTANA,JOSE,L
C/O LAW OFFICES OF JEFFREY C. CHIAO
1440 N HARBOR BLVD
STE. 900
LA HABRA, CA 90631

**Date or dates debt was incurred**

6/3/2016

**Last 4 digits of account number:** 9139

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.997

**Nonpriority creditor's name and mailing address**

SANTOS, JILLIAN
C/O JILLIAN SANTOS
2223 HOBART COURT

ANTIOCH, CA 94509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.998

**Nonpriority creditor's name and mailing address**

SAYLER'S SUNCOAST WATER
3851 62ND AVE NORTH, STE F

PINELLAS PARK, FL 33781

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** YSUN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,706.98

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,256.00 |
| | SAYVA SOLUTIONS, INC. | *Check all that apply.* | |
| | 4225 EXECUTIVE SQUARE | ☐ Contingent | |
| | SUITE 600 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | LA JOLLA, CA 92037 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** YSOL | ☐ Yes | |

| 3.1000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $78,931.80 |
| | SCA TISSUES | *Check all that apply.* | |
| | P.O. BOX 3493 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | CAROL STREAM, IL 60132-3493 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** OPAC | ☐ Yes | |

| 3.1001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,793.52 |
| | SCG RIVER PARK BUSINESS CENTER | *Check all that apply.* | |
| | P.O. BOX 847551 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | DALLAS, TX 75284-7551 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** GRIV | ☐ Yes | |

| 3.1002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,549.46 |
| | SCHMIDT SUNSHINE | *Check all that apply.* | |
| | SCHMIDT INVESTMENTS | ☐ Contingent | |
| | 475 W. 12TH AVE. #9E | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | DENVER, CO 80204 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** BSCH | ☐ Yes | |

| 3.1003 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,508.50 |
| | SCHREEDER WHEELER & FLINT, LLP | *Check all that apply.* | |
| | 1100 PEACHTREE STREET | ☐ Contingent | |
| | SUITE 800 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | ATLANTA, GA 30309 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** HWHE | ☒ No | |
| | | ☐ Yes | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)   16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1004 | **Nonpriority creditor's name and mailing address**<br><br>SCHREIBER FOODS INTERNATIONAL<br>600 E CRESCENT AVE<br><br>UPPER SADDLE RIVER, NJ  07458<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** HFOO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,675.50 |
| 3.1005 | **Nonpriority creditor's name and mailing address**<br><br>SECURESTATE CONSULTING LLC<br>23340 MILES ROAD<br><br>CLEVELAND, OH  44128<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CCON | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,225.00 |
| 3.1006 | **Nonpriority creditor's name and mailing address**<br><br>SECURITY PLUMBING & HEATING,<br>INC.<br>5980 W. 59TH AVENUE<br><br>ARVADA, CO  80003<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CPLU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,547.25 |
| 3.1007 | **Nonpriority creditor's name and mailing address**<br><br>SEGURA,IRMA<br>C/O JACOBSON & ASSOCIATES<br>4661 W PICO BLVD<br>LOS ANGELES, CA  90019<br><br>**Date or dates debt was incurred**<br>9/14/2014<br>**Last 4 digits of account number:** 6381 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1008 | **Nonpriority creditor's name and mailing address**<br><br>SEMPRO RESTAURANT SERVICES<br>124 WORTHINGTON CT<br><br>CLAYTON, NC  27527<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** MRES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,279.08 |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177

    (Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | ---: |

| | | |
| --- | --- | ---: |
| **3.1009** | **Nonpriority creditor's name and mailing address** | $262.79 |
| | SERVICE IDEAS, INC. | |
| | NW 5876 | |
| | PO BOX 1450 | |
| | | |
| | MINNEAPOLIS, MN  55485-5876 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RIDE

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1010  Nonpriority creditor's name and mailing address**                                $7,570.58

SERVICE MANAGEMENT GROUP INC.
1737 MCGEE ST.

KANSAS CITY, MO  64108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RMAN

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1011  Nonpriority creditor's name and mailing address**                                $38,509.84

SERVICE SOLUTIONS GROUP, LLC
6000 PAYSPHERE CIRCLE

CHICAGO, IL  60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RKER

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1012  Nonpriority creditor's name and mailing address**                                $9,009.00

SERVICECHANNEL.COM, INC
P.O. BOX 419223

BOSTON, MA  02241-9223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RCHA

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1013  Nonpriority creditor's name and mailing address**                                $642.61

SERVICECHECK, INC.
P.O. BOX 101373

ATLANTA, GA  30392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RCHE

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Garden Fresh Restaurant Corp.                         Case number (if known) 16-12177
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|-|-----------------|

| 3.1014 | **Nonpriority creditor's name and mailing address**<br>SETHNESS PRODUCTS<br>P.O. BOX 92331<br><br>CHICAGO, IL 60675-2331<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: TPRO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $293.60 |

| 3.1015 | **Nonpriority creditor's name and mailing address**<br>SEW BE IT UPHOLSTERY, INC.<br>3695 S. HIGHLAND DR. #15<br><br>LAS VEGAS, NV 89103<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: WBEI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $582.82 |

| 3.1016 | **Nonpriority creditor's name and mailing address**<br>SHAPPELL SOCAL RENTAL<br>PROPERTIES, LLC<br>P.O. BOX 15777<br><br>BEVERLY HILLS, CA 90209-1777<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: ASOC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,485.72 |

| 3.1017 | **Nonpriority creditor's name and mailing address**<br>SHARP CONTRACTORS, LLC<br>400 PEACHTREE INDUSTRAL BLVD<br>SUITE 5-276<br><br>SUWANEE, GA 30024<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: ARCO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,032.30 |

| 3.1018 | **Nonpriority creditor's name and mailing address**<br>SHEARER'S FOODS, LLC<br>39947 TREASURY CENTER<br><br>CHICAGO, IL 60694-9900<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: EFOO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,593.75 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1019**

**Nonpriority creditor's name and mailing address**
SHEER ENTERPRISES  INC.
6250 N. MILITARY TRAIL #204

W. PALM BEACH, FL  33407

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EENT**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,967.50

---

**3.1020**

**Nonpriority creditor's name and mailing address**
SHI INTERNATIONAL CORP.
P.O. BOX 952121

DALLAS, TX  75395-2121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: IINT**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,062.21

---

**3.1021**

**Nonpriority creditor's name and mailing address**
SHIGENOBU KAKU
HIKARU KAKU
3605 LONG BEACH BOULEVARD, SUITE 220

LONG BEACH, CA  90807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OBAL**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,758.85

---

**3.1022**

**Nonpriority creditor's name and mailing address**
SHIH PROPERTIES, INC
1245 E. LAS TUNAS DRIVE

SAN GABRIEL, CA  91776-1703

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: IPRO**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,568.85

---

**3.1023**

**Nonpriority creditor's name and mailing address**
SHOES FOR CREWS  INC.
FILE LOCKBOX 51151

LOS ANGELES, CA  90074-1151

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ENDS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,569.58

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1024** **Nonpriority creditor's name and mailing address**
SHRED SAN DIEGO, LLC
P.O. BOX 84566

SAN DIEGO, CA  92138

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: RSAN**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,682.00

---

**3.1025** **Nonpriority creditor's name and mailing address**
SHRED-IT US JV LLC
28883 NETWORK PLACE

CHICAGO, IL  60673-1288

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: RITU**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$845.00

---

**3.1026** **Nonpriority creditor's name and mailing address**
SHS FAIRBANKS GROUP LLC
C/O SAVELLE INVESTMENT DYNAMIC
3015 NORTH OCEAN BLVD., #110

FORT LAUDERDALE, FL  33308

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: SFAI**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,040.27

---

**3.1027** **Nonpriority creditor's name and mailing address**
SIDNEY FAMILY LIMITED
PARTNERSHIP
220 30TH STREET

MANHATTAN BEACH, CA  90266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: DFAM**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,914.00

---

**3.1028** **Nonpriority creditor's name and mailing address**
SILVA, ANA
C/O BRIAN R. RILEY
LAW OFFICES OF BRIAN R. RILEY
16466 BERNARDO CENTER DRIVE, SUITE 106
SAN DIEGO, CA  92128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1029 | **Nonpriority creditor's name and mailing address**<br><br>SILVER LINING AMENITIES, INC<br>22994 EL TORO RD<br>SUITE 101<br><br>LAKE FOREST, CA  92630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LVLI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,714.52 |
| 3.1030 | **Nonpriority creditor's name and mailing address**<br><br>SILVER, IRENE<br>C/O NEIL S. STEINER<br>STEINER & LIBO, PROFESSIONAL CORPORATION<br>433 NORTH CAMDEN DRIVE, SUITE 730<br>BEVERLY HILLS, CA  90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1031 | **Nonpriority creditor's name and mailing address**<br><br>SILVERSTATE REFRIGERATION &<br>HVAC, LLC<br>4535 COPPER SAGE ST<br><br>LAS VEGAS, NV  89115<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LREF | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137,567.33 |
| 3.1032 | **Nonpriority creditor's name and mailing address**<br><br>SIMMONS, GERALD<br>C/O RANDALL J. PAULSON<br>LAW OFFICES OF RANDALL J. PAULSON<br>1651 B. 4TH STREET, SUITE 215<br>SANTA ANA, CA  92701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1033 | **Nonpriority creditor's name and mailing address**<br><br>SIMON ROOFING AND SHEET METAL<br>P.O. BOX 951109<br><br>CLEVELAND, OH  44193<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MROO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,732.82 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1034 | **Nonpriority creditor's name and mailing address**<br>SIMPLEX GRINNELL LP<br>DEPT. CH 10320<br><br>PALATINE, IL  60055-0320<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GRIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $923.42 |
|---|---|---|---|
| 3.1035 | **Nonpriority creditor's name and mailing address**<br>SKYLINE WINDOW CLEANING<br>P.O. BOX 33667<br><br>PHOENIX, AZ  85067<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** YWIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.00 |
| 3.1036 | **Nonpriority creditor's name and mailing address**<br>SKYTEK BUILDING SERVICES<br>2755 E GANLEY ROAD<br>SUITE 101<br><br>TUCSON, AZ  85706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** YTEK | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,160.00 |
| 3.1037 | **Nonpriority creditor's name and mailing address**<br>SLM WASTE & RECYCLING SERVICES<br>5000 COMMERCE DRIVE<br><br>GREEN LANE, PA  18054<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MWAS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99,502.51 |
| 3.1038 | **Nonpriority creditor's name and mailing address**<br>SOLES,JOSHUA<br>C/O MOISES VAZQUEZ LAW OFFICES<br>2114 N BROADWAY<br>#200<br>SANTA ANA, CA  92706<br><br>**Date or dates debt was incurred**<br>12/4/2011<br><br>**Last 4 digits of account number:** 6610 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1039 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,813.95 |

**Nonpriority creditor's name and mailing address**
SONEXIS TECHNOLOGY, INC
2420 MOSSIDE BLVD.

MONROEVILLE, PA 15146

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: NTEC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,813.95

---

**Nonpriority creditor's name and mailing address**
3.1040
SONI PLAZA ASSOCIATES, LLC
830 TRUMAN AVENUE

KEY WEST, FL 33040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: NPLA**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,728.52

---

**Nonpriority creditor's name and mailing address**
3.1041
SONRISE PROF. WINDOW CLEANING
P.O. BOX 325

DANVILLE, CA 94526

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: NPRO**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**Nonpriority creditor's name and mailing address**
3.1042
SOS PUMPING SERVICES
P.O. BOX 416

LEHI, UT 84043

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OSPU**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**Nonpriority creditor's name and mailing address**
3.1043
SOUTH EAST CUTLERY
407 EAST PROSPECT ROAD
UNIT 4

OAKLAND PARK, FL 33334

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OCUT**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,079.26

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1044**  **Nonpriority creditor's name and mailing address**

SOUTH FLORIDA WELLNESS NETWORK
2901 W CYPRESS CREEK RD
ATTN: SUSAN NYAMORA
FOR LAUDERDALE, FL 33309

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.50

---

**3.1045**  **Nonpriority creditor's name and mailing address**

SOUTH LAKE AVE. INVESTORS LLC
251 S. LAKE AVENUE
PARKING OFFICE-P1 LEVEL

PASADENA, CA 91101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** LMAR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,952.97

---

**3.1046**  **Nonpriority creditor's name and mailing address**

SOUTHCOAST PLUMBING CO.
6931 OREGON ST.

BUENA PARK, CA 90621

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UTHC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$305.00

---

**3.1047**  **Nonpriority creditor's name and mailing address**

SOUTHEASTERN MILLS, INC
P.O. BOX 743056

ATLANTA, GA 30374-3056

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UMIL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,056.00

---

**3.1048**  **Nonpriority creditor's name and mailing address**

SOUTHEASTERN PAPER GROUP
P.O. BOX 890673

CHARLOTTE, NC 28289

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NSWA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,744.38

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1049** | **Nonpriority creditor's name and mailing address**

SOUTHERN EXPOSURE LANDSCAPE
P.O. BOX 129

LAKE FOREST, CA  92609-0129

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UEXP**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,800.00

---

**3.1050** | **Nonpriority creditor's name and mailing address**

SOUTHWASTE DISPOSAL, LLC
P.O. BOX 53988

LAFAYETTE, LA  70505-3988

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: GTM**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,164.57

---

**3.1051** | **Nonpriority creditor's name and mailing address**

SOUTHWEST OUTDOOR COOLING  INC
428 EAST THUNDERBIRD ROAD,#335

PHOENIX, AZ  85022

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UOUT**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.95

---

**3.1052** | **Nonpriority creditor's name and mailing address**

SOUTHWEST OUTDOOR SERVICES
304 INDIANA ST SE

ALBUQUERQUE, NM  87108

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: UTOU**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$985.47

---

**3.1053** | **Nonpriority creditor's name and mailing address**

SOVOS COMPLIANCE LLC
P.O. BOX 347977

PITTSBURGH, PA  15251-4977

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: VCOM**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.1054 **Nonpriority creditor's name and mailing address**

SP PLUS CORPORATION
P.O. BIX 790402

ST. LOUIS, MO  63179-0402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PLUS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$843.30

---

3.1055 **Nonpriority creditor's name and mailing address**

SPARKLETTS
P.O. BOX 660579

DALLAS, TX  75266-0579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WATE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.28

---

3.1056 **Nonpriority creditor's name and mailing address**

SPARKLING IMAGE PB
12207 NATURAL BRIDGE RD
SUITE F

BRIDGETON, MO  63044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AIMA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,033.50

---

3.1057 **Nonpriority creditor's name and mailing address**

SPECIAL T WATER SYSTEMS, INC
11934 WASHINGTON BLVD

WHITTIER, CA  90606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ETWA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$309.68

---

3.1058 **Nonpriority creditor's name and mailing address**

SPILL MAGIC , INC.
630 YOUNG STREET

SANTA ANA, CA  92705-5633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** IMAG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,519.25

---

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1059 | **Nonpriority creditor's name and mailing address**<br><br>SPRING USA CORPORATION<br>127 AMBASSADOR DRIVE<br>UNIT 147<br><br>NAPERVILLE, IL  60540-4079<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: RUSA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.75 |
| 3.1060 | **Nonpriority creditor's name and mailing address**<br><br>SPRINKLER'S RUST CONTROL, INC<br>6861 SW 196TH AVE #115<br><br>PEMBROKE PINES, FL  33332<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: RRUS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $420.11 |
| 3.1061 | **Nonpriority creditor's name and mailing address**<br><br>SPRINT<br>P.O. BOX 4181<br><br>CAROL STREAM, IL  60197-4181<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: RCOI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $528.54 |
| 3.1062 | **Nonpriority creditor's name and mailing address**<br><br>SRK LADY LAKE OP5 LLC<br>C/O BENCHMARK MANAGEMENT<br>4053 MAPLE ROAD, SUITE 200<br><br>AMHERST, NY  14226<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: KLAD** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,612.68 |
| 3.1063 | **Nonpriority creditor's name and mailing address**<br><br>SSD SYSTEMS<br>1740 N. LEMON STREET<br><br>ANAHEIM, CA  92801-1007<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: DALA** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $246.48 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1064** | **Nonpriority creditor's name and mailing address**

ST. JUDE'S CHILDREN'S RESEARCH HOSPITAL
501 ST. JUDE PLACE

MEMPHIS, TN  38105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JUDE**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$181,503.00

---

**3.1065** | **Nonpriority creditor's name and mailing address**

ST. LOUIS COUNTY TREASURER
41 S. CENTRAL AVE
6TH FLOOR, PUBLIC WORKS

CLAYTON, MO  63105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LCOG**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$118.00

---

**3.1066** | **Nonpriority creditor's name and mailing address**

STAN THE HOT WATER MAN
P.O. BOX 33157

PORTLAND, OR  97292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AHOT**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,325.00

---

**3.1067** | **Nonpriority creditor's name and mailing address**

STANDARD RESTAURANT EQUIPMENT
3500 SOUTH WEST TEMPE

SALT LAKE CITY, UT  84115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ARES**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$478.46

---

**3.1068** | **Nonpriority creditor's name and mailing address**

STAR FINANCIAL I, LLC
ATTN: RUTH STONE
THE BUSINESS BANK OF ST. LOUIS
8000 MARYLAND AVE.,SUITE 100
CLAYTON, MO  63105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ARFI**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,568.25

---

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1069**  **Nonpriority creditor's name and mailing address**

STATE OF ARIZONA
DEPT. OF LIQUOR LICENSES &CTRL
800 WEST WASHINGTON, 5TH FLOOR

PHOENIX, AZ  85007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AARI**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$626.00

---

**3.1070**  **Nonpriority creditor's name and mailing address**

STAVROS ENTERPRISES, INC
FACILITEC WEST
P.O. BOX 6008

SAN PEDRO, CA  90734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: CILI**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$902.40

---

**3.1071**  **Nonpriority creditor's name and mailing address**

STEELESCAPES, INC
4363 N. VALENTINE

FRESNO, CA  93722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ESCA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.1072**  **Nonpriority creditor's name and mailing address**

SUAREZ CONTRACTING INC.
1884 POMONA ROAD

CORONA, CA  92880

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ACON**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.00

---

**3.1073**  **Nonpriority creditor's name and mailing address**

SUMMER GREEN LANDSCAPING &
SNOW SERVICES
15510 S. JOLIET RD.
SUITE 2
PLAINFIELD, IL  60544

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: MGRE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,596.18

Debtor    Garden Fresh Restaurant Corp.                         Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1074** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,878.40
*Check all that apply.*

SUN STATE MARKING CORP.
41830 NOEL CIRCLE

☐ Contingent
☐ Unliquidated
☐ Disputed

TEMECULA, CA 92592

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: NSTM**

---

**3.1075** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $347.75
*Check all that apply.*

SUNCOAST SAFE & LOCK
3255 S WADSWORTH BLVD
UNIT C

☐ Contingent
☐ Unliquidated
☐ Disputed

LAKEWOOD, CO 80227

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: UNCO**

---

**3.1076** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,587.70
*Check all that apply.*

SUNFLOWER PLANTATION, LLC
772 CAPILANO COURT

☐ Contingent
☐ Unliquidated
☐ Disputed

CASTLE ROCK, CO 80108

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: NPLA**

---

**3.1077** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,513.94
*Check all that apply.*

SUNNYBROOK LLC-CTA
UNIT ID: SBC 011
PO BOX 2448

☐ Contingent
☐ Unliquidated
☐ Disputed

PORTLAND, OR 97208

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: NLLC**

---

**3.1078** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46,362.92
*Check all that apply.*

SUNNYKAY & COMPANY, LLC
C/O ORION INVESTMENT & MGMT.
1430 N RIVERSIDE CIRCLE

☐ Contingent
☐ Unliquidated
☐ Disputed

ATLANTA, GA 30328

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: NKAY**

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|--|--|-----------------|

| 3.1079 | **Nonpriority creditor's name and mailing address**<br>SUNPENTOWN INTERNATIONAL INC.<br>14625 CLARK AVENUE<br><br>CITY OF INDUSTRY, CA 91745<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: NPEN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,495.99 |
| 3.1080 | **Nonpriority creditor's name and mailing address**<br>SUNRISE LANDSCAPE & LAWN CARE<br>593 8TH ST<br><br>PALM HARBOR, FL 34683<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: NLAN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $390.00 |
| 3.1081 | **Nonpriority creditor's name and mailing address**<br>SUPER STITCH LLC<br>1220 W ALAMEDA DR #119<br><br>TEMPE, AZ 85282<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: PSTI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,140.59 |
| 3.1082 | **Nonpriority creditor's name and mailing address**<br>SUPERCLEAN<br>P.O. BOX 551802<br><br>DALLAS, TX 75355<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: PCLS** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,181.00 |
| 3.1083 | **Nonpriority creditor's name and mailing address**<br>SUPERIOR KNIFE INC.<br>8120 N. CENTRAL PARK<br><br>SKOKIE, IL 60076-2907<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number: PKNI** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $310.14 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1084** | **Nonpriority creditor's name and mailing address**
SUPERIOR PAPER & PLASTICS, INC
1930 E. 65TH STREET

LOS ANGELES, CA  90001-2111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PPAP**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$243,659.85

---

**3.1085** | **Nonpriority creditor's name and mailing address**
SUPERIOR PLUMBING SERVICE INC
3991 ROYAL DRIVE

KENNESAW, GA  30144

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PPLU**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.61

---

**3.1086** | **Nonpriority creditor's name and mailing address**
SUPERIOR PRESS
P.O. BOX 844550

LOS ANGELES, CA  90084-4550

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PPRE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,663.62

---

**3.1087** | **Nonpriority creditor's name and mailing address**
SUPERIOR SERVICE CORP
1006 E SOUTH STREET

ANAHEIM, CA  92805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PSRV**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,124.45

---

**3.1088** | **Nonpriority creditor's name and mailing address**
Susan G. Komen
Marian Regan
42003 Niblick Road

Temecula, CA  92591

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6085**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.26

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1089 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,307.28 |
|---|---|---|---|

**3.1089**

**Nonpriority creditor's name and mailing address**
SVF AT FIRST SAN JOSE CORP.
FILE 1502
1801 W. OLYMPIC BLVD.

PASADENA, CA  91199-1502

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FATF

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $25,307.28

---

**3.1090**

**Nonpriority creditor's name and mailing address**
SWEET TOMATOES #820
875 CAMBRIDGE DRIVE

ELK GROVE, IL  60007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $493.11

---

**3.1091**

**Nonpriority creditor's name and mailing address**
SWT TAMPA, LLC
5370 OAKDALE ROAD

SMYRNA, GA  30082

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TTAM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,382.48

---

**3.1092**

**Nonpriority creditor's name and mailing address**
SYCAMORE BUSINESS PARK LLC
STACEY MAGEE
C/O IDS REAL ESTATE GROUP
515 S. FIGUEROA STREET, 16TH FLOOR
LOS ANGELES, CA  90071

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CBUS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $82,160.30

---

**3.1093**

**Nonpriority creditor's name and mailing address**
SYSCO - SAN DIEGO
15750 MERIDIAN PARKWAY

RIVERSIDE, CA  92518

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SSAN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $19,374.10

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1094 | **Nonpriority creditor's name and mailing address**<br>SYSCO ATLANTA<br>P.O. BOX 490379<br><br>COLLEGE PARK, GA 30349<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** SATL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,838.90 |
| 3.1095 | **Nonpriority creditor's name and mailing address**<br>T G LEE DAIRY<br>P.O. BOX 932689<br><br>ATLANTA, GA 31193-2689<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LDAI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,535.09 |
| 3.1096 | **Nonpriority creditor's name and mailing address**<br>TABLECRAFT PRODUCTS , INC<br>P.O. BOX 7691<br><br>CAROL STREAM, IL 60197-7691<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** BPRO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $871.50 |
| 3.1097 | **Nonpriority creditor's name and mailing address**<br>TABOADA,DANIEL<br>C/O CHEPOV & SCOTT LLC<br>4202 ATLANTIC AVE<br>#203<br>LONG BEACH, CA 90807<br>**Date or dates debt was incurred**<br>9/11/2015<br>**Last 4 digits of account number:** 9518 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1098 | **Nonpriority creditor's name and mailing address**<br>TALAVERA,GUADALUPE<br>C/O LAW OFFICES OF DAVID P. BONEMEYER<br>470 S SAN VICENTE BLVD<br>LOS ANGELES, CA 90026<br>**Date or dates debt was incurred**<br>8/28/2013<br>**Last 4 digits of account number:** 7509 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1099 | **Nonpriority creditor's name and mailing address**<br>TAMPICO SPICE CO. INC.<br>P.O. BOX 01229<br><br>LOS ANGELES, CA 90001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: PICO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,436.49 |

| 3.1100 | **Nonpriority creditor's name and mailing address**<br>TAPPS<br>9910 W CHEYENNE AVE<br>SUITE 150<br>LAS VEGAS, NV 89129<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 2416** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104.43 |

| 3.1101 | **Nonpriority creditor's name and mailing address**<br>TATE, CHERYL MUSHUNDA<br>C/O ELAINE H. MARZOLA<br>RICHARD HARRIS LAW FIRM<br>801 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.1102 | **Nonpriority creditor's name and mailing address**<br>TAYLOR FREEZER SALES COMPANY<br>14601 MCCORMICK DRIVE<br><br>TAMPA, FL 33626-3025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: YFRE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $534.51 |

| 3.1103 | **Nonpriority creditor's name and mailing address**<br>TAYLOR FREEZERS OF SO. CA. INC<br>6825 E. WASHINGTON BLVD.<br><br>CITY OF COMMERCE, CA 90040<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: AYLO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $791.18 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1104** **Nonpriority creditor's name and mailing address**

TAYLOR,KELSEY
C/O KOZDIN FIELDS SHERRY & KATZ
2601 MAIN STREET
#150
IRVINE, CA 92614

**Date or dates debt was incurred**

7/9/2016

**Last 4 digits of account number: 7918**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1105** **Nonpriority creditor's name and mailing address**

TAYLOR'S TRUCK WASH CO.
P.O. BOX 506

MAGNA, UT 84044-0506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: YTRU**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.1106** **Nonpriority creditor's name and mailing address**

TCAM CORE PROPERTY FUND
OPERATING, LP
DEPT AT 40096

ATLANTA, GA 31192-0096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AMCO**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,027.62

---

**3.1107** **Nonpriority creditor's name and mailing address**

TDA LAWN MAINTENANCE
DANIEL ROLAND FOSKEY
3498 WORTHINGTON OAKS DRIVE

ORANGE PARK, FL 32065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ALAW**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

**3.1108** **Nonpriority creditor's name and mailing address**

TEASDALE FOODS
P.O. BOX 515555

LOS ANGELES, CA 90051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AFOO**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,956.32

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1109** **Nonpriority creditor's name and mailing address**

TECH AIR, INC.
511 EAST PROSPECT RD.

OAKLAND PARK, FL  33334

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CAIR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,609.24

---

**3.1110** **Nonpriority creditor's name and mailing address**

TECH SERVICE TODAY LLC
4855 TECHNOLOGY WAY, SUITE 500

BOCA RATON, FL  33431

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CHSE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

---

**3.1111** **Nonpriority creditor's name and mailing address**

TECHNICAL SPECIALTIES CORP.
250 ARIZONA AVE. N.E. BLDG A

ATLANTA, GA  30307

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CSPE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,158.62

---

**3.1112** **Nonpriority creditor's name and mailing address**

TECHNOLOGY UNLIMITED INC
6802 SOUTH 220TH ST

KENT, WA  98032

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CUNL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.00

---

**3.1113** **Nonpriority creditor's name and mailing address**

TEG STAFFING, INC.
P.O. BOX 843209

LOS ANGELES, CA  90084-3209

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GSTA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,880.80

---

Debtor    Garden Fresh Restaurant Corp.    Case 16-12177-CSS    Doc 7    Filed 11/14/16    Page 334 of 404

(Name)      Case number (if known) 16-12177

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.1114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,625.07
*Check all that apply.*

TELECO INC
430 WOODRUFF RD, STE 300

☐ Contingent
☐ Unliquidated
☐ Disputed

GREENVILLE, SC  29607-3462

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: LECO**

---

**3.1115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $266.72
*Check all that apply.*

TELLERMATE, INC.
3600 MANSELL ROAD
SUITE 500

☐ Contingent
☐ Unliquidated
☐ Disputed

ALPHARETTA, GA  30022

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: LLER**

---

**3.1116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $974.86
*Check all that apply.*

TEMECULA TOWNE CENTER ASSOC LP
P.O. BOX 72022

☐ Contingent
☐ Unliquidated
☐ Disputed

CLEVELAND, OH  44192-0022

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: MTOW**

---

**3.1117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $696.00
*Check all that apply.*

TEMECULA VALLEY BACKFLOW, INC.
PO BOX 890068

☐ Contingent
☐ Unliquidated
☐ Disputed

TEMECULA, CA  92589

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: MBAC**

---

**3.1118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,886.13
*Check all that apply.*

TEMPE CITY CENTER LP
C/O P&P TEMPE CITY CNTR GP,LLC
ATTN: DARYL R. BURTON
2122 EAST HIGHLAND AVE, #400
PHOENIX, AZ  85016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

VARIOUS

☒ No
☐ Yes

**Last 4 digits of account number: CCLP**

---

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### 3.1119 Nonpriority creditor's name and mailing address

Temple Ner Ami
Becky Kamola
515 Temple Ave

Camarillo, CA 93010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6248**

**As of the petition filing date, the claim is:**  $78.61
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.1120 Nonpriority creditor's name and mailing address

TEN MILE RANGE PROPERTIES,LLC
ATTN: PAUL E. OLSEN
1776 RINGLING BLVD.

SARASOTA, FL 34236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NMIL**

**As of the petition filing date, the claim is:**  $49,608.32
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.1121 Nonpriority creditor's name and mailing address

TENNANT SALES AND SERVICE
COMPANY
P.O. BOX 71414

CHICAGO, IL 60694-1414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NSAL**

**As of the petition filing date, the claim is:**  $291.87
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.1122 Nonpriority creditor's name and mailing address

TERRAZAS,PATRICIA
C/O CLEARWATER INJURY ATTORNEY
2601 MAIN STREET
#150
IRVINE, CA 92614

**Date or dates debt was incurred**

9/29/2016

**Last 4 digits of account number: 7272**

**As of the petition filing date, the claim is:**  UNKNOWN
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.1123 Nonpriority creditor's name and mailing address

TERRE SOLUTIONS
3746 ZACHARY ST

NEW PORT RICHEY, FL 34655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RRSO**

**As of the petition filing date, the claim is:**  $25,419.05
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,924.74 |

3.1124 | **Nonpriority creditor's name and mailing address**

TEVORA BUSINESS SOLUTIONS, INC
ONE SPECTRUM POINTE DR., #200

LAKE FOREST, CA 92630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** VORA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,924.74

---

3.1125 | **Nonpriority creditor's name and mailing address**

THE BRICKMAN GROUP LTD,LLC
3630 SOLUTIONS CENTER

CHICAGO, IL 60677-3006

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OLAN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,108.70

---

3.1126 | **Nonpriority creditor's name and mailing address**

THE COLMAN GROUP
DBA SAN JAMAR-CHEF REVIVAL
555 KOOPMAN LANE

ELKHORN, WI 53121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NJAM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,990.62

---

3.1127 | **Nonpriority creditor's name and mailing address**

THE GREEN EXPERTS, LLC
P.O. BOX 9318

CORAL SPRINGS, FL 33075-9318

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EEXP

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$616.00

---

3.1128 | **Nonpriority creditor's name and mailing address**

THE GROUNDSKEEPER
P.O. BOX 43820

TUCSON, AZ 85733-3820

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EGRO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,441.12

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1129** | **Nonpriority creditor's name and mailing address**
THE KNIFE GUYS CUTLERY SERVICE
320 ROEHL RD.
NW STE. B

LOS RANCHOS, NM  87107

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IGUY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$413.10

---

**3.1130** | **Nonpriority creditor's name and mailing address**
THE LIDDICOAT TRUST, #81530365
CHARLES SCHWAB & CO. INC.
AS DOCUMENT CONTROL
P.O. BOX 982600
EL PASO, TX  79998-2600

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IDDI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,465.33

---

**3.1131** | **Nonpriority creditor's name and mailing address**
THE NEIL JONES FOOD COMPANY
P.O. BOX 842476

DALLAS, TX 75284-2476

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IJON

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,601.48

---

**3.1132** | **Nonpriority creditor's name and mailing address**
THE ORIGINAL CHEFS PREMIUM LLC
21031 VENTURA BLVD
SUITE 508

WOODLAND HILLS, CA  91364

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EORI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,212.00

---

**3.1133** | **Nonpriority creditor's name and mailing address**
THE PARQUET GROUP LLC
620 PINETREE ROAD
SUITE 1

WINTER PARK, FL  32789

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PARQ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.29

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,839.86 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
THE PRICE REIT, INC.
P.O. BOX 82565
DEPT. CODE: SCAA0541/LSOUP//00

GOLETA, CA  93118-2565

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: EPRI**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,839.86

---

3.1135  **Nonpriority creditor's name and mailing address**
THE REPUBLIC OF TEA
P.O. BOX 843410

KANSAS CITY, MO  64184-3410

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PTEA**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,216.60

---

3.1136  **Nonpriority creditor's name and mailing address**
THE STANLEY LOUIS COMPANY
2230 AMAPOLA COURT
SUITE #6

TORRANCE, CA  90501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ALOU**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,407.89

---

3.1137  **Nonpriority creditor's name and mailing address**
THE STERITECH GROUP, INC
P.O. BOX 472127

CHARLOTTE, NC  28247-2127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: STER**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,785.99

---

3.1138  **Nonpriority creditor's name and mailing address**
THE WALDINGER CORP.
P.O. BOX 1612

DES MOINES, IA  50306-1612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: OMEC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,693.02

---

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1139** **Nonpriority creditor's name and mailing address**

THE WATER SPECIALIST
608 CORNERSTONE COURT

HILLSBOROUGH, NC  27278

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TSPE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$298.00

---

**3.1140** **Nonpriority creditor's name and mailing address**

THE WELLS COMPANY
30951 SAWGRASS COURT

TEMECULA, CA  92592

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EWEC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$971.75

---

**3.1141** **Nonpriority creditor's name and mailing address**

THE WINDOW CREW, LLC
700 N COLORADO BLVD
SUITE 612

DENVER, CO  80206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EWND**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.1142** **Nonpriority creditor's name and mailing address**

THIELE TECHNOLOGIES INC
25235 NETWORK PLACE

CHICAGO, IL  60673-1252

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ITEC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,985.68

---

**3.1143** **Nonpriority creditor's name and mailing address**

THOMAS WINERY PLAZZA PROPERTY
23 CORPORATE PLAZA DR., #247

NEWPORT BEACH, CA  92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: OWIN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,668.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $240.00 |

3.1144 **Nonpriority creditor's name and mailing address**
THOMPSON TRACTOR CO. INC
P.O. BOX 934005

ATLANTA, GA 31193-4005

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OTRA

**As of the petition filing date, the claim is:** $240.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1145 **Nonpriority creditor's name and mailing address**
THOROUGH MAINTENANCE, INC.
P.O. BOX 710305

SAN DIEGO, CA 92171-0305

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OMAI

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1146 **Nonpriority creditor's name and mailing address**
THUNDER GROUP INC.
780 S. NOGALES ST.

CITY OF INDUSTRY, CA 91748

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UNGR

**As of the petition filing date, the claim is:** $168.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1147 **Nonpriority creditor's name and mailing address**
THUNDERSCAPE LAWN SERVICES,LLC
8322 SYLVAN WOODS DRIVE

SARASOTA, FL 34243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ULAW

**As of the petition filing date, the claim is:** $1,434.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1148 **Nonpriority creditor's name and mailing address**
TICOR TITLE COMPANY OF
CALIFORNIA
2275 RIO BONITO WAY. SUITE 160

SAN DIEGO, CA 92108

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CTIT

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1149** | **Nonpriority creditor's name and mailing address**

TLC PLUMBING & UTILITY
5000 EDITH NE

ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CCOM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,765.40

---

**3.1150** | **Nonpriority creditor's name and mailing address**

TORAO LANDSCAPE
118 S VISTA BONITA AVE

GLENDORA, CA  91741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RALA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,675.00

---

**3.1151** | **Nonpriority creditor's name and mailing address**

TOSHIBA AMERICA BUSINESS SOLUT
ID # 90136075381
PO BOX 51043

LOS ANGELES, CA  90051-5343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SDIS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$557.91

---

**3.1152** | **Nonpriority creditor's name and mailing address**

TOSHIBA FINANCIAL SERVICES
P.O. BOX 790448

ST LOUIS, MO  63179-0448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** VCOP

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,137.86

---

**3.1153** | **Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS
P.O. BOX 634558

CINCINNATI, OH  45263-4558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TQUA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,100.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

3.1154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $622.46

TOTAL REFRIGERATION GASKETS
2205 PLATINUM ROAD

APOPKA, FL 32703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** TREF

---

3.1155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

TOVAR,ROCIO
C/O SARIOL LEGAL CENTER
5900 SEPULVEDA BLVD
#550
VAN NUYS, CA 91411

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Date or dates debt was incurred**
9/10/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 2888

---

3.1156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.10

Trace PTO
Vanessa Pinedo
1106 S Almaden Ave

San Jose, CA 95110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 6041

---

3.1157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $491,234.00

TRAVELERS
C/O BANK OF AMERICA
91287 COLLECTIONS CENTER DRIVE

CHICAGO, IL 60693-1287

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** AVEL

---

3.1158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51,619.76

TRC ENCINITAS VILLAGE , LLC
P.O. BOX 843002

LOS ANGELES, CA 90084-3002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** CENC

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1159**

**Nonpriority creditor's name and mailing address**

TREMONTE PROPERTIES, LLC
C/O NORTHSTAR MANAGEMENT, INC.
7108 N. FRESNO STREET, #370

FRESNO, CA  93720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EPRO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$811.97

---

**3.1160**

**Nonpriority creditor's name and mailing address**

TREVINO,ANTONIO
C/O MICHAEL A MARTIN, LLC
195 W PIKE ST #107
LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**

8/21/2014

**Last 4 digits of account number:** 6598

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1161**

**Nonpriority creditor's name and mailing address**

TRIDENT TECHNOLOGIES, INC.
7425 MISSION VALLEY RD STE 207

SAN DIEGO, CA  92108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ITEC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,866.17

---

**3.1162**

**Nonpriority creditor's name and mailing address**

TRIMARK ROBERTCLARK, INC.
P.O. BOX 515726

LOS ANGELES, CA  90051-5131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LARK

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,308.04

---

**3.1163**

**Nonpriority creditor's name and mailing address**

TRINIDAD BENHAM CORPORATION
3091 SOLUTION CENTER

CHICACO, IL  60677-3000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SFOO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,480.25

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1164** **Nonpriority creditor's name and mailing address**

TRIPLE A PUMPING & JETTING
SERVICES INC
PO BOX 1147

ORANGE, CA 92856

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IPUM**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,074.00

---

**3.1165** **Nonpriority creditor's name and mailing address**

TRJ FT. MYERS, LLC
P.O. BOX 231400

ENCINITAS, CA 92023-1400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JFTM**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,947.09

---

**3.1166** **Nonpriority creditor's name and mailing address**

TRJ ORLANDO, LLC
P.O. BOX 231400

ENCINITAS, CA 92023-1400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JORL**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,510.86

---

**3.1167** **Nonpriority creditor's name and mailing address**

TROUBLE SHOOTE MECHANICAL
13429 NE 49TH STREET

VANCOUVER, WA 98682

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: OSHO**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$602.51

---

**3.1168** **Nonpriority creditor's name and mailing address**

TRUGREEN #4980
P.O. BOX 78501

PHOENIX, AZ 85062-8501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: UCHE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.50

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1169**  **Nonpriority creditor's name and mailing address**

TUCCORI HOLDING CO. LP
DANIEL DEL GRANDE
930 DWIGHT WAY, SUITE 10A

BERKELEY, CA  94709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: CHOL**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,797.31

---

**3.1170**  **Nonpriority creditor's name and mailing address**

TUCS EQUIPMENT, INC
775 COUNTRY ROAD 18 SOUTH

PRINCETON, MN  55371

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: CEQU**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,492.38

---

**3.1171**  **Nonpriority creditor's name and mailing address**

Tucson Regional Ballet
Ms. Linda Walker
2100 N. Wilmot Rd.
Suite 302
Tucson, AZ  85712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6103**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.66

---

**3.1172**  **Nonpriority creditor's name and mailing address**

Tucson Regional Ballet
Tucson Regional Ballet
2100 N. Wilmot Rd.
Suite 302
Tucson, AZ  85712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6172**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.58

---

**3.1173**  **Nonpriority creditor's name and mailing address**

TUNDRA SPECIALTIES
BIN 010198

MILWAUKEE, WI  53288-0464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NSPE**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,305.35

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1174 | **Nonpriority creditor's name and mailing address**<br><br>TURQUOISE TRAIL ELECTRIC &<br>PLUMBING, LLC<br>PO BOX 70<br><br>CEDAR CREST, NM  87008<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** RTRA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,259.15 |
| 3.1175 | **Nonpriority creditor's name and mailing address**<br><br>Tustin High Dance Team<br>Julie Fitzgeraald<br>17602 Wellington<br><br>Tustin, CA  92780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $201.32 |
| 3.1176 | **Nonpriority creditor's name and mailing address**<br><br>TUSTIN LOCK AND SAFE<br>2620 WALNUT AVE. UNIT C<br><br>TUSTIN, CA  92780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** STLO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $664.00 |
| 3.1177 | **Nonpriority creditor's name and mailing address**<br><br>TUSTIN PLAZA CENTER LP<br>P.O. BOX 1299<br><br>LAKE FOREST, CA  92609-1299<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** STPL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,875.14 |
| 3.1178 | **Nonpriority creditor's name and mailing address**<br><br>TUXTON CHINA INC.<br>21011 COMMERCE POINT DRIVE<br><br>WALNUT, CA  91789<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** XCHI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,013.64 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1179 | **Nonpriority creditor's name and mailing address**<br>TWC SERVICES, INC.<br>P.O. BOX 1612<br><br>DES MONINES, IA  50306-1612<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** CSER | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190,493.29 |

| 3.1180 | **Nonpriority creditor's name and mailing address**<br>TYCO INTEGRATED SECURITY<br>P.O. BOX 371994<br><br>PITTSBURGH, PA  15250-7994<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** TVAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,288.04 |

| 3.1181 | **Nonpriority creditor's name and mailing address**<br>U. B. KLEM FURNITURE CO., INC.<br>3861 E. SCHNELLVILLE ROAD<br><br>ST. ANTHONY, IN  47575<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** KLEM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,039.23 |

| 3.1182 | **Nonpriority creditor's name and mailing address**<br>U.S. HEALTHWORKS MEDICAL GROUP<br>P.O. BOX 50042<br><br>LOS ANGELES, CA  90074<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** HEWO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.00 |

| 3.1183 | **Nonpriority creditor's name and mailing address**<br>U.S. POSTAL SERVICE<br>POSTAGE-BY-PHONE<br>P.O. BOX 894766<br><br>LOS ANGELES, CA  90189-4766<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** USPS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.1184** | **Nonpriority creditor's name and mailing address**
UBFNA
88069 EXPEDITE WAY

CHICAGO, IL  60695-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SFOO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,416.93

---

**3.1185** | **Nonpriority creditor's name and mailing address**
UCHS Class of 2018
Mrs. Hoelck
6949 Genesee Avenue

San Diego, CA  92122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.75

---

**3.1186** | **Nonpriority creditor's name and mailing address**
UL LLC, EVERCLEAN
32097 COLLECTION CENTER DR.

CHICAGO, IL  60693-0097

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LLCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,250.00

---

**3.1187** | **Nonpriority creditor's name and mailing address**
ULINE SHIPPING SUPPLY
P.O. BOX 88741

CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LINE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,396.06

---

**3.1188** | **Nonpriority creditor's name and mailing address**
UNITED DISPENSER SERVICE INC.
6500 NW 16TH STREET
SUITE 2

PLANTATION, FL  33313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ITDI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$333.72

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

| 3.1189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.68 |

**Nonpriority creditor's name and mailing address**

United Methodist Church
of Vista
Tom Humphrey
490 South Melrose Drive
Vista, CA 92081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4854**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.68

---

**3.1190** **Nonpriority creditor's name and mailing address**

Unity Church of El Cajon
Judy Goode
311 Highland Avenue

El Cajon, CA 92020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6179**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.25

---

**3.1191** **Nonpriority creditor's name and mailing address**

UNIVERSAL PLASTICS LLC
2625 DEER PARK BLVD

OMAHA, NE 68105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IPLA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,826.88

---

**3.1192** **Nonpriority creditor's name and mailing address**

UNIVERSAL RESTAURANT/HOME
REPAIRS, INC.
3312 CABARET LANE

MARGATE, FL 33063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ADRO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,424.06

---

**3.1193** **Nonpriority creditor's name and mailing address**

UNUM LIFE INSURANCE
COMPANY OF AMERICA
P.O. BOX 406946

ATLANTA, GA 30384-6946

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ULIF**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,317.54

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,785.81 |
|---|---|---|---|

**3.1194**

**Nonpriority creditor's name and mailing address**

US LAWNS OF CTRL PHOENIX
2303 N. 44TH STREET
SUITE #14-1100

PHOENIX, AZ 85008-2442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AUSL**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,785.81

---

**3.1195**

**Nonpriority creditor's name and mailing address**

VALVISTA NORTH, LLC
4770 CAMPUS DRIVE #220
ATTN: WILLIAM C. VALAIKA

NEWPORT BEACH, CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LNOR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,649.59

---

**3.1196**

**Nonpriority creditor's name and mailing address**

VARGAS,ADINA
C/O GERBER LAW
916 N WESTERN AVE
LOS ANGELES, CA 90029

**Date or dates debt was incurred**

7/6/2014

**Last 4 digits of account number: 5181**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1197**

**Nonpriority creditor's name and mailing address**

VEACH,AMBER
C/O THE LAW FIRM OF KEVIN MOORE
2632 W BEVERLY BLVD
MONTEBELLO, CA 90640

**Date or dates debt was incurred**

12/14/2015

**Last 4 digits of account number: 5632**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1198**

**Nonpriority creditor's name and mailing address**

VELEZ,SERGIO
C/O LAW OFFICES OF KEITH NGUYEN
3580 WILSHIRE BLVD
#1600
LOS ANGELES, CA 90010

**Date or dates debt was incurred**

6/9/2013

**Last 4 digits of account number: 3614**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1199** | **Nonpriority creditor's name and mailing address**

VELOCITY TECHNOLOGY SOLUTIONS
3567 MOMENTUM PLACE

CHICAGO, IL  60689-5335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LTEC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,120.23

---

**3.1200** | **Nonpriority creditor's name and mailing address**

VENTURA FOODS LLC
26259 NETWORK PLACE

CHICAGO, IL  60673-1262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NFOO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.74

---

**3.1201** | **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 660108

DALLAS, TX  75266-0108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RITX

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,957.72

---

**3.1202** | **Nonpriority creditor's name and mailing address**

VESTAR BOWLES CROSSING, LLC
2425 EAST CAMELBACK ROAD, SUITE #750

PHOENIX, AZ  85016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SBOW

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,637.50

---

**3.1203** | **Nonpriority creditor's name and mailing address**

VESTAR DRM - OPCO, LLC
DEPT. #880116
P.O. BOX 29650

PHOENIX, AZ  85038-9650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SDRM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,507.79

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.1204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,551.04 |
| | VESTCO FOOD EQUIPMENT, INC | ☐ Contingent | |
| | 1220 INDUSTRIAL AVE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | ESCONDIDO, CA 92029-1422 | **Basis for the claim:** TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** SFOO | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,502.74 |
| | VIA INC. | ☐ Contingent | |
| | 700 SW TAYLOR, #300 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | PORTLAND, OR 97205 | **Basis for the claim:** TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** ALAN | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,197.00 |
| | VICTOR PACKING, INC | ☐ Contingent | |
| | 11687 ROAD 27 1/2 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | MADERA, CA 93637 | **Basis for the claim:** TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** CPAC | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.00 |
| | VILLAGE OF GLENVIEW | ☐ Contingent | |
| | 1225 WAUKEGAN ROAD | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | GLENVIEW, IL 60025-3071 | **Basis for the claim:** TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** LGLE | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,637.13 |
| | VILLAGE OF LOMBARD | ☐ Contingent | |
| | 225 E. WILSON AVE. | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | LOMBARD, IL 60148 | **Basis for the claim:** TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** LLOM | ☐ Yes | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,660.45 |

VILLAGE OF SCHAUMBURG
FINANCE DEPT - FOOD & BEV TAX
101 SCHAUMBURG COURT

SCHAUMBURG, IL  60193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** LLSC

---

| 3.1210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,734.80 |

VISION SERVICE PLAN
P.O. BOX 45210

SAN FRANCISCO, CA  94145-5210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** SION

---

| 3.1211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,004.80 |

VITA PAKT CITRUS PRODUCTS
P.O. BOX 309

COVINA, CA  91723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** TPAK

---

| 3.1212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,797.67 |

VOLLRATH COMPANY INC
75 REMITTANCE DRIVE
SUITE 3022

CHICAGO, IL  60675-3022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** LCOM

---

| 3.1213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56,365.06 |

VORTEX INDUSTRIES, INC.
FILE 1095
1801 W. OLYMPIC BLVD.

PASADENA, CA  91199-1095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** RTE1

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1214 | **Nonpriority creditor's name and mailing address**<br><br>W. S. Winseman Foundation<br>Jerome Abbott<br>905 Calle Negocio Rt#74146<br><br>Rancho San Clement, CA 92673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6132** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.14 |
| 3.1215 | **Nonpriority creditor's name and mailing address**<br><br>WADE BROXTON<br>DBA BROXTON'S LAWN CARE<br>17420 CEDERWOOD LOOP<br><br>LUTZ, FL 33558<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: DBRO** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $223.55 |
| 3.1216 | **Nonpriority creditor's name and mailing address**<br><br>WAGEWORKS, INC.<br>P.O. BOX 45772<br><br>SAN FRANCISCO, CA 94145-0772<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: GWOR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $400.34 |
| 3.1217 | **Nonpriority creditor's name and mailing address**<br><br>WALDIN/DICK/WR-I FLA.<br>P.O. BOX 823201<br><br>PHILADELPHIA, PA 19182-3201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: LDIC** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,272.12 |
| 3.1218 | **Nonpriority creditor's name and mailing address**<br><br>WALLING,MEGAN<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>16830 VENTURA BLVD<br>#345<br>ENCINO, CA 91436<br><br>**Date or dates debt was incurred**<br><br>7/30/2016<br><br>**Last 4 digits of account number: 4429** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-2177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.1219** | **Nonpriority creditor's name and mailing address**

WALSH, JAMES P
15822 BERNARDO CENTER DRIVE
SUITE A

SAN DIEGO, CA  92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** r EE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$115,085.47

---

**3.1220** | **Nonpriority creditor's name and mailing address**

WALTON SIMI INVESTORS VI, LLC
C/O W/A SVT HOLDINGS VI, LLC
P.O. BOX 749659

LOS ANGELES, CA  90074-9659

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LSIM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,669.74

---

**3.1221** | **Nonpriority creditor's name and mailing address**

WARD,CHRIS
C/O FLETCHER BROWN LAW FIRM
150 N SANTA ANITA AVE
#300
ARCADIA, CA  91006

**Date or dates debt was incurred**

1/15/2015

**Last 4 digits of account number:** 1212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1222** | **Nonpriority creditor's name and mailing address**

WATER & AIR WORKS
3110 N.E. MINNEHAHA ST.
UNIT B

VANCOUVER, WA  98663

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TAIR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,521.96

---

**3.1223** | **Nonpriority creditor's name and mailing address**

WATER EVENT-PURE WATER
SOLUTIONS
2109 LUNA RD #100

CARROLITON, TX  75006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TEVE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,800.37

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,313.29 |

**Nonpriority creditor's name and mailing address**
WATER TEC OF TUCSON INC.
4601 S. 3RD AVE

TUCSON, AZ  85714-2808

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: TTEC**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,313.29

---

3.1225  **Nonpriority creditor's name and mailing address**
WATER WIZARD
4406 NE 6TH AVENUE

OAKLAND PARK, FL  33334

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: TWIZ**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$423.25

---

3.1226  **Nonpriority creditor's name and mailing address**
WATERHOUSE INVESTMENTS, LLC
WELLS FARGO
P.O. BOX 3488
ACCT# 0002000660283414
PORTLAND, OR  97208-3488

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: DCAL**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,935.00

---

3.1227  **Nonpriority creditor's name and mailing address**
WATTS UP LIGHTING
9320 JOHNSON DRIVE

MERRIAM, KS  66203

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ATTS**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$856.29

---

3.1228  **Nonpriority creditor's name and mailing address**
WAWONA FROZEN FOODS INC.
100 W. ALLUVIAL AVE.

CLOVIS, CA  93611

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: WFRO**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,460.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1229** | **Nonpriority creditor's name and mailing address**
WAXIE SANITARY SUPPLY
P.O. BOX 60227

LOS ANGELES, CA 90060-0227

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** XSAN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,769.31

---

**3.1230** | **Nonpriority creditor's name and mailing address**
WCPRT COLONIAL PROMENADE LLC
C/O THE SEMBLER COMPANY
P.O. BOX 41847

ST. PETERSBURG, FL 33743-1847

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PRTC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,876.08

---

**3.1231** | **Nonpriority creditor's name and mailing address**
WEBBCO LAWN CARE & HOOD
CLEANING CO.
PO BOX 2166

CALLAHAN, FL 32011

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BLAW

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.1232** | **Nonpriority creditor's name and mailing address**
WEBBULA LLC
3000 VILLAGE RUN RD, UNIT 103
#211

WEXFORD, PA 15090

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BLLC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,425.01

---

**3.1233** | **Nonpriority creditor's name and mailing address**
WEED PRO LAWN CARE, INC.
2705 HOLCOMB BRIDGE ROAD

ALPHARETTA, GA 30022

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EPRO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,926.50

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1234 | **Nonpriority creditor's name and mailing address**<br><br>WE-GO WELDING<br>1842 W. GRANT RD, STE #105<br><br>TUCSON, AZ  85745<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** GWEL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $445.00 |
| 3.1235 | **Nonpriority creditor's name and mailing address**<br><br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br><br>HOUSTON, TX  77292<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** REAL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134,250.34 |
| 3.1236 | **Nonpriority creditor's name and mailing address**<br><br>WELL LUCK CO., INC.<br>104 HARBOR DRIVE<br><br>JERSEY CITY, NJ  07305<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LLUC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $864.00 |
| 3.1237 | **Nonpriority creditor's name and mailing address**<br><br>WELLS FARGO BANK, N.A.<br>TRUST OPERATIONS<br>NW 5159<br>P.O. BOX 1450<br>MINNEAPOLIS, MN  55485-5159<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** LLMN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,431.25 |
| 3.1238 | **Nonpriority creditor's name and mailing address**<br><br>WELLS, DANA D<br>15822 BERNARDO CENTER DRIVE<br>SUITE A<br><br>SAN DIEGO, CA  92127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** oyee | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $188,095.64 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.1239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,976.15 |

**Nonpriority creditor's name and mailing address**
WEST COAST CONSTRUCTION
SERVICES, INC
9021 RANCHO PARK COURT

RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SCON

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1240 **Nonpriority creditor's name and mailing address**
WEST COAST GASKETS
10741 SHERMAN WAY #3

SUN VALLEY, CA 91352

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GASK

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,590.48

---

3.1241 **Nonpriority creditor's name and mailing address**
WESTLAND FINANCIAL I, LLC
TRIAD BANK
10375 CLAYTON ROAD
ATTN: TAMARA REED
SAINT LOUIS, MO 63131

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SFIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,157.48

---

3.1242 **Nonpriority creditor's name and mailing address**
Westminster Nursery School
Joy Thompson
5552 Placer Ave

Westminster, CA 92683

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6243

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.49

---

3.1243 **Nonpriority creditor's name and mailing address**
WESTSIDE WATER FEATURES LLC
WESTSIDE LAWN&LANDSCAPING LTD.
11757 W. KEN CARYL AVE.
SUITE F-302
LITTLETON, CO 80127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SLAW

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,066.52

Debtor    Garden Fresh Restaurant Corp.      Case 16-12177-CSS     Doc 7     Filed 11/14/16     Page 360 of 404

(Name)        Case number (if known)   16-12177

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1244**   **Nonpriority creditor's name and mailing address**

WEX Bank
D/B/A WRIGHT EXPRESS FSC
PO BOX 6293

CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: XBAN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,687.77

---

**3.1245**   **Nonpriority creditor's name and mailing address**

WHALEY FOODSERVICE REPAIRS
C/O BB&T
P.O. BOX 890771

CHARLOTTE, NC  28289

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: AFOO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,710.99

---

**3.1246**   **Nonpriority creditor's name and mailing address**

WHITE, ROBERT AND WHITE, LISA
C/O STEVEN ZWICK
LAW OFFICE OF STEVEN ZWICK
25909 PALA, SUITE 340
MISSION VIEJO, CA  32691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1247**   **Nonpriority creditor's name and mailing address**

WIEDENBACH-BROWN
10 SKYLINE DRIVE

HAWTHORNE, NY  10532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: EBRO**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,040.88

---

**3.1248**   **Nonpriority creditor's name and mailing address**

WILLIAM C GEARY
550 MARINA PARKWAY

CHULA VISTA, CA  91910

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LGEA**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1249 | **Nonpriority creditor's name and mailing address** | $4,560.00 |

WILLIAM MICHAEL KNIEVEL
177 LONDON TOWNE DRIVE

PITTSBURGH, PA  15226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LMIC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1250 | **Nonpriority creditor's name and mailing address** | $26,758.00 |
|---|---|---|

WILLIAM N. JONES
AND BETTY K. JONES
5604 CASTLEBROOK DRIVE

RALEIGH, NC  27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LJON**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1251 | **Nonpriority creditor's name and mailing address** | $2,700.68 |
|---|---|---|

WILLOW SPECIALTIES
34 CLINTON STREET

BATAVIA, NY  14020-2821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ABAS**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1252 | **Nonpriority creditor's name and mailing address** | $1,699.41 |
|---|---|---|

WILSON ENTERPRISES
120 WEST 39TH STREET

VANCOUVER, WA  98660-1956

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LENT**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1253 | **Nonpriority creditor's name and mailing address** | $5,342.87 |
|---|---|---|

WJB PACKAGING SALES, INC
26871 HOBIE CIRCLE

MURRIETA, CA  92562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BPAC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1254**

**Nonpriority creditor's name and mailing address**
WNA CITY OF INDUSTRY
DEPT #771823
P.O. BOX 77000

DETROIT, MI  48277-1823

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ACOM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,885.90

---

**3.1255**

**Nonpriority creditor's name and mailing address**
WOLFF HORTICULTURE, INC
9602 SANTIAGO BLVD.

VILLA PARK, CA  92867

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EWOL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.87

---

**3.1256**

**Nonpriority creditor's name and mailing address**
WOODLAND FOODS
2972 MOMENTUM PLACE

CHICAGO, IL  60689-5329

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OFOO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,326.50

---

**3.1257**

**Nonpriority creditor's name and mailing address**
WRI WEST GATE SOUTH, L.P.
P.O. BOX 924133
PROJECT NUMBER: 0260-077
LEASE NUMBER: LGARDFR01
HOUSTON, TX  77292-4133

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** IWES

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,410.64

---

**3.1258**

**Nonpriority creditor's name and mailing address**
WTW C&I
P.O. BOX 701002

ST. CLOUD, FL  34770

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WC&I

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,275.00

---

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.1259** **Nonpriority creditor's name and mailing address**

XL LANDSCAPE DEVELOPMENT LLC
451 E. SUNSET ROAD

HENDERSON, NV 89011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,291.09

**3.1260** **Nonpriority creditor's name and mailing address**

XO COMMUNICATIONS LLC
FILE 50550

LOS ANGELES, CA 90074-0550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** XLIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.42

**3.1261** **Nonpriority creditor's name and mailing address**

XPEDITE SYSTEMS, LLC
P.O. BOX 116451

ATLANTA, GA 30368-6451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ESYS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,016.25

**3.1262** **Nonpriority creditor's name and mailing address**

YACOEL INVESTMENTS II, LLC
PROPERTY #741M
5850 CANOGA AVE. #650

WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CINV

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,460.63

**3.1263** **Nonpriority creditor's name and mailing address**

YELP INC.
P.O. BOX 204393

DALLAS, TX 75320-4393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** YELP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,324.00

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177
            (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1264** | **Nonpriority creditor's name and mailing address**
YOOKIMSAN, LLC
831 SAN CLEMENTE

IRVING, TX  75039

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** OKIM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

---

**3.1265** | **Nonpriority creditor's name and mailing address**
YOUNG ELECTRIC SIGN COMPANY
P.O. BOX 11676

TACOMA, WA  98411-6676

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UELE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,401.34

---

**3.1266** | **Nonpriority creditor's name and mailing address**
YOUNG GUNS, INC
PO BOX 959

HATCH, NM  87937

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UGUN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,746.00

---

**3.1267** | **Nonpriority creditor's name and mailing address**
YOUR ENVIRONMENTAL SOLUTION
6524 ILEX CIRCLE

NAPLES, FL  34109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ENVI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$530.00

---

**3.1268** | **Nonpriority creditor's name and mailing address**
YOUR ENVIRONMENTS SOLUTION INC
428 5TH STREET

ORLANDO, FL  32824

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** UENV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,012.50

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

ZAMORA,RAYMUNDO
C/O LAW OFFICE OF MOSES LUNA
1600 N BROADWAY #650
SANTA ANA, CA  92706

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
2/6/2015

**Basis for the claim:**
WORKERS COMPENSATION

**Last 4 digits of account number: 3386**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

ZARFATY, HADASSA
C/O DAVID R. STRONG
LAW OFFICE OF DAVID R. STRONG
110 SE 6TH STREET, SUITE 1910
FORT LAUDERDALE, FL  33301

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $106.47
*Check all that apply.*

ZEE MEDICAL SERVICE CO.
P.O. BOX 610878

SAN JOSE, CA  95161-0878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: EE24**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,335.45
*Check all that apply.*

ZIMMERMAN PROPERTIES, INC
C/O CUTLER COMMERCIAL
2150 E HIGHLAND AVE #207

PHOENIX, AZ  85016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: MPRO**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **$3,885,833.43** |
| 5b. | Total claims from Part 2 | 5b. + | **$29,252,801.06** |
| 5c. | **Total of Parts 1 and 2**
Lines 5a + 5b = 5c. | 5c. | $33,138,634.49 |

| Fill in this information to identify the case: |
| --- |

Debtor      Garden Fresh Restaurant Corp.

United States Bankruptcy Court for the:   District of Delaware

Case number     16-12177
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | 1040 GRANT ROAD ASSOCIATES III C/O CROSSPOINT REALTY SERVICES, INC. 260 CALIFORNIA STREET, 4TH FLOOR SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | 12085 BRANDFORD STREET PROJECT 12085 BRANDFORD STREET PROJECT PACOIMA, CA 91331 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | 1467 BRITTMOORE LLC 1467 BRITTMOORE ROAD HOUSTON, TX 77043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | 1756, INC. 13826 N.W. 22ND COURT SUNRISE, FL 33323 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | 2230 W. LINCOLN, LLC P.O. BOX 8021 LAGUNA HILLS, CA 92654-8021 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | A. C. WARNACK TRUST<br>P.O. BOX 1409<br>LANCASTER, CA  93584 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | A. ZERAGAS –PRICE BID | A. ZEREGA'S SONS, INC.<br>PO BOX 36341<br>NEWARK, NJ  07188-6341 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AND SOFTWARE LICENSE AGREEMENT, DATED JULY 23, 1998, BY AND BETWEEN ADP, INC. (AS ASSIGNED FROM PROBUSINESS, INC.) AND GARDEN FRESH RESTAURANT CORP, AS AMENDED | ADP<br>4125 HOPYARD ROAD<br>PLEASANTON, CA  94588 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | RETIREMENT PLAN ADVISORY AND DISCLOSURE AGREEMENT, DATED APRIL 11, 2011, BY AND AMONG INDEPENDENT FINANCIAL PARTNERS, DBA ALFORD-JUNGERS MANAGEMENT LLC, DARRELL ALFORD, LISA JUNGERS AND GARDEN FRESH RESTAURANT CORP. | ALFORD-JUNGERS - EBG CONSULTING<br>6165 GREENWICH DRIVE, #240<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT CARD PROCESSING AGREEMENT BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND AMERICAN EXPRESS. | AMERICAN EXPRESS CREDIT CARD PROCESSOR<br>AMERICAN EXPRESS INITIAL  PROCESSING<br>PO BOX 2878<br>OMAHA, NE  68103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | AMERICAN EXPRESS / BUSINESS EXTRAA CORPORATE CARD ACCOUNT AGREEMENT FOR THE UNITED STATES, DATED JANUARY 22, 2008, BY AND BETWEEN AMERICAN EXPRESS TRAVL RELATED SERVICES COMPANY, INC. AND GARDEN FRESH RESTAURANT CORP. | AMERICAN EXPRESS PURCHASE CARD AGREEMENT<br>BOX 0001<br>LOS ANGELES, CA  90096-8000 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known)   16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | AMICORP ENTERPRISES, INC.<br>PO BOX 609<br>HURRICANE, UT  84737-0609 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND MAINTENANCE AGREEMENT, DATED DECEMBER 13, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ANDREW'S REFRIGERATION | ANDREW'S REFRIGERATION, INC<br>5617 E HILLERY DR<br>SCOTTSDALE, AZ  85254-2449 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED JULY 28, 1993, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ANYTIME SIGN SYSTEMS. | ANYTIME SIGN<br>1055 BAY BLVD. SUITE H.<br>CHULA VISTA, CA  91911 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT, DATED FEBRUARY 1, 2006, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ARAMARK UNIFORM SERVICES, A DIVISION OF ARAMARK UNIFORM & CAREER APPAREL, INC. | ARAMARK UNIFORM SERVICES<br>5665 EASTGATE DRIVE<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | ARDENTMILLS – PRICING EMAIL | ARDENT MILLS, LLC<br>PO BOX 419204<br>BOSTON, MA  02241-9204 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | PROOF OF ENTITLEMENT - INTERNATIONAL PASSPORT ADVANTAGE AGREEMENT, BY AND BETWEEN INTERNATIONAL BUSINESS MACHINES CORPORATION AND GARDEN FRESH RESTAURANT | AVIANA<br>915 W. IMPERIAL HWY, #100<br>BREA, CA  92821 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | BEAR NECESSITY LLC<br>1330 NEPTUNE AVENUE<br>LEUCADIA, CA  92024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT, DATED DECEMBER 17, 2015, BY AND BETWEEN BLACKLINE SYSTEMS, INC. AND GARDEN FRESH RESTAURANT CORP. | BLACKLINE SOFTWARE<br>DEPT. LA 23816<br>PASADENA, CA  91185-3816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRM ORDER PURCHASE AGREEMENT AND TERMS AND CONDITIONS, DATED 1/13/2016, BY AND BETWEEN BLOMMER CHOCOLATE COMPANY AND GARDEN FRESH RESTAURANT. | BLOMMER CHOCOLATE<br>OF CALIFORNIA PO BOX 848153<br>LOS ANGELES, CA  90084-8153 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | BOX SERVICE AGREEMENT, DATED NOVEMBER 5, 2015, BY AND BETWEEN BOX, INC. AND GARDEN FRESH HOLDINGS, INC. | BOX, INC.<br>DEPT. 34666 P.O. BOX 39000<br>SAN FRANCISCO, CA  94139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | BURGUNDY BEAR LTD.<br>5674 SONOMA DRIVE<br>PLEASANTON, CA  94566 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CAMDEN HOUSE LLC<br>1420 MIRAVALE AVENUE<br>LOS ALTOS, CA  94024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | CARGILL – PRICING TERMS | CARGILL<br>P.O. BOX 749481<br>LOS ANGELES, CA  90074-9481 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | CHALLENGE DAIRY – PRICING TERMS | CHALLENGE DAIRY<br>PO BOX 742266<br>LOS ANGELES, CA  90074-2266 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | CIGNA – BROKER OF RECORD LETTER | CIGNA<br>5476 COLLECTION CENTER DR<br>CHICAGO, IL  60693-0054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CLPF - CLAIREMONT MESA, L.P.<br>C/O CLARION PARTNERS,LLC<br>601 SOUTH FIGUEROA, SUITE 3400<br>LOS ANGELES, CA  90017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CNC HOLDINGS, LLC<br>13313 N.E. 287TH CIRCLE<br>BATTLE GROUND, WA  98604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CNL INCOME FEC TUCSON, LLC<br>C/O CNL LIFESTYLE COMPNAY, LLC<br>450 SOUTH ORANGE AVENUE, 12TH FLOOR<br>ORLANDO, FL  32801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest** | COCA-COLA FOODSERVICE BEVERAGE MARKETING AGREEMENT, DATED APRIL 1, 2013, BY AND BETWEEN COCA-COLA FOODSERVICE AND ON-PREMISE, A PART OF THE COCA-COLA COMPANY. | COCA COLA BOTTLER'S SERVICES COMPANY LLC BANK OF AMERICA ATLANTA, GA 30384-2702 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest** | COCA-COLA FOODSERVICE BEVERAGE MARKETING AGREEMENT, DATED APRIL 1, 2013, BY AND BETWEEN COCA-COLA FOODSERVICE AND ON-PREMISE, A PART OF THE COCA-COLA COMPANY. | COCA COLA NORTH AMERICA 2 ONE COCA-COLA PLAZA NW ATLANTA, GA 30313 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest** | COCA-COLA FOODSERVICE BEVERAGE MARKETING AGREEMENT, DATED APRIL 1, 2013, BY AND BETWEEN COCA-COLA FOODSERVICE AND ON-PREMISE, A PART OF THE COCA-COLA COMPANY. | COCA COLA USA PO BOX 951073 DALLAS, TX 75395-1073 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest** | COCA-COLA FOODSERVICE BEVERAGE MARKETING AGREEMENT, DATED APRIL 1, 2013, BY AND BETWEEN COCA-COLA FOODSERVICE AND ON-PREMISE, A PART OF THE COCA-COLA COMPANY. | COCA COLA PO BOX 951073 DALLAS, TX 75395-1073 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest** | COCA-COLA FOODSERVICE BEVERAGE MARKETING AGREEMENT, DATED APRIL 1, 2013, BY AND BETWEEN COCA-COLA FOODSERVICE AND ON-PREMISE, A PART OF THE COCA-COLA COMPANY. | COCA-COLA NORTH AMERICA PO BOX 102703 ATLANTA, GA 30368-2703 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.35 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | COLLIERS INTERNATIONAL 1850 MT. DIABLO BLVD., SUITE 200 WALNUT CREEK, CA 94596 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)  16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | CONAGRA – PRICING TERMS LETTER (UNSIGNED BY EITHER PARTY) | CONAGRA FOODS CO. FILE 56929 LOS ANGELES, CA  90074-6929 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CONCEPCION HOPPE, TRUSTEE 8070 LA JOLLA SHORES DRIVE LA JOLLA, CA  92037 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED JANUARY 7, 2014, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND CFP FIRE PROTECTION INC. | CONSOLIDATED FIRE PROTECTION 153 TECHNOLOGY DRIVE #200 IRVINE, CA  92618 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT, DATED JANUARY 27, 2016, BY AND BETWEEN DISTANT LANDS COFFEE AND GARDEN FRESH RESTAURANT CORP. | COUNTRY COFFEE CO, INC. DISTANT LANDS COFFE ROASTERS 25185 NETWORK PLACE CHICAGO, IL  60673-1185 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK AND TERMS AND CONDITIONS, DATED DECEMBER 3, 2015, BY AND BETWEEN GARDEN FRESH AND CROSSMEDIA. | CROSSMEDIA, INC. 22 W 23RD STREET NEW YORK, NY  10010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LICENSE AGREEMENT, DATED MARCH 12, 2014, BY AND BETWEEN CRUNCHTIME! INFORMATION SYSTEMS, INC. AND GARDEN FRESH RESTAURANT CORP. | CRUNCHTIME INFORMATION SYSTEMS 129 PORTLAND STREET BOSTON, MA  2114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CSRA KOMAR DESERT CENTER MASTER LESSEE, LLC ATTN: PROPERTY MANAGER 3151 AIRWAY AVENUE, STE. G-3 COSTA MESA, CA  92626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE QUOTE, BY AND BETWEEN CUSTOM CULINARY INC. AND GARDEN FRESH RESTAURANT. | CUSTOM CULINARY, INC. PO BOX 205922 DALLAS, TX 75320-5922 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | CYPRESS CREEK ASSOCIATES LP P.O. BOX 5020 NEW HYDE PARK, NY 11042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | DANASH, LLC 35 CROOKED HILL ROAD, SUITE 202 COMMACK, NY 11725 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | DAVE A. CARR 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | DDRA AHWATUKEE FOOTHILLS, LLC C/O DDR CORP., 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND DE LAGE LANDEN FINANCIAL SERVICES, INC. | DE LAGE LANDEN FINANCIAL SERVICES P.O. BOX 41602 PHILADELPHIA, PA 19101-1602 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | DEL AMO ASSOCIATES, LLC 60 SOUTH MARKET STREET, #1120 SAN JOSE, CA 95113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.    Case number (if known) 16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | DERITO TALKING STICK SOUTH, LLC 3200 EAST CAMELBACK, SUITE 175 PHOENIX, AZ  85018 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | DK CONNECTIONS LLC 150 EAST 58TH STREET, 39TH FLOOR NEW YORK, NY  10155 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | DOMAIN CORPORATION 2716 OCEAN PARK BLVD., SUITE 3006 SANTA MONICA, CA  90405-5207 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | DUESENBERG INVESTMENT COMPANY D/B/A TOPA PLAZA 1800 AVENUE OF THE STARS, SUITE 1400 LOS ANGELES, CA  90067-4126 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT, DATED APRIL 1, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ECOLAB CENTER | ECO CLEAN LLC P.O. BOX 100512 PASADENA, CA  91189-0512 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT, DATED APRIL 1, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ECOLAB CENTER | ECOLAB FOOD SAFETY SOLUTIONS 24198 NETWORK PLACE CHICAGO, IL  60673-1241 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known)    16-12177

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT SERVICE AGREEMENT, DATED FEBRUARY 23, 2009, BY AND BETWEEN ADVANTAGE IQ, INC. AND GARDEN FRESH RESTAURANT CORP. | ECOVA, INC 1313 N. ATLANTIC SUITE 5000 SPOKANE, WA 99201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | EMIC PROPERTIES 3020 BRIDGEWAY BOULEVARD NC, SUITE 107 SAUSALITO, CA 94965 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | EQUITY OFFICE MANAGEMENT, L.L.C. 4510 EXECUTIVE DRIVE, SUITE 220 SAN DIEGO, CA 92121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED SEPTEMBER 15, 1995, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND EVERSOFT. | EVERSOFT P.O. BOX 92769 LONG BEACH, CA 90809 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | FACCHINO LABARBERA BERNAL PLAZA LLC C/O TERRACOMMERCIAL MGMT CORP. P.O. BOX 26190 SAN JOSE, CA 95159 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | PRINING AGREEMENT, DATED FEBRUARY 12, 2013, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. (AS A "PORTFOLIO CUSTOMER" OF SUN CAPTIAL ADVISORS, INC.) AND FEDERAL EXPRESS CORPORATION AND FEDEX GROUND PACKAGE SYSTEM, INC. | FEDERAL EXPRESS CORP. P.O. BOX 7221 PASADENA, CA 91109-7321 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER OF PAYMENT OF ALCOHOL PURCHASES | FINTECH.NET<br>3109 WEST DR. MARTIN KING LUTHER BLVD., SUITE 200<br>TAMPA, FL 33607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF ACCEPTANCE | FIRST INSURANCE OF CALIFORNIA<br>P.O.BOX 7000<br>CAROL STREAM, IL 60197-7000 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | FLAMINGO POINTE PARTNERS, LLC<br>9516 WEST FLAMINGO ROAD, SUITE 305<br>LAS VEGAS, NV 89147 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | FR FLORIDA, INC.<br>C/O FEDERAL REALTY INVESTMENT TRUST<br>1626 EAST JEFFERSON STREET<br>ROCKVILLE, MD 20852 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | FRANCISCAN AAH, LLC<br>C/O FESTIVAL MANAGEMENT CORPORATION, ATTN: LEGAL DEPT.<br>9841 AIRPORT BLVD., STE. 700,<br>LOS ANGELES, CA 90045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | FRIT ESCONDIDO PROMENADE, LLC<br>1626 EAST JEFFERSON STREET<br>ROCKVILLE, MD 20852-4041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT CONFIRMATION, DATED OCTOBER 29, 2015, BY AND BETWEEN SUNRISE GROWERS, INC. AND GARDEN FRESH CORP. | FROSUN/SUNRISE GROWERS<br>PO BOX 74008362<br>CHICAGO, IL 60674-8362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | FURMANOS BEANS – PRICING BID | FURMANOS BEANS<br>P.O. BOX 12956<br>PHILADELPHIA, PA  19176-0956 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED CAR SERVICE AGREEMENT, DATED SEPTEMBER 1, 2005, BY AND BETWEEN AT SYSTEMS WEST, INC. | GARDA CL WEST, INC.<br>3209 MOMENTUM PLACE<br>CHICAGO, IL  60689-5332 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMON PAYMASTER AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | GIFT CARD PROGRAM AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE, EXECUTED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AND ASSUMPTION AGREEMENT, DATED NOVEMBER 17, 2010, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND GARDEN FRESH PROMOTIONS, LLC. | GARDEN FRESH PROMOTIONS, LLC 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | GEORGE-THOMAS ENTERPRISES, LLC 14531 DELANO STREET VAN NUYS, CA  91411 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | BRAND & PRODUCT LICENSE AGREEMENT DATED 4/30/2013 | GOLD COAST PACKING P.O. BOX 1023 SANTA MARIA, CA  93456 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLDEN WEST – PRICING AGREEMENT | GOLDEN WEST US BANK LOCKBOX PO BOX 511541 LOS ANGELES, CA  90051 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)    16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | GRANADA SHOPPES ASSOC. LTD<br>703 WATERFORD WAY #800<br>MIAMI, FL  33126 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | GWINNETT PLACE ASSOCIATES, LP<br>C/O FARALLON CAPITAL MANAGEMENT, LLC<br>SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | HEDMARK II, LLC<br>79 ROYAL SAINT GEORGE'S WAY<br>RANCHO MIRAGE, CA  92270 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | HEDMARK II, LLC<br>79 ROYAL SAINT GEORGE'S WAY<br>RANCHO MIRAGE, CA  92270 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | HERZMAN TRUST/HNET INVESTMENTS LLC<br>PO BOX 3129<br>SAN DIEGO, CA  92163-1129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | HH PROMENADE PARTNERS LLC<br>FESTIVAL MANAGEMENT COMPANIES<br>9841 AIRPORT BLVD., SUITE 700<br>LOS ANGELES, CA  90045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | PROOF OF ENTITLEMENT - INTERNATIONAL PASSPORT ADVANTAGE AGREEMENT, BY AND BETWEEN INTERNATIONAL BUSINESS MACHINES CORPORATION AND GARDEN FRESH RESTAURANT CORP. | IBM<br>P.O. BOX 534151<br>ATLANTA, GA  30353 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMOTIONAL MEDIA AUTHORIZATION | ID MEDIA<br>6592 P.O. BOX 7247<br>PHILADELPHIA, PA  19170-6592 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED DECEMBER 21, 2015, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND IMAGERY MARKETING INC. | IMAGERY MARKETING INC.<br>1808 JANKE DRIVE SUITE L<br>NORTHBROOK, IL  60062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | INSYNC – PRICE MAINTENANCE CONTRACT | INSYNC<br>23272 MILL CREEK ROAD DR. SUITE 110<br>LAGUNA HILLS, CA  92653 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT, DATED JANUARY 11, 2012, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND INTERFACE SECURITY SYSTEMS, LLC. | INTERFACE SECURITY SYSTEMS LLC<br>3773 CORPORATE CENTER DRIVE<br>EARTH CITY, MO  63045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | INVESCO REAL ESTATE<br>2001 ROSS AVE., SUITE 3400<br>DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | JOHN MORBERG<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA  92127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | JULIO A. MARTIN FAMILY TRUST<br>2094 WEST MINARETS<br>FRESNO, CA  93711 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | KAMRAN & CO CAPITAL LEASE | KAMRAN AND COMPANY, INC<br>411 E MONTECITO ST<br>SANTA BARBARA, CA  93101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | KEN'S FOOD – PRICE LIST | KEN'S FOOD<br>PO BOX 6197<br>BOSTON, MA  02212-6197 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | KENT FOODS – PRICING TERMS | KENT PRECISION FOODS GROUP INC<br>26948 NETWORK PLACE<br>CHICAGO, IL  60673-1269 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | K-GAM 6202 E. BROADWAY, LLC<br>5989 E. GRANT RD.<br>TUCSON, AZ  85712 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | KGC LIMITED PARTNERSHIP<br>654 LA CRESTA BLVD.<br>EL CAJON, CA  92021 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)    16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK, NY  11042-0020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | KIO NETWORKS SERVICE ORDER FORM | KIO<br>PO BOX 93984<br>LAS VEGAS, NV  89193-3984 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | KJP KENNESAW, LLC<br>P.O. BOX 231400<br>ENCINITAS, CA  92023-1400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT MANAGEMENT AND SERVICES AGREEMENT, DATED AUGUST 17, 2015, BY AND BETWEEN KONTROL LLC AND GARDEN FRESH RESTAURANT CORP | KONTROL, LLC<br>4051 GLENCOE AVE #12<br>MARINA DEL REY, CA  90292 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT, DATED JUNE 1, 2015, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND KRUEGER COMMUNICATIONS, LLC. | KRUEGER MARKETING<br>4051 GLENCOE AVE #12<br>MARINA DEL REY, CA  90292 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | LEVON @ CAMARILLO<br>C/O INVESTEC MANAGEMENT CORP.<br>200 EAST CARRILLO STREET, SUITE 200<br>SANTA BARBARA, CA  93101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.

(Name)

Case number (if known) 16-12177

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | LIBERTY PROPERTY LIMITED PARTNERSHIP 500 CHESTERFIELD PARKWAY MALVERN, PA 19355 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | LPF SAN JOSE RETAIL, INC. C/O LASALLE INVESTMENT MANAGMENT,INC 200 EAST RANDOLPH DR, 44TH FLOOR CHICAGO, IL 60601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | LUPRESN 3, LLC 2112 16TH STREET NORTH ST PETERSBURG, FL 33704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | M.V. PARTNERS 650 TOWN CENTER DRIVE, SUITE 930 COSTA MESA, CA 92626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MACERICH PROPERTY MANAGEMENT COMPANY AGENT FOR MACERICH LAKEWOOD LP 401 WILSHIRE BOULEVARD, SUITE 700 SANTA MONICA, CA 90401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MAIN STREET HOTELS, LLC 2955 MAIN STREET, SUITE 300 IRVINE, CA 92614 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MCD-RC CA-AMERIGE, LLC ONE INDEPENDENT DRIVE, SUITE 114 JACKSONVILLE, FL 32202-5019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MEDOSWEET FARMS OF OREGON 10350 NORTH VANCOUVER WAY PORTLAND, OR  97217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED MARCH 14, 2012, BY AND BETWEEN MERICLE MECHANICAL, INC. AND GARDEN FRESH RESTAURANT CORP. | MERICLE MECHANICAL, INC. 1664 SIERRA MADRE CIRCLE PLACENTIA, CA  92870 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | TESTING PROPOSAL, DATED SEPTEMBER 23, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND MERIEUX NUTRISCIENCES | MERIEUX NUTRISCIENCES 111 E. WACKER DR. SUITE 2300 CHICAGO, IL  60601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MIDWAY TOWNE CENTER, LLC 3910 CHAPMAN STREET, SUITE A SAN DIEGO, CA  92110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MIRA MESA SHOPPING CENTER WEST 8294 MIRA MESA BOULEVARD SAN DIEGO, CA  92126 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCEPTANCE OF AGREEMENT, DATED NOVEMEBER 20, 2012, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND MONKEYMEDIA SOFTWARE | MONKEY MEDIA SOFTWARE 1401 WEST 8TH AVENUE SUITE 280 VANCOUVER, BC  V6H 1C9 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MORGUARD BOYNTON TOWN CENTER INC.<br>551 S. POWERLINE ROAD<br>POMPANO BEACH, FL 33069 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING AGREEMENT, DATED DECEMBER 24, 2015, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND MUSCLE MARKETING. | MUSCLE MARKETING<br>6065 PASEO CARRETA<br>CARLSBAD, CA 92009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | MUWA, LLC<br>C/O LUMER PROPERTY MANAGEMENT<br>19370 COLLINS AVE CU1<br>SUNNY ISLES BEACH, FL 33160 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | 2015 - 2016 PRICING PROPOSAL | NATIONAL FROZEN FOODS<br>PO BOX 9366<br>SEATTLE, WA 98109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM, DATED FEBRUARY 18, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND NAVEX GLOBAL, INC. | NAVEX GLOBAL<br>6000 MEADOWS ROAD, SUITE 200<br>LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF SALE | NEIL FOODS<br>P.O. BOX 842476<br>DALLAS, TX 75284-2476 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED AUGUST 4, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND NEOGEN CORPORATION | NEOGEN CORPORATION<br>620 LESHER PLACE,<br>LANSING, MI 48912 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | NET LEASE FUNDING 2005, LP C/O AMERICAN REALTY CAPITAL PROPERTIES, INC. 2325 EAST CAMELBACK ROAD, SUITE 1100 PHOENIX, AZ 85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | BEVERAGE GAS EQUIPMENT / PRODUCT SUPPLY AGREEMENT, DATED FEBRUARY 11, 2013, BY AND BETWEEN BARBEQUE INTEGRATED, INC.; BL RESTAURANT OPERATIONS, LLC; BOSTON MARKETS CORPORATION; CAPITAIN D'S LLC; FAZOLI'S SYSTEM MANAGEMENT, LLC; FRIENDLY'S ICE CREAM, LLC; | NUCO2 PO BOX 417902 BOSTON, MA 02241-7902 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | OAKWOOD PLAZA LIMITED PARTNERSHIP P.O. BOX 5020 NEW HYDE PARK, NY 11042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | OLEN PROPERTIES CORP. 7 CORPORATE PLAZA NEWPORT BEACH, CA 92660 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE, DATED NOVEMBER 15, 2015, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ORACLE AMERICA, INC. | ORACLE (HR SUPPORT CONTRACT & MARKETING CONTRACT) P.O. BOX 44471 SAN FRANCISCO, CA 94144 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | ORKIN PEST CONTROL COMMERCIAL SERVICES AGREEMNT, DATED JANUARY 7, 2011, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND ORKIN COMMERCIAL SERVICES | ORKIN PEST CONTROL 12710 MAGNOLIA AVE RIVERSIDE, CA 92503-4620 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | P & P TEMPE CITY CENTER GP, LLC<br>2122 EAST HIGHLAND AVENUE, SUITE 400<br>PHOENIX, AZ  85016 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | PACIFIC CHEESE – PRICE INCREASE LETTER | PACIFIC CHEESE<br>PO BOX 101736<br>LOCKBOX# 101736<br>PASADENA, CA  91189-1736 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PACIFIC REALTY ASSOCIATES, LP<br>15350 S.W. SEQUOIA PKWY., SUITE 300<br>PORTLAND, OR  97224 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AND REPAIR AGREMEENT, DATED JULY 31, 2013, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND JOHNSON LIFT/HYSTER. | PAPE MATERIAL HANDLING<br>P.O. BOX 60007<br>CITY OF INDUSTRY, CA  91716 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT CARD PROCESSING AGREEMENT BY AND BETWEEN GARDEN FRESH CORP. AND PAYMENTECH \ | PAYMENTECH<br>ATTN: CREDIT DEPARTMENT<br>14221 DALLAS PARKWAY, BLDG. II<br>DALLAS, TX  75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PIAZZA RETAIL, LLC<br>C/O NEWMARK MERRILL<br>18801 VENTURA BLVD., SUITE 300<br>TARZANA, CA  91356 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | PIPER JAFFRAY & CO.<br>ATTN: TREASURY, J09STR 800<br>NICOLLET AVE, SUITE 1000<br>MINNEAPOLIS, MN  55402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                                    Case number (if known) 16-12177

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.139 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE RENTAL OF POSTAGE MACHINE | PITNEY BOWES<br>P.O. BOX 371887<br>PITTSBURGH, PA  15250-7887 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.140 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PK I NORTH COUNTY PLAZA, LP<br>1621-B SOUTH MELROSE DRIVE<br>VISTA, CA  92081 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.141 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PLH HOLDINGS, LLC, SERIES I<br>P.O. BOX 5452<br>EUREKA, CA  95502-5452 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.142 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED JULY 1, 2013, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND PLUMBING MASTERS SERVICES LP | PLUMBING MASTER SERVICE, LP<br>PO BOX 53137<br>RIVERSIDE, CA  92517 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.143 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | POWER & RAY, LLC<br>C/O VESTAR DEVELOPMENT CO.<br>2425 EAST CAMELBACK ROAD, SUITE 750<br>PHOENIX, AZ  85016 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.144 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PRII ROLLING OAKS COMMONS FLA, LLC<br>C/O SOUTHEAST CENTERS<br>1541 SUNSET DRIVE<br>CORAL GABLES, FL  33143 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.145 **State what the contract or lease is for and the nature of the debtor's interest** | NONE | PRODUCE ALLIANCE<br>PO BOX 66452<br>CHICAGO, IL  60666-0452 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMUNICATING UNIT SALES, INSTALLATION, COMMUNICATIONS SERVICES AND LIMITED WARRANTY AGREEMENT, DATED JANUARY 22, 2009, BY AND BETWEEN GARDEN FRESH RESTAURANTS CORP AND PROFILE SYSTEMS, LLC | PROFILE SYSTEMS LLC 1000 E. 80TH PLACE 777 SOUTH MERRILLVILLE, IN  46410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | PRTC, L.P. C/O SHAPELL INDUSTRIES, INC. 8383 WILSHIRE BLVD., SUITE 700 BEVERLY HILLS, CA  90211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT AND SCOPE OF WORK, DATED MARCH 24, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND RADIOWAVE MARKETING AND PROMOTIONS LLC. | RADIOWAVE MARKETING AND PROMOTIONS LLC 3740 MOORE STREET LOS ANGELES, CA  90066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED MARCH 1, 2014, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND RAMCO REFRIGERATION AND AIR CONDITIONING, INC. | RAMCO REFRIGERATION & AIR INC. 3921 E. MIRALOMA AVE. ANAHEIM, CA  92806-6201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL QUOTE – RAPID7 END USER LICENSE AND SERVICES TERMS AND CONDITIONS, BY AND BETWEEN RAPID7 LLC AND GARDEN FRESH RESTAURANT CORP. | RAPID7, LLC P.O. BOX 347377 PITTSBURGH, PA  15251-4377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | REECO PROPERTIES LLLP 561 VIRGINIA DRIVE WINTER PARK, FL  32789 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest** | TRUCK LEASE AND SERVICE AGREEMENT, DATED JANUARY 14, 2000, BY AND BETWEEN RYDER TRUCK RENTAL, INC. D/B/A RYDER TRANSPORTATION SERVICES AND GARDEN FRESH RESTAURANT CORP. | RYDER TRUCK RENTAL INC. PO BOX 96723 CHICAGO, IL 60693 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.153 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED MARCH 31, 2015, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND SAFETYCHAIN SOFTWARE, INC. | SAFETY CHAIN 711 GRAND AVENUE #290 SAN RAFAEL, CA 94901 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.154 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SAN PASQUAL PROPERTIES, LLC 2292 LUNDY LAKE DR. ESCONDIDO, CA 92029 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.155 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SAVELLE INVESTMENT DYNAMICS 3015 NORTH OCEAN BLVD, SUITE 110 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.156 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO AGREEMENT BETWEEN SCA TISSUE NORTH AMERICA, LLC AND GARDEN FRESH RESTAURANT CORP., DATED MARCH 20, 2015 | SCA TISSUES P.O. BOX 3493 CAROL STREAM, IL 60132-3493 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.157 **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SCHMIDT SUNSHINE, INC. 2226 STATE ROAD 580 CLEARWATER, FL 33763-1838 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.158** **State what the contract or lease is for and the nature of the debtor's interest** — SEA WATCH INTERNATIONAL, LTD. – PROMOTION AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SEA WATCH<br>P.O. BOX 418077<br>BOSTON, MA 02241-8077 |
| **2.159** **State what the contract or lease is for and the nature of the debtor's interest** — CONSULTING AGREEMENT, DATED FEBRUARY 25, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND SECURESTATE CONSULTING, LLC.<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SECURESTATE CONSULTING LLC<br>23340 MILES ROAD<br>CLEVELAND, OH 44128 |
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT, DATED JULY 28, 2006, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP AND SECURITY SIGNAL DEVICES, INC.<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SECURITY SIGNAL DEVICES, INC.<br>11031 VIA FRONTERA SUITE B,<br>RANCHO BERNARDO, CA 92127 |
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest** — GARDEN FRESH BID PRICE LIST<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SENECA<br>P.O. BOX 99930<br>CHICAGO, IL 60696 |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT, DATED JANUARY 14, 2013, BY AND BETWEEN SERVICE MANAGEMENT GROUP, INC. AND GARDEN FRESH RESTAURANT CORP.<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SERVICE MANAGEMENT GROUP INC.<br>1737 MCGEE ST.<br>KANSAS CITY, MO 64108 |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest** — TERMS OF SERVICE, DATED 6/30/14. BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND SERVICECHANNEL.COM INC.<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SERVICE SOLUTIONS GROUP, LLC<br>PO BOX 419223<br>BOSTON, MA 02241-9223 |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENT, DATED AUGUST 25, 2008, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. INC. AND SERVICECHECK INC.<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SERVICECHECK, INC.<br>P.O. BOX 101373<br>ATLANTA, GA 30392 |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) 16-12177 |
| --- | --- | --- |
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SHAPELL SOCAL RENTAL PROPERTIES, LLC<br>8383 WILSHIRE BLVD., SUITE 700<br>BEVERLY HILLS, CA  90211-2472 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED MAY 30, 2000, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND SHEER ENTERPRISES, INC. | SHEER ENTERPRISES  INC.<br>6250 N. MILITARY TRAIL #204<br>W. PALM BEACH, FL  33407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SHIGENOBU KAKU & HIKARU KAKU<br>3605 LONG BEACH BOULEVARD, SUITE 220<br>LONG BEACH, CA  90807 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SHIH PROPERTIES INC.<br>1245 E LAS TUNAS DRIVE<br>SAN GABRIEL, CA  91776-1703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SHIH PROPERTIES INC.<br>1245 E LAS TUNAS DRIVE<br>SAN GABRIEL, CA  91776-1703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SIDNEY FAMILY LIMITED PARTNERSHIP<br>220 30TH STREET<br>MANHATTAN BEACH, CA  90266 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                                Case number (if known)    16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT, DATED MAY 1, 2014, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. D/B/A SOUPLANTATION AND SWEET TOMATOES AND SLM WASTE & RECYCLING SERVICES INC. D/B/A SLM - FACILITY SOLUTIONS NATIONWIDE | SLM WASTE & RECYCLING 5000 COMMERCE DRIV GREEN LANE, PA  18054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | SMITHFIELD FARMLAND – PRICING TERMS | SMITHFIELD FARMLAND 501 JACKSON STREET CAMDEN, NJ  8104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SOUTH LAKE AVENUE INVESTORS LLC C/O PM REALTY GROUP 251 S. LAKE AVENUE, SUITE 100 PASADENA, CA  91101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | ADP, INC. NATIONAL ACCOUNT SERVICES MASTER SERVIECS AGREEMENT, DATED DECEMBER 21, 2011, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP AND ADP, INC. | SOVOS (F/K/A TAXWARE, F/K/A ADP) PO BOX 347977 PITTSBURGH, PA  15251-4977 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SPGG PROPERTIES, LTD P.O. BOX 967 PALOS VERDES ESTATES, CA  90274-0967 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SPLW PROPERTIES, LTD. P.O. BOX 967 PALO VERDES ESTATES, CA  90274 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.
_____
(Name)

Case number (if known) 16-12177

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SRK LADY LAKE OP5 LLC<br>C/O BENCHMARK MANAGEMENT<br>4053 MAPLE ROAD, SUITE 200<br>AMHERST, NY 14226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | STAR FINANCIAL I, LLC<br>8 RAMBLEWOOD<br>ST. LOUIS, MO 63141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED FEBRUARY 1, 2016, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND THE STERITECH GROUP, INC. | STERITECH (REPLACED ECOLAB MID YEAR)<br>PO BOX 472127<br>CHARLOTTE, NC 28247-2127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED JULY 16, 2014, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND SUAREZ CONTRACTING INC. | SUAREZ CONTRACTING<br>1884 POMONA ROAD<br>CORONA, CA 92880 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SUNFLOWER PLANTATION, LLC<br>772 CAPILANO COURT<br>CASTLE ROCK, CO 80108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SUNNYBROOK, LLC<br>COFFMAN EXCAVATION<br>13014 CLACKAMAS RIVER DRIVE<br>OREGON CITY, OR 97045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SUNNYKAY & COMPANY, LLC<br>1430 N RIVERSIDE CIRCLE<br>ATLANTA, GA 30328 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE CONFIRMATION | SUNORA FOODS<br>4616 VALIANT DRIVE N.W.<br>#205<br>CALGARY, ALBERTA  T3A 0X9<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SVF AT FIRST SAN JOSE CORPORATION<br>1801 W. OLYMPIC BLVD., FILE 1502<br>PASADENA, CA  91199-1502 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SWT TAMPA, LLC<br>5370 OAKDALE ROAD<br>SMYRNA, GA  30082 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | SYCAMORE BUSINESS PARK, LLC<br>C/O IDS REAL ESTATE GROUP<br>515 S. FIGUEROA STREET, 16TH FLOOR<br>LOS ANGELES, CA  90071 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | TCAM CORE PROPERTY FUND<br>8500 ANDREW CARNEGIE BLVD., 3RD FLOOR<br>CHARLOTTE, NC  28262 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT, DATED SEPTEMBER 19, 2000, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND TECHNICAL AIR SERVICE CORP. | TECH AIR, INC.<br>511 EAST PROSPECT RD.<br>OAKLAND PARK, FL  33334 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | TEM MILE RANGE PROPERTIES, LLC<br>1776 RINGLING BLVD.<br>SARASOTA, FL  34236 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | TESORO TECHNOLOGIES – SUPPORT COST CONFIRMATION | TESORO TECHNOLOGIES 1188 MARTIN GROVE RD. TORONTO, ON  M9W 5M9 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL SUPPLY AGREEMENT | THE GARLIC COMPANY 18602 ZERKER ROAD BAKERSFIELD, CA  93314 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | THE KRAUSZ COMPANIES, INC. 44 MONTGOMERY STREET, #3300 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | THE LIDDICOAT FAMILY TRUST 3706 CARLSON CIRCLE PALO ALTO, CA  94306-4228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | THE SMITH 1982 TRUST; THE MALASHOCK 1981 TRUST DANIEL SMITH & IRVIN MALASHOCK C/O JOYCE PENNINGTON 425 SANIBELLE CIRCLE, #129 CHULA VISTA, CA  91910 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | THOMAS WINERY PLAZA PROPERTY C/O KMS PROPERTIES, INC. 23 CORPORATE PLAZA DRIVE, #247 NEWPORT BEACH, CA  92660 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE WITH MAINTENANCE AGREEMENT, DATED MAY 20, 2015, BY AND BETWEEN TOSHIBA FINANCIAL SERVICES AND GARDEN FRESH RESTAURANT CORP. | TOSHIBA FINANCIAL SERVICES PO BOX 790448 ST LOUIS, MO  63179-0448 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Garden Fresh Restaurant Corp. | Case number (if known) | 16-12177 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | TRAVELERS INSURANCE – SOLD PROPOSAL FOR GARDEN FRESH RESTAURANT CORP. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA C/O BANK OF AMERICA 91287 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-1287 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | TRC ENCINITAS VILLAGE, LLC C/O TERRAMAR RETAIL CENTERS, LLC 5973 AVENIDA ENCINAS, SUITE 300 CARLSBAD, CA 92008 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT # 10518, DATED DECEMBER 1, 2015, BY AND BETWEEN TRINIDAD BENHAM CORPORATION AND GARDEN FRESH RESTAURANT DBA SOUPLANTATION/SWEET TOMATOES | TRINIDAD BENHAM 3091 SOLUTION CENTER CHICACO, IL 60677-3000 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | INVENTORY AND WAREHOUSING AGREEMENT, DATED DECEMBER 19, 2013, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND TRINITY FRESH DISTRIBUTION. | TRINITY FRESH 9381 E. STOCKTON BLVD SUITE 200 ELK GROVE, CA 95624 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | TRJ FT MYERS, LLC P.O. BOX 231400 ENCINITAS, CA 92023-1400 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | TRJ ORLANDO, LLC P.O. BOX 231400 ENCINITAS, CA 92023-1400 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)   16-12177

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest** REAL PROPERTY LEASE **State the term remaining** CURRENT **List the contract number of any government contract** | TUCCORI HOLDING CO., LP 930 DWIGHT WAY, SUITE 10A BERKELEY, CA 94710 |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest** REAL PROPERTY LEASE **State the term remaining** CURRENT **List the contract number of any government contract** | TUSTIN PLAZA CENTER, LP P.O. BOX 1299 LAKE FOREST, CA 92609-1299 |
| **2.206** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT, DATED MARCH 1, 2014, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND WALDINGER CORPORATION **State the term remaining** CURRENT **List the contract number of any government contract** | TWC SERVICES, INC. PO BOX 1612 DES MONINES, IA 50306-1612 |
| **2.207** **State what the contract or lease is for and the nature of the debtor's interest** REAL PROPERTY LEASE **State the term remaining** CURRENT **List the contract number of any government contract** | VALVISTA NORTH, LLC 4770 CAMPUS DRIVE #220 NEWPORT BEACH, CA 92660 |
| **2.208** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO 3 TO SCHEDULE A TO OPERATIONS SERVICES AGREEMENT, DATED AUGUST 11, 2015, BY AND BETWEEN VELOCITY TECHNOLOGY SOLUTIONS, INC. (AS SUCCESSOR IN INTEREST TO NAVISITE, INC., AS SUCCESSOR IN INTEREST TO NETASPX, INC.) AND GARDEN FRESH RESTAURANT CO **State the term remaining** CURRENT **List the contract number of any government contract** | VELOCITY 3567 MOMENTUM PLACE CHICAGO, IL 60689-5335 |
| **2.209** **State what the contract or lease is for and the nature of the debtor's interest** VENTURA FOODS – CONTRACT MEMORANDUM **State the term remaining** CURRENT **List the contract number of any government contract** | VENTURA FOODS 26259 NETWORK PLACE CHICAGO, IL 60673-1262 |

| Debtor | Garden Fresh Restaurant Corp. | | Case number (if known) | 16-12177 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | VESTAR BOWLES CROSSING, LLC<br>2425 EAST CAMELBACK ROAD, SUITE #750<br>PHOENIX, AZ 85016 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | VESTAR DRM-OPCP, LLC<br>2425 EAST CAMELBACK ROAD, SUITE #750<br>PHOENIX, AZ 85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | WALDEN AVENUE-BLEND ALL HOTEL DEVELOPEMENT, INC.<br>ATTN: LEGAL DEPT.<br>7978 COOPER CREEK BLVD., SUITE 100<br>UNIVERSITY PARK, FL 34201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | WATERHOUSE INVESTMENTS, LLC<br>C/O HARLAN AND JUDY DISMUKE<br>HONOLULU, HI 96815 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | WCPRT COLONIAL PROMENADE LLC<br>C/O WRIGHTWOOD FINANCIAL<br>300SOUTH WACKER DRIVE, SUITE1250<br>CHICAGO, IL 60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | WEINGARTEN REALTY INVESTORS<br>P.O. BOX 203378<br>HOUSTON, TX 77216-3237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | WEINGARTEN REALTY INVESTORS<br>P.O. BOX 301074<br>DALLAS, TX 75303-1074 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)    16-12177

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON, TX 77292-4133 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | WENDY GRUBBS<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO, CA 92127 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | WESTLAND FINANCIAL I, LLC<br>79 ROYAL SAINT GEORGE'S WAY<br>RANCHO MIRAGE, CA 92270 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | WILLIAM N. JONES<br>5604 CASTLEBROOK DRIVE<br>RALEIGH, NC 27604 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | WRI WEST GATE SOUTH, L.P.<br>P.O. BOX 924133<br>HOUSTON, TX 77292-4133 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT, DATED FEBRUARY 11, 2011, BY AND BETWEEN GARDEN FRESH RESTAURANT CORP. AND XPEDITE SYSTEMS, LLC (A SUBSIDIARY OF EASYLINK SERVICES INTERNATIONAL CORPORATION). | XPEDITE SYSTEMS, LLC/EASY LINK<br>P.O. BOX 116451<br>ATLANTA, GA 30368-6451 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known) 16-12177
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | YACOEL PROPERTIES I, LLC<br>2801 WEST COAST HIGHWAY, SUITE 380<br>NEWPORT BEACH, CA 92663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | YAH INVESTMENTS, LLC<br>8700 WARNER AVENUE, SUITE 265<br>FOUNTAIN VALLEY, CA 92708 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY LEASE | ZIMMERMAN PROPERTIES, INC., C/O CUTLER COMMERCIAL<br>2150 E. HIGHLAND AVENUE, STE. 207<br>PHOENIX, AZ 85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor</td><td>Garden Fresh Restaurant Corp.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>16-12177</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.1 | GARDEN FRESH PROMOTIONS, LLC | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | APOLLO INVESTMENT CORP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | GF HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | APOLLO INVESTMENT CORP | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | GARDEN FRESH HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | APOLLO INVESTMENT CORP | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | GARDEN FRESH HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CEREBUS BUSINESS FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | GARDEN FRESH PROMOTIONS, LLC | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CEREBUS BUSINESS FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | GF HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CEREBUS BUSINESS FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | GARDEN FRESH HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | GF HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | GARDEN FRESH PROMOTIONS, LLC | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Garden Fresh Restaurant Corp.                    Case number (if known)    16-12177
                (Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.10 | GARDEN FRESH PROMOTIONS, LLC | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | SUN CAPITAL PARTNERS, INC. | ☑ D ☐ E/F ☐ G |
| 2.11 | GF HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | SUN CAPITAL PARTNERS, INC. | ☑ D ☐ E/F ☐ G |
| 2.12 | GARDEN FRESH HOLDINGS, INC. | 15822 BERNARDO CENTER DRIVE, SUITE A SAN DIEGO, CA 92127 | SUN CAPITAL PARTNERS, INC. | ☑ D ☐ E/F ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    Page 2 of 2

| Fill in this information to identify the case: |
| --- |

Debtor    Garden Fresh Restaurant Corp.

United States Bankruptcy Court for the:  District of Delaware

Case number    16-12177
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/2016
        MM / DD / YYYY

✗ /s/  _____
Signature of individual signing on behalf of debtor

David A. Carr
Printed name

Chief Financial Officer
Position or relationship to debtor