IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-12174 (CSS) <br><br> (Jointly Administered) <br><br> Re: Docket No. 557 |

## ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE CHANGE OF CORPORATE NAMES AND CASE CAPTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section 105(a) of the Bankruptcy Code; Bankruptcy Rules 1005, 2002(m), and 2002(n); and Local Rule 9004-1(a), authorizing the Debtors to change their corporate names and amending the case captions used in the Chapter 11 Cases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Debtors are authorized to change their corporate names as set forth below:

| Old Company Name | New Company Name |
|---|---|
| Garden Fresh Restaurant Intermediate Holding, LLC | Fresh-G Restaurant Intermediate Holding, LLC |
| Garden Fresh Holdings, Inc. | Fresh-G Holdings, Inc. |
| GF Holdings, Inc. | Fresh-GF Holdings, Inc. |
| Garden Fresh Restaurant Corp. | Fresh-G Restaurant Corp. |
| Garden Fresh Promotions, LLC | Fresh-G Promotions, LLC |

3. The Clerk of the Court is authorized and directed to make a docket entry in case number 16-12174 (CSS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Garden Fresh Restaurant Intermediate Holding, LLC to Fresh-G Restaurant Intermediate Holding, LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 16-12174 (CSS) with the Debtor's new name as soon as possible.

4. Effective as of the date hereof, the new caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRESH-G RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered) |

FN1: The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Fresh-G Restaurant Intermediate Holding, LLC (7513); Fresh-G Holdings, Inc. (8804); Fresh-GF Holdings, Inc. (8783); Fresh-G Restaurant Corp. (8786); and Fresh-G Promotions, LLC (1376). The Debtors' mailing address is 946 Great Plain Ave. #142, Needham, Massachusetts 02492.

5. The Clerk of the Court is authorized and directed to make a docket entry in case number 16-12175 (CSS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Garden Fresh Holdings, Inc. to Fresh-G Holdings, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 16-12175 (CSS) with the Debtor's new name as soon as possible.

6. Effective as of the date hereof, the new caption of Case No. 16-12175 shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FRESH-G HOLDINGS, INC. | Case No. 16-12175 (CSS) |
| Debtor. | |

FN1: The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Fresh-G Holdings, Inc. (8804). The Debtor's mailing address is 946 Great Plain Ave. #142, Needham, Massachusetts 02492.

7. The Clerk of the Court is authorized and directed to make a docket entry in case number 16-12176 (CSS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of GF Holdings, Inc. to Fresh-GF Holdings, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 16-12176 (CSS) with the Debtor's new name as soon as possible.

8. Effective as of the date hereof, the new caption of Case No. 16-12176 shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRESH-GF HOLDINGS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12176 (CSS) |

FN1: The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Fresh-GF Holdings, Inc. (8783). The Debtor's mailing address is 946 Great Plain Ave. #142, Needham, Massachusetts 02492.

9.  The Clerk of the Court is authorized and directed to make a docket entry in case number 16-12177 (CSS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Garden Fresh Restaurant Corp. to Fresh-G Restaurant Corp." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 16-12177 (CSS) with the Debtor's new name as soon as possible.

10. Effective as of the date hereof, the new caption of Case No. 16-12177 shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRESH-G RESTAURANT CORP.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12177 (CSS) |

FN1: The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Fresh-G Restaurant Corp. (8786). The Debtor's mailing address is 946 Great Plain Ave. #142, Needham, Massachusetts 02492.

11. The Clerk of the Court is authorized and directed to make a docket entry in case number 16-12178 (CSS) as soon as possible that states substantially as follows: "An order has

been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Garden Fresh Promotions, LLC to Fresh-G Promotions, LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 16-12178 (CSS) with the Debtor's new name as soon as possible.

12. Effective as of the date hereof, the new caption of Case No. 16-12178 shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FRESH-G PROMOTIONS, LLC | Case No. 16-12178 (CSS) |
| Debtor. | |

FN1: The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Fresh-G Promotions, LLC (1376). The Debtor's mailing address is 946 Great Plain Ave. #142, Needham, Massachusetts 02492.

13. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

14. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: __2/12__, 2017
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge